
The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Nancy R (pseudonym),<br>    Plaintiff,<br>v.<br>Plaza Hotels LLC,<br>STEVE KETTER<br>MICHAEL WILEY<br>OKC AIRPORT ES, LLC<br>ESH STRATEGIES FRANCHISE, LLC<br>KAHAL HOSPITALITY, LLC<br>JALIYAN HOSPITALITY, INC<br>SUPER 8 WORLDWIDE, INC<br>RAJ KRUPA HOTEL, LLC;<br>DAYS INNS WORLDWIDE INC<br>CHAND&SAAJH HOSPITALITY, INC<br>RAMADA WORLDWIDE, INC<br>YASH ENTERPRISES, INC<br>HOWARD JOHNSON INTERNATIONAL INC<br>NOOR HOTEL,LLC<br>AMBICA LLC<br>OM,. LLC<br>INDRA LLC AND<br>G6 HOSPITALITY FRANCHISING LLC<br>    Defendant. | No. CJ-2025-1850<br>(Civil relief more than $10,000: OTHER <..DESCRIPTION OF ACTION..>)<br><br>Filed: 03/19/2025<br><br>Judge: Bonner, Anthony L. |

## PARTIES

Ambica, Llc, Defendant
Chand& Saaj Hospitality Inc, Defendant
Days Inns Worldwide Inc, Defendant
Esh Strategies Franchise, Llc, Defendant
G6 Hospitality Franchising,llc, Defendant
Howard Johnson International Inc, Defendant
Indra,llc, Defendant
Jaliyan Hospitality Inc, Defendant
Kahal Hospitality Llc, Defendant
Ketter,  Steve, Defendant
Noor Hotel, Llc, Defendant
Okc Airport Es, Llc, Defendant
Om, Llc, Defendant
Plaza Hotels LLC, Defendant
R (pseudonym),  Nancy, Plaintiff
Raj Krupa Hotel Llc, Defendant
Ramada Worldwide Inc, Defendant
Super 8 Worldwide Inc, Defendant
Wiley,  Michael, Defendant
Yash Enterprises Inc, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| HANDLEY,  FLETCHER  D  JR (Bar #3797)<br>111 SOUTH ROCK ISLAND<br>EL RENO, OK 73036 | R (pseudonym),   Nancy |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Issue # 1.    Issue: OTHER <..DESCRIPTION OF ACTION..> (OTHER)
              Filed By: R (pseudonym), Nancy
              Filed Date: 03/19/2025


EXHIBIT 1

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 03-19-2025 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | #1 |
| 03-19-2025 | OTHER | OTHER <..DESCRIPTION OF ACTION..> | | |
| 03-19-2025 | DMFE | DISPUTE MEDIATION FEE | | $ 7.00 |
| 03-19-2025 | PFE1 | PETITION | | $ 163.00 |
| 03-19-2025 | PFE7 | LAW LIBRARY FEE | | $ 6.00 |
| 03-19-2025 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | $ 25.00 |
| 03-19-2025 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| 03-19-2025 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | $ 5.00 |
| 03-19-2025 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 10.00 |
| 03-19-2025 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.00 |
| 03-19-2025 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | $ 0.16 |
| 03-19-2025 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | $ 0.45 |
| 03-19-2025 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | $ 0.23 |
| 03-19-2025 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | $ 0.75 |
| 03-19-2025 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | $ 1.50 |
| 03-19-2025 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | $ 10.00 |
| 03-19-2025 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | $ 0.50 |
| 03-19-2025 | LTF | LENGTHY TRIAL FUND | | $ 10.00 |
| 03-19-2025 | SMF | 19X SUMMONS FEE | | $ 190.00 |
| 03-19-2025 | P | PETITION  Document Available (#1061279502) TIFF  PDF | | |
| 03-19-2025 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BONNER, ANTHONY L. TO THIS CASE. | | |
| 03-19-2025 | ADJUST | ADJUSTING ENTRY: MONIES DUE TO AC09-CARD ALLOCATION | | $ 10.81 |
| 03-19-2025 | ACCOUNT | ADJUSTING ENTRY: MONIES DUE TO THE FOLLOWING AGENCIES REDUCED BY THE FOLLOWING AMOUNTS: CJ-2025-1850: AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE -$0.25 CJ-2025-1850: AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY -$0.25 CJ-2025-1850: AC81 LENGTHY TRIAL FUND -$0.25 CJ-2025-1850: AC79 OCIS REVOLVING FUND -$0.63 CJ-2025-1850: AC67 DISTRICT COURT REVOLVING FUND -$0.07 CJ-2025-1850: AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS -$0.02 CJ-2025-1850: AC64 DISPUTE MEDIATION FEES CIVIL ONLY -$0.18 CJ-2025-1850: AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND -$0.04 CJ-2025-1850: AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES -$0.13 CJ-2025-1850: AC31 COURT CLERK REVOLVING FUND -$0.05 CJ-2025-1850: AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL -$0.15 CJ-2025-1850: AC01 CLERK FEES -$8.79 | | |

RECEIPT # 2025-5812190 ON 03/19/2025.
PAYOR: HANDLEY/FLETCHER TOTAL AMOUNT PAID: $ 432.14.
LINE ITEMS:
CJ-2025-1850: $344.21 ON AC01 CLERK FEES.
CJ-2025-1850: $10.81 ON AC09 CARD ALLOCATIONS.
CJ-2025-1850: $5.85 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2025-1850: $1.61 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2025-1850: $4.87 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2025-1850: $1.51 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2025-1850: $6.82 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2025-1850: $0.43 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2025-1850: $2.41 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2025-1850: $24.37 ON AC79 OCIS REVOLVING FUND.
CJ-2025-1850: $9.75 ON AC81 LENGTHY TRIAL FUND.
CJ-2025-1850: $9.75 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2025-1850: $9.75 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**03-28-2025  [ RESP ]**

RESPONSE
Document Available (#1061281165)  TIFF    PDF

**04-15-2025  [ SPAPP ]**

SPECIAL ENTRY OF APPEARANCE
Document Unavailable (#1061509478)

**04-15-2025  [ SPAPP ]**

DEFENDANTS' SPECIAL APPEARANCE AND AGREED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER
Document Unavailable (#1061509474)

**04-21-2025  [ CNOTE ]**

BONNER: ORDER GRANTING DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION, SIGNED.

**04-21-2025  [ A ]**

ANSWER OKC AIRPORT ES, LLC'S ANSWER TO PLAINTIFF'S PETITION
Document Available (#1061846662)  TIFF    PDF

**04-21-2025  [ A ]**

ANSWER OKC AIRPORT ES, LLC'S ANSWER TO PLAINTIFF'S PETITION
Document Available (#1061846664)  TIFF    PDF