FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 28 2025

RICK WARREN
COURT CLERK
43_____

To: Oklahoma County District Court
Attn: County Clerk – Rick Warren
320 Robert S. Kerr Ave,
409 County Office Bldg,
Oklahoma City, OK 73102

CC: The Handley Law Center & Geoffrey C. Parker, ESQ. at Hilton Parker, LLC

March 25th, 2025

To: Rick Warren,

I am writing you today in regard to a summons I received from The Handley Law Center of El Reno, OK (Fletcher D. Handly, Jr.) on Saturday, March 22nd, 2025.

**Case No. – CJ-2025-1850** (Copy of Summons Cover Page(s) enclosed).

Although my name is Michael Wiley and I do reside at 1701 Wildhorse Drive, Edmond, OK 73003, **I am NOT the Michael Wiley being referenced in the Summons.** My full name is Michael Alan Wiley and my date of Birth is 11/30/1968.

I have never owned, worked for, or managed day to day operations at the Plaza Inn. I have never even been to the Plaza Inn. Furthermore, I do not know, nor have I ever associated with the Plaintiff or any other person or entity listed in the summons.

I have been working full time for the past 18 years as the Laboratory Manager at Cattle Stats, LLC in Oklahoma City, which is a Bovine Diagnostics Testing Lab (CattleStats.com). I have lived at my current address at 1701 Wildhorse Drive in Edmond, OK since 2017. I can supply, upon request, any other support documents you may need to verify that I am NOT the Michael Wiley that is referenced in this summons (Driver's License, Work Documents, etc.).

I am requesting a withdraw, dismissal or amendment to the current summons to remove my address from it so as not to have my address associated with this summons or case. Again, I can answer any questions or provide any supporting documents that may be necessary to show that I am not the Michael Wiley that is referenced in this summons.

I am also requesting a response in writing or via email acknowledging receipt of this response letter and informing me if there is anything else I need to do regarding this summons.

I am sending a copy of this response to The Handley Law Center in El Reno, OK, as well as Geoffrey C. Parker, ESQ. at Hilton Parker LLC in Reynoldsburg, OH.

Sincerely,

*[signature]*

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003
Phone: 405-694-8195
Email: mwiley21@cox.net



EXHIBIT
3

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC;<br>STEVE KETTER;<br>MICHAEL WILEY;<br>OKC AIRPORT ES, LLC;<br>ESH STRATEGIES FRANCHISE, LLC;<br>KAJAL HOSPITALITY, LLC;<br>JALIYAN HOSPITALITY, INC;<br>SUPER 8 WORLDWIDE, INC;<br>RAJ KRUPA HOTEL, LLC;<br>DAYS INNS WORLDWIDE, INC;<br>CHAND & SAAJ HOSPITALITY, INC;<br>RAMADA WORLDWIDE, INC;<br>YASH ENTERPRISES, INC;<br>HOWARD JOHNSON INTERNATIONAL, INC;<br>NOOR HOTEL, LLC;<br>AMBICA, LLC;<br>OM, LLC;<br>INDRA, LLC; AND<br>G6 HOSPITALITY FRANCHISING, LLC,<br><br>Defendants. | Case No. CJ-2025-1850 |

## SUMMONS

TO THE ABOVE-NAMED DEFENDANT:   Michael Wiley
1701 Wildhorse Drive
Edmond, OK 73003

    You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within twenty (20) days after service of this Summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.

Unless you answer the Petition within the time stated, judgement will be rendered against you with the costs of the action.

Issued this 19th day of March, 2025.

**RICK WARREN, Court Clerk**
COURT CLERK

By: _____
Deputy Court Clerk

**THE HANDLEY LAW CENTER**
111 S. Rock Island Ave.
P.O. Box 310
El Reno, OK 73036
Office: (405) 295-1924
Telephone: (405) 295-1924
Facsimile: (405) 262-3531
fdh@handleylaw.com

By: _____
Fletcher D. Handley, OBA #3797

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice* forthcoming)
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
Email: gparker@hiltonparker.com

MICHAEL C. KANE, ESQ.
(*Pro Hac Vice* forthcoming)
THE702FIRM INJURY ATTORNEYS
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
Tel: (702) 776-3333
Fax: (702) 505-9787
Email: service@the702firm.com
*Attorneys for Plaintiff Nancy R.*

**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS, LLC;
STEVE KETTER;
MICHAEL WILEY;
OKC AIRPORT ES, LLC;
ESH STRATEGIES FRANCHISE, LLC;
KAJAL HOSPITALITY, LLC;
JALIYAN HOSPITALITY, INC;
SUPER 8 WORLDWIDE, INC;
RAJ KRUPA HOTEL, LLC;
DAYS INNS WORLDWIDE, INC;
CHAND & SAAJ HOSPITALITY, INC;
RAMADA WORLDWIDE, INC;
YASH ENTERPRISES, INC;
HOWARD JOHNSON INTERNATIONAL, INC;
NOOR HOTEL, LLC;
AMBICA, LLC;
OM, LLC;
INDRA, LLC; AND
G6 HOSPITALITY FRANCHISING, LLC,

Defendants.

Case No. CJ-2025-1850

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 19 2025

RICK WARREN
COURT CLERK
42_____

# PETITION

COMES NOW the Plaintiff, NANCY R., by and through her attorneys, Michael C. Kane, Esq., Bradley J. Myers, Esq., and Joel S. Hengstler, Esq. of The702 Firm, Geoffrey C. Parker, Esq. and Jonathan Hilton, Esq. of Hilton Parker LLC, and Fletcher D. Handley, Jr. of The Handley Law Center states as follows:

1