IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously<br><br>                  **Plaintiffs**<br><br>vs.<br><br>PLAZA HOTELS, LLC;<br>STEVE KETTER;<br>MICHAEL WILEY;<br>OKC AIRPORT ES, LLC;<br>ESH STRATEGIES FRANCHISE, LLC<br>KAJAL HOSPITALITY, INC;<br>JALIYAN HOSPITALITY, INC.<br>SUPER 8 WORLDWDE, INC;<br>RAJ KRUPA HOTEL, LLC;<br>DAYS INNS WORLDWIDE, INC;<br>CHAND & SAAJ HOSPITALITY, INC;<br>RAMADA WORLDWIDE, INC;<br>YASH ENTERPRISES, INC;<br>HOWARD JOHNSON INTERNATIONAL, INC;<br>NOOR HOTEL, LLC;<br>AMBICA, LLC;<br>OM, LLC;<br>INDRA, LLC; AND<br>G6 HOSPITALITY FRANCHISING, LLC<br><br>                  **Defendants.** | Case No. CJ-2025-1850<br>Honorable Anthony Bonner<br><br>FILED IN DISTRICT COURT<br>OKLAHOMA COUNTY<br><br>APR 15 2025<br><br>RICK WARREN<br>COURT CLERK<br>108 _____ |

## SPECIAL ENTRY OF APPEARANCE

In accordance with 12 Okla. Stat. § 2005.2, the undersigned enters her appearance for Super 8 Worldwide, Inc., Days Inn Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. These Defendants intend this to be a special appearance pursuant to *Campbell v. American International Group, Inc.*, 1999 OK CIV APP 37, ¶ 9, 976 P.2d 1102, and *Young v. Walton*, 1991 OK 20, ¶ 4, 807 P.2d 248. It is these Defendants' specific intent to enter a special appearance to preserve their rights to further proceed by way of motion for any defense

**EXHIBIT 4**

identified in 12 O.S. § 2012(B) or other statute, inclusive of any jurisdiction or standing challenges.

Respectfully submitted this 15th day of April 2025, by:

> DOERNER, SAUNDERS, DANIEL
> & ANDERSON, L.L.P.

By: *Kaylee D. Maddy*

Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone 405.319.3500
Facsimile 405.319.3509
kmaddy@dsda.com
***Attorney for Defendants Super 8 Worldwide, Inc.,
Days Inn Worldwide, Inc., Ramada Worldwide,
Inc., and Howard Johnson International, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of April 2025, a true and correct copy of the above and foregoing pleading was mailed to:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.,
Post Office Box 310
El Reno, OK 73036

Geoffrey C. Parker
(*Pro Hac Vice* forthcoming)
Hilton Parker, LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068

Michael C. Kane
(*Pro Hac Vice* forthcoming)
The702Firm Injury Attorneys
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101

*Kaylee D. Maddy*
Kaylee P. Davis-Maddy

8657649.1

2