FILED IN DISTRICT COURT
OKLAHOMA COUNTY
APR 2 2 2025
RICK WARREN
COURT CLERK
88_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| NANCY R., pseudonymously | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Case No. CJ-2025-1850 |
| | ) | Honorable Anthony Bonner |
| PLAZA HOTELS, LLC; | ) | |
| STEVE KETTER; | ) | |
| MICHAEL WILEY; | ) | |
| OKC AIRPORT ES, LLC; | ) | |
| ESH STRATEGIES FRANCHISE, LLC | ) | |
| KAJAL HOSPITALITY, INC; | ) | |
| JALIYAN HOSPITALITY, INC. | ) | |
| SUPER 8 WORLDWDE, INC; | ) | |
| RAJ KRUPA HOTEL, LLC; | ) | |
| DAYS INNS WORLDWIDE, INC; | ) | |
| CHAND & SAAJ HOSPITALITY, INC; | ) | |
| RAMADA WORLDWIDE, INC; | ) | |
| YASH ENTERPRISES, INC; | ) | |
| HOWARD JOHNSON | ) | |
| INTERNATIONAL, INC; | ) | |
| NOOR HOTEL, LLC; | ) | |
| AMBICA, LLC; | ) | |
| OM, LLC; | ) | |
| INDRA, LLC; AND | ) | |
| G6 HOSPITALITY FRANCHISING, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S PETITION

NOW on this 21 day of April, 2025, Defendants' Agreed Motion to Enlarge Time to Respond to Plaintiff's Petition comes before this Court. Upon consideration of Defendants Super 8 Worldwide, Inc., Days Inn Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc.'s Motion, and for good cause shown, this Court finds that Defendants' Motion should be granted.

EXHIBIT 6

**IT IS THEREFORE ORDERED** that Defendants Super 8 Worldwide, Inc., Days Inn Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. are granted an extension of time to respond to Plaintiff's Petition until May 14, 2015.

**ANTHONY L. BONNER JR.**

Honorable Anthony L Bonner
Judge of the District Court

Submitted by:
Kaylee Davis-Maddy, OBA No. 31534
DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone 405.319.3500
Facsimile 405.319.3509
*Attorney for Defendants*

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
APR 2 2 2025
RICK WARREN COURT CLERK
Oklahoma County

2