# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

        Plaintiff(s)

vs.                                                    Case Number:

        Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____

[name of party]

who is a (check one)  ☐ PLAINTIFF  ☐ DEFENDANT  in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☐ NO

2. **Does party have any parent corporations?**

    (Check one)  ☐ YES  ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)  ☐ YES  ☐ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES   ☐ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES   ☐ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _____ day of _____, 20___.

_____
Signature

_____
Printed Name                           Bar Number

_____
Firm Name

_____
Address

_____
City                           State     ZIP

_____
Phone                          Fax

_____
Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery

☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that, on April 25, 2025, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system, electronic mail, and/or U.S. Mail, postage prepaid:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.,
Post Office Box 310
El Reno, OK 73036
*Attorney for Plaintiff*

Geoffrey C. Parker
Hilton Parker, LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068
*Attorney for Plaintiff*

Michael C. Kane
THE702FIRM Injury Attorneys
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Bart Jay Robey
Eric A. Moen
Abby R. Herren
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
*Attorneys for Defendant OKC Airport ES, LLC*

David Senger
Hunter Siex
4725 East 91st Street, Suite 100
Tulsa, OK 74137
*Attorneys for Defendant Jaliyan Hospitality, Inc.*

Shubhra Mashelkar
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
999 Peachtree Pl NE #2700
Atlanta, GA 30309
*Attorneys for Defendant ESH Strategies Franchise, LLC*

Plaza Hotels, LLC
3200 S I-35 Service Road
Oklahoma City, OK 73129

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S 10th St.
Clinton, OK 73601

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

3

Raj Krupa Hotel, LLC
c/o Dilipkumar B. Patel
2200 W 3rd St.
Elk City, OK 73644

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK 73131

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising, LLC*

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003

*Kaylee P. Davis-Maddy*

4