IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Nancy R, pseudonymously, )
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:25-cv-00462-G
Plaza Hotels, LLC et al., )
)
)
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendants__, __Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc. and Howard Johnson International, Inc.__
(Plaintiff/Defendant)      (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Michael S. Linscott          April 25, 2025
Signature                        Date

Michael S. Linscott
Print Name

Doerner, Saunders, Daniel & Anderson, L.L.P.
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Two West Second Street, Suite 700
Address

Tulsa                OK               74103
City                 State            Zip Code

(918) 591-5288
Telephone

mlinscott@dsda.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☒ I hereby certify that on April 25, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

    Please see attached Certificate of Service

☒ I hereby certify that on April 25, 2025    , I filed the attached document with the Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

    Please see attached Certificate of Service

 

s Michael S. Linscott
s/ Attorney Name

## CERTIFICATE OF SERVICE

I hereby certify that, on April 25, 2025 a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system, electronic mail, and/or U.S. Mail, postage prepaid:

| | |
|---|---|
| Fletcher D. Handley, Jr.<br>THE HANDLEY LAW CENTER<br>111 S. Rock Island Ave.,<br>Post Office Box 310<br>El Reno, OK 73036<br>*Attorney for Plaintiff* | Geoffrey C. Parker<br>Hilton Parker, LLC<br>7658 Slate Ridge Blvd.,<br>Reynoldsburg, OH 43068<br>*Attorney for Plaintiff* |
| Michael C. Kane<br>THE702FIRM Injury Attorneys<br>400 South 7th Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | Bart Jay Robey<br>Eric A. Moen<br>Abby R. Herren<br>CHUBBUCK DUNCAN & ROBEY, P.C.<br>1329 Classen Drive<br>Oklahoma City, OK 73103<br>*Attorneys for Defendant OKC Airport ES, LLC* |
| David Senger<br>Hunter Siex<br>4725 East 91st Street, Suite 100<br>Tulsa, OK 74137<br>*Attorneys for Defendant Jaliyan Hospitality, Inc.* | Shubhra Mashelkar<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>999 Peachtree Pl NE #2700<br>Atlanta, GA 30309<br>*Attorneys for Defendant ESH Strategies Franchise, LLC* |
| Plaza Hotels, LLC<br>3200 S I-35 Service Road<br>Oklahoma City, OK 73129 | Steve Ketter<br>5101 S. Choctaw Ave.<br>El Reno, OK 73036 |
| Kajal Hospitality, LLC<br>c/o Jaydip Modi<br>1120 S 10th St.<br>Clinton, OK 73601 | Chand & Saaj Hospitality, Inc.<br>c/o Hitesh Patel<br>2200 S. Meridian<br>Oklahoma City, OK 73108 |

Raj Krupa Hotel, LLC
c/o Dilipkumar B. Patel
2200 W 3rd St.
Elk City, OK 73644

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK 73131

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising, LLC*

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003

*s/ Michael S. Linscott*
*Michael S. Linscott*