# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NANCY R.,** pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-25-462-G |
| **PLAZA HOTELS, LLC et al.,** | ) ) ) |
| Defendants. | ) ) |

## ORDER

Now before the Court is the unopposed Motion for Extension of Time (Doc. No. 8) of Defendants Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. (collectively, the "Wyndham Franchisor Defendants"), seeking an extension of time to answer or otherwise respond to Plaintiff's Complaint (Doc. No. 1).

For good cause shown, the Motion is GRANTED. The Wyndham Franchisor Defendants shall file their answer(s) or other response(s) to the Complaint on or before May 14, 2025.

IT IS SO ORDERED this 25th day of April, 2025.

_____
CHARLES B. GOODWIN
United States District Judge