IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously, )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:25-cv-00462-G
)
Plaza Hotels, LLC, et al. )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Jaliyan Hospitality, Inc. .
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ David C. Senger, OBA 18830       04.28.2025
Signature                            Date

David C. Senger, OBA 18830
Print Name

**Criminal Cases Only:**

☑ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Coffey Senger Hancock & Harmon, PLLC
Firm

4725 E. 91st Street, Suite 100
Address

Tulsa            OK            74137
City             State         Zip Code

918-292-8787
Telephone

David@CSHHlaw.com
Internet E-mail Address

## Certificate of Service

☑ I hereby certify that on  04.28.2025 , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

David C. Senger, OBA 18830
s/ Attorney Name