IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously, )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:25-cv-00462-G
)
Plaza Hotels, LLC, et al. )
)
)
)
)
Defendant(s) )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Jaliyan Hospitality, Inc.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Hunter M. Siex                04.28.2025
Signature                         Date

Hunter M. Siex
Print Name

Coffey Senger Hancock & Harmon, PLLC
Firm

Criminal Cases Only:

☑ Retained or USA

4725 E. 91st Street, Suite 100
Address

☐ CJA Appointment

Tulsa           OK           74137
City            State        Zip Code

☐ Federal Public Defender

918-292-8787
Telephone

☐ Pro Bono

Hunter@CSHHlaw.com
Internet E-mail Address

☐ CJA Training Panel

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on April 28, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul Hunter M. Siex
s/ Attorney Name