# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PLAZA HOTELS, LLC; STEVE KETTER; ) <br> MICHAEL WILEY; OKC AIRPORT ES, LLC; ) <br> ESH STRATEGIES FRANCHISE, LLC; ) <br> KAJAL HOSPITALITY, INC; JALIYAN ) <br> HOSPITALITY, INC; SUPER 8 WORLDWDE, ) <br> INC; RAJ KRUPA HOTEL, LLC; DAYS INNS ) <br> WORLDWIDE, INC; CHAND & SAAJ ) <br> HOSPITALITY, INC; RAMADA ) <br> WORLDWIDE, INC; YASH ENTERPRISES, ) <br> INC; HOWARD JOHNSON ) <br> INTERNATIONAL, INC; NOOR HOTEL, LLC; ) <br> AMBICA, LLC; OM, LLC; INDRA, LLC; AND ) <br> G6 HOSPITALITY FRANCHISING, LLC, ) <br> ) <br> Defendants. ) | Case No. 5:25-cv-00462-G |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned hereby enters their appearance in this case for Defendant, Raj Krupa Hotel, LLC. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Dated: April 30, 2025

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Alexander S. Gebert*
**Alexander S. Gebert**
OBA No. 34594
Alex.Gebert@fmglaw.com
**Robert G. Chadwick, Jr.**
Bob.Chadwick@fmglaw.com
7160 Dallas Parkway, Suite 625
Plano, Texas 75024
(469) 895-3003 (telephone)
(888) 356-3602 (facsimile)
*COUNSEL FOR DEFENDANT RAJ KRUPA HOTEL LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically transmitted the foregoing document to all parties' counsel as outlined further below, in accordance with the Federal Rules of Civil Procedure:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.,
Post Office Box 310
El Reno, OK 73036
*Attorney for Plaintiff*

Geoffrey C. Parker
Hilton Parker, LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068
*Attorney for Plaintiff*

Michael C. Kane
THE702FIRM Injury Attorneys
400 South 7thStreet, Suite 400
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

Bart Jay Robey
Eric A. Moen
Abby R. Herren
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
*Attorneys for Defendant OKC Airport ES, LLC*

David Senger
Hunter Siex
4725 East 91stStreet, Suite 100
Tulsa, OK 74137
*Attorneys for Defendant Jaliyan Hospitality, Inc.*

Shubhra Mashelkar Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
999 Peachtree Pl NE #2700
Atlanta, GA 30309
*Attorneys for Defendant ESH Strategies Franchise, LLC*

Plaza Hotels, LLC
3200 S I-35 Service Road
Oklahoma City, OK 73129

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S 10thSt.
Clinton, OK 73601

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Prakash Patel
5608 NW 107thSt.
Oklahoma City, OK 73162

OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK 73131

Kaylee Davis-Maddy
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102

Michael S. Linscott
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
*Attorneys for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc.*

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising, LLC*

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003

*/s/ Alexander S. Gebert*
Alexander S. Gebert