# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PLAZA HOTELS, LLC; STEVE KETTER; ) <br> MICHAEL WILEY; OKC AIRPORT ES, LLC; ) <br> ESH STRATEGIES FRANCHISE, LLC; ) <br> KAJAL HOSPITALITY, INC; JALIYAN ) <br> HOSPITALITY, INC; SUPER 8 WORLDWDE, ) <br> INC; RAJ KRUPA HOTEL, LLC; DAYS INNS ) <br> WORLDWIDE, INC; CHAND & SAAJ ) <br> HOSPITALITY, INC; RAMADA ) <br> WORLDWIDE, INC; YASH ENTERPRISES, ) <br> INC; HOWARD JOHNSON ) <br> INTERNATIONAL, INC; NOOR HOTEL, LLC; ) <br> AMBICA, LLC; OM, LLC; INDRA, LLC; AND ) <br> G6 HOSPITALITY FRANCHISING, LLC, ) <br> ) <br> Defendants. ) | Case No. 5:25-cv-00462-G |

## DEFENDANT RAJ KRUPA HOTEL, LLC'S UNOPPOSED MOTION TO EXTEND TIME OR OTHERWISE RESPOND TO COMPLAINT UNDER RULE 12

Defendant, Raj Krupa Hotel, LLC ("Raj Krupa") under LCvR6.3, files this, its request for an unopposed extension of time to file motions or a responsive pleading under Rule 12 of the Federal Rules of Civil Procedure, showing in support as follows:

1. Plaintiff, Nancy R. ("Plaintiff") initiated the litigation in the above-styled and captioned matter with an action captioned *Nancy R., pseudonymously v. Plaza Hotels, LLC, et al.*, Cause Number CJ-2025-1850 in the District Court of Oklahoma County, State of Oklahoma. In Plaintiff's state court petition, Plaintiff asserted claims against the collective Defendants related to the Trafficking Victims Protection Reauthorization Act and Oklahoma Human Trafficking laws, *inter alia*.

2. On April 23, 2025, Defendants Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. (collectively, the "Wyndham

Franchisor Defendants") removed this case to the United States District Court for the Western District of Oklahoma under 28 U.S.C. § 1331. [ECF No. 1.]

3. The Wyndham Franchisor Defendants' removal triggered Federal Rule of Civil Procedure 81(c), requiring defendants who did not answer before removal to answer or present other defenses or objections within 7 days after the notice of removal is filed, or within 21 days of service of the summons and petition, whichever is later. Fed. R. Civ. P. 81(c). Thus, upon information and belief, the responsive pleading date for Defendant Raj Krupa in this Court is currently April 30, 2025.

4. On April 30, 2025, Plaintiff and the Defendant Raj Krupa agreed to a 60-day extension of time to respond to Plaintiff's Petition until June 29, 2025. Defendant Raj Krupa now seeks an extension in this Court to reflect the agreed-upon deadline with Plaintiff's counsel.

Dated: April 30, 2025

Respectfully Submitted,

**FREEMAN MATHIS & GARY, LLP**

*/s/ Alexander S. Gebert*
**Alexander S. Gebert**
OBA No. 34594
Alex.Gebert@fmglaw.com
**Robert G. Chadwick**
Bob.Chadwick@fmglaw.com
7160 Dallas Parkway, Suite 625
Plano, Texas 75024
(469) 895-3003 (telephone)
(888) 356-3602 (facsimile)
*COUNSEL FOR DEFENDANT RAJ KRUPA HOTEL LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2025, I electronically transmitted the foregoing document to all parties' counsel as outlined further below, in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Fletcher D. Handley, Jr.<br>THE HANDLEY LAW CENTER<br>111 S. Rock Island Ave.,<br>Post Office Box 310<br>El Reno, OK 73036<br>*Attorney for Plaintiff* | Geoffrey C. Parker<br>Hilton Parker, LLC<br>7658 Slate Ridge Blvd.,<br>Reynoldsburg, OH 43068<br>*Attorney for Plaintiff* |
| Michael C. Kane<br>THE702FIRM Injury Attorneys<br>400 South 7thStreet, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | Bart Jay Robey<br>Eric A. Moen<br>Abby R. Herren<br>CHUBBUCK DUNCAN & ROBEY, P.C.<br>1329 Classen Drive<br>Oklahoma City, OK 73103<br>*Attorneys for Defendant OKC Airport ES, LLC* |
| David Senger<br>Hunter Siex<br>4725 East 91stStreet, Suite 100<br>Tulsa, OK 74137<br>*Attorneys for Defendant Jaliyan Hospitality, Inc.* | Shubhra Mashelkar Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>999 Peachtree Pl NE #2700<br>Atlanta, GA 30309<br>*Attorneys for Defendant ESH Strategies Franchise, LLC* |
| Plaza Hotels, LLC<br>3200 S I-35 Service Road<br>Oklahoma City, OK 73129 | Steve Ketter<br>5101 S. Choctaw Ave.<br>El Reno, OK 73036 |

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S 10thSt.
Clinton, OK 73601

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

Ambica, LLC
c/o Prakash Patel
5608 NW 107thSt.
Oklahoma City, OK 73162

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK 73131

| | |
|---|---|
| Kaylee Davis-Maddy<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102 | Indra, LLC<br>c/o Ramesh Patel<br>11935 N. I-35 Service Rd.<br>Oklahoma City, OK 73131 |
| Michael S. Linscott<br>700 Williams Center Tower II<br>Two West Second Street<br>Tulsa, Oklahoma 74103-3522<br>*Attorneys for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc.* | |
| Jonathan Wilfong<br>Oyo Hotels, Inc.<br>440 Louisiana Street, Suite 1050<br>Houston, TX 77002<br>*Attorney for G6 Hospitality Franchising, LLC* | Michael A. Wiley<br>1701 Wildhorse Dr.<br>Edmond, OK 73003 |

                                                */s/ Alexander S. Gebert*
                                                Alexander S. Gebert