# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Now before the Court is Defendant Raj Krupa Hotel, LLC's unopposed Motion for Extension of Time (Doc. No. 14), seeking an extension of time to answer or otherwise respond to Plaintiff's Complaint (Doc. No. 1-2).

For good cause shown, the Motion is GRANTED. Defendant shall file its answer or other response to the Complaint on or before June 29, 2025.

IT IS FURTHER ORDERED that Defendant shall file a disclosure statement that complies with the requirements of Local Civil Rule 7.1.1 within seven (7) days of the date of this Order.

IT IS SO ORDERED this 1st day of May, 2025.

CHARLES B. GOODWIN
United States District Judge