IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously,   )
                            )
            Plaintiff(s),   )
                            )
v.                          )   Case No. 5:25-cv-00462-G
                            )
Plaza Hotels, LLC, et al.   )
                            )
            Defendant(s)    )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff__, __Nancy R., pseudonymously__
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Fletcher D. Handley, Jr.                  04.30.2025
Signature                                    Date

Fletcher D. Handley, Jr.
Print Name

Criminal Cases Only:

[✔] Retained or USA

[ ] CJA Appointment

[ ] Federal Public Defender

[ ] Pro Bono

[ ] CJA Training Panel

The Handley Law Center
Firm

111 S. Rock Island Ave.
Address

El Reno            OK            73036
City               State         Zip Code

(405) 295-1924
Telephone

fdh@handleylaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on April 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Fletcher D. Handley, Jr.
s/ Attorney Name
