## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,                )
                                          )
                                          )
                                          )
          Plaintiff(s),                   )
                                          )
v.                                        )     Case No. 5:25-cv-00462-G
PLAZA HOTELS, LLC, et al.                 )
                                          )
                                          )
                                          )
          Defendant(s)                    )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

| Defendant | ESH Strategies Franchise, LLC |
|---|---|
| (Plaintiff/Defendant) | (Name of Party) |

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

|   |   |
|---|---|
| s/ Philard L. Rounds      OBA#7780 | 5/14/2025 |
| Signature | Date |
| Philard L. Rounds | OBA#7780 |
| Print Name | |

| Steidley & Neal, PLLC | | |
|---|---|---|
| Firm | | |

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

| 2448 East 81st Street, Suite 5300 | | |
|---|---|---|
| Address | | |
| Tulsa | Oklahoma | 74137 |
| City | State | Zip Code |
| 918-664-4612 | | |
| Telephone | | |
| plr@stiedley-neal.com | | |
| Internet E-mail Address | | |

REVISED 05/14/18

## *Certificate of Service*

☑ I hereby certify that on May 14, 2025          , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on May 14, 2025          , I filed the attached document with the Clerk of the Court and served the attached document by United States Mail

on the following, who are not registered participants of the ECF System:

PLAZA HOTELS, LLC

INDRA, LLC
c/o Ramesh Patel

KAJAL HOSPITALITY, LLC
c/o Jaydip Modi

Noor Hotel, LLC
c/o Abdel Jawabreh

Ambica, LLC
c/o Prakash Patel

Jonathan Wilfong, Oyo Hotels, Inc.

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel

Michael A. Wiley

Yash Enterprises, Inc. c/o Tushar Natha

OM, LLC c/o Ramesh V. Patel

Steve Keller

s/Philard L. Rounds
s/ Attorney Name