IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously, )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:25-cv-00462-G
)
PLAZA HOTELS, LLC, et al. )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| Defendant | ESH Strategies Franchise, LLC |
|---|---|
| (Plaintiff/Defendant) | (Name of Party) |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jamie A. Rogers   OBA#19927     5/14/2025
Signature                           Date

Jamie A. Rogers                     OBA#19927
Print Name

Steidley & Neal, PLLC
Firm

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

2448 East 81st Street, Suite 5300
Address

Tulsa           Oklahoma          74137
City            State             Zip Code

918-664-4612
Telephone

jar@stiedley-neal.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on May 14, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[✓] I hereby certify that on May 14, 2025, I filed the attached document with the Clerk of the Court and served the attached document by United States Mail on the following, who are not registered participants of the ECF System:

| | |
|---|---|
| PLAZA HOTELS, LLC | Jonathan Wilfong, Oyo Hotels, Inc. |
| INDRA, LLC<br>c/o Ramesh Patel | Chand & Saaj Hospitality, Inc.<br>c/o Hitesh Patel |
| KAJAL HOSPITALITY, LLC<br>c/o Jaydip Modi | Michael A. Wiley |
| | Yash Enterprises, Inc. c/o Tushar Natha |
| Noor Hotel, LLC<br>c/o Abdel Jawabreh | OM, LLC c/o Ramesh V. Patel |
| Ambica, LLC<br>c/o Prakash Patel | Steve Keller |

s/ Jamie A. Rogers
s/ Attorney Name