# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,     ) | |
|     ) | |
|     Plaintiff,     ) | |
|     ) | |
| v.     ) | |
|     ) | |
| PLAZA HOTELS, LLC; STEVE     ) | |
| KETTER; MICHAEL WILEY; OKC     ) | |
| AIRPORT ES, LLC; ESH     ) | |
| STRATEGIES FRANCHISE, LLC;     ) | |
| KAJAL HOSPITALITY, LLC;     ) | |
| JALIYAN HOSPITALITY, INC.;     ) | |
| SUPER 8 WORLDWIDE, INC.; RAJ     ) | No. 5:25-cv-00462-G |
| KRUPA HOTEL, LLC; DAYS INNS     ) | |
| WORLDWIDE, INC.; CHAND &     ) | |
| SAAJ HOSPITALITY, INC.;     ) | |
| RAMADA WORLDWIDE, INC.;     ) | |
| YASH ENTERPRISES, INC.;     ) | |
| HOWARD JOHNSON     ) | |
| INTERNATIONAL, INC.; NOOR     ) | |
| HOTEL, LLC; AMBICA, LLC; OM,     ) | |
| LLC; INDRA, LLC; AND G6     ) | |
| HOSPITALITY FRANCHISING,     ) | |
| LLC,     ) | |
|     ) | |
|     Defendants.     ) | |

## ESH STRATEGIES FRANCHISE, LLC'S MOTION TO DISMISS PLAINTIFF'S PETITION

Defendant ESH Strategies Franchise, LLC ("ESH"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court for an order dismissing Plaintiff's Petition (the "Complaint"), with prejudice, for failure to state a claim. A brief in support is attached hereto.

Respectfully submitted this 14ᵗʰ day of May, 2025.

Respectfully submitted,

**STEIDLEY & NEAL, P.L.L.C.**

 *s/ Charles D. Neal, Jr.*
Charles D. Neal, Jr., OBA #6591
cdn@steidley-neal.com
Philard L. Rounds, Jr., OBA #7780
plr@steidley-neal.com
Jamie A. Rogers, OBA #19927
jar@steidley-neal.com
CityPlex Towers, 53ʳᵈ Floor
2448 East 81ˢᵗ Street
Tulsa, Oklahoma 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile

And

**WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL**
Patrick B. Moore
(*Pro Hac Vice forthcoming)*
Georgia Bar No. 520390
Shubhra R. Mashelkar
Georgia Bar No. 475388
(*Pro Hac Vice forthcoming)*
Michael W. Warner
Georgia Bar No. 751362
(*Pro Hac Vice forthcoming*)
3344 Peachtree Rd. NE, Suite 2400
Atlanta, Georgia 30326
404-876-2700 | 404-875-9433 (fax)
PMoore@wwhgd.com
SMashelkar@wwhgd.com
Cbyrd@wwhgd.com
Mwarner@wwhgd.com
*Counsel for ESH Strategies Franchise, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
fdh@handleylaw.com
*Counsel for Plaintiff*

Michael C. Kane
Joel Hengstler
Bradley J. Myers
service@the702firm.com
*Counsel for Plaintiff*

Geoffrey C. Parker
Jonathan Hilton
gparker@hiltonparker.com
jhilton@hiltonparker.com
*Counsel for Plaintiff*

David C. Senger
Hunter M. Siex
COFFEY, SENGER & WOODARD PLLC
david@cswlawgroup.com
hunter@cswlawgroup.com
*Counsel for Defendant Jaliyan Hospitality*

Bart Jay Robey
Eric A. Moen
Abby R. Herren
CHUBBUCK DUNCAN & ROBEY, P.C.
eamoen@chubbucklaw.com
*Counsel for Defendant OKC Airport ES*

Michael S. Linscott
DOERNER, SAUNDERS, DANIEL & ANDERSON
mlinscott@dsda.com

Kaylee Davis-Maddy
DOERNER, SAUNDERS, DANIEL & ANDERSON
kmaddy@dsda.com
*Counsel for Super 8 Worldwide, Days Inns Worldwide, Ramada Worldwide, & Howard Johnson International*

Robert Glenn Chadwick, Jr.
Alexander Gebert
FREEMAN MATHIS & GARY, LLP
bob.chadwick@fmglaw.com
alex.gebert@fmglaw.com
*Counsel for Raj Krupa Hotel, LLC*

I hereby certify that on May 14, 2025 I filed the attached document with the Clerk of the Court and served the attached document by on the following, who are not registered participants of the ECF System:

PLAZA HOTELS, LLC
3200 S 1-35 Service Road
Oklahoma City, OK 73129


INDRA, LLC
c/o Ramesh Patel
11935 N. 1-35 Service Rd.
Oklahoma City, OK 73131


KAJAL HOSPITALITY, LLC
c/o Jaydip Modi
1120 S 10th St.
Clinton, OK 73601


NOOR HOTEL, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103


AMBICA, LLC
c/o Prakash Patel
5608 NW 107thSt.
Oklahoma City, OK 73162


Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003


Jonathan Wilfong
OYO HOTELS, INC.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising*


CHAND & SAAJ HOSPITALITY, INC.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108


YASH ENTERPRISES, INC.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108


OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK 73131


Steve Keller
5101 S. Choctaw Ave.
El Reno, OK 73036


*s/ Charles D. Neal, Jr.*
Charles D. Neal, Jr.
Steidley & Neal, P.L.L.C.