UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously, )
)
)
)
vs.                                   Plaintiff(s) )   Case No. 5:25-cv-00462-G
)
PLAZA HOTELS, LLC, et al. )
)
)
)
                                    Defendant(s) )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Christopher T. Byrd

2. State bar membership number: 100854

3. Business address, telephone and fax numbers:
   Weinberg, Wheeler, Hudgins, Gunn & Dial
   3344 Peachtree Road NE, Suite 2400, Atlanta, GA 30326
   Ph: 404-832-9546 / Fx: 404-875-9433

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   GA Bar (11/22/02); NV Bar (6582 / 10/14/98); USDC/Northern Dist of GA (4/29/03); USDC/Middle Dist of GA (4/20/04); USDC Dist of NV (11/10/98); US Court of Appeals/4th District (11/18/03); US Court of Appeals/9th District (11/26/01); US Court/Federal Claims (4/15/03); US Court of Appeals/11th Circuit (12/20/19); Supreme Court of GA (7/9/21)

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

   A check for $100 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

   DATED this  14th  day of  May  .

   /s/ Christopher T. Byrd
   Signature of Applicant

005/rvsd 04-23