IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 5:25-cv-00462-G |
| | ) |
| PLAZA HOTELS, LLC, et al., | ) |
| | ) |
| Defendants, | ) |

**MOTION FOR ADMISSION PRO HAC VICE OF**
**SHUBHRA R. MASHELKAR**

Defendant ESH Strategies Franchise, LLC ("Defendant"), pursuant to Western District Rule LCvR83.3, respectfully moves this Court for an order admitting Shubhra R. Mashelkar of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, to this Court *pro hac vice,* for the purposes of representing Defendant in the above-styled matter. In support of this motion, Defendant states as follows:

1. Shubhra R. Mashelkar is a member in good standing of the Georgia State Bar. Her Request for Admission *Pro Hac Vice* is attached hereto as Exhibit "1."

2. Shubhra R. Mashelkar is expected to participate in the preparation and trial of this matter for the Defendant.

Charles D. Neal, Jr., the attorney who signed the initial pleading and this motion, has been duly and regularly admitted to practice in this honorable Court. Mr. Neal has entered his appearance and will continue as counsel in this case pursuant to LCvR83.3.

WHEREFORE, Defendant ESH Strategies Franchise, LLC respectfully requests that this Court enter an order allowing the entry of appearance of Shubhra R. Mashelkar as counsel *pro hac vice* for Defendant for all purposes in this action.

Respectfully submitted,

**STEIDLEY & NEAL, P.L.L.C.**

_s/ Charles D. Neal, Jr._
Charles D. Neal, Jr., OBA #6591
cdn@steidley-neal.com
Philard L. Rounds, Jr., OBA #7780
plr@steidley-neal.com
Jamie A. Rogers, OBA #19927
jar@steidley-neal.com
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, Oklahoma 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile
*Counsel for ESH Strategies Franchise, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.

| | |
|---|---|
| Fletcher D. Handley, Jr.<br>THE HANDLEY LAW CENTER<br>fdh@handleylaw.com<br>*Counsel for Plaintiff*<br><br>Michael C. Kane<br>Joel Hengstler<br>Bradley J. Myers<br>service@the702firm.com | Bart Jay Robey<br>Eric A. Moen<br>Abby R. Herren<br>CHUBBUCK DUNCAN & ROBEY, P.C.<br>eamoen@chubbucklaw.com<br>*Counsel for Defendant OKC Airport ES*<br><br>Michael S. Linscott<br>DOERNER, SAUNDERS, DANIEL & ANDERSON |

*Counsel for Plaintiff*

Geoffrey C. Parker
Jonathan Hilton
gparker@hiltonparker.com
jhilton@hiltonparker.com
*Counsel for Plaintiff*

David C. Senger
Hunter M. Siex
COFFEY, SENGER & WOODARD PLLC
david@cswlawgroup.com
hunter@cswlawgroup.com
*Counsel for Defendant Jaliyan Hospitality*

mlinscott@dsda.com

Kaylee Davis-Maddy
DOERNER, SAUNDERS, DANIEL & ANDERSON
kmaddy@dsda.com
*Counsel for Super 8 Worldwide, Days Inns Worldwide, Ramada Worldwide, & Howard Johnson International*

Robert Glenn Chadwick, Jr.
Alexander Gebert
FREEMAN MATHIS & GARY, LLP
bob.chadwick@fmglaw.com
alex.gebert@fmglaw.com
*Counsel for Raj Krupa Hotel, LLC*

I hereby certify that on May 14, 2025 I filed the attached document with the Clerk of the Court and served the attached document by on the following, who are not registered participants of the ECF System:

PLAZA HOTELS, LLC
3200 S 1-35 Service Road
Oklahoma City, OK 73129


INDRA, LLC
c/o Ramesh Patel
11935 N. 1-35 Service Rd.
Oklahoma City, OK 73131

KAJAL HOSPITALITY, LLC
c/o Jaydip Modi
1120 S 10th St.
Clinton, OK 73601

NOOR HOTEL, LLC
c/o Abdel Jawabreh
3213 Meadow Lane

Jonathan Wilfong
OYO HOTELS, INC.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising*
CHAND & SAAJ HOSPITALITY, INC.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

YASH ENTERPRISES, INC.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

OM, LLC
c/o Ramesh V. Patel

3

Edmond, OK 73103

AMBICA, LLC
c/o Prakash Patel
5608 NW 107thSt.
Oklahoma City, OK 73162

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003

12001 N I-35 Service Road
Oklahoma City, OK  73131


Steve Keller
5101 S. Choctaw Ave.
El Reno, OK 73036


*s/ Charles D. Neal, Jr.*
Charles D. Neal, Jr.
Of Steidley & Neal, P.L.L.C.