UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>vs.                    Plaintiff(s)<br><br>PLAZA HOTELS, LLC, et al.<br><br>                        Defendant(s) | )<br>)<br>)<br>)<br>)   Case No. 5:25-cv-00462-G<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Shubhra R. Mashelkar

2. State bar membership number: Georgia Bar No.: 475388

3. Business address, telephone and fax numbers:
   Weinberg, Wheeler, Hudgins, Gunn & Dial
   3344 Peachtree Road NE, Suite 2400, Atlanta, GA 30326
   Ph: 404-591-9663 / Fx: 404-875-9433

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Georgia Bar (11/07/2003); Georgia Court of Appeals (05/30/2008); Georgia Supreme Court (02/15/2024); USDC/Northern District of Georgia (07/11/2005); USDC/Middle District of Georgia (12/19/2006); USDC/Eastern District of Michigan (10/13/2022); US Court of Appeals for the 11th Circuit (02/15/2007)

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this ___14th___ day of ___May___.

/s/ Shubhra R. Mashelkar
Signature of Applicant

005/rvsd 04-23