UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., Pseudonymously,<br><br>vs.                                      Plaintiff(s)<br><br>PLAZA HOTELS, LLC; STEVE KETTER; et al.<br><br><br>                                      Defendant(s) | )<br>)<br>)<br>)<br>) Case No. 5:25-CV-00462-G<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: __PATRICK BRYANT MOORE__

2. State bar membership number: __520390__

3. Business address, telephone and fax numbers:
   WEINBERG WHEELER HUDGINS GUNN & DIAL
   3344 Peachtree Rd., N.E., Suite 2400, Atlanta, GA  30326
   Phone: (404) 832-9520 / Fax: (404) 875-9433

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   State of Georgia-1995; Supreme Court of Georgia-1996; Court of Appeals of Georgia-1996; USDC ND GA-2001; USDC MD GA-2001; USDC SD GA-2024; USDC East. Dist. WI-2007; USDC West. Dist. WI-2007; USDC ND FL-2008; 11th Cir. Court of Appeals-2007

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?     ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?     ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?     ☑ Yes  ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this __14th__ day of __May, 2025__.

/s/ Patrick B. Moore
Signature of Applicant

005/rvsd 04-23