**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>Plaintiff,<br>vs.<br><br>PLAZA HOTELS LLC, et al.,<br><br>Defendants. | Case No.: 5:25-cv-00462-G |

**PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL C. KANE**

Plaintiff, Nancy R., by her undersigned attorney in the above-captioned matter respectfully moves the Court to admit non-resident attorney Michael C. Kane, *pro hac vice*, to appear in and participate as counsel or co-counsel in this case with Fletcher D. Handley, Jr., OBA No. 3797 with the law firm of Handley Fletcher Center. In support of this Motion, Plaintiff Nancy R. states as follows:

1. Michael C. Kane is an attorney with The702Firm located at 8335 West Flamingo Road, Las Vegas, NV 89147.

2. The undersigned, Fletcher D. Handley, Jr., certifies that Michael C. Kane is a member of the bar in good standing of the highest court of the State of Nevada. Michael C. Kane has not been disciplined in any jurisdiction and has not resigned or been placed on inactive status as a member of any bar.

3. Attached to this Motion is a Request for Admission *Pro Hac Vice*, completed and signed by Michael C. Kane.

4. Michael C. Kane understands that he must register for electronic filing (ECF) with this Court promptly upon granting this Motion and upon activation,

electronically file an Entry of Appearance consistent with LCvR 83.4.

5. A Proposed Order granting this Motion is submitted herewith.

6. This Motion is accompanied by the required $100.00 fee.

WHEREFORE, Plaintiff Nancy R. respectfully requests the Court grant this Motion and enter an Order in the form attached admitting Michael C. Kane *pro hac vice* to represent Plaintiff in this case and in all proceedings attendant thereto.

Dated, May 12th, 2025.

/s/ Fletcher D. Handley, Jr.
FLETCHER D. HANDLEY, JR.
OBA No. 3797
Handley Law Center
PO Box 310
El Reno, OK 73036
Tel: (405) 295-1924
Email: fdh@handleylaw.com

*Attorney for Plaintiff Nancy R.*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously )
Plaintiff(s) ) Case No. 5:25-cv-00462-G
vs. )
Plaintiff(s) )
Plaintiff(s) )
Plaza Hotels LLC et al. )
Defendant(s) )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Michael C. Kane

2. State bar membership number: Nevada Bar # 10096

3. Business address, telephone and fax numbers:
   The702Firm
   8335 W. Flamingo Road, Las Vegas, NV 89147
   Tel: 702-776-3333 Fax: 702-505-9787

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Nevada Supreme Court
   U.S. District Court for the District of Nevada

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☐ Yes ☑ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this 12th day of May 2025.

/s/ Michael C. Kane
Signature of Applicant

005/rvsd 04-23

# *CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF NEVADA*

***I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that MICHAEL KANE (Bar No.10096) was on the 17TH day of OCTOBER, 2006 duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;***

***I FURTHER CERTIFY that the said that MICHAEL KANE in good standing; and that his name now appears on the Roll of Attorneys in this office.***




***IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 12TH DAY OF MAY, 2025.***

***ELIZABETH A. BROWN, CLERK***
***SUPREME COURT***
***STATE OF NEVADA***

*Chief Deputy Clerk*



SUPREME COURT OF NEVADA
OFFICE OF THE CLERK
ELIZABETH A. BROWN, CLERK
201 SOUTH CARSON STREET, SUITE 201
CARSON CITY, NEVADA 89701-4702

Telephone
(775) 684-1600

May 12, 2025

Michael Kane
The702Firm Injury Attorneys
8335 W. Flamingo Road
Las Vegas, NV 89147

Re: Certificate of Good Standing

Dear Michael Kane:

Pursuant to your request, enclosed is a certificate of admission and good standing in the State Bar of Nevada.

Sincerely,

Rory Wunsch
Chief Deputy Clerk

AA
Enclosure

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS LLC, et al.,

Defendants.

Case No.: 5:25-cv-00462-G

**PROPOSED ORDER**

Plaintiff, Nancy R., moves to admit Michael C. Kane *pro hac vice*. See Doc. ___. For good cause shown, the Court GRANTS this motion. Michael C. Kane is admitted to practice before this Court for the limited purpose of participating in this case, provided that Kane link his individual PACER accounts to this Court in order to request e-filing access and then electronically file his entries of appearance, consistent with LCvR83.4. The attorney should familiarize himself with this District's Local Rules and this Court's Chamber Rules.

IT IS SO ORDERED this __th day of _______, 2025.

X

Charles Goodwin
United States District Judge

***Certificate of Service***

The undersign certifies that on the 14th day of May, 2025 he electronically transmitted a true and correct copy of the within and foregoing to all parties' counsel as outlined further below, in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Abby R. Herren<br>Bart Jay Robey<br>Eric A. Moen<br>CHUBBUCK DUNCAN & ROBEY, PC<br>1329 Classen Drive<br>Oklahoma City, OK 73103<br>*Attorney for Defendant,*<br>*OKC Airport ES, LLC* | David Senger<br>Hunter Siex<br>COFFEY, SENGER & WOODARD, PLLC<br>4725 East 91st Street, Suite 100<br>Tulsa, Oklahoma 74137<br>*Attorneys for Defendant,*<br>*Jaliyan Hospitality, Inc.* |
| Charles D Neal , Jr<br>Steidley & Neal-MCALESTER<br>P O Box 1165<br>100 E Carl Albert Parkway<br>McAlester, OK 74502<br>918-423-4611<br>Fax: 918-423-4620<br>Email: cdn@steidley-neal.com<br><br>Jamie A Rogers<br>Steidley & Neal, PLLC<br>2448 E 81st 53rd Floor<br>Ste 5300<br>Tulsa, OK 74137<br>918-664-4612<br>Fax: 918-664-4133<br>Email: jar@steidley-neal.com<br><br>Philard L Rounds , Jr<br>Steidley & Neal-TULSA<br>2448 E 81st St<br>Suite 5300<br>Tulsa, OK 74137<br>918-664-4612<br>Fax: 918-664-4133<br>Email: plr@steidley-neal.com<br>*Attorneys for Defendant,*<br>*ESH Strategies Franchise, LLC* | Kaylee P. Davis-Maddy<br>Michael S. Linscott<br>DOERNER SANDERS DANIEL & ANDERSON<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102<br>*Attorneys for Defendants,*<br>*Super 8 Worldwide LLC,*<br>*Days Inn Worldwide, Inc.,*<br>*Ramada Worldwide, Inc.*<br>*Howard Johnson International, Inc.* |

| | |
|---|---|
| Alexander Gebert<br>Robert Glenn Chadwick, Jr.<br>FREEMAN MATHIS & GARY, LLP<br>7160 Dallas Parkway, Suite 625<br>Plano, Texas 75024<br>*Attorneys for Defendant,*<br>*Raj Krupa Hotel, LLC* | Jonathan Wilfong<br>Oyo Hotels, Inc.<br>440 Louisiana Street, Suite 105<br>Houston, TX 770062<br>*Attorney for Defendant,*<br>*G6 Hospitality Franchising, LLC* |
| Steve Ketter<br>5101 S. Choctaw Avenue<br>El Reno, OK 73036 | Kajal Hospitality, LLC<br>c/o Jaydip Modi<br>1120 S. 10th Street<br>Clinton, OK 73601 |
| Chand & Saaj Hospitality, Inc.<br>c/o Hitesh Patel<br>2200 S. Meridian<br>Oklahoma City, OK 73108 | Noor Hotel, LLC<br>c/o Abdel Jawabreh<br>3213 Meadow Lane<br>Edmond, OK 73103 |
| Yash Enterprises, Inc.<br>c/o Tushar Natha<br>400 S. Meridian<br>Oklahoma City, OK 73108 | Ambica, LLC<br>c/o Prakash Patel<br>5608 N.W. 107th Street<br>Oklahoma City, OK 73162 |
| OM, LLC<br>c/o Ramesh V. Patel<br>12001 N. I-35 Service Road<br>Oklahoma City, OK 73131 | Indra, LLC<br>c/o Ramesh Patel<br>11935 N. I-35 Service Road<br>Oklahoma City, OK 73131 |
| Plaza Hotels, LLC<br>3200 S. I-35 Service Road<br>Oklahoma City, OK 73129 | Michael Wiley<br>11025 N. County Line Road<br>Yukon, OK 73099 |

/s/ Fletcher D. Handley, Jr.

Fletcher D. Handley, Jr.