## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously<br><br>  Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC, et al.,<br><br>  Defendants. | Case No. 5:25-cv-00462-G<br><br>Judge Charles Goodwin |

### PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT JALIYAN HOSPITALITY, INC.'S PARTIAL MOTION TO DISMISS

NOW COMES Plaintiff NANCY R. and gives notice that she does not oppose Defendant JALIYAN HOSPITALITY, INC.'s ("Jaliyan") Partial Motion to Dismiss, which asks the Court to "enter an Order dismissing Plaintiff's claims for 'negligence or premises liability' and intentional infliction of emotional distress *against Defendant Jaliyan* with prejudice." (Doc. 17) (emphasis added.)

DATED this 15th day of May, 2025.

/s/ Fletcher D. Handley, Jr.
FLETCHER D. HANDLEY, JR.
The Handley Law Center
Post Office Box 310
El Reno, OK 73036
Telephone: (405) 295-1924
Facsimile: (405) 262-3531
fdh@handleylaw.com

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice* forthcoming)
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Telephone: (614) 992-2277
Facsimile: (614) 927-5980
Email: gparker@hiltonparker.com

MICHAEL C. KANE, ESQ.<br>
(*Pro Hac Vice* forthcoming)<br>
THE702FIRM INJURY ATTORNEYS<br>
400 South 7th Street, Suite 400<br>
Las Vegas, Nevada 89101<br>
Telephone: (702) 776-3333<br>
Facsimile: (702) 505-9787<br>
Email: service@the702firm.com

## CERTIFICATE OF SERVICE

The undersign certifies that on the 15th day of May, 2025 he electronically transmitted a true and correct copy of the within and foregoing to all parties' counsel as outlined further below, in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Abby R. Herren<br>Bart Jay Robey<br>Eric A. Moen<br>CHUBBUCK DUNCAN & ROBEY, PC<br>1329 Classen Drive<br>Oklahoma City, OK 73103<br>*Attorney for Defendant,*<br>*OKC Airport ES, LLC* | David Senger<br>Hunter Siex<br>COFFEY, SENGER & WOODARD, PLLC<br>4725 East 91st Street, Suite 100<br>Tulsa, Oklahoma 74137<br>*Attorneys for Defendant,*<br>*Jaliyan Hospitality, Inc.* |
| Alexander Gebert<br>Robert Glenn Chadwick, Jr.<br>FREEMAN MATHIS & GARY, LLP<br>7160 Dallas Parkway, Suite 625<br>Plano, Texas 75024<br>*Attorneys for Defendant,*<br>*Raj Krupa Hotel, LLC* | Kaylee P. Davis-Maddy<br>Michael S. Linscott<br>DOERNER SANDERS DANIEL & ANDERSON<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102<br>*Attorneys for Defendants,*<br>*Super 8 Worldwide LLC,*<br>*Days Inn Worldwide, Inc.,*<br>*Ramada Worldwide, Inc.*<br>*Howard Johnson International, Inc.* |
| Charles D Neal, Jr<br>Steidley & Neal-MCALESTER<br>P O Box 1165<br>100 E Carl Albert Parkway<br>McAlester, OK 74502<br>Telephone: 918-423-4611<br>Fax: 918-423-4620<br>Email: cdn@steidley-neal.com<br>*Attorneys for Defendant,*<br>*ESH Strategies Franchise, LLC* | Jamie A Rogers<br>Philard L Rounds, Jr<br>Steidley & Neal - TULSA<br>2448 E 81st 53rd Floor, Ste 5300<br>Tulsa, OK 74137<br>918-664-4612<br>Fax: 918-664-4133<br>Email: jar@steidley-neal.com<br>Email: plr@steidley-neal.com<br>*Attorneys for Defendant,*<br>*ESH Strategies Franchise, LLC* |

| | |
|---|---|
| Steve Ketter<br>5101 S. Choctaw Avenue<br>El Reno, OK 73036 | Kajal Hospitality, LLC<br>c/o Jaydip Modi<br>1120 S. 10th Street<br>Clinton, OK 73601 |
| Chand & Saaj Hospitality, Inc.<br>c/o Hitesh Patel<br>2200 S. Meridian<br>Oklahoma City, OK 73108 | Noor Hotel, LLC<br>c/o Abdel Jawabreh<br>3213 Meadow Lane<br>Edmond, OK 73103 |
| Yash Enterprises, Inc.<br>c/o Tushar Natha<br>400 S. Meridian<br>Oklahoma City, OK 73108 | Ambica, LLC<br>c/o Prakash Patel<br>5608 N.W. 107th Street<br>Oklahoma City, OK 73162 |
| OM, LLC<br>c/o Ramesh V. Patel<br>12001 N. I-35 Service Road<br>Oklahoma City, OK 73131 | Indra, LLC<br>c/o Ramesh Patel<br>11935 N. I-35 Service Road<br>Oklahoma City, OK 73131 |
| Plaza Hotels, LLC<br>3200 S. I-35 Service Road<br>Oklahoma City, OK 73129 | Michael Wiley<br>11025 N. County Line Road<br>Yukon, OK 73099 |

/s/ Fletcher D. Handley, Jr.

Fletcher D. Handley, Jr.