UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the record, the Court GRANTS the Motions for Admission Pro Hac Vice (Doc. Nos. 28, 29, 30) filed on May 14, 2025, in support of the Requests for Admission Pro Hac Vice signed by attorneys Christopher T. Byrd, Shubhra R. Mashelkar, and Patrick B. Moore, and hereby PERMITS Attorneys Byrd, Mashelkar, and Moore to appear as counsel of record in this matter for Defendant ESH Strategies Franchise, LLC.[1]

On or before May 29, 2025, Attorneys Byrd, Mashelkar, and Moore shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorneys Byrd, Mashelkar, and Moore are ADVISED that failure to comply with this requirement by May 29, 2025, will result in vacatur of this Order and denial of the Requests for Admission Pro Hac Vice.

---

[1] The docket reflects that the required fees have been paid. *See* LCvR 83.2(g).

IT IS SO ORDERED this 15th day of May, 2025.

_____
CHARLES B. GOODWIN
United States District Judge