UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Motion for Admission Pro Hac Vice (Doc. No. 21) filed on May 12, 2025, in support of the Request for Admission Pro Hac Vice signed by attorney Geoffrey C. Parker seeking leave to appear as counsel of record in this matter for Plaintiff.

When asked if familiar with the Federal Rules of Evidence, the Federal Rules of Civil Procedure, and the local rules of this Court, Attorney Parker answered "No." *Id.* at 5.

Accordingly, the Motion is DENIED without prejudice to resubmission.

IT IS SO ORDERED this 15th day of May, 2025.

_____
CHARLES B. GOODWIN
United States District Judge