IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>    Plaintiff,<br>vs.<br><br>PLAZA HOTELS LLC, et al.,<br><br>    Defendants. | Case No.: 5:25-cv-00462-G |

## PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF GEOFFREY C. PARKER

Plaintiff, Nancy R., by her undersigned attorney in the above-captioned matter respectfully moves the Court to admit non-resident attorney Geoffrey C. Parker, *pro hac vice*, to appear in and participate as counsel or co-counsel in this case with Fletcher D. Handley, Jr., OBA No. 3797 with the law firm of Handley Fletcher Center. In support of this Motion, Plaintiff Nancy R. states as follows:

1. Geoffrey C. Parker is an attorney with Hilton Parker LLC located at 7658 Slate Ridge Boulevard, Reynoldsburg, OH 43068.

2. The undersigned, Fletcher D. Handley, Jr., certifies that Geoffrey C. Parker is a member of the bar in good standing of the highest court of the State of Ohio and Nevada. Geoffrey C. Parker has not been disciplined in any jurisdiction and has not resigned or been placed on inactive status as a member of any bar.

3. Attached to this Motion is a Request for Admission *Pro Hac Vice*, completed and signed by Geoffrey C. Parker.

4. Geoffrey C. Parker understands that he must register for electronic filing (ECF) with this Court promptly upon granting this Motion and upon activation,

1

electronically file an Entry of Appearance consistent with LCvR 83.4.

5. A Proposed Order granting this Motion is submitted herewith.

6. This Motion is accompanied by the required $100.00 fee.

WHEREFORE, Plaintiff Nancy R. respectfully requests the Court grant this Motion and enter an Order in the form attached admitting Geoffrey C. Parker *pro hac vice* to represent Plaintiff in this case and in all proceedings attendant thereto.

Dated, May 20th, 2025.

/s/ Fletcher D. Handley, Jr.
FLETCHER D. HANDLEY, JR.
OBA No. 3797
Handley Law Center
PO Box 310
El Reno, OK 73036
Tel: (405) 295-1924
Email: fdh@handleylaw.com

*Attorney for Plaintiff Nancy R.*

Certificate of Service

The undersign certifies that on the 20th day of May, 2025 he electronically transmitted a true and correct copy of the within and foregoing to all parties' counsel as outlined further below, in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Abby R. Herren<br>Bart Jay Robey<br>Eric A. Moen<br>CHUBBUCK DUNCAN & ROBEY, PC<br>1329 Classen Drive<br>Oklahoma City, OK   73103<br>*Attorney for Defendant,*<br>*OKC Airport ES, LLC* | David Senger<br>Hunter Siex<br>COFFEY, SENGER & WOODARD, PLLC<br>4725 East 91st Street, Suite 100<br>Tulsa, Oklahoma 74137<br>*Attorneys for Defendant,*<br>*Jaliyan Hospitality, Inc.* |
| Charles D Neal, Jr<br>Steidley & Neal-MCALESTER<br>P O Box 1165<br>100 E Carl Albert Parkway<br>McAlester, OK 74502<br><br>Jamie A Rogers<br>Philard L Rounds, Jr<br>Steidley & Neal, PLLC - Tulsa<br>2448 E 81st 53rd Floor<br>Ste 5300<br>Tulsa, OK 74137<br><br>Christopher T. Byrd<br>Patrick B. Moore<br>Shubhra R. Mashelkar<br>WEINBERG, WHEELER, HUDGINS,<br>  GUNN & DIAL<br>3344 Peachtree Road. NE, Suite 2400<br>Atlanta, Georgia 30326<br>*Attorneys for Defendant,*<br>*ESH Strategies Franchise, LLC* | Kaylee P. Davis-Maddy<br>Michael S. Linscott<br>DOERNER SANDERS DANIEL & ANDERSON<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102<br>*Attorneys for Defendants,*<br>*Super 8 Worldwide LLC,*<br>*Days Inn Worldwide, Inc.,*<br>*Ramada Worldwide, Inc.*<br>*Howard Johnson International, Inc.* |
| Alexander Gebert<br>Robert Glenn Chadwick, Jr.<br>FREEMAN MATHIS & GARY, LLP<br>7160 Dallas Parkway, Suite 625<br>Plano, Texas 75024<br>*Attorneys for Defendant,*<br>*Raj Krupa Hotel, LLC* | Jonathan Wilfong<br>Oyo Hotels, Inc.<br>440 Louisiana Street, Suite 105<br>Houston, TX 770062<br>*Attorney for Defendant,*<br>*G6 Hospitality Franchising, LLC* |

| | |
|---|---|
| Steve Ketter<br>5101 S. Choctaw Avenue<br>El Reno, OK 73036 | Kajal Hospitality, LLC<br>c/o Jaydip Modi<br>1120 S. 10th Street<br>Clinton, OK 73601 |
| Chand & Saaj Hospitality, Inc.<br>c/o Hitesh Patel<br>2200 S. Meridian<br>Oklahoma City, OK 73108 | Noor Hotel, LLC<br>c/o Abdel Jawabreh<br>3213 Meadow Lane<br>Edmond, OK 73103 |
| Yash Enterprises, Inc.<br>c/o Tushar Natha<br>400 S. Meridian<br>Oklahoma City, OK 73108 | Ambica, LLC<br>c/o Prakash Patel<br>5608 N.W. 107th Street<br>Oklahoma City, OK 73162 |
| OM, LLC<br>c/o Ramesh V. Patel<br>12001 N. I-35 Service Road<br>Oklahoma City, OK 73131 | Indra, LLC<br>c/o Ramesh Patel<br>11935 N. I-35 Service Road<br>Oklahoma City, OK 73131 |
| Plaza Hotels, LLC<br>3200 S. I-35 Service Road<br>Oklahoma City, OK 73129 | Michael Wiley<br>11025 N. County Line Road<br>Yukon, OK 73099 |

/s/ Fletcher D. Handley, Jr.
Fletcher D. Handley, Jr.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously )
)
)
)
)
vs. Plaintiff(s) )   Case No. 5:25-cv-00462-G
Plaza Hotels LLC et al. )
)
)
)
)
Defendant(s) )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Geoffrey Craig Parker

2. State bar membership number: Ohio Bar # 0096049

3. Business address, telephone and fax numbers:
   Hilton Parker LLC
   7658 Slate Ridge Blvd.
   Reynoldsburg, OH 43068
   Tel.: 614-992-2277 | Fax: 614-927-5980

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Ohio Supreme Court; Nevada Supreme Court; United States Supreme Court; U.S.C.A. for the Seventh Circuit; U.S.C.A. for the Sixth Circuit; United States District Court, Ohio Northern; United States District Court, Ohio Southern

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes  ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes  ☐ No

   A check for $100 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

   DATED this __20th__ day of __May 2025_____.

   /s/ Geoffrey C. Parker
   _____
   Signature of Applicant

005/rvsd 04-23



# The Supreme Court *of* Ohio

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Geoffrey Craig Parker**
Attorney Registration No. **0096049**

was admitted to the practice of law in Ohio on November 7, 2016; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 25th day of March, 2025.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

*Shannon B. Scheid*

Shannon Scheid, *Administrative Assistant*
*Office of Attorney Services*


No. 2025-03-25-1
Verify by email at GoodStandingRequests@sc.ohio.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,

    Plaintiff,

vs.

PLAZA HOTELS LLC, et al.,

    Defendants.

Case No.: 5:25-cv-00462-G

## PROPOSED ORDER

Plaintiff, Nancy R., moves to admit Geoffrey C. Parker *pro hac vice*. See Doc. ___. For good cause shown, the Court GRANTS this motion. Geoffrey C. Parker is admitted to practice before this Court for the limited purpose of participating in this case, provided that Parker link his individual PACER accounts to this Court in order to request e-filing access and then electronically file his entries of appearance, consistent with LCvR83.4. The attorney should familiarize himself with this District's Local Rules and this Court's Chamber Rules.

IT IS SO ORDERED this ___ day of May, 2025.

X _____
Charles Goodwin
United States District Judge

1