# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                                                Case Number:

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____
[name of party]

who is a (check one)   ☐ PLAINTIFF     ☐ DEFENDANT     in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES     ☐ NO

2. **Does party have any parent corporations?**

    (Check one)   ☐ YES     ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES     ☐ NO

    If YES, identify all such owners:

Corporate Disclosure Statement                                 1

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☐ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES  ☐ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _____ day of _____, 20___.

Signature

Printed Name                      Bar Number

Firm Name

Address

City                          State    ZIP

Phone                      Fax

Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery

☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature