# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                                                                        Case Number:

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____

[name of party]

who is a (check one)   ☐ PLAINTIFF   ☐ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☐ NO

2. **Does party have any parent corporations?**

    (Check one)   ☐ YES   ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☐ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES    ☐ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES    ☐ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this _____ day of _____ , 20___.

_____
Signature

_____
Printed Name                               Bar Number

_____
Firm Name

_____
Address

_____
City                                State     ZIP

_____
Phone                               Fax

_____
Email Address

# CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery

☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2025, a true and correct copy of the foregoing was mailed with proper postage thereon prepaid to:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
P.O. Box 310
El Reno, OK 73036
***ATTORNEY FOR PLAINTIFF***

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
***ATTORNEY FOR PLAINTIFF***

Michael S. Linscott
Kaylee P. Davis-Maddy
DOERNER, SAUNDERS, DANIEL
& ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK 74103-3522
mlinscott@dsda.com
kmaddy@dsda.com
Attorneys for Defendants Super 8
***WORLDWIDE, INC., DAYS INNS WORLDWIDE,
INC., RAMADA WORLDWIDE, INC., AND
HOWARD JOHNSON INTERNATIONAL, INC.***

Philard L. Rounds
Jamie A. Rogers
Charles D. Neal, Jr.
STEIDLEY & NEAL, PLLC
CityPlex Towers, 53rd Floor
2448 E. 81st Street, Ste. 5300
Tulsa, OK 74137
plr@stiedley-neal.com
jar@stiedley-neal.com
cdn@stiedley-neal.com
***ATTORNEYS FOR DEFENDANT ESH STRATEGIES
FRANCHISE, LLC***

Geoffrey C. Parker
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
***ATTORNEY FOR PLAINTIFF***

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003
***PRO SE DEFENDANT***

David C. Senger
Hunter M. Siex
COFFEY SENGER HANCOCK &
HARMON, PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
***ATTORNEYS FOR DEFENDANT
JALIYAN HOSPITALITY, INC.***

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Plaza Hotels, LLC
5101 S. Choctaw Ave.
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S. 10th St.
Clinton, OK 73601

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

OM, LLC
c/o Ramesh V. Patel
12001 N. I-35 Service Rd.
Oklahoma City, OK 73131

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana St., Ste. 1050
Houston, TX 77002
***ATTORNEY FOR G6 HOSPITALITY FRANCHISING, LLC***

Alexander S. Gebert
Robert G. Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 N. Dallas Pkwy, Ste. 625
Plano, TX 75024
alex.gebert@fmglaw.com
bob.chadwick@fmglaw.com
***ATTORNEY FOR DEFENDANT RAJ KRUPA HOTEL, LLC***

_____
Bart Jay Robey / Abby R. Herren