UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

### ORDER

Upon review of the record, the Court GRANTS the Amended Motion for Admission Pro Hac Vice (Doc. No. 38) filed on May 20, 2025, in support of the Request for Admission Pro Hac Vice signed by attorney Geoffrey C. Parker, and hereby PERMITS Attorney Parker to appear as counsel of record in this matter for Plaintiff Nancy R.[1]

On or before June 4, 2025, Attorney Parker shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorney Parker is ADVISED that failure to comply with this requirement by June 4, 2025, will result in vacatur of this Order and denial of the Request for Admission Pro Hac Vice.

IT IS SO ORDERED this 21st day of May, 2025.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] The docket reflects that the required fee of $100.00 has been paid.  *See* LCvR 83.2(g).