# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                             Case Number:

Defendant(s)

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____

[name of party]

who is a (check one) ☐ PLAINTIFF  ☐ DEFENDANT   in this action, makes the following disclosure:

1.  **Is party a publicly held corporation or other publicly held entity?**

    (Check one) ☐ YES  ☐ NO

2.  **Does party have any parent corporations?**

    (Check one) ☐ YES  ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3.  **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one) ☐ YES  ☐ NO

    If YES, identify all such owners:

4.    **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)    ☐ YES    ☐ NO

If YES, identify entity and nature of interest:

5.    **Is party a trade association?**

(Check one)    ☐ YES    ☐ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this ____ day of _____ , 20__.

| | |
|---|---|
| Signature | |
| Printed Name | Bar Number |
| Firm Name | |
| Address | |
| City | State    ZIP |
| Phone | Fax |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service       ☐ In Person Delivery

☐ Courier Service           ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature

## CERTIFICATE OF SERVICE

  I hereby certify that on this, the 21st day of May, 2025, the foregoing was transmitted via electronic mail to the following:

Fletcher D. Handley, Jr.
The Handley Law Center
111 S. Rock Island Ave.
P.O. Box 310
El Reno, OK 73036
*Attorney for Plaintiff*

Geoffrey C. Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
*Attorney for Plaintiff*

Michael C. Kane
The702Firm Injury Attorneys
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
*Attorney for Plaintiff*

Miachel A. Wiley
1701 Wildhorse Dr.
Edmond, OK
*Pro Se Defendant*

Michael S. Linscott
Kaylee Davis-Maddy
Doerner, Saunders, Daniel
& Anderson, LLP
700 Williams Tower II
Two West 2nd St.
Tulsa, OK 74103
*Attorneys for Defendants*
*Super 8 Worldwide, Inc., Days*
*Inn Worldwide, Inc., Ramada*
*Worldwide, Inc., and Howard*
*Johnson International, Inc.*

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Plaza Hotels, LLC
5101 S. Choctaw Ave.
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S. 10th St.
Clinton, OK 73601

Bart Jay Robey
Abby R. Herren
Chubbuck, Duncan & Robey, PC
1329 Classen Dr.
Oklahoma City, OK 73103
*Attorneys for OKC Airport*
*ES, LLC*

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

Noor Hotel, LLC
c/o Abel Jawabreh
3213 Meadow Ln.
Edmond, OK 73603

OM, LLC
c/o Ramesh V. Patel
12001 N. I-35 Service Rd.
Oklahoma City, OK 73131

Yash Enterprises, Inc.
c/o Tushar Matha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

Johnathan Wilfong
OYO Hotels, Inc.
440 Louisiana St., Ste. 1050
Houston, TX 77002
*Attorney for G6 Hospitality*
*Franchising, LLC*

Alexander S. Gebert
Robert G. Chadwick
Freeman, Mathis & Gary, LLP
7160 N. Dallas Pkwy, Ste. 625
Plano, TX 75024
*Attorneys for Defendant Raj Krupa*
*Hotel, LLC*

/s/ Hunter M. Siex
Hunter M. Siex