IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously, )
)
)
)
Plaintiff(s), )
)
v. ) Case No. 5:25-cv-00462-G
Plaza Hotels, LLC, et al., )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, ESH Strategies Franchise, LLC.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Christopher T. Byrd (Pro Hac Vice)     5/23/2025
Signature                                                                  Date

Christopher T. Byrd (Pro Hac Vice)
Print Name

Criminal Cases Only:

Weinberg Wheeler Hudgins Gunn & Dial, LLC
Firm

☐ Retained or USA

3344 Peachtree Road, NE, Suite 2400
Address

☐ CJA Appointment

Atlanta                               GA                   30326
City                                        State                 Zip Code

☐ Federal Public Defender

404-876-2700
Telephone

☐ Pro Bono

☐ CJA Training Panel

cbyrd@wwhgd.com
Internet E-mail Address

*Certificate of Service*

☑ I hereby certify that on May 23, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on May 23, 2025, I filed the attached document with the Clerk of the Court and served the attached document by US Mail on the following, who are not registered participants of the ECF System:

| | |
|---|---|
| Plaza Hotels, LLC | Jonathan Wilfong, Oyo Hotels, LLC |
| Indra, LLC<br>c/o Ramesh Patel | Chand & Saaj Hospitality, Inc.<br>c/o Hitesh Patel |
| Kajal Hospitality, LLC<br>c/o Jaydip Modi | Michael A. Wiley |
| Noor Hotel, LLC<br>c/o Abdel Jawabreh | Yash Enterprises, Inc. c/o Tushar Natha |
| Ambica, LLC<br>c/o Prakash Patel | OM, LLC c/o Ramesh V. Patel |
| | Steve Keller |

s/ Christopher T. Byrd (Pro Hac Vice)
s/ Attorney Name