EK/jlp

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NANCY R., pseudonymously, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 5:25-cv-00462-G |
| | ) | |
| PLAZA HOTELS, LLC; | ) | |
| STEVE KETTER; | ) | |
| MICHAEL WILEY; | ) | |
| OKC AIRPORT ES, LLC; | ) | |
| ESH STRATEGIES FRANCHISE, LLC; | ) | |
| KAJAL HOSPITALITY, LLC; | ) | |
| JALIYAN HOSPITALITY, INC.; | ) | |
| SUPER 8 WORLDWIDE, INC.; | ) | |
| CHAND & SAAJ HOSPITALITY, INC.; | ) | |
| RAMADA WORLDWIDE, INC.; | ) | |
| YASH ENTERPRISES, INC.; | ) | |
| HOWARD JOHNSON; | ) | |
| INTERNATIONAL, INC.; | ) | |
| NOOR HOTEL, LLC; | ) | |
| AMBICA, LLC; | ) | |
| OM, LLC; | ) | |
| INDRA, LLC; and | ) | |
| G6 HOSPITALITY FRANCHISING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **APPEARANCE**

To the Clerk of this Court and all parties of record, enter my appearance as counsel in this case for the Defendant, Chand & Saaj Hospitality, Inc.

I certify that I am admitted to practice in this Court.

Type of Appointment: ☒ Retained ☐ CJA

☐ FPD ☐ Pro Bono ☐ Pro Se

        Respectfully submitted,

        SECREST, HILL, BUTLER & SECREST

By:    s/ Justin L. Hall
        JUSTIN L. HALL, OBA #32625
        7134 S. Yale Avenue, Ste. 900
        Tulsa, Oklahoma 74136
        918-494-5905
        918-494-2847 facsimile
        jhall@secresthill.com
        *Attorneys for Defendant,*
        *Chand & Saaj Hospitality, Inc.*

## CERTIFICATE OF MAILING

This is to certify that on the 27th day of May, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com

David C. Senger
Hunter M. Siex
COFFEY SENGER
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@CSHHlaw.com
hunter@CSHHlaw.com
*Attorneys for Jaliyan Hospitality, Inc.*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

                                        s/ Justin L. Hall

025\25007\PLDG\EOA-JLH