# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 5:25-cv-00462-G |
| ) | |
| PLAZA HOTELS, LLC; ) | |
| STEVE KETTER; ) | |
| MICHAEL WILEY; ) | |
| OKC AIRPORT ES, LLC; ) | |
| ESH STRATEGIES FRANCHISE, LLC; ) | |
| KAJAL HOSPITALITY, LLC; ) | |
| JALIYAN HOSPITALITY, INC.; ) | |
| SUPER 8 WORLDWIDE, INC.; ) | |
| CHAND & SAAJ HOSPITALITY, INC.; ) | |
| RAMADA WORLDWIDE, INC.; ) | |
| YASH ENTERPRISES, INC.; ) | |
| HOWARD JOHNSON; ) | |
| INTERNATIONAL, INC.; ) | |
| NOOR HOTEL, LLC; ) | |
| AMBICA, LLC; ) | |
| OM, LLC; ) | |
| INDRA, LLC; and ) | |
| G6 HOSPITALITY FRANCHISING, LLC, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT UNDER RULE 12**

COMES NOW, the Defendant, Chand & Saaj Hospitality, Inc. ("C&S"), pursuant to LCvR6.3, moves for an unopposed extension of time to file an answer or responsive pleading under Rule 12 of the Federal Rules of Civil Procedure, and in support states as follows:

1. Plaintiff Nancy R. ("Plaintiff") initiated this litigation in the District Court of

Oklahoma County, Oklahoma, as Case No. CJ-2025-1850.

2. On April 23, 2025, Defendants Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc. and Howard Johnson International, Inc., removed this case to this Court pursuant to 28 U.S.C. § 1331. Doc. No. 1.

3. Defendant C&S's responsive pleading was due on April 30, 2025. Fed. R. Civ. P. 81(c).

4. Plaintiff and Defendant C&S agreed to an extension of time for Defendant C&S to respond to Plaintiff' Complaint (Doc. No. 1-2) by June 2, 2025.

5. C&S has not previously requested any extension of time to respond to the Complaint.

6. Plaintiff has no objection to the granting of C&S's requested extension.

7. Defendant C&S's request for leave is not made for any purpose of delay. Rather, the requested extension of time to respond to the Complaint would promote the just, speedy and inexpensive determination of this proceeding. FED. R. CIV. P. 1.

8. A proposed order is submitted contemporaneously with this filing.

WHEREFORE, Defendant Chand & Saaj, Inc. respectfully requests that the Court grant this Motion and extend the time for Defendant to file a responsive pleading under Rule 12 or otherwise respond to the Complaint by June 2, 2025.

        Respectfully submitted,

        SECREST, HILL, BUTLER & SECREST

By:   s/*James K. Secrest, III*
      JAMES K. SECREST, III, OBA #18828
      JUSTIN L. HALL, OBA #32625
      EMMA C. KINCADE, OBA #34698
      7134 S. Yale Avenue, Ste. 900
      Tulsa, Oklahoma 74136
      918-494-5905
      918-494-2847 facsimile
      jsecrest3@secresthill.com
      jhall@secresthill.com
      ekincade@secresthill.com
      *Attorneys for Defendant,*
      *Chand & Saaj Hospitality, Inc.*

## **CERTIFICATE OF MAILING**

This is to certify that on the 27th day of May, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com

*Attorneys for Plaintiff*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Abby Rae Herren
Eric A Moen
Chubbuck Duncan & Robey PC
1329 N Classen Dr
Oklahoma City, OK 73103
405-236-8282
Fax: 405-236-2828
Email: eamoen@chubbucklaw.com
*OKC Airport ES LLC*

3

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Jaliyan Hospitality, LLC*

Kaylee P. Davis-Maddy
Michael S. Linscott
Doerner Saunders Daniel & Anderson
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com

David C. Senger
Hunter M. Siex
COFFEY SENGER
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@CSHHlaw.com
hunter@CSHHlaw.com
*Attorneys for Jaliyan Hospitality, Inc.*

Charles D Neal , Jr
Jamie A. Rogers
Philard L. Rounds, Jr.
STEIDLEY & NEAL
P O Box 1165
100 E Carl Albert Parkway
McAlester, OK 74502
918-423-4611
Fax: 918-423-4620
Email: cdn@steidley-neal.com,
jar@steidley-neal.com, plr@steidley-neal.com

-and-

Christopher T. Byrd
WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
Email: cbyrd@wwhgd.com
*ESH Strategies Franchise LLC*

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
*Raj Krupa Hotel LLC*

*James K. Secrest, III*

4