# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 5:25-cv-00462-G |
| ) | |
| PLAZA HOTELS, LLC; ) | |
| STEVE KETTER; ) | |
| MICHAEL WILEY; ) | |
| OKC AIRPORT ES, LLC; ) | |
| ESH STRATEGIES FRANCHISE, LLC; ) | |
| KAJAL HOSPITALITY, LLC; ) | |
| JALIYAN HOSPITALITY, INC.; ) | |
| SUPER 8 WORLDWIDE, INC.; ) | |
| CHAND & SAAJ HOSPITALITY, INC.; ) | |
| RAMADA WORLDWIDE, INC.; ) | |
| YASH ENTERPRISES, INC.; ) | |
| HOWARD JOHNSON; ) | |
| INTERNATIONAL, INC.; ) | |
| NOOR HOTEL, LLC; ) | |
| AMBICA, LLC; ) | |
| OM, LLC; ) | |
| INDRA, LLC; and ) | |
| G6 HOSPITALITY FRANCHISING, LLC, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC

COME NOW, the Defendant, Chand & Saaj Hospitality, LLC[1], pursuant to LCvR 7.1.1, and submits its *Disclosure Statement Identifying Constituents of LLC* contemporaneously with its first filing. This matter is before the Court upon federal question subject matter jurisdiction. The following are members of Chand & Saaj Hospitality, LLC: Vimi H. Patel, Tushar Natha, Amrut Patel, Rajesh Jivan, Suman V.

---

[1] Chand and Saaj, LLC is improperly named as Chand and Saaj, Inc. in the Complaint.

Patel, Ramesh V. Patel, Rajendra V. Patel, Manish S. Patel, Paresh S. Patel, Bhupendra S. Patel, Rashmin R. Natha, Kusum S. Patel, Alka M. Patel, and Sharda R. Patel.

        Respectfully submitted,

        SECREST, HILL, BUTLER & SECREST

By:   s/*James K. Secrest, III*
       JAMES K. SECREST, III, OBA #18828
       JUSTIN L. HALL, OBA #32625
       EMMA C. KINCADE, OBA #34698
       7134 S. Yale Avenue, Ste. 900
       Tulsa, Oklahoma 74136
       918-494-5905
       918-494-2847 facsimile
       jsecrest3@secresthill.com
       jhall@secresthill.com
       ekincade@secresthill.com
       *Attorneys for Defendant,*
       *Chand & Saaj Hospitality, Inc.*

## CERTIFICATE OF MAILING

This is to certify that on the 27th day of May, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com

Abby Rae Herren
Eric A Moen
Chubbuck Duncan & Robey PC
1329 N Classen Dr
Oklahoma City, OK 73103
405-236-8282
Fax: 405-236-2828
Email: eamoen@chubbucklaw.com
*OKC Airport ES LLC*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Jaliyan Hospitality, LLC*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Charles D Neal, Jr
Jamie A. Rogers
Philard L. Rounds, Jr.
STEIDLEY & NEAL
P O Box 1165
100 E Carl Albert Parkway
McAlester, OK 74502
918-423-4611
Fax: 918-423-4620
Email: cdn@steidley-neal.com,
jar@steidley-neal.com, plr@steidley-neal.com

Christopher T. Byrd
WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL
3344 Peachtree Road, NE
Suite $2400
Atlanta, GA 30326
Email: cbyrd@wwhgd.com
*ESH Strategies Franchise LLC*

3

| | |
|---|---|
| Kaylee P. Davis-Maddy<br>Michael S. Linscott<br>Doerner Saunders Daniel & Anderson<br>Two W. 2nd Street, Ste. 700<br>Tulsa, OK 74103<br>kmaddy@dsda.com<br>mlinscott@dsda.com<br>*Super 8 Worldwide LLC*<br>*Days Inn Worldwide Inc.*<br>*Ramada Worldwide Inc.*<br>*Howard Johnson International Inc.* | Alexander Gebert<br>Robert Glenn Chadwick, Jr.<br>FREEMAN MATHIS & GARY, LLP<br>7160 Dallas Parkway, Ste. 625<br>Plano, TX 75024<br>Alex.gebert@fmglaw.com<br>Bob.chadwick@fmglaw.com<br>*Raj Krupa Hotel LLC* |

              s/*James K. Secrest, III*

025\25007

4