**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously, )
)
)
)
Plaintiff(s), )
)
v. )   Case No. 5:25-cv-00462-G
)
PLAZA HOTELS, LLC; et al., )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __ESH Strategies Franchise, LLC__.
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Shubhra R. Mashelkar
Signature                                          Date

Shubhra R. Mashelkar
Print Name

Weinberg, Wheeler, Hudgins, Gunn & Dial
Firm

Criminal Cases Only:

☐ Retained or USA

3344 Peachtree Road NE, Suite 2400
Address

☐ CJA Appointment

Atlanta, GA 30326
City          State          Zip Code

☐ Federal Public Defender

404-876-2700
Telephone

☐ Pro Bono

☐ CJA Training Panel

smashelkar@wwhgd.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

[✔] I hereby certify that on May 28, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[✔] I hereby certify that on May 28, 2025, I filed the attached document with the Clerk of the Court and served the attached document by U.S. Postal Service on the following, who are not registered participants of the ECF System:

Plaza Hotels, LLC

Indra, LLC c/o Ramesh Patel

Kajal Hospitality, LLC c/o Jaydip Modi

Noor Hyotel, LLC c/o Abdel Jawabreh

Ambica, LLC c/o Prakash Patel

Jonathan Wilfong, Oyo Hotels, LLC

Chand & Saaj Hospitality, Inc. c/o Hitesh Patel

Michael A. Wiley

Yash Enterprises, Inc. c/o Tushar Natha

OM, LLC c/o Ramesh V. Patel

Steve Keller

s/ Shubhra R. Mashelkar
s/ Attorney Name