# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NANCY R.,** pseudonymously, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| **PLAZA HOTELS, LLC et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is Defendant Chand & Saaj Hospitality, Inc.'s unopposed Motion for Extension of Time (Doc. No. 49), seeking an extension of time to answer or otherwise respond to Plaintiff's Complaint (Doc. No. 1-2).

For good cause shown, the Motion is GRANTED. Defendant shall file its answer or other response to the Complaint on or before June 2, 2025.

IT IS SO ORDERED this 28th day of May, 2025.

_____
CHARLES B. GOODWIN
United States District Judge