IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>Plaintiff(s),<br><br>v.<br><br>PLAZA HOTELS, LLC; et al.,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)  Case No. 5:25-cv-00462-G<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendant__, __ESH Strategies Franchise, LLC__.
(Plaintiff/Defendant)  (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Patrick B. Moore          May 28, 2025
Signature                    Date

Patrick B. Moore
Print Name

Weinberg, Wheeler, Hudgins, Gunn & Dial
Firm

3344 Peachtree Road NE, Suite 2400
Address

Atlanta, GA 30326
City    State    Zip Code

(404) 832-9520
Telephone

pmoore@wwhgd.com
Internet E-mail Address

Criminal Cases Only:
☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

REVISED 05/14/18

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically transmitted the foregoing ***Entry of Appearance*** to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
El Reno, OK 73036
fdh@handleylaw.com
*Counsel for Plaintiff*

Michael C. Kane
THE 702 FIRM INJURY ATTORNEYS
400 South 7thStreet, Suite 400
Las Vegas, NV 89101
*Attorney for Plaintiff*

Charles D "Buddy" Neal, Jr.
Philard L. Rounds Jr.
Jamie A. Rogers
STEIDLEY & NEAL
CityPlex Towers 53rd Fl.
2448 East 81st Street
Tulsa, OK 74137
cdn@steidley-neal.com
plr@steidley-neal.com
jar@steidley-neal.com
*Counsel for ESH Strategies Franchise*

David C. Senger
Hunter M. Siex
COFFEY, SENGER & WOODARD PLLC
4725 East 91st Street, Suite 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Counsel for Defendant Jaliyan Hospitality*

James K. Secrest, III
Emma C. Kincade
SECREST, HILL, BUTLER & SECREST
7134 S. Yale Avenue, Ste. 900
Tulsa, OK 74136
jsecrest3@secresthill.com
ekincade@secresthill.com
*Counsel for Chand & Saaj Hospitality, Inc.*

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.,
Reynoldsburg, OH 43068
gparker@hiltonparker.com
*Counsel for Plaintiff*

Bart Jay Robey
Eric A. Moen
Abby R. Herren
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
*Counsel for Defendant OKC Airport ES*

Jonathan Wilfong
OYO HOTELS, INC.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising*

Michael S. Linscott
DOERNER, SAUNDERS, DANIEL & ANDERSON
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
mlinscott@dsda.com

Kaylee Davis-Maddy
DOERNER, SAUNDERS, DANIEL & ANDERSON
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
kmaddy@dsda.com
*Counsel for Super 8 Worldwide, Days Inns Worldwide, Ramada Worldwide, & Howard Johnson International*

In addition, I certify that on May 28, 2025, I also served the same document via USPS First-Class mail on the following, who are not registered participants of the ECF system:

YASH ENTERPRISES, INC.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK  73108

PLAZA HOTELS, LLC
3200 S 1-35 Service Road
Oklahoma City, OK 73129

INDRA, LLC
c/o Ramesh Patel
11935 N. 1-35 Service Rd.
Oklahoma City, OK 73131

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003

OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK  73131

KAJAL HOSPITALITY, LLC
c/o Jaydip Modi
1120 S 10th St.
Clinton, OK  73601

NOOR HOTEL, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

AMBICA, LLC
c/o Prakash Patel
5608 NW 107thSt.
Oklahoma City, OK 73162

/s/ *Patrick B. Moore*
Patrick B. Moore *(admitted pro hac vice)*