## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously, )
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:25-cv-00462-G
)
Plaza Hotels, LLC, et al. )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Nancy R. .
(Plaintiff/Defendant)    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Geoffrey C. Parker        05.23.2025
Signature                    Date

Geoffrey C. Parker
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Hilton Parker LLC
Firm

7658 Slate Ride Blvd.
Address

Reynoldsburg        OH        43068
City                State     Zip Code

614-992-2277
Telephone

gparker@hiltonparker.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on May 23, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Geoffrey C. Parker
s/ Attorney Name