IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC AIRPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INNS WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, INC; HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; AND G6 HOSPITALITY FRANCHISING, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 5:25-cv-00462-G |
| Defendants. | ) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MALLORY BIBLO**

Kaylee Davis-Maddy, attorney for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. ("Wyndham Franchisor Defendants"), respectfully requests this Honorable Court to enter an Order admitting Mallory Biblo of the law firm of DLA Piper LLP (US) ("DLA Piper"), to practice before this court in the above-captioned case and all proceedings or contested matters arising in or related to this case (including any further adversary proceedings) on behalf of the Wyndham Franchisor Defendants and in support thereof states as follows:

1.Ms. Biblo is currently an attorney with the law firm of DLA Piper with an address of 1900 N. Pearl St., Suite 2200, Dallas, TX 75201, telephone number of (214) 743-4500 and an email address of Mallory.biblo@us.dlapiper.com.

2.She was admitted to the bar of the state of Texas in 2013 and has remained in good standing since her admission. She has also been admitted to practice in the state of New York, the Fifth Circuit Court of Appeals, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Southern District of Texas, and the United States District Court for the Western District of Texas.

3.She has never been subject to any disciplinary action by any bar association.

4.The Wyndham Franchisor Defendants desire to have Ms. Biblo serve as their counsel, in association with the Movant, in this action.

5.Pursuant to Local Rule 83.2(g), Ms. Biblo's Request for Admission Pro Hac Vice is attached hereto as Exhibit 1, and she is simultaneously tendering the required fees.

6.Movant believes Ms. Biblo is qualified for *pro hac vice* and that just cause exists for such admission.

WHEREFORE, Kaylee Davis-Maddy, as attorney for the Wyndham Franchisor Defendants, respectfully requests this Honorable Court to enter an Order admitting Mallory Biblo to practice before this Court for the limited purpose of representing the Wyndham Franchisor Defendants in this action and any proceedings or contested matter arising in or related to this action, including pending and any further adversary proceedings.

Dated: May 29, 2025

Respectfully submitted,

**DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.**

Doerner, Saunders, Daniel
& Anderson, L.L.P.

*s/ Kaylee P. Davis-Maddy*
Michael S. Linscott, OBA No. 17266
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
mlinscott@dsda.com

Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone (405) 319-3513
Facsimile (405) 319-3524
kmaddy@dsda.com

DLA PIPER LLP (US)

Mallory Biblo (*pro hac vice forthcoming*)
1900 N. Pearl St., Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
mallory.biblo@us.dlapiper.com

David S. Sager (*pro hac vice forthcoming*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2570
Facsimile: (973) 520-2551
david.sager@us.dlapiper.com

*Attorneys for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide Inc., and Howard Johnson International, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on May 29, 2025, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system, electronic mail to:

Alexander S. Gebert alex.gebert@fmglaw.com
David C. Senger david@cswlawgroup.com
Eric A. Moen eamoen@chubbucklaw.com
Fletcher D. Handley, Jr. fdh@handleylaw.com
Hunter M. Siex hunter@cswlawgroup.com
Robert Glenn Chadwick, Jr. bob.chadwick@fmglaw.com
Charles D. Neal, Jr. cdn@steidley-neal.com
Philard L. Rounds, Jr. plr@steidley-neal.com
Jamie A. Rogers jar@steidley-neal.com
Michael C. Kane mike@the702firm.com
Geoffrey C. Parker gparker@hiltonparker.com
Patrick B. Moore pmoore@wwhgd.com
Shubhra R. Mashelkar smashelkar@wwhgd.com
Emma C. Kincade ekincade@secresthill.com
Justin L. Hall jhall@secresthill.com
James K. Secrest, III jsecrest3@secresthill.com
Christopher T. Byrd cbyrd@wwhgd.com

and by U.S. Mail, postage prepaid to:

| | |
|---|---|
| Plaza Hotels, LLC<br>5101 South Choctaw<br>El Reno, OK 73036 | Bart Jay Robey<br>Abby R. Herren<br>CHUBBUCK DUNCAN & ROBEY, P.C.<br>1329 Classen Drive<br>Oklahoma City, OK 73103 |
| Kajal Hospitality, LLC<br>c/o Jaydip Modi<br>1120 S 10th St.<br>Clinton, OK 73601 | bjrobey@chubbucklaw.com<br>arherren@chubbucklaw.com<br>*Attorneys for Defendant OKC Airport ES, LLC* |
| Steve Ketter<br>5101 S. Choctaw Ave.<br>El Reno, OK 73036 | |

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK 73131

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana Street, Suite 1050 Houston, TX 77002
*Attorney for G6 Hospitality Franchising, LLC*

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

*s/ Kaylee P. Davis-Maddy*

5

8750703.1