UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, )<br><br>vs.    Plaintiff(s) )<br><br>PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC AIRPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWDE, INC; RAJ KR )<br><br>Defendant(s) ) | Case No. 5:25-cv-00462-G |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: **Mallory Biblo**

2. State bar membership number: **Texas 24087165**

3. Business address, telephone and fax numbers:
   1900 N. Pearl St., Suite 2200, Dallas, TX 75201
   (214) 743-4500

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   New York, Texas, United States Court of Appeals for the Fifth Circuit, United States District Court for the Northern District of Texas, United States District Court for the Eastern District of Texas, United States District Court for the Southern District of Texas, and United States District Court for the Western District of Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?    ☐ Yes    ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?    ☐ Yes    ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?    ☑ Yes    ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this **29th** day of **May 2025**.

s/Mallory Biblo
Signature of Applicant

005/rvsd 04-23