**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC AIRPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INNS WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, INC; HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; AND G6 HOSPITALITY FRANCHISING, LLC,

Defendants.

Case No. 5:25-cv-00462-G

**MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID S. SAGER**

Kaylee Davis-Maddy, attorney for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. ("Wyndham Franchisor Defendants"), respectfully requests this Honorable Court to enter an Order admitting David S. Sager of the law firm of DLA Piper LLP (US) ("DLA Piper"), to practice before this court in the above-captioned case and all proceedings or contested matters arising in or related to this case (including any further adversary proceedings) on behalf of the Wyndham Franchisor Defendants and in support thereof states as follows:

1. Mr. Sager is currently an attorney with the law firm of DLA Piper with an address of 51 John F. Kennedy Parkway, Suite 120, Short Hills, New Jersey 07078-2704, telephone number of (973) 520-2550 and an email address of david.sager@us.dlapiper.com.

2. He was admitted to the bar of the state of New Jersey in 1992 and has remained in good standing since his admission. He has also been admitted to practice in the state of New York, the Third Circuit Court of Appeals, the Eleventh Circuit Court of Appeals, the United States District Court for the District of New Jersey, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of Michigan. He was also admitted to practice in the United States District Court for the District of Colorado, but such admission is no longer active.

3. He has never been subject to any disciplinary action by any bar association.

4. The Wyndham Franchisor Defendants desire to have Mr. Sager serve as their counsel, in association with the Movant, in this action.

5. Pursuant to Local Rule 83.2(g), Mr. Sager's Request for Admission Pro Hac Vice is attached hereto as Exhibit 1, and he is simultaneously tendering the required fees.

6. Movant believes Mr. Sager is qualified for *pro hac vice* and that just cause exists for such admission.

WHEREFORE, Kaylee Davis-Maddy, as attorney for the Wyndham Franchisor Defendants, respectfully requests this Honorable Court to enter an Order admitting David S. Sager to practice before this Court for the limited purpose of representing the Wyndham

Franchisor Defendants in this action and any proceedings or contested matter arising in or related to this action, including pending and any further adversary proceedings.

Dated: May 29, 2025

**DOERNER SAUNDERS DANIEL & ANDERSON, L.L.P.**

Respectfully submitted,

Doerner, Saunders, Daniel
& Anderson, L.L.P.

*s/ Kaylee P. Davis-Maddy*
Michael S. Linscott, OBA No. 17266
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
mlinscott@dsda.com

Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone (405) 319-3513
Facsimile (405) 319-3524
kmaddy@dsda.com

DLA PIPER LLP (US)

Mallory Biblo (*pro hac vice forthcoming*)
1900 N. Pearl St., Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
mallory.biblo@us.dlapiper.com

David S. Sager (*pro hac vice forthcoming*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2570

Facsimile: (973) 520-2551
david.sager@us.dlapiper.com

*Attorneys for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 29, 2025, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system, electronic mail to:

Alexander S. Gebert alex.gebert@fmglaw.com
David C. Senger david@cswlawgroup.com
Eric A. Moen eamoen@chubbucklaw.com
Fletcher D. Handley, Jr. fdh@handleylaw.com
Hunter M. Siex hunter@cswlawgroup.com
Robert Glenn Chadwick, Jr. bob.chadwick@fmglaw.com
Charles D. Neal, Jr. cdn@steidley-neal.com
Philard L. Rounds, Jr. plr@steidley-neal.com
Jamie A. Rogers jar@steidley-neal.com
Michael C. Kane mike@the702firm.com
Geoffrey C. Parker gparker@hiltonparker.com
Patrick B. Moore pmoore@wwhgd.com
Shubhra R. Mashelkar smashelkar@wwhgd.com
Emma C. Kincade ekincade@secresthill.com
Justin L. Hall jhall@secresthill.com
James K. Secrest, III jsecrest3@secresthill.com
Christopher T. Byrd cbyrd@wwhgd.com

and by U.S. Mail, postage prepaid to:

Plaza Hotels, LLC
5101 South Choctaw
El Reno, OK 73036

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Bart Jay Robey
Abby R. Herren
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
bjrobey@chubbucklaw.com
arherren@chubbucklaw.com
*Attorneys for Defendant OKC Airport ES, LLC*

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S 10th St.
Clinton, OK 73601

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

OM, LLC
c/o Ramesh V. Patel
12001 N I-35 Service Road
Oklahoma City, OK 73131

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising, LLC*

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

*s/ Kaylee P. Davis-Maddy*