# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,
    Plaintiff,

v.                                    Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER;
MICHAEL WILEY; OKC ARPORT ES, LLC;
ESH STRATEGIES FRANCHISE, LLC;
KAJAL HOSPITALITY, INC; JALIYAN
HOSPITALITY, INC; SUPER 8
WORLDWIDE, INC; RAJ KRUPA HOTEL,
LLC; DAYS INNS WORLDWIDE, INC;
CHAND & SAAJ HOSPITALITY, INC;
RAMADA WORLDWIDE, INC; YASH
ENTERPIRSES, INC; HOWARD JOHNSON
INTERNATIONAL, INC; NOOR HOTEL,
LLC; AMBICA, LLC; OM, LLC; INDRA, LLC;
and G6 HOSPITALITY FRANCHISING,
LLC,
    Defendants.

## **APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record

    I am authorized to practice in this Court, and I appear in this case as counsel for Defendant, G6 Hospitality Franchising, LLC.

                          WIGGINS SEWELL & OGLETREE

/s/ Emily N. Richard
Daniel J. Thompson    OBA No. 32129
Emily N. Richard    OBA No. 35719
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405/232-1211
405/235-7025 (fax)
dthompson@wsolaw.net
erichard@wsolaw.net
Attorneys for
G6 Hospitality Franchising, LLC

**Certificate of Service**

On this 2nd day of June, 2025, true and correct copy of the within and foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to the following counsel of record:

| | |
|---|---|
| Fletcher D. Handley, Jr.<br>THE HANDLEY LAW CENTER<br>111 S. Rock Island Ave.<br>PO Box 310<br>El Reno, OK 73036<br>fdh@handleylaw.com<br>*Attorney for Plaintiff* | Michael C. Kane<br>THE702 FIRM INJURY ATTORNEYS<br>400 S. 7th St., Ste. 400<br>Las Vegas, NV 89101<br>service@the702firm.com<br>*Attorney for Plaintiff* |
| Geoffrey C. Parker<br>HILTON PARKER, LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br>gparker@hiltonparker.com<br>*Attorney for Plaintiff* | Abby Rae Herren Eric A Moen<br>CHUBBUCK DUNCAN & ROBEY PC<br>1329 N Classen Dr Oklahoma City, OK<br>73103 eamoen@chubbucklaw.com<br>*Attorney for OKC Airport ES LLC* |
| David C. Senger<br>Hunter Siex<br>COFFEY, SENGER & WOODARD PLLC<br>4725 E. 91st St., Ste. 100<br>Tulsa, OK 74137<br>david@cswlawgroup.com<br>hunter@cswlawgroup.com<br>*Attorneys for Jaliyan Hospitality, LLC* | Alexander Gebert<br>Robert Glenn Chadwick, Jr.<br>FREEMAN MATHIS & GARY, LLP<br>7160 Dallas Parkway, Ste. 625<br>Plano, TX 75024<br>Alex.gebert@fmglaw.com<br>Bob.chadwick@fmglaw.com<br>*Attorneys for Raj Krupa Hotel LLC* |
| Kaylee P. Davis-Maddy<br>Michael S. Linscott<br>DOERNER SAUNDERS<br>Two W. 2nd Street, Ste. 700<br>Tulsa, OK 74103<br>kmaddy@dsda.com<br>mlinscott@dsda.com<br>*Attorneys for Super 8 Worldwide LLC*<br>*Days Inn Worldwide Inc.*<br>*Ramada Worldwide Inc.*<br>*Howard Johnson International Inc.* | Charles D Neal, Jr<br>Jamie A. Rogers<br>Philard L. Rounds, Jr. STEIDLEY &<br>NEAL P O Box 1165 100 E Carl Albert<br>Parkway McAlester, OK 74502<br>cdn@steidley-neal.com<br>jar@steidley-neal.com<br>plr@steidley-neal.com<br>*Attorneys for ESH Strategies Franchise LLC* |

| | |
|---|---|
| Patrick E. Moore<br>Christopher T. Byrd<br>Shubhra Mashelkar<br>WEINBERG, WHEELER, HUDGINS,<br>GUNN AND DIAL<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br>pmoore@wwhgd.com<br>cbyrd@wwhgd.com<br>smashelkar@wwhgd.com<br>*Attorneys for ESH Strategies Franchise LLC* | James K. Secrest, Iii<br>Justin L. Hall<br>Emma C. Kincade<br>7134 S. Yale Avenue, Ste. 900<br>Tulsa, Oklahoma 74136<br>918-494-5905; 918-494-2847 facsimile<br>jsecrest3@secresthill.com<br>jhall@secresthill.com<br>ekincade@secresthill.com<br>*Attorneys for Defendants Chand & Saaj Hospitality Inc.* |

 

/s/ Emily N. Richard
Daniel J. Thompson / Emily N. Richard