**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,
      Plaintiff,

v.                               Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER;
MICHAEL WILEY; OKC ARPORT ES, LLC;
ESH STRATEGIES FRANCHISE, LLC;
KAJAL HOSPITALITY, INC; JALIYAN
HOSPITALITY, INC; SUPER 8
WORLDWIDE, INC; RAJ KRUPA HOTEL,
LLC; DAYS INNS WORLDWIDE, INC;
CHAND & SAAJ HOSPITALITY, INC;
RAMADA WORLDWIDE, INC; YASH
ENTERPIRSES, INC; HOWARD JOHNSON
INTERNATIONAL, INC; NOOR HOTEL,
LLC; AMBICA, LLC; OM, LLC; INDRA, LLC;
AND G6 HOSPITALITY FRANCHISING,
LLC,
      Defendants.

**DEFENDANT G6 HOSPITALITY FRANCHISING, LLC'S UNOPPOSED MOTION TO
EXTEND TIME OR OTHERWISE RESPOND TO PETITION UNDER RULE 12**

Defendant, G6 Hospitality Franchising, LLC ("G6") under LCvR6.3, files this, its

request for any unopposed extension of time to file motions or a responsive pleading

under Rule 12 of the Federal Rules of Civil Procedure, showing in support as follows:

1.      Plaintiff, Nancy R. ("Plaintiff") initiated the litigation in the above-styled and

captioned matter with an action captioned *Nancy R., pseudonymously v. Plaza Hotels,*

*LLC, et al.*, Cause Number CJ-2025-1850 in the District Court of Oklahoma County, State

of Oklahoma. In Plaintiff's state court Petition, Plaintiff asserted claims against the

collective Defendants related to the Trafficking Victims Protection Reauthorization Act and

Oklahoma Human Trafficking laws, *inter alia*.  Counsel for Plaintiff agreed to an extension

of time for G6 to respond to the Petition.

2.      Subsequently, Defendants Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. (collectively, the "Wyndham Franchisor Defendants") removed this case to the United States District Court for the Western District of Oklahoma under 28 U.S.C. § 1331. [ECF No. 1.]

3.      On May 28, 2025, Plaintiff filed a Motion to Amend/Correct her Petition. That motion is pending as of the date of filing this motion.

4.      In light of the removal and the Plaintiff's pending Motion to Amend/Correct, G6 seeks an extension of time to file a response to Plaintiff's Petition.

5.      On June 2, 2025, Plaintiff and Defendant G6 Hospitality Franchising, LLC agreed to a 21 day extension of time to file a response to Plaintiff's amended Petition until after either Plaintiff's Motion to Amend/Correct is denied or Plaintiff's amended Petition is filed on the docket.

6.      Accordingly, G6 respectfully requests that the Court enter an order granting G6 Hospitality Franchising, LLC a 21 day extension of time to file a response to Plaintiff's amended Petition until after either Plaintiff's Motion to Amend/Correct is denied or Plaintiff's amended Petition is filed on the docket.

WIGGINS SEWELL & OGLETREE

/s/ Emily N. Richard
Daniel J. Thompson        OBA No. 32129
Emily N. Richard          OBA No. 35719
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405/232-1211
405/235-7025 (fax)
dthompson@wsolaw.net
erichard@wsolaw.net
Attorneys for
G6 Hospitality Franchising, LLC

### Certificate of Service

On this 2nd day of June, 2025, true and correct copy of the within and foregoing

document was electronically transmitted to the Clerk of Court using the ECF System for

filing and transmittal to the following counsel of record:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
*Attorney for Plaintiff*

Michael C. Kane
THE702 FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorney for Plaintiff*

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com
*Attorney for Plaintiff*

Abby Rae Herren Eric A Moen
CHUBBUCK DUNCAN & ROBEY PC
1329 N Classen Dr Oklahoma City, OK
73103 eamoen@chubbucklaw.com
*Attorney for OKC Airport ES LLC*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Attorneys for Jaliyan Hospitality, LLC*

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
*Attorneys for Raj Krupa Hotel LLC*

Kaylee P. Davis-Maddy
Michael S. Linscott
DOERNER SAUNDERS
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Attorneys for Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

Charles D Neal, Jr
Jamie A. Rogers
Philard L. Rounds, Jr. STEIDLEY &
NEAL P O Box 1165 100 E Carl Albert
Parkway McAlester, OK 74502
cdn@steidley-neal.com
jar@steidley-neal.com
plr@steidley-neal.com
*Attorneys for ESH Strategies Franchise*
*LLC*

Patrick E. Moore
Christopher T. Byrd
Shubhra Mashelkar
WEINBERG, WHEELER, HUDGINS,
GUNN AND DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
*Attorneys for ESH Strategies Franchise
LLC*

James K. Secrest, Iii
Justin L. Hall
Emma C. Kincade
7134 S. Yale Avenue, Ste. 900
Tulsa, Oklahoma 74136
918-494-5905; 918-494-2847 facsimile
jsecrest3@secresthill.com
jhall@secresthill.com
ekincade@secresthill.com
*Attorneys for Defendants
Chand & Saaj Hospitality Inc.*

*/s/ Emily N. Richard*
Daniel J. Thompson / Emily N. Richard