# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No. 61) filed on May 29, 2025, in support of the Request for Admission Pro Hac Vice signed by attorney David S. Sager, and hereby PERMITS Attorney Sager to appear as counsel of record in this matter for the Wyndham Franchisor Defendants.[1]

On or before June 12, 2025, Attorney Sager shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorney Sager is ADVISED that failure to comply with this requirement by June 12, 2025, will result in vacatur of this Order and denial of the Request for Admission Pro Hac Vice.

IT IS SO ORDERED this 3rd day of June, 2025.

CHARLES B. GOODWIN
United States District Judge

---

[1] The docket reflects that the required fee of $100.00 has been paid. *See* LCvR 83.2(g).