## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

NANCY R.,                            )
pseudonymously,           )

          )

    Plaintiff,          )

          )

v.                            )    Case No. CIV-25-462-G

          )

PLAZA HOTELS, LLC et al.,     )

          )

    Defendants.      )

## ORDER

Now before the Court is Defendant G6 Hospitality Franchising, LLC's unopposed Motion for Extension of Time (Doc. No. 63), seeking an extension of time to answer or otherwise respond to Plaintiff's pleading.

For good cause shown, Defendant's Motion (Doc. No. 63) is GRANTED. If Plaintiff's pending Motion to Amend (Doc. No. 58) is granted, Defendant shall file its answer or other response within 21 days of the filing of the amended complaint. If the Motion to Amend is denied, Defendant shall file its answer or other response to the Petition (Doc. No. 1-2) within 21 days of the date of that denial.

IT IS SO ORDERED this 5th day of June, 2025.

_____
CHARLES B. GOODWIN
United States District Judge