IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:25-cv-00462-G |
| | ) |
| PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC AIRPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INNS WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, INC; HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; AND G6 HOSPITALITY FRANCHISING, LLC, | ) |
| Defendants. | ) |

## AGREED MOTION FOR EXTENDING BRIEFING SCHEDULE RELATED TO ANY FIRST AMENDED PETITION

COME NOW, Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., Howard Johnson International, Inc. (collectively, the "Wyndham Franchisor Defendants"), and ESH Strategies Franchise, LLC ("ESH Strategies," and together with the Wyndham Franchisor Defendants, the "Moving Defendants") and respectfully move the Court for an order extending the briefing schedule applicable to any

#8754270v1

Amended Petition that Plaintiff may file related to her *Motion for Leave to File Amended Petition*. In support, the Moving Defendants state:

1. On May 14, 2025, Moving Defendants filed their Motions to Dismiss. Docs. 25, 26, and 31.

2. On May 28, 2025, Plaintiff filed a consolidated response and request for leave to amend her complaint. Doc. 58.

3. Contemporaneously with this filing, Moving Defendants shall file a 'notice of non-opposition' to Plaintiff's request for leave to amend her complaint.

4. The parties have conferred and agreed that, should a First Amended Petition be filed, the following briefing schedule will govern any motion to dismiss directed at that First Amended Petition:

   a. Moving Defendants shall file any motion to dismiss to the First Amended Petition within 21 days after the First Amended Petition is filed.

   b. After Plaintiff's response is filed, Moving Defendants shall have 14 days to file their reply.

5. The Wyndham Franchisor Defendants previously obtained a short extension respond to answer or otherwise respond to the original Petition pursuant to a state-court agreement predating removal, which this Court granted on April 25, 2025. Doc. 9. Further, Plaintiff stipulated to an extension of time for ESH Strategies to respond. Doc. 19. These are the only extensions Moving Defendants have sought to date.

6. Plaintiff has agreed to this extended briefing schedule.

7.       Granting this Motion is in the interests of justice and judicial economy and is otherwise the right and proper thing to do.

8.       This Motion is not sought for delay, but so that justice may be done.

WHEREFORE, Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., Howard Johnson International, Inc., and ESH Strategies Franchise, LLC pray that the Court grant this Motion and allow them to file a motion to dismiss within 21 days after any First Amended Petition is filed and file their replies within 14 days of any responses filed by Plaintiff.

Dated: June 6, 2025

                                        Respectfully submitted,

                                        DOERNER, SAUNDERS, DANIEL
                                              & ANDERSON, L.L.P.

*s/ Kaylee P. Davis-Maddy*
Michael S. Linscott, OBA No. 17266
700 Williams Center Tower II
Two West Second Street
Tulsa, Oklahoma 74103-3522
Telephone 918-582-1211
Facsimile 918-591-5360
mlinscott@dsda.com

Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Telephone (405) 319-3513
Facsimile (405) 319-3524
kmaddy@dsda.com

3

#8754270v1

DLA PIPER LLP (US)

Mallory Biblo (*pro hac vice*)
1900 N. Pearl St., Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
mallory.biblo@us.dlapiper.com

David S. Sager (*pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2570
Facsimile: (973) 520-2551
david.sager@us.dlapiper.com

*Attorneys for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc.*

**STEIDLEY & NEAL, P.L.L.C.**

*s/ Charles D. Neal, Jr.*
Charles D. Neal, Jr., OBA #6591
cdn@steidley-neal.com
Philard L. Rounds, Jr., OBA #7780
plr@steidley-neal.com
Jamie A. Rogers, OBA #19927
jar@steidley-neal.com
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, Oklahoma 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile

And

#8754270v1

                                                **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL**

Patrick B. Moore
(*Pro Hac Vice*)
Georgia Bar No. 520390
Shubhra R. Mashelkar
Georgia Bar No. 475388
(*Pro Hac Vice*)
Michael W. Warner
Georgia Bar No. 751362
(*Pro Hac Vice*)
Christopher T. Byrd
(*Pro Hac Vice*)
Georgia Bar No. 100854
3344 Peachtree Rd. NE, Suite 2400
Atlanta, Georgia 30326
404-876-2700 | 404-875-9433 (fax)
PMoore@wwhgd.com
SMashelkar@wwhgd.com
Mwarner@wwhgd.com
Cbyrd@wwhgd.com

*Attorneys for ESH Strategies Franchise, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 6, 2025, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system, electronic mail to:

Alexander S. Gebert alex.gebert@fmglaw.com
David C. Senger david@cswlawgroup.com
Eric A. Moen eamoen@chubbucklaw.com
Fletcher D. Handley, Jr. fdh@handleylaw.com
Hunter M. Siex hunter@cswlawgroup.com
Robert Glenn Chadwick, Jr. bob.chadwick@fmglaw.com
Charles D. Neal, Jr. cdn@steidley-neal.com
Philard L. Rounds, Jr. plr@steidley-neal.com
Jamie A. Rogers jar@steidley-neal.com
Michael C. Kane mike@the702firm.com
Geoffrey C. Parker gparker@hiltonparker.com
Patrick B. Moore pmoore@wwhgd.com

Shubhra R. Mashelkar smashelkar@wwhgd.com
Emma C. Kincade ekincade@secresthill.com
Justin L. Hall jhall@secresthill.com
James K. Secrest, III jsecrest3@secresthill.com
Christopher T. Byrd cbyrd@wwhgd.com
Daniel J. Thompson dthompson@wsolaw.net
Emily N. Richard erichard@wsolaw.net

and by U.S. Mail, postage prepaid to:

Plaza Hotels LLC
c/o Steve Ketter
5101 S. Choctaw Ave
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S 10th St.
Clinton, OK 73601

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Noor Hotel LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73013

OM LLC
c/o Ramesh Patel
12001 N I-35 Service Rd
Oklahoma City, OK, 73131

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising, LLC*

Bart Jay Robey
Abby R. Herren
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
*Attorneys for Defendant OKC Airport ES, LLC*

Michael Wiley
11025 N. County Line Rd
Yukon, OK 73099

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Ramesh Patel
12001 N. I-35 Service Rd.
Oklahoma City, OK 73131

Indra LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK, 73131

*s/ Kaylee P. Davis-Maddy*

6

#8754270v1