IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 5:25-cv-00462-G |
| ) | |
| PLAZA HOTELS, LLC; STEVE ) | |
| KETTER; MICHAEL WILEY; OKC ) | |
| AIRPORT ES, LLC; ESH STRATEGIES ) | |
| FRANCHISE, LLC; KAJAL ) | |
| HOSPITALITY, INC; JALIYAN ) | |
| HOSPITALITY, INC; SUPER 8 ) | |
| WORLDWDE, INC; RAJ KRUPA ) | |
| HOTEL, LLC; DAYS INNS ) | |
| WORLDWIDE, INC; CHAND & SAAJ ) | |
| HOSPITALITY, INC; RAMADA ) | |
| WORLDWIDE, INC; YASH ) | |
| ENTERPRISES, INC; HOWARD ) | |
| JOHNSON INTERNATIONAL, INC; ) | |
| NOOR HOTEL, LLC; AMBICA, LLC; ) | |
| OM, LLC; INDRA, LLC; AND G6 ) | |
| HOSPITALITY FRANCHISING, LLC, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR LEAVE TO AMEND HER COMPLAINT**

COME NOW, Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., Howard Johnson International, Inc. (collectively, the "Wyndham Franchisor Defendants"), and ESH Strategies Franchise, LLC ("ESH Strategies," and together with the Wyndham Franchisor Defendants, the "Moving Defendants") and give

#8754230v1

notice to the Court that Moving Defendants do not oppose Plaintiff's request for leave to amend her complaint, as proposed in Doc. 58.[1]

Dated: June 6, 2025

                                      Respectfully submitted,

                                      DOERNER, SAUNDERS, DANIEL
                                            & ANDERSON, L.L.P.

                                      *s/ Kaylee P. Davis-Maddy*
                                      Michael S. Linscott, OBA No. 17266
                                      700 Williams Center Tower II
                                      Two West Second Street
                                      Tulsa, Oklahoma 74103-3522
                                      Telephone 918-582-1211
                                      Facsimile 918-591-5360
                                      mlinscott@dsda.com

                                      Kaylee Davis-Maddy, OBA No. 31534
                                      210 Park Avenue, Suite 1200
                                      Oklahoma City, OK 73102
                                      Telephone (405) 319-3513
                                      Facsimile (405) 319-3524
                                      kmaddy@dsda.com

                                      DLA PIPER LLP (US)

                                      Mallory Biblo (*pro hac vice*)
                                      1900 N. Pearl St., Suite 2200
                                      Dallas, Texas 75201
                                      Telephone: (214) 743-4500
                                      Facsimile: (214) 743-4545
                                      mallory.biblo@us.dlapiper.com

---

[1] Notwithstanding this Notice of Non-Opposition related to Plaintiff's request for leave to amend her complaint, Moving Defendants do not intend to waive any other procedural or other defenses available to them and expressly reserve the right subsequently raise any such defenses, including any available jurisdictional, procedural, and/or substantive defenses existing under the Federal Rules of Civil Procedure or applicable law.

#8754230v1

David S. Sager (*pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
Telephone: (973) 520-2570
Facsimile: (973) 520-2551
david.sager@us.dlapiper.com

*Attorneys for Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc.*


**STEIDLEY & NEAL, P.L.L.C.**

*s/ Charles D. Neal, Jr.*
Charles D. Neal, Jr., OBA #6591
cdn@steidley-neal.com
Philard L. Rounds, Jr., OBA #7780
plr@steidley-neal.com
Jamie A. Rogers, OBA #19927
jar@steidley-neal.com
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, Oklahoma 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile

And

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL**

Patrick B. Moore
(*Pro Hac Vice*)
Georgia Bar No. 520390
Shubhra R. Mashelkar
Georgia Bar No. 475388
(*Pro Hac Vice*)
Michael W. Warner
Georgia Bar No. 751362
(*Pro Hac Vice*)
Christopher T. Byrd

3

(*Pro Hac Vice*)
Georgia Bar No. 100854
3344 Peachtree Rd. NE, Suite 2400
Atlanta, Georgia 30326
404-876-2700 | 404-875-9433 (fax)
PMoore@wwhgd.com
SMashelkar@wwhgd.com
Mwarner@wwhgd.com
Cbyrd@wwhgd.com
*Attorneys for ESH Strategies Franchise, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 6, 2025, a true and correct copy of the foregoing document was served upon the following via the Court's electronic notification system, electronic mail to:

Alexander S. Gebert alex.gebert@fmglaw.com
David C. Senger david@cswlawgroup.com
Eric A. Moen eamoen@chubbucklaw.com
Fletcher D. Handley, Jr. fdh@handleylaw.com
Hunter M. Siex hunter@cswlawgroup.com
Robert Glenn Chadwick, Jr. bob.chadwick@fmglaw.com
Charles D. Neal, Jr. cdn@steidley-neal.com
Philard L. Rounds, Jr. plr@steidley-neal.com
Jamie A. Rogers jar@steidley-neal.com
Michael C. Kane mike@the702firm.com
Geoffrey C. Parker gparker@hiltonparker.com
Patrick B. Moore pmoore@wwhgd.com
Shubhra R. Mashelkar smashelkar@wwhgd.com
Emma C. Kincade ekincade@secresthill.com
Justin L. Hall jhall@secresthill.com
James K. Secrest, III jsecrest3@secresthill.com
Christopher T. Byrd cbyrd@wwhgd.com
Daniel J. Thompson dthompson@wsolaw.net
Emily N. Richard erichard@wsolaw.net

#8754230v1

and by U.S. Mail, postage prepaid to:

Plaza Hotels LLC
c/o Steve Ketter
5101 S. Choctaw Ave
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S 10th St.
Clinton, OK 73601

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Noor Hotel LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73013

OM LLC
c/o Ramesh Patel
12001 N I-35 Service Rd
Oklahoma City, OK, 73131

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana Street, Suite 1050
Houston, TX 77002
*Attorney for G6 Hospitality Franchising, LLC*

Bart Jay Robey
Abby R. Herren
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
*Attorneys for Defendant OKC Airport ES, LLC*

Michael Wiley
11025 N. County Line Rd
Yukon, OK 73099

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Ramesh Patel
12001 N. I-35 Service Rd.
Oklahoma City, OK 73131

Indra LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK, 73131

 

*s/ Kaylee P. Davis-Maddy*