IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously  )
)
)
)
)
Plaintiff(s),  )
)
v.  )   Case No. 5:25-cv-00462-G
Plaza Hotels, LLC, et al  )
)
)
)
)
Defendant(s)  )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc. .
(Plaintiff/Defendant)            (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ David S. Sager       June 9, 2025
Signature               Date

David S. Sager
Print Name

Criminal Cases Only:

DLA Piper LLP (US)
Firm

☐ Retained or USA

51 John F. Kennedy Parkway, Suite 120
Address

☐ CJA Appointment

Short Hills        New Jersey        07078
City               State             Zip Code

☐ Federal Public Defender

(973) 520-2570
Telephone

☐ Pro Bono

☐ CJA Training Panel

david.sager@us.dlapiper.com
Internet E-mail Address

## *Certificate of Service*

☑ I hereby certify that on June 9, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on June 9, 2025, I filed the attached document with the Clerk of the Court and served the attached document by U.S. Postal Service on the following, who are not registered participants of the ECF System:

Plaza Hotels, LLC
Indra, LLC c/o Ramesh Patel
Kajal Hospitality, LLC c/o Jaydip Modi
Noor Hayotel, LLC c/o Abdel Jawabreh
Ambica, LLC c/o Prakash Patel
Jonathan Wilfong c/o Oyo Hotels, LLC
Chand & Saaj Hospitality, Inc. c/o Hitesh Patel
Michael A. Wiley
Yash Enterprises, Inc. c/o Tushar Natha
OM, LLC c/o Ramesh V. Patel
Steve Keller

ul David S. Sager
s/ Attorney Name