IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously   )
)
)
)
Plaintiff(s),   )
)
v.   )   Case No. 5:25-cv-00462-G
)
Plaza Hotels, LLC, et al   )
)
)
)
Defendant(s)   )

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc. .
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Mallory Biblo     June 9, 2025
Signature     Date

Mallory Biblo
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

DLA Piper LLP (US)
Firm

1900 North Pearl Street, Suite 2200
Address

Dallas     Texas     75201
City     State     Zip Code

(214) 743-4500
Telephone

mallory.biblo@us.dlapiper.com
Internet E-mail Address

REVISED 05/14/18

## *Certificate of Service*

☑ I hereby certify that on June 9, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on June 9, 2025, I filed the attached document with the Clerk of the Court and served the attached document by U.S. Postal Service on the following, who are not registered participants of the ECF System:

Plaza Hotels, LLC
Indra, LLC c/o Ramesh Patel
Kajal Hospitality, LLC c/o Jaydip Modi
Noor Hayotel, LLC c/o Abdel Jawabreh
Ambica, LLC c/o Prakash Patel
Jonathan Wilfong c/o Oyo Hotels, LLC
Chand & Saaj Hospitality, Inc. c/o Hitesh Patel
Michael A. Wiley
Yash Enterprises, Inc. c/o Tushar Natha
OM, LLC c/o Ramesh V. Patel
Steve Keller

Mallory Biblo
s/ Attorney Name