**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **NANCY R.,** | ) |
| **pseudonymously,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-25-462-G** |
| | ) |
| **PLAZA HOTELS, LLC et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## <u>ORDER</u>

Now before the Court is Defendants Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., Howard Johnson International, Inc., and ESH Strategies Franchise, LLC's unopposed Motion for Extension of Time (Doc. No. 69).

For good cause shown, Defendants' Motion (Doc. No. 69) is GRANTED.  If Plaintiff's pending Motion to Amend (Doc. No. 58) is granted, the moving Defendants shall file any motion to dismiss within 21 days of the filing of the amended complaint. After Plaintiff's response is filed, the moving Defendants shall have 14 days to reply.

IT IS SO ORDERED this 9th day of June, 2025.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge