## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | Case No.: 5:25-cv-462 |
| Plaintiff, | |
| v. | Judge Charles B. Goodwin |
| PLAZA HOTELS, LLC, et al., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025 a true and correct copy of Plaintiff's Motion for Leave to Amend Complaint [Doc. 58] was served by regular mail on the following, who are not registered participants of the ECF System:

PLAZA HOTELS, LLC
c/o Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

NOOR HOTEL, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

AMBICA, LLC
c/o Ramesh Patel
12001 N. I-35 Service Road
Oklahoma City, OK 73131

INDRA, LLC
c/o Ramesh Patel
11935 N. I-35 Service Road
Oklahoma City, OK 73131

OM, LLC
c/o Ramesh Patel
12001 N. I-35 Service Road
Oklahoma City, OK 73131

Michael Wiley
11025 N. County Line Rd.
Yukon, OK 73099

/s/ Geoffrey C. Parker
Geoffrey C. Parker, Esq.
HILTON PARKER LLC
*Attorney for Plaintiff*

.