# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NANCY R.,** pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Case No. CIV-25-462-G ) |
| **PLAZA HOTELS, LLC et al.,** | ) ) ) |
| Defendants. | ) |

### ORDER

Now before the Court is Plaintiff Nancy R. and Defendant Chand & Saaj Hospitality, Inc.'s Joint Motion (Doc. No. 74), seeking to stay the deadlines for Defendant's pending Motion to Dismiss (Doc. No. 59) or, alternatively, extend Plaintiff's time to respond to that Motion to Dismiss.

For good cause shown, the Joint Motion (Doc. No. 74) is GRANTED. The pending Motion to Dismiss (Doc. No. 59) is hereby STAYED. If Plaintiff's pending Motion to Amend (Doc. No. 58) is granted, Defendant shall file its answer or other response within 21 days of the filing of the amended complaint. If the Motion to Amend is denied, Plaintiff's response to the pending Motion to Dismiss shall be due within 21 days of the date of that denial.

IT IS SO ORDERED this 12th day of June, 2025.

CHARLES B. GOODWIN  
United States District Judge