EK/jlp

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 5:25-cv-00462-G |
| ) | |
| PLAZA HOTELS, LLC; ) | |
| STEVE KETTER; ) | |
| MICHAEL WILEY; ) | |
| OKC AIRPORT ES, LLC; ) | |
| ESH STRATEGIES FRANCHISE, LLC; ) | |
| KAJAL HOSPITALITY, LLC; ) | |
| JALIYAN HOSPITALITY, INC.; ) | |
| SUPER 8 WORLDWIDE, INC.; ) | |
| CHAND & SAAJ HOSPITALITY, INC.; ) | |
| RAMADA WORLDWIDE, INC.; ) | |
| YASH ENTERPRISES, INC.; ) | |
| HOWARD JOHNSON; ) | |
| INTERNATIONAL, INC.; ) | |
| NOOR HOTEL, LLC; ) | |
| AMBICA, LLC; ) | |
| OM, LLC; ) | |
| INDRA, LLC; and ) | |
| G6 HOSPITALITY FRANCHISING, LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF NON-OPPOSITION TO
## PLAINTIFF'S REQUEST FOR LEAVE TO AMEND HER COMPLAINT

COMES NOW, the Defendant, Chand & Saaj Hospitality, Inc. ("C&S"), and gives notice to the Court that C&S does not oppose Plaintiff's request for leave to amend her Complaint, as proposed in Doc. 58-1. C&S does not intend to waive any defenses and expressly reserves the right to raise any defense available, including by filing a motion to dismiss or other dispositive, jurisdictional or procedural motion applicable to the

amended complaint, once filed.

        Respectfully submitted,

        SECREST, HILL, BUTLER & SECREST

By:   s/ James K. Secrest, III
      JAMES K. SECREST, III, OBA #18828
      JUSTIN L. HALL, OBA #32625
      EMMA C. KINCADE, OBA #34698
      7134 S. Yale Avenue, Ste. 900
      Tulsa, Oklahoma 74136
      918-494-5905
      918-494-2847 facsimile
      jsecrest3@secresthill.com
      jhall@secresthill.com
      ekincade@secresthill.com
      *Attorneys for Defendant,*
      *Chand & Saaj Hospitality, Inc.*

## **CERTIFICATE OF MAILING**

       This is to certify that on the 13th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
*Attorneys for Plaintiff*

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com
*Attorneys for Plaintiff*

Kaylee P. Davis-Maddy
Michael S. Linscott
DOERNER SAUNDERS DANIEL & ANDERSON
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Jaliyan Hospitality, LLC*

Abby Rae Herren
Eric A Moen
CHUBBUCK DUNCAN & ROBEY PC
1329 N Classen Dr
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
*OKC Airport ES LLC*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Patrick B. Moore
Christopher T. Byrd
Shubhra R. Mashelkar
WEINBERG, WHEELER, HUDGINS,
GUNN AND DIAL
3344 Peachtree Road NE, Ste 2400
Atlanta, GA 30326
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
*ESH Strategies Franchise LLC*

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
*Raj Krupa Hotel LLC*

Charles D Neal, Jr
Jamie A. Rogers
Philard L. Rounds, Jr.
STEIDLEY & NEAL
P O Box 1165
100 E Carl Albert Parkway
McAlester, OK 74502
cdn@steidley-neal.com,
jar@steidley-neal.com
plr@steidley-neal.com
*ESH Strategies Franchise LLC*

Daniel J. Thompson
Emily N. Richard
WIGGINS SEWELL & OGLETREE
210 Park Ave., Ste. 3100
Oklahoma City, OK 73102
dthompson@wsolaw.net
erichard@wsolaw.net
*G6 Hospitality Franchising, LLC*

Mallory Biblo
DLA PIPER, LLC
1900 N. Pearl St., Ste. 2200
Dallas, TX 75201
mallory.biblo@us.dlapiper.com
*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.*

Shubhra R. Mashelkar
Patrick B. Moore
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Rd NE, Ste. 2400
Atlanta, GA 30326
smashelkar@wwhgd.com
pmoore@wwhgd.com
*ESH Strategies Franchise, LLC*

David S. Sager
DLA PIPER, LLC
51 John F. Kennedy Pkwy, Ste. 120
Short Hills, New Jersey 07078
david.sager@us.dlapiper.com
*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.*

*James K. Secrest, III*