UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>    Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC;<br>STEVE KETTER;<br>MICHAEL WILEY;<br>OKC AIRPORT ES, LLC;<br>ESH STRATEGIES FRANCHISE, LLC;<br>KAJAL HOSPITALITY, LLC;<br>JALIYAN HOSPITALITY, INC.<br>SUPER 8 WORLDWIDE, INC.;<br>RAJ KRUPA HOTEL, LLC;<br>DAYS INNS WORLDWIDE, INC.:<br>CHAND & SAAJ HOSPITALITY, INC.;<br>RAMADA WORLDWIDE, INC,;<br>YASH ENTERPRISES, INC.;<br>HOWARD JOHNSON<br>INTERNATIONAL, INC.;<br>NOOR HOTEL, LLC;<br>AMBICA, LLC;<br>OM, LLC;<br>INDRA, LLC; and<br>G6 HOSPITALITY FRANCHISING,<br>LLC,<br><br>    Defendants. | Case No.  25-cv-00462-G |

### DEFENDANT JALIYAN HOSPITALITY, INC.'S
### NOTICE OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR LEAVE TO AMEND COMPLAINT

Defendant Jaliyan Hospitality, Inc. ("Defendant" or "Jaliyan") by and through its counsel of record, COFFEY, SENGER, HANCOCK & HARMON, PLLC, hereby provides its notice to the Court that Jaliyan does not oppose Plaintiff's request for leave to amend her Complaint, as proposed by Plaintiff in Doc. 58. This notice is not intended to waive any defense and Jaliyan

1

expressly reserves the right to raise any and all defenses available, including any motion to dismiss or dispositive, jurisdictional or procedural motion to the amended complaint, as applicable, once the amended complaint is filed.

Respectfully Submitted,

  /s/ David C. Senger
David C. Senger, OBA No. 18830
Hunter M. Siex, OBA No.  33217
**COFFEY SENGER HANCOCK & HARMON, PLLC**
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918-292-8787 (phone)
918-292-8788 (fax)
David@CSHHlaw.com
Hunter@CSHHlaw.com
*Attorneys for Jaliyan Hospitality, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 13th day of June 2025, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

  /s/ David C. Senger