# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    5:25-cv-00462-G |
| | ) |
| PLAZA HOTELS, LLC; | ) |
| STEVE KETTER; | ) |
| MICHAEL WILEY; | ) |
| OKC AIRPORT ES, LLC; | ) |
| ESH STRATEGIES FRANCHISE, LLC; | ) |
| KAJAL HOSPITALITY, LLC; | ) |
| JALIYAN HOSPITALITY, INC.; | ) |
| SUPER 8 WORLDWIDE, INC.; | ) |
| CHAND & SAAJ HOSPITALITY, INC.; | ) |
| RAMADA WORLDWIDE, INC.; | ) |
| YASH ENTERPRISES, INC.; | ) |
| HOWARD JOHNSON; | ) |
| INTERNATIONAL, INC.; | ) |
| NOOR HOTEL, LLC; | ) |
| AMBICA, LLC; | ) |
| OM, LLC; | ) |
| INDRA, LLC; and | ) |
| G6 HOSPITALITY FRANCHISING, LLC, | ) |
| | ) |
|     Defendants. | ) |

### DEFENDANT CHAND & SAAJ HOSPITALITY, INC.'S
### MOTION TO WITHDRAW DOCUMENT 79

COME NOW, the Defendant Chand & Saaj Hospitality, Inc. ("C&S"), and respectfully moves the Court to withdraw from consideration C&S's "Response to Plaintiff's Motion for Leave to Amend Complaint" [Doc. 79]. C&S previously filed its Notice of Non-Opposition to Plaintiff's Request for Leave to Amend Her Complaint [Doc.77] Doc. 79 was filed inadvertently.

WHEREFORE, Defendant, Chand & Saaj Hospitality, Inc., moves the Court to issue an order that C&S's "Response to Plaintiff's Motion for Leave to Amend Complaint" be withdrawn.

Respectfully submitted,

By:  s/ Justin L. Hall
JAMES K. SECREST, III, OBA #18828
JUSTIN L. HALL, OBA #32625
EMMA C. KINCADE, OBA #34698
7134 S. Yale Avenue, Ste. 900
Tulsa, Oklahoma 74136
918-494-5905
918-494-2847 facsimile
jsecrest3@secresthill.com
jhall@secresthill.com
ekincade@secresthill.com
*Attorneys for Defendant,*
*Chand & Saaj Hospitality, Inc.*

## CERTIFICATE OF MAILING

This is to certify that on the 18th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
*Attorneys for Plaintiff*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.

Abby Rae Herren
Eric A Moen
Chubbuck Duncan & Robey PC

Reynoldsburg, OH 43068
gparker@hiltonparker.com
*Attorneys for Plaintiff*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Jaliyan Hospitality, LLC*

Kaylee P. Davis-Maddy
Michael S. Linscott
Doerner Saunders Daniel & Anderson
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
*Raj Krupa Hotel LLC*

1329 N Classen Dr
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
*OKC Airport ES LLC*

Charles D Neal , Jr
Jamie A. Rogers
Philard L. Rounds, Jr.
STEIDLEY & NEAL
P O Box 1165
100 E Carl Albert Parkway
McAlester, OK 74502
cdn@steidley-neal.com,
jar@steidley-neal.com
plr@steidley-neal.com
*ESH Strategies Franchise LLC*

Patrick B. Moore
Christopher T. Byrd
Shubhra R. Mashelkar
WEINBERG, WHEELER, HUDGINS,
GUNN AND DIAL
3344 Peachtree Road NE,Ste 2400
Atlanta, GA 30326
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
*ESH Strategies Franchise LLC*

s/ Justin L. Hall