# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously,
    Plaintiff(s)

vs.   Case Number: 5:25-cv-00462-G

Plaza Hotels, LLC, et al.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

G6 Hospitality Franchising, LLC
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**
   (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**
   (Check one)  ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   G6 Franchising Holdco, LLC; G6 Hospitality, LLC; IBL Limited Newco LLC; OYO Hotels Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**
   (Check one)  ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this __23__ day of __June__, 20__25__.

_Signature:_ /s/ Daniel J. Thompson

| | |
|---|---|
| Daniel J. Thompson | 32129 |
| Printed Name | Bar Number |
| Wiggins Sewell & Ogletree | |
| Firm Name | |
| 210 Park Avenue, Suite 3100 | |
| Address | |
| Oklahoma City | OK   73102 |
| City | State   ZIP |
| 405-232-1211 | 405-235-7025 |
| Phone | Fax |
| dthompson@wsolaw.net | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on  June 23, 2025  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service   ☐ In Person Delivery
☐ Courier Service       ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Daniel J. Thompson
Signature