UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Now before the Court is Defendant Chand & Saaj Hospitality, Inc.'s Motion to Withdraw (Doc. No. 80). Based upon the representations therein, Defendant's Motion is GRANTED. The previously filed Response (Doc. No. 79) is DEEMED WITHDRAWN from the record in this matter.

IT IS SO ORDERED this 26th day of June, 2025.

_____
CHARLES B. GOODWIN
United States District Judge