EK/jlp

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 5:25-cv-00462-G |
| ) | |
| PLAZA HOTELS, LLC; ) | |
| STEVE KETTER; ) | |
| MICHAEL WILEY; ) | |
| OKC AIRPORT ES, LLC; ) | |
| ESH STRATEGIES FRANCHISE, LLC; ) | |
| KAJAL HOSPITALITY, LLC; ) | |
| JALIYAN HOSPITALITY, INC.; ) | |
| SUPER 8 WORLDWIDE, INC.; ) | |
| CHAND & SAAJ HOSPITALITY, INC.; ) | |
| RAMADA WORLDWIDE, INC.; ) | |
| YASH ENTERPRISES, INC.; ) | |
| HOWARD JOHNSON; ) | |
| INTERNATIONAL, INC.; ) | |
| NOOR HOTEL, LLC; ) | |
| AMBICA, LLC; ) | |
| OM, LLC; ) | |
| INDRA, LLC; and ) | |
| G6 HOSPITALITY FRANCHISING, LLC, ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO WITHDRAW OF EMMA C. KINCADE**

COMES NOW, Emma C. Kincade, and the law firm of Secrest, Hill, Butler & Secrest, and moves the Court to enter an order allowing her withdrawal as additional counsel for Defendant, Chand & Saaj Hospitality, Inc., pursuant to L.Cv.R. 83.5. In further support of this Motion to Withdraw, Defendant would show the Court as follows:

1. Plaintiff commenced this action in the Oklahoma County District Court on March 19, 2025, Case No. CJ-2025-1850.

2. Defendant Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Inn Worldwide, Inc., and Howard Johnson International, Inc., removed this matter to this Court by filing their Notice of Removal on April 23, 2025. [Doc. 1].

3. Emma C. Kincade entered her appearance on behalf of Defendant, Chand & Saaj Hospitality, Inc., on May 27, 2025. [Doc. 48].

4. Emma C. Kincade's last day with the law firm of Secrest, Hill, Butler & Secrest is July 4, 2025.

5. Defendant, Chand & Saaj Hospitality, Inc., is, and will remain, represented by James K. Secrest, III, and Justin Hall, who have entered appearances on its behalf [Docs. 46 & 47].

6. There are no Scheduling Order deadlines.

7. For the Court's convenience and potential use, Emma C. Kincade submits herewith a draft Order Granting the relief requested.

WHEREFORE, premises considered, movant prays the Court grant her Motion to Withdraw, and enter an Order allowing her withdrawal as counsel for Defendant, Chand & Saaj Hospitality, Inc., and that the Court strike Ms. Kincade from all future filing notices.

Respectfully submitted,

SECREST, HILL, BUTLER & SECREST

By:    <u>s/ Emma C. Kincade</u>
      JAMES K. SECREST, III, OBA #18828
      JUSTIN L. HALL, OBA #32625
      EMMA C. KINCADE, OBA #34698
      7134 S. Yale Avenue, Ste. 900
      Tulsa, Oklahoma 74136
      918-494-5905
      918-494-2847 facsimile
      jsecrest3@secresthill.com
      jhall@secresthill.com
      ekincade@secresthill.com
      *Attorneys for Defendant,*
      *Chand & Saaj Hospitality, Inc.*

**CERTIFICATE OF MAILING**

  This is to certify that on the 27th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
*Attorneys for Plaintiff*

Abby Rae Herren
Eric A Moen
CHUBBUCK DUNCAN & ROBEY PC
1329 N Classen Dr
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
*OKC Airport ES LLC*

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com
*Attorneys for Plaintiff*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Kaylee P. Davis-Maddy
Michael S. Linscott
DOERNER SAUNDERS DANIEL & ANDERSON
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

Patrick B. Moore
Christopher T. Byrd
Shubhra R. Mashelkar
WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL
3344 Peachtree Road NE, Ste 2400
Atlanta, GA 30326
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
*ESH Strategies Franchise LLC*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Jaliyan Hospitality, LLC*

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
*Raj Krupa Hotel LLC*

| | |
|---|---|
| Charles D Neal, Jr<br>Jamie A. Rogers<br>Philard L. Rounds, Jr.<br>STEIDLEY & NEAL<br>P O Box 1165<br>100 E Carl Albert Parkway<br>McAlester, OK 74502<br>cdn@steidley-neal.com,<br>jar@steidley-neal.com<br>plr@steidley-neal.com<br>*ESH Strategies Franchise LLC* | Shubhra R. Mashelkar<br>Patrick B. Moore<br>WEINBERG WHEELER HUDGINS<br>GUNN & DIAL<br>3344 Peachtree Rd NE, Ste. 2400<br>Atlanta, GA 30326<br>smashelkar@wwhgd.com<br>pmoore@wwhgd.com<br>*ESH Strategies Franchise, LLC* |
| Daniel J. Thompson<br>Emily N. Richard<br>WIGGINS SEWELL & OGLETREE<br>210 Park Ave., Ste. 3100<br>Oklahoma City, OK 73102<br>dthompson@wsolaw.net<br>erichard@wsolaw.net<br>*G6 Hospitality Franchising, LLC* | David S. Sager<br>DLA PIPER, LLC<br>51 John F. Kennedy Pkwy, Ste. 120<br>Short Hills, New Jersey 07078<br>david.sager@us.dlapiper.com<br>*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.* |
| Mallory Biblo<br>DLA PIPER, LLC<br>1900 N. Pearl St., Ste. 2200<br>Dallas, TX 75201<br>mallory.biblo@us.dlapiper.com<br>*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.* | |

                                                s/ Emma C. Kincade