IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PLAZA HOTELS, LLC; STEVE KETTER; )<br>MICHAEL WILEY; OKC AIRPORT ES, LLC; )<br>ESH STRATEGIES FRANCHISE, LLC; )<br>KAJAL HOSPITALITY, INC; JALIYAN )<br>HOSPITALITY, INC; SUPER 8 WORLDWDE, )<br>INC; RAJ KRUPA HOTEL, LLC; DAYS INNS )<br>WORLDWIDE, INC; CHAND & SAAJ )<br>HOSPITALITY, INC; RAMADA )<br>WORLDWIDE, INC; YASH ENTERPRISES, )<br>INC; HOWARD JOHNSON )<br>INTERNATIONAL, INC; NOOR HOTEL, LLC; )<br>AMBICA, LLC; OM, LLC; INDRA, LLC; AND )<br>G6 HOSPITALITY FRANCHISING, LLC, )<br>)<br>Defendants. ) | Case No. 5:25-cv-00462-G |

**ORDER**

Now before the Court is the unopposed Motion for Extension of Time (Doc. No. 84) of Defendant Raj Krupa Hotel LLC ("Raj Krupa"), seeking a stay and extension of its deadline to answer or otherwise respond to Plaintiff's Complaint (Doc. No. 1) pending the outcome of the Court's ruling on Plaintiff's Motion for Leave to Amend her complaint (Doc. No. 58).

For good cause shown, the Motion is GRANTED. Defendant Raj Krupa shall file their answer or other response(s) to the Complaint seven (7) days following the Court's order granting or denying Plaintiff's Motion for Leave to Amend her complaint (Doc. No. 58).

IT IS SO ORDERED this ___ day of ___, 2025.

_____
CHARLES B. GOODWIN
United States District Judge