UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-25-462-G |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is Plaintiff Nancy R. and Defendant Raj Krupa Hotel, LLC's Joint Motion for Extension of Time (Doc. No. 84).

For good cause shown, the Joint Motion (Doc. No. 84) is GRANTED. If Plaintiff's pending Motion to Amend (Doc. No. 58) is granted, Defendant shall file its answer or other response within 21 days of the filing of the amended complaint. If the Motion to Amend is denied, Defendant shall file its answer or other response to the Petition (Doc. No. 1-2) within 21 days of the date of that denial.

IT IS SO ORDERED this 30th day of June, 2025.

CHARLES B. GOODWIN
United States District Judge