# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is the Motion to Withdraw as Attorney of Record (Doc. No. 83). For good cause shown, the Motion is GRANTED. Attorney Emma C. Kincade is terminated as counsel of record for Defendant Chand & Saaj Hospitality, Inc. Attorneys James K. Secrest, III and Justin Hall shall continue to represent Defendant Chand & Saaj Hospitality, Inc. in this matter.

IT IS SO ORDERED this 30th day of June, 2025.

_____
CHARLES B. GOODWIN
United States District Judge