# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,                )<br>                                                            )<br>               Plaintiff,                           )<br>                                                            )<br>v.                                                         )<br>                                                            )<br>PLAZA HOTELS, LLC; STEVE KETTER )<br>MICHAEL WILEY; OKC AIRPORT ES, LLC; )<br>ESH STRATEGIES FRANCHISE, LLC;       )<br>KAJAL HOSPITALITY, INC; JALIYAN       )<br>HOSPITALITY, INC; SUPER 8 WORLDWIDE )<br>INC; RAJ KRUPA HOTEL, LLC; DAYS INNS )<br>WORLDWIDE, INC; CHAND & SAAJ          )<br>HOSPITALITY, INC; RAMADA                   )<br>WORLDWIDE, INC; YASH ENTERPRISES, )<br>INC; HOWARD JOHNSON                          )<br>INTERNATIONAL, INC; NOOR HOTEL, LLC; )<br>AMBICA, LLC; OM, LLC; INDRA, LLC; AND )<br>G6 HOSPITALITY FRANCHISING, LLC,     )<br>                                                            )<br>               Defendants.                        ) | Case No. CIV-25-462-G |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

      COMES NOW W. Riley Nester of the firm of Pierce Couch Hendrickson Baysinger & Green, L.L.P. and hereby enters his appearance as counsel of record in the above-titled action for Defendant Michael Wiley. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully Submitted,

<u>s/ W. Riley Nester</u>
Jessica L. Dark, OBA #31236
W. Riley Nester, OBA #36222
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 N. Francis Ave.
Oklahoma City, OK 73106
PH:   (405) 235-1611
FX:   (405) 235-2904
jdark@piercecouch.com
rnester@piercecouch.com

## **CERTIFICATE OF SERVICE**

I certify that on this 10th day of July, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to all ECF registrants who have entered an appearance in this case.

| | |
|---|---|
| Fletcher D. Handley, Jr. | fdh@handleylaw.com |
| Geoffrey Parker | gparker@hiltonparker.com |
| Michael P. Kane | service@the702firm.com |
| Abby Rae Herren | |
| Eric A. Moen | eamoen@chubbucklaw.com |
| Charles D. Neal, Jr. | cdn@steidley-neal.com |
| Christopher T. Byrd | cbyrd@wwhgd.com |
| Jamie A. Rogers | jar@steidley-neal.com |
| Patrick E. Moore | pmoore@wwhgd.com |
| Philard L. Rounds, Jr. | plr@steidley-neal.com |
| Shubhra Mashelkar | smashelkar@wwhgd.com |
| David C. Senger | david@cswlawgroup.com |
| Hunter M. Siex | hunter@cswlawgroup.com |
| Kaylee P. Davis-Maddy | kmaddy@dsda.com |
| Michael S. Linscott | mlinscott@dsda.com |
| David Sager | david.sager@us.dlapiper.com |
| Mallory T. Biblo | Mallory.biblo@us.dlapiper.com |
| Alexander Gebert | alex.gebert@fmglaw.com |
| Robert Glenn Chadwick, Jr. | Bob.Chadwick@fmglaw.com |

| | |
|---|---|
| Emma C. Kincade | ekincade@secresthill.com |
| James K. Secrest, III | JSecrest3@secresthill.com |
| Justin L. Hall | jhall@secresthill.com |
| Daniel J. Thompson | dthompson@wsolaw.net |
| Emily Noble Richard | erichard@wsolaw.net |

s/ W. Riley Nester
W. Riley Nester