UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 5:25-cv-00462-G |
| | ) |
| PLAZA HOTELS, LLC; | ) |
| STEVE KETTER; | ) |
| MICHAEL WILEY; | ) |
| OKC AIRPORT ES, LLC; | ) |
| ESH STRATEGIES FRANCHISE, LLC; | ) |
| KAJAL HOSPITALITY, LLC; | ) |
| JALIYAN HOSPITALITY, INC.; | ) |
| SUPER 8 WORLDWIDE, INC.; | ) |
| CHAND & SAAJ HOSPITALITY, INC.; | ) |
| RAMADA WORLDWIDE, INC.; | ) |
| YASH ENTERPRISES, INC.; | ) |
| HOWARD JOHNSON; | ) |
| INTERNATIONAL, INC.; | ) |
| NOOR HOTEL, LLC; | ) |
| AMBICA, LLC; | ) |
| OM, LLC; | ) |
| INDRA, LLC; and | ) |
| G6 HOSPITALITY FRANCHISING, LLC, | ) |
| | ) |
| Defendants. | ) |

## **APPEARANCE**

To the Clerk of this Court and all parties of record, enter my appearance as counsel in this case for the Defendant, Chand & Saaj Hospitality, Inc.

I certify that I am admitted to practice in this Court.

Type of Appointment: ☒ Retained ☐ CJA

☐ FPD ☐ Pro Bono ☐ Pro Se

Respectfully submitted,

SECREST, HILL, BUTLER & SECREST

By:    <u>s/ Edward J. Main</u>
      EDWARD J. MAIN, OBA #11912
      7134 S. Yale Avenue, Ste. 900
      Tulsa, Oklahoma 74136
      918-494-5905
      918-494-2847 facsimile
      emain@secresthill.com
      *Attorneys for Defendant,*
      *Chand & Saaj Hospitality, Inc.*

## CERTIFICATE OF MAILING

   This is to certify that on the 14th day of July, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
*Attorneys for Plaintiff*

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com
*Attorneys for Plaintiff*

Kaylee P. Davis-Maddy
Michael S. Linscott
DOERNER SAUNDERS DANIEL & ANDERSON
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Jaliyan Hospitality, LLC*

Abby Rae Herren
Eric A Moen
CHUBBUCK DUNCAN & ROBEY PC
1329 N Classen Dr
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
*OKC Airport ES LLC*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Patrick B. Moore
Christopher T. Byrd
Shubhra R. Mashelkar
WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL
3344 Peachtree Road NE, Ste 2400
Atlanta, GA 30326
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
*ESH Strategies Franchise LLC*

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
*Raj Krupa Hotel LLC*

| | |
|---|---|
| Charles D Neal, Jr<br>Jamie A. Rogers<br>Philard L. Rounds, Jr.<br>STEIDLEY & NEAL<br>P O Box 1165<br>100 E Carl Albert Parkway<br>McAlester, OK 74502<br>cdn@steidley-neal.com,<br>jar@steidley-neal.com<br>plr@steidley-neal.com<br>*ESH Strategies Franchise LLC* | Shubhra R. Mashelkar<br>Patrick B. Moore<br>WEINBERG WHEELER HUDGINS<br>GUNN & DIAL<br>3344 Peachtree Rd NE, Ste. 2400<br>Atlanta, GA 30326<br>smashelkar@wwhgd.com<br>pmoore@wwhgd.com<br>*ESH Strategies Franchise, LLC* |
| Daniel J. Thompson<br>Emily N. Richard<br>WIGGINS SEWELL & OGLETREE<br>210 Park Ave., Ste. 3100<br>Oklahoma City, OK 73102<br>dthompson@wsolaw.net<br>erichard@wsolaw.net<br>*G6 Hospitality Franchising, LLC* | David S. Sager<br>DLA PIPER, LLC<br>51 John F. Kennedy Pkwy, Ste. 120<br>Short Hills, New Jersey 07078<br>david.sager@us.dlapiper.com<br>*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.* |
| Mallory Biblo<br>DLA PIPER, LLC<br>1900 N. Pearl St., Ste. 2200<br>Dallas, TX 75201<br>mallory.biblo@us.dlapiper.com<br>*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.* | |

                                            s/ Edward J. Main

025\25007