





unc

**THE Handley LAW CENTER**
111 S. Rock Island
P.O. Box 310
El Reno, OK 73036

TO:
Steve Detter – Service Agent
Plaza Hotels, LLC
510 S. Choctaw
El Reno, Oklahoma 73036

LN 3-22
3/27
4/6

4/10

7011 0470 0002 2414 3118

NIXIE      731    4C 1BCU       0104/08/25
            RETURN TO SENDER
              UNCLAIMED
            UNABLE TO FORWARD

BC: 7303603106          2266N098161-01514

RDC 99
73036
R2305K134740

U.S. POSTAGE
FCM LG ENV
EL RENO, OK 7
MAR 20, 2025
$12.38

4-190

unc

THE
Handley
LAW CENTER

TO:

5101 S.
El Reno

111 S. Rock Island
P.O. Box 310
El Reno, OK 73036

-R-T-S-  7303650097-IN

RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

04/15/25

7011 0470 0002 2434 2777

RDC 99

LJ
3·22
3/27
4/6

unc



73030

MAR 20, 2025
$12.38
R2305K134740-03

**THE** *Handley* **LAW CENTER**

111 S. Rock Island
P.O. Box 310
El Reno, OK 73036

TO:

Abdel Jawabreh – Service Agent
Noor Motel LLC
3213 Meadow Lane
Edmond, Oklahoma 73013

FINAL NOTICE

4-6

LN 03-22

4/18

NIXIE    731    DE 1    0104/15/25

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

7011 0470 0002 2414 2739

RDC 99

73013

$12.10
R2305K134740-0

FCM LG ENV
EL RENO, OK 73(
MAR 20, 2025

3-29

**THE Handley LAW CENTER**
111 S. Rock Island
P.O. Box 310
El Reno, OK 73036

TO:
Ramesh V. Patel – Service Agent
Ambica LLC
12001 N. I-35 Service Road
Oklahoma City, OK 73131

NIXIE    731    FE 18CU    0003/27/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

7011 0470 0002 2414 2746



U.S. POSTAGE PAID
FCM LG ENV
EL RENO, OK 73036
MAR 20, 2025
$12.10
R2305K134740-03

Retail
RDC 99
73131

3-20-06

(D

NSN

**THE Handley LAW CENTER**
111 S. Rock Island
P.O. Box 310
El Reno, OK 73036

TO:
Ramesh V. Patel – Service Agent
OM, LLC
12001 N. I-35 Service Road
Oklahoma City, OK 73131

NIXIE    731    FE 18CU    0003/27/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 73036031010        2266N086192-00695

7011 0470 0002 2434 2753

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
EL RENO, OK 73036
MAR 20, 2025
$12.10
R2305K134740-03

3-29

ksr

IU

**THE Handley LAW CENTER**

TO:
Ramesh Patel – Service Agent
Indra LLC
11935 N. I-35 Service Road
Oklahoma City, OK 73131

111 S. Rock Island
P.O. Box 310
El Reno, OK 73036

NIXIE    731    FE 18CU    0003/27/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD



Retail
RDC 99
73131

U.S. POSTAGE PAID
FCM LG ENV
EL RENO, OK 73036
MAR 20, 2025
$12.38
R2305K134740-03

7011 0470 0002 2414 2760