# AFFIDAVIT OF SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 13610950 (5:25-CV-462) |
|---|---|---|---|
| Plaintiff / Petitioner: NANCY R. PSEUDONYMOUSLY | | Defendant / Respondent: PLAZA HOTELS, LLC., ET AL., | |
| Received by: Oklahoma AccuServe | | For: HILTON PARKER | |
| To be served upon: STEVE KETTER | | | |

I, Chad Schultheis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** UNIDENTIFIED MIDDLE EASTERN MALE- REFUSED NAME, Home: 5101 South Choctaw Avenue, El Reno, OK 73036

**Manner of Service:** Substitute Service - Abode, Jul 10, 2025, 2:19 pm CDT

**Documents:** Summons and Petition

**Additional Comments:**

1) Unsuccessful Attempt: Jun 11, 2025, 4:23 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO CARS IN DRIVE AND NO ANSWER AT DOOR. NO LIGHTS ON INSIDE.

2) Unsuccessful Attempt: Jun 14, 2025, 10:52 am CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO CARS IN DRIVE AND NO ANSWER AT DOOR. NO LIGHTS ON INSIDE. TRIED KNOCKING ON NEIGHBORS DOOR TO VERIFY RESIDENCE, NO ANSWER THERE.

3) Unsuccessful Attempt: Jun 17, 2025, 3:18 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO ANSWER AT DOOR, APPEARS LIGHTS ARE ON INSIDE HOME. BLACK TOYOTA CAR BY MAILBOX AT STREET.

4) Unsuccessful Attempt: Jun 18, 2025, 6:07 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
WHITE TRUCK IN DRIVE, NO ANSWER AT DOOR. NOISE INSIDE HOME (MAYBE TV?) APPEARS LAMP OR SOME KIND OF LIGHT IS ON.

5) Unsuccessful Attempt: Jun 21, 2025, 1:37 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO ANSWER AT DOOR, NO CARS IN DRIVE, NO LIGHTS ON IN THE HOME, CHECKED PROPERTY RECORDS AND IT SHOWS THAT STEVE KETTER OWNS THE PROPERTY. CLIENT ASKED TO STOP SERVICE DUE TO TIME.

6) Successful Attempt: Jul 10, 2025, 2:19 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036 received by UNIDENTIFIED MIDDLE EASTERN MALE- REFUSED NAME. Age: 50'S; Ethnicity: Middle Eastern; Gender: Male; Weight: 230; Height: 5'9"; Hair: Bald; Other: TATTOOS ON CHEST AND ARMS WITH EARINGS IN BOTH EARS. THERE WAS A BLACK GMC YUKON ON BACK OF THE PROPERTY WHERE HE WAS GETTING INTO THAT WAS THERE ON OTHER ATTEMPTS.;

_[signature]_  07/20/2025

Chad Schultheis   PSS-2024-11   Date

Oklahoma AccuServe
705 S Mustang Rd Ste 294
Yukon, OK 73099
405-637-6600

Subscribed and sworn to before me by the affiant who is personally known to me.

_[signature]_

CASSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 24003326  Expires 03/07/28

## AFFIDAVIT OF SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 13610950 (5:25-CV-462) |
|---|---|---|---|
| Plaintiff / Petitioner: NANCY R. PSEUDONYMOUSLY | | Defendant / Respondent: PLAZA HOTELS, LLC., ET AL., | |
| Received by: Oklahoma AccuServe | | For: HILTON PARKER | |
| To be served upon: PLAZA HOTELS, LLC., C/O STEVE KETTER | | | |

I, Chad Schultheis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** UNIDENTIFIED MIDDLE EASTERN MALE- REFUSED NAME, Home: 5101 South Choctaw Avenue, El Reno, OK 73036

**Manner of Service:** Substitute Service - Abode, Jul 10, 2025, 2:19 pm CDT

**Documents:** Summons and Petition

**Additional Comments:**

1) Unsuccessful Attempt: Jun 11, 2025, 4:23 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO CARS IN DRIVE AND NO ANSWER AT DOOR. NO LIGHTS ON INSIDE.

2) Unsuccessful Attempt: Jun 14, 2025, 10:52 am CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO CARS IN DRIVE AND NO ANSWER AT DOOR. NO LIGHTS ON INSIDE. TRIED KNOCKING ON NEIGHBORS DOOR TO VERIFY RESIDENCE, NO ANSWER THERE.

3) Unsuccessful Attempt: Jun 17, 2025, 3:18 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO ANSWER AT DOOR, APPEARS LIGHTS ARE ON INSIDE HOME. BLACK TOYOTA CAR BY MAILBOX AT STREET.

4) Unsuccessful Attempt: Jun 18, 2025, 6:07 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
WHITE TRUCK IN DRIVE, NO ANSWER AT DOOR. NOISE INSIDE HOME (MAYBE TV?) APPEARS LAMP OR SOME KIND OF LIGHT IS ON.

5) Unsuccessful Attempt: Jun 21, 2025, 1:37 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036
NO ANSWER AT DOOR, NO CARS IN DRIVE, NO LIGHTS ON IN THE HOME, CHECKED PROPERTY RECORDS AND IT SHOWS THAT STEVE KETTER OWNS THE PROPERTY. CLIENT ASKED TO STOP SERVICE DUE TO TIME.

6) Successful Attempt: Jul 10, 2025, 2:19 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036 received by UNIDENTIFIED MIDDLE EASTERN MALE- REFUSED NAME. Age: 50'S; Ethnicity: Middle Eastern; Gender: Male; Weight: 230; Height: 5'9"; Hair: Bald; Other: TATTOOS ON CHEST AND ARMS WITH EARINGS IN BOTH EARS. THERE WAS A BLACK GMC YUKON ON BACK OF THE PROPERTY WHERE HE WAS GETTING INTO THAT WAS THERE ON OTHER ATTEMPTS.;

_[signature]_                                    07/20/2025
Chad Schultheis    PSS-2024-11            Date

Oklahoma AccuServe
705 S Mustang Rd Ste 294
Yukon, OK 73099
405-637-6600

Subscribed and sworn to before me by the affiant who is personally known to me.

_[signature]_

Notary Public CASSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 24003326  Expires 03/07/28

## AFFIDAVIT OF NON-SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 13611025 (5:25-CV-462) |
|---|---|---|---|
| Plaintiff / Petitioner: NANCY R. PSEUDONYMOUSLY | | Defendant / Respondent: PLAZA HOTELS, LLC., ET AL., | |
| Received by: Oklahoma AccuServe | | For: HILTON PARKER | |
| To be served upon: OM LLC., | | | |

I, Chad Schultheis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** OM LLC.,, Home: 15409 Kestral Lake Drive, Edmond, OK 73013
**Manner of Service:** Unsuccessful Attempt
**Documents:** Summons and Petition

**Additional Comments:**
1) Unsuccessful Attempt: Jun 18, 2025, 3:12 pm CDT at Company: 12001 North I-35 Service Road, Oklahoma City, OK 73131
MIDDLE EASTERN MALE STATED AT THE COUNTER AT THE HOTEL THAT RAMESH PATEL WAS NOT THERE AND DID NOT INTO THAT ADDRESS, I ASKED IF HE KNEW WHERE HE WAS AND HE SAID NO AND THAT HE WAS NO LONGER HERE. I ASKED DOES NO LONGER HERE MEAN NOT AT WORK OR NOT IN STATE OR NOT IN COUNTRY, HE ADVISED THAT HE WAS GONE. PPS LEFT ADDRESS.

2) Unsuccessful Attempt: Jul 10, 2025, 3:36 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GOT INTO NEIGHBORHOOD THROUGH GATES. NO ANSWER AT DOOR, VIDEO CAMERAS ON HOME. BLACK LEXUS CAR IN DRIVE. NOISE INSIDE HOME. PICS TAKEN.

3) Unsuccessful Attempt: Jul 11, 2025, 4:12 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATED ENTRANCE TO THE NEIGHBORHOOD. SAT DOWN THE ROAD FOR 15 MINS. TO SEE IF ANYONE COMES OR GOES, NO SUCCESS.

4) Unsuccessful Attempt: Jul 14, 2025, 6:22 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATED ENTRANCE TO THE NEIGHBORHOOD, NO SUCCESS.

5) Unsuccessful Attempt: Jul 15, 2025, 1:41 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATE WAS OPEN BY ANOTHER CAR. NO ANSWER AT DOOR. BLACK LEXUS IN DRIVE.

6) Unsuccessful Attempt: Jul 19, 2025, 10:21 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
NOT ABLE TO GET INTO PROPERTY THROUGH GATE. SAT DOWN THE ROAD FOR 20 MINS. NO ONE LEFT OR WENT FROM NEIGHBORHOOD.

_____     07/20/2025
Chad Schultheis  PSS-2024-11     Date

Oklahoma AccuServe
705 S Mustang Rd Ste 294
Yukon, OK 73099
405-637-6600

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public CHRISSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 24003326  Expires 03/07/28

## AFFIDAVIT OF NON-SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 13611025 (5:25-CV-462) |
|---|---|---|---|
| Plaintiff / Petitioner: NANCY R. PSEUDONYMOUSLY | | Defendant / Respondent: PLAZA HOTELS, LLC., ET AL., | |
| Received by: Oklahoma AccuServe | | For: HILTON PARKER | |
| To be served upon: AMBICA LLC., | | | |

I, Chad Schultheis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** AMBICA LLC.,, Home: 15409 Kestral Lake Drive, Edmond, OK 73013
**Manner of Service:** Unsuccessful Attempt
**Documents:** Summons and Petition

**Additional Comments:**
1) Unsuccessful Attempt: Jun 18, 2025, 3:12 pm CDT at Company: 12001 North I-35 Service Road, Oklahoma City, OK 73131
MIDDLE EASTERN MALE STATED AT THE COUNTER AT THE HOTEL THAT RAMESH PATEL WAS NOT THERE AND DID NOT INTO THAT ADDRESS, I ASKED IF HE KNEW WHERE HE WAS AND HE SAID NO AND THAT HE WAS NO LONGER HERE. I ASKED DOES NO LONGER HERE MEAN NOT AT WORK OR NOT IN STATE OR NOT IN COUNTRY, HE ADVISED THAT HE WAS GONE. PPS LEFT ADDRESS.

2) Unsuccessful Attempt: Jul 10, 2025, 3:36 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GOT INTO NEIGHBORHOOD THROUGH GATES. NO ANSWER AT DOOR, VIDEO CAMERAS ON HOME. BLACK LEXUS CAR IN DRIVE. NOISE INSIDE HOME. PICS TAKEN.

3) Unsuccessful Attempt: Jul 11, 2025, 4:12 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATED ENTRANCE TO THE NEIGHBORHOOD. SAT DOWN THE ROAD FOR 15 MINS. TO SEE IF ANYONE COMES OR GOES, NO SUCCESS.

4) Unsuccessful Attempt: Jul 14, 2025, 6:22 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATED ENTRANCE TO THE NEIGHBORHOOD, NO SUCCESS.

5) Unsuccessful Attempt: Jul 15, 2025, 1:41 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATE WAS OPEN BY ANOTHER CAR. NO ANSWER AT DOOR. BLACK LEXUS IN DRIVE.

6) Unsuccessful Attempt: Jul 19, 2025, 10:21 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
NOT ABLE TO GET INTO PROPERTY THROUGH GATE. SAT DOWN THE ROAD FOR 20 MINS. NO ONE LEFT OR WENT FROM NEIGHBORHOOD.

_____  07/20/2025
Chad Schultheis  PSS-2024-11     Date

Oklahoma AccuServe
705 S Mustang Rd Ste 294
Yukon, OK 73099
405-637-6600

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary CASSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 24003326  Expires 03/07/28

## AFFIDAVIT OF NON-SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 13611025 (5:25-CV-462) |
|---|---|---|---|
| **Plaintiff / Petitioner:** NANCY R. PSEUDONYMOUSLY | | **Defendant / Respondent:** PLAZA HOTELS, LLC., ET AL., | |
| **Received by:** Oklahoma AccuServe | | **For:** HILTON PARKER | |
| **To be served upon:** INDRA LLC., | | | |

I, Chad Schultheis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** INDRA LLC.,, Home: 15409 Kestral Lake Drive, Edmond, OK 73013
**Manner of Service:** Unsuccessful Attempt
**Documents:** Summons and Petition

**Additional Comments:**

1) Unsuccessful Attempt: Jun 18, 2025, 3:12 pm CDT at Company: 12001 North I-35 Service Road, Oklahoma City, OK 73131
MIDDLE EASTERN MALE STATED AT THE COUNTER AT THE HOTEL THAT RAMESH PATEL WAS NOT THERE AND DID NOT INTO THAT ADDRESS, I ASKED IF HE KNEW WHERE HE WAS AND HE SAID NO AND THAT HE WAS NO LONGER HERE. I ASKED DOES NO LONGER HERE MEAN NOT AT WORK OR NOT IN STATE OR NOT IN COUNTRY, HE ADVISED THAT HE WAS GONE. PPS LEFT ADDRESS.

2) Unsuccessful Attempt: Jul 10, 2025, 3:36 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GOT INTO NEIGHBORHOOD THROUGH GATES. NO ANSWER AT DOOR, VIDEO CAMERAS ON HOME. BLACK LEXUS CAR IN DRIVE. NOISE INSIDE HOME. PICS TAKEN.

3) Unsuccessful Attempt: Jul 11, 2025, 4:12 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATED ENTRANCE TO THE NEIGHBORHOOD. SAT DOWN THE ROAD FOR 15 MINS. TO SEE IF ANYONE COMES OR GOES, NO SUCCESS.

4) Unsuccessful Attempt: Jul 14, 2025, 6:22 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATED ENTRANCE TO THE NEIGHBORHOOD, NO SUCCESS.

5) Unsuccessful Attempt: Jul 15, 2025, 1:41 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
GATE WAS OPEN BY ANOTHER CAR. NO ANSWER AT DOOR. BLACK LEXUS IN DRIVE.

6) Unsuccessful Attempt: Jul 19, 2025, 10:21 pm CDT at Home: 15409 Kestral Lake Drive, Edmond, OK 73013
NOT ABLE TO GET INTO PROPERTY THROUGH GATE. SAT DOWN THE ROAD FOR 20 MINS. NO ONE LEFT OR WENT FROM NEIGHBORHOOD.

_____  07/20/2025
Chad Schultheis  PSS-2024-11    Date

Oklahoma AccuServe
705 S Mustang Rd Ste 294
Yukon, OK 73099
405-637-6600

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public CASSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Date _____ Commission Expires
Commission # 24003326 Expires 03/07/28