# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, <br><br> Plaintiff, <br> v. <br><br> PLAZA HOTELS LLC, et al., <br><br> Defendants. | Case No.: 5:25-cv-462 <br><br> Judge Charles B. Goodwin <br><br><br> **[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Now before the Court is Plaintiff Nancy R.'s Motion (Doc. No. 91), seeking to extend her time to serve certain Defendants under Rule 4(m).

For good cause shown, the Motion (Doc. No. 91) is GRANTED. Plaintiff's time to serve Defendants Steve Ketter, Plaza Hotels, LLC, Indra, LLC, Om, LLC, and Ambica, LLC is hereby extended by sixty (60) days, through September 20, 2025.

IT IS SO ORDERED this _____ day of _____, 2025.

/s/_____
CHARLES B. GOODWIN
U.S. DISTRICT COURT JUDGE