# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>  Plaintiff,<br>v.<br><br>PLAZA HOTELS LLC, et al.,<br><br>  Defendants. | Case No.: 5:25-cv-462<br><br>Judge Charles B. Goodwin<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Now before the Court is Plaintiff Nancy R.'s Motion (Doc. No. 92), seeking to stay the deadlines for Defendant Wiley's pending Motion to Dismiss (Doc. No. 87) or, alternatively, extend Plaintiff's time to respond to that Motion to Dismiss.

For good cause shown, the Motion (Doc. No. 92) is GRANTED. The pending Motion to Dismiss (Doc. No. 87) is hereby STAYED. If Plaintiff's pending Motion to Amend (Doc. No. 58) is granted, Michael Wiley's Motion to Dismiss (Doc. No. 87) will be automatically mooted. If the Motion to Amend is denied, Plaintiff's response to the pending Motion to Dismiss shall be due within 21 days of the date of that denial.

IT IS SO ORDERED this _____ day of _____, 2025.

/s/_____
CHARLES B. GOODWIN
U.S. DISTRICT COURT JUDGE