## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NANCY R., pseudonymously, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-25-462-G |
| | ) | |
| v. | ) | |
| | ) | |
| PLAZA HOTELS, LLC; STEVE KETTER | ) | |
| MICHAEL WILEY; OKC AIRPORT ES, LLC; | ) | |
| ESH STRATEGIES FRANCHISE, LLC; | ) | |
| KAJAL HOSPITALITY, INC; JALIYAN | ) | |
| HOSPITALITY, INC; SUPER 8 WORLDWIDE | ) | |
| INC; RAJ KRUPA HOTEL, LLC; DAYS INNS | ) | |
| WORLDWIDE, INC; CHAND & SAAJ | ) | |
| HOSPITALITY, INC; RAMADA | ) | |
| WORLDWIDE, INC; YASH ENTERPRISES, | ) | |
| INC; HOWARD JOHNSON | ) | |
| INTERNATIONAL, INC; NOOR HOTEL, LLC; | ) | |
| AMBICA, LLC; OM, LLC; INDRA, LLC; AND | ) | |
| G6 HOSPITALITY FRANCHISING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW W. Riley Nester of the firm of Pierce Couch Hendrickson Baysinger & Green, L.L.P. and hereby enters his appearance as counsel of record in the above-titled action for Defendants Plaza Hotels, LLC and Steve Ketter. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully Submitted,

s/ W. Riley Nester
Jessica L. Dark, OBA #31236
W. Riley Nester, OBA #36222
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis Ave.
Oklahoma City, OK 73106
PH:    (405) 235-1611
FX:    (405) 235-2904
jdark@piercecouch.com
rnester@piercecouch.com
*Attorneys for Defendants*
*Plaza Hotels, LLC, Steve Ketter*
*and Michael Wiley*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of July, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to all ECF registrants who have entered an appearance in this case:

Fletcher D. Handley, Jr.         fdh@handleylaw.com
Geoffrey Parker                  gparker@hiltonparker.com
Michael P. Kane                  service@the702firm.com
Abby Rae Herren
Eric A. Moen                     eamoen@chubbucklaw.com
Charles D. Neal, Jr.             cdn@steidley-neal.com
Christopher T. Byrd              cbyrd@wwhgd.com
Jamie A. Rogers                  jar@steidley-neal.com
Patrick E. Moore                 pmoore@wwhgd.com
Philard L. Rounds, Jr.           plr@steidley-neal.com
Shubhra Mashelkar                smashelkar@wwhgd.com
David C. Senger                  david@cswlawgroup.com
Hunter M. Siex                   hunter@cswlawgroup.com
Kaylee P. Davis-Maddy            kmaddy@dsda.com
Michael S. Linscott              mlinscott@dsda.com
David Sager                      david.sager@us.dlapiper.com
Mallory T. Biblo                 Mallory.biblo@us.dlapiper.com

Alexander Gebert          alex.gebert@fmglaw.com
Robert Glenn Chadwick, Jr.    Bob.Chadwick@fmglaw.com
Edward J. Main            emain@secresthill.com
James K. Secrest, III        JSecrest3@secresthill.com
Justin L. Hall            jhall@secresthill.com
Daniel J. Thompson        dthompson@wsolaw.net
Emily Noble Richard        erichard@wsolaw.net


                    s/ W. Riley Nester
                    W. Riley Nester