**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NANCY R., pseudonymously, | Case No.: 5:25-cv-00462-G |
| Plaintiff, | |
| vs. | Judge: Charles B. Goodwin |
| PLAZA HOTELS LLC, et al., | |
| Defendants. | |

**MOTION FOR *PRO HAC VICE* ADMISSION
OF JONATHAN L. HILTON**

Plaintiff Nancy R. ("Plaintiff"), by her undersigned attorney in the above-captioned matter,
respectfully moves the Court to admit non-resident attorney Jonathan L. Hilton, *pro hac vice*, to
appear in and participate as counsel or co-counsel in this case. In support of this Motion, Plaintiff
states as follows:

1.     Jonathan L. Hilton is an attorney with Hilton Parker LLC located at 7658 Slate
Ridge Boulevard, Reynoldsburg, OH 43068.

2.     Jonathan L. Hilton is expected to participate in the preparation and trial of this
matter for Plaintiff.

3.     The undersigned, Geoffrey C. Parker, has been admitted to practice in this Court,
has entered his appearance, and is certified to file electronically with this Court.

4.     Mr. Parker certifies that Jonathan L. Hilton is a member of the bar in good
standing of the highest court of the State of Ohio and Nevada. Jonathan L. Hilton has not been
disciplined in any jurisdiction and has not resigned or been placed on inactive status as a member
of any bar.

1

5.       Attached to this Motion is a Request for Admission *Pro Hac Vice*, completed and signed by Jonathan L. Hilton.

6.       Jonathan L. Hilton understands that he must register for electronic filing (ECF) with this Court promptly upon granting this Motion and upon activation, electronically file an Entry of Appearance consistent with LCvR 83.4.

7.       This Motion is accompanied by the required $100.00 fee.

WHEREFORE, Plaintiff Nancy R. respectfully requests the Court grant this Motion and enter an Order in the form attached admitting Jonathan L. Hilton *pro hac vice* to represent Plaintiff in this case and in all proceedings attendant thereto.

Dated August 13th, 2025.

s/ Geoffrey C. Parker
Geoffrey C. Parker, Esq. (*Pro Hac Vice)*
Ohio Bar No. 96049
Attorney for Plaintiff
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Telephone: (614) 992-2277
gparker@hiltonparker.com

*CERTIFICATE OF SERVICE*

I hereby certify that on August 13, 2025 I filed the attached document with the Clerk of Court and served the attached document by regular mail on the following, who are not registered participants of the Electronic Case Filing System:

INDRA, LLC
c/o Ramesh Patel
15409 Kestral Lake Dr.
Edmond, OK 73013

OM, LLC
c/o Ramesh Patel
15409 Kestral Lake
Edmond, OK 73013

NOOR HOTEL, LLC
c/o Abdel Jawabreh
19536 Talavera Ln.
Edmond, OK 73012

AMBICA, LLC
c/o Ramesh Patel
15409 Kestral Lake Dr.
Edmond, OK 73013

/s/ Geoffrey C. Parker

Geoffrey C. Parker, Esq.
HILTON PARKER LLC
*Attorney for Plaintiff Nancy R.*