UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Nancy R.,

      vs.      Plaintiff(s)

Plaza Hotels LLC, et al.,

      Defendant(s)

Case No. 5:25-cv-462

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Jonathan Lawrence Hilton

2. State bar membership number: Ohio Bar # 0095742

3. Business address, telephone and fax numbers:
   Hilton Parker LLC
   7658 Slate Ridge Blvd.
   Reynoldsburg, OH 43068
   Tel: 614-992-2277 | Fax: 614-927-5980

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Ohio Supreme Court, Nevada Supreme Court, United States Supreme Court, USDC for the SD of Ohio, USDC for the ND of Ohio, USDC for the Northern District of Indiana, USDC for the Southern District of Indiana, USDC for the WD of Michigan, USDC for the ED of Michigan, USDC for the WD of Tennessee, USDC for the WD of NY, USDC for the ND of NY, USDC for the District of Colorado, USCA Ninth Circuit, USCA Sixth Circuit, USCA Seventh Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

A check for $100 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this   13   day of   August 2025  .

s/ Jonathan L. Hilton
Signature of Applicant

005/rvsd 04-23