# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Aug 13, 2025 1:28PM

Jonathan L Hilton

| Rcpt. No: 500013196 | Trans. Date: Aug 13, 2025 1:28PM | Cashier ID: #NA (3647) |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DOKW525LB000123 /001 LIBRARY FUND<br>**FBO**: Jonathan L Hilton | 1 | 100.00 | 100.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $100.00 |
| | | | | Total Due Prior to Payment: | $100.00 |
| | | | | Total Tendered: | $100.00 |

**Comments**: Pro Hac Vice FBO: Jonathan L Hilton CIV-25-462-G

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.