# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NANCY R.,** pseudonymously, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-25-462-G ) |
| **PLAZA HOTELS, LLC et al.,** | ) ) |
| Defendants. | ) ) |

## ORDER

Upon review of the record, the Court DENIES the Motion for Admission Pro Hac Vice (Doc. No. 99) filed on August 13, 2025, in support of the Request for Admission Pro Hac Vice signed by attorney Jonathan L. Hilton.

Under this Court's Local Rules, "[i]t is the responsibility of *local counsel* appearing in any civil case to file the motion of the non-resident attorney to be admitted *pro hac vice*." LCvR 83.3(b) (emphasis added). Here, the Motion was filed by nonresident attorney Parker, who is appearing pro hac vice in this matter, rather than by local counsel.

Accordingly, the Motion is DENIED without prejudice to resubmission.

IT IS SO ORDERED this 14th day of August, 2025.

_____
CHARLES B. GOODWIN
United States District Judge