# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>　　　Plaintiff,<br>v.<br><br>PLAZA HOTELS LLC, et al.,<br><br>　　　Defendants. | Case No.: 5:25-cv-462<br><br><br>**[PROPOSED] ORDER** |

## **[PROPOSED] ORDER**

    Now before the Court is Plaintiff Nancy R.'s Motion (Doc. No. 102), seeking to stay the deadlines for Defendant Steve Ketter's pending Motion to Dismiss (Doc. No. 97) and Defendant Plaza Hotels LLC's pending Motion to Dismiss (Doc. No. 98) or, alternatively, extend Plaintiff's time to respond to these Motions to Dismiss.

    For good cause shown, the Motion (Doc. No. 102) is GRANTED. The pending Motions to Dismiss (Doc. No. 97 and Doc No. 98) are hereby STAYED. If Plaintiff's pending Motion to Amend (Doc. No. 58) is granted, Defendants shall file their answer or other response within 21 days of the filing of the amended complaint. If the Motion to Amend is denied, Plaintiff's responses to the pending Motions to Dismiss shall be due within 21 days of the date of that denial.

    IT IS SO ORDERED this _____ day of _____, 2025.


　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　CHARLES B. GOODWIN
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE