UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) |
| Defendants. | ) ) |

### ORDER

Now before the Court is Plaintiff Nancy R.'s Unopposed Motion (Doc. No. 102), seeking to stay the deadlines for Defendants Steve Ketter and Plaza Hotels, LLC's pending Motions to Dismiss (Doc. Nos. 97, 98) or, alternatively, extend Plaintiff's time to respond to those Motions to Dismiss.

For good cause shown, the Motion (Doc. No. 102) is GRANTED. The pending Motions to Dismiss (Doc. Nos. 97, 98) are hereby STAYED. If Plaintiff's pending Motion to Amend (Doc. No. 58) is granted, Defendants Ketter and Plaza Hotels, LLC shall file their respective answers or other responses within 21 days of the filing of the amended complaint. If the Motion to Amend is denied, Plaintiff's responses to the pending Motions to Dismiss shall be due within 21 days of the date of that denial.

IT IS SO ORDERED this 15th day of August, 2025.

_____
CHARLES B. GOODWIN
United States District Judge