# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | Case No.: 5:25-cv-00462-G |
| Plaintiff, | |
| vs. | Judge: Charles B. Goodwin |
| PLAZA HOTELS LLC, et al., | |
| Defendants. | |

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF JONATHAN L. HILTON

Plaintiff Nancy R. ("Plaintiff"), by her undersigned attorney in the above-captioned matter, respectfully moves the Court to admit non-resident attorney Jonathan L. Hilton, *pro hac vice*, to appear in and participate as counsel or co-counsel in this case with Fletcher D. Handley, Jr., OBA No. 3797 with the law firm of Handley Fletcher Center. In support of this Motion, Plaintiff states as follows:

1.  Jonathan L. Hilton is an attorney with Hilton Parker LLC located at 7658 Slate Ridge Boulevard, Reynoldsburg, OH 43068.

2.  Jonathan L. Hilton is expected to participate in the preparation and trial of this matter for Plaintiff.

3.  The undersigned, Fletcher D. Handley, Jr., certifies that Jonathan L. Hilton is a member of the bar in good standing of the highest court of the State of Ohio and Nevada. Jonathan L. Hilton has not been disciplined in any jurisdiction and has not resigned or been placed on inactive status as a member of any bar.

4.  Attached to this Motion is a Request for Admission *Pro Hac Vice*, completed and signed by Jonathan L. Hilton.

1

5.  Jonathan L. Hilton understands that he must register for electronic filing (ECF) with this Court promptly upon granting this Motion and upon activation, electronically file an Entry of Appearance consistent with LCvR 83.4.

6.  A Proposed Order granting this Motion is submitted herewith.

7.  This Motion is accompanied by the required $100.00 fee.

WHEREFORE, Plaintiff Nancy R. respectfully requests the Court grant this Motion and enter an Order in the form attached admitting Jonathan L. Hilton *pro hac vice* to represent Plaintiff in this case and in all proceedings attendant thereto.

Dated August 14th, 2025.

/s/ Fletcher D. Handley, Jr.
FLETCHER D. HANDLEY, JR.
Oklahoma Bar No. 3797
Attorney for Plaintiff
Handley Law Center
PO Box 310
El Reno, OK 73036
Telephone: (405) 295-1924
fdh@handleylaw.com

*CERTIFICATE OF SERVICE*

I hereby certify that on August 13, 2025 I filed the attached document with the Clerk of Court and served the attached document by regular mail on the following, who are not registered participants of the Electronic Case Filing System:

INDRA, LLC
c/o Ramesh Patel
15409 Kestral Lake Dr.
Edmond, OK 73013

NOOR HOTEL, LLC
c/o Abdel Jawabreh
19536 Talavera Ln.
Edmond, OK 73012

OM, LLC
c/o Ramesh Patel
15409 Kestral Lake
Edmond, OK 73013

AMBICA, LLC
c/o Ramesh Patel
15409 Kestral Lake Dr.
Edmond, OK 73013

/s/ Fletcher D. Handley, Jr.

Fletcher D. Handley, Jr..
HANDLEY LAW CENTER
*Attorney for Plaintiff Nancy R.*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Nancy R.                              )
                                      )
                                      )
                                      )
vs.                    Plaintiff(s)   )   Case No. 5:25-cv-462
Plaza Hotels LLC, et al.,             )
                                      )
                                      )
                                      )
                       Defendant(s)   )

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Jonathan Lawrence Hilton

2. State bar membership number: Ohio Bar # 0095742

3. Business address, telephone and fax numbers:
   Hilton Parker LLC
   7658 Slate Ridge Blvd.
   Reynoldsburg, OH 43068
   Tel: 614-992-2277 | Fax: 614-927-5980

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   Ohio Supreme Court, Nevada Supreme Court, United States Supreme Court, USDC for the SD of Ohio, USDC for the ND of Ohio, USDC for the Northern District of Indiana, USDC for the Southern District of Indiana, USDC for the WD of Michigan, USDC for the ED of Michigan, USDC for the WD of Tennessee, USDC for the WD of NY, USDC for the ND of NY, USDC for the District of Colorado, USCA Ninth Circuit, USCA Sixth Circuit, USCA Seventh Circuit

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes   ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes   ☑ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☑ Yes   ☐ No

   A check for $100 should be made payable to the U.S. District Court Clerk.
   (United States Government Attorneys are exempted from paying this fee.)

DATED this   13   day of August 2025          .

                                              s/ Jonathan L. Hilton
005/rvsd 04-23                                Signature of Applicant

# The Supreme Court *of* Ohio

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Admissions and Compliance of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Services Section of the Supreme Court and that the Office of Attorney Admissions and Compliance is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jonathan Lawrence Hilton**
Attorney Registration No. **0095742**

was admitted to the practice of law in Ohio on November 7, 2016; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of July, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Admissions and Compliance*

*Shannon B Scheid*
Shannon Scheid
*Administrative Assistant, Attorney Services Section*

No. 2025-07-08-1
Verify by email at GoodStandingRequests@sc.ohio.gov