# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-25-462-G |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No. 104) filed on August 21, 2025, in support of the Request for Admission Pro Hac Vice signed by attorney Jonathan L. Hilton, and hereby PERMITS Attorney Hilton to appear as counsel of record in this matter for Plaintiff Nancy R.[1]

On or before September 5, 2025, Attorney Hilton shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorney Hilton is ADVISED that failure to comply with this requirement by September 5, 2025, will result in vacatur of this Order and denial of the Request for Admission Pro Hac Vice.

IT IS SO ORDERED this 22nd day of August, 2025.

*/s/ Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge

---

[1] The docket reflects that the required fee of $100.00 has been paid. *See* LCvR 83.2(g).