IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Nancy R., pseudonymously,<br><br>Plaintiff(s),<br><br>v.<br><br>Plaza Hotels LLC, et al.,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:25-cv-00462-G<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff , Nancy R. .
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

s/ Jonathan L. Hilton    08/26/2025
Signature    Date

Jonathan L. Hilton
Print Name

Hilton Parker LLC
Firm

7658 Slate Ridge Blvd.
Address

Reynoldsburg    OH    43068
City    State    Zip Code

614-992-2277
Telephone

jhilton@hiltonparker.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on August 26, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☑ I hereby certify that on August 26, 2025, I filed the attached document with the Clerk of the Court and served the attached document by regular mail on the following, who are not registered participants of the ECF System:

INDRA, LLC c/o Ramesh Patel
15409 Kestral Lake Dr.
Edmond, OK 73013

OM LLC c/o Ramesh Patel
15409 Kestral Lake Dr.
Edmond, OK 73013

NOOR HOTEL, LLC c/o Abdel Jawabreh
19536 Talavera Ln.
Edmond, OK 73012

AMBICA LLC c/o Ramesh Patel
15409 Kestral Lake Dr.
Edmond, OK 73013

s/ Jonathan L. Hilton
s/ Attorney Name