IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,
    Plaintiff,

v.

Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC ARPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWIDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INNS WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, INC; HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; and G6 HOSPITALITY FRANCHISING, LLC,
    Defendants.

## **MOTION TO WITHDRAW OF EMILY N. RICHARD**

COMES NOW, Emily N. Richard, and the law firm of Wiggins Sewell & Ogletree, and moves the Court to enter an order allowing her withdrawal as additional counsel for Defendant, G6 Hospitality Franchising, LLC, pursuant to LCvR. 83.5. In further support of this Motion to Withdraw, Defendant would show the Court as follows:

1. Plaintiff commenced this action in the Oklahoma County District Court on March 19, 2025, Case No. CJ-2025-1850.

2. Defendant Super 8 Worldwide, Inc., Days Inn Worldwide, Inc., Ramada Inn Worldwide, Inc., and Howard Johnson International, Inc. removed this matter to this Court by filing their Notice of Removal on April 23, 2025. [Doc. No. 1].

3. Emily N. Richard entered her appearance on behalf of the Defendant G6 Hospitality Franchising, LLC on June 2, 2025. [Doc. No. 62].

4. Emily N. Richard's last day with the firm of Wiggins Sewell & Ogletree is August 27, 2025.

5. Defendant G6 Hospitality Franchising, LLC, is, and will remain, represented by Daniel J. Thompson, who has entered his appearance on its behalf [Doc. No. 66].

6. There are no Scheduling Order deadlines.

7. For the Court's convenience and potential use, Emily N. Richard submits herewith a draft Order Granting the relief requested.

WHEREFORE, premises considered, movant prays the Court grant her Motion to Withdraw, and enter an Order allowing her withdrawal as counsel for Defendant G6 Hospitality Franchising, LLC, and that the Court strike Mrs. Richard from all future filing notices.

Respectfully submitted,

WIGGINS SEWELL & OGLETREE

/s/ *Emily N. Richard*
Daniel J. Thompson          OBA No. 32129
Emily N. Richard            OBA No. 35719
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405/232-1211
405/235-7025 (fax)
dthompson@wsolaw.net
erichard@wsolaw.net

Attorneys for
G6 Hospitality Franchising, LLC

**Certificate of Service**

On this 27th day of August, 2025, a true and correct copy of the within and foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to the following counsel of record:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
Attorney for Plaintiff

Michael C. Kane
THE702 FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
Attorney for Plaintiff

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com
Attorney for Plaintiff

Abby Rae Herren
Eric A Moen
CHUBBUCK DUNCAN & ROBEY PC
1329 N Classen Dr.
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
Attorney for OKC Airport ES LLC

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
Attorneys for Jaliyan Hospitality, LLC

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
Attorneys for Raj Krupa Hotel LLC

Kaylee P. Davis-Maddy
Michael S. Linscott
DOERNER SAUNDERS
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
Attorneys for Super 8 Worldwide LLC
Days Inn Worldwide Inc.
Ramada Worldwide Inc.
Howard Johnson International Inc.

Mallory T. Biblo (PRO HAC VICE)
DLA Piper LLP US
1900 N. Pearl Street
Suite 2200
Dallas, TX 75201
mallory.biblo@us.dlapiper.com
Attorneys for Super 8 Worldwide LLC
Days Inn Worldwide Inc.
Ramada Worldwide Inc.
Howard Johnson International Inc.

| | |
|---|---|
| David Sager (PRO HAC VICE)<br>DLA Piper LLP (US)<br>51 John F. Kennedy Parkway<br>Ste 120<br>Short Hills, NJ 07078<br>david.sager@us.dlapiper.com<br>Attorneys for Super 8 Worldwide LLC<br>Days Inn Worldwide Inc.<br>Ramada Worldwide Inc.<br>Howard Johnson International Inc. | Charles D Neal, Jr<br>Jamie A. Rogers<br>Philard L. Rounds, Jr.<br>STEIDLEY & NEAL<br>P O Box 1165<br>100 E Carl Albert Parkway<br>McAlester, OK 74502<br>cdn@steidley-neal.com<br>jar@steidley-neal.com<br>plr@steidley-neal.com<br>Attorneys for ESH Strategies Franchise LLC |
| Patrick E. Moore<br>Christopher T. Byrd<br>Shubhra Mashelkar<br>WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br>pmoore@wwhgd.com<br>cbyrd@wwhgd.com<br>smashelkar@wwhgd.com<br>Attorneys for ESH Strategies Franchise LLC | James K. Secrest, III<br>Justin L. Hall<br>Emma C. Kincade<br>7134 S. Yale Avenue, Ste. 900<br>Tulsa, Oklahoma 74136<br>918-494-5905; 918-494-2847 (fax)<br>jsecrest3@secresthill.com<br>jhall@secresthill.com<br>ekincade@secresthill.com<br>Attorneys for Defendants<br>Chand & Saaj Hospitality Inc. |

/s/ Emily N. Richard
Daniel J. Thompson / Emily N. Richard