# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Now before the Court is the Motion to Withdraw as Attorney of Record (Doc. No. 107). For good cause shown, the Motion is GRANTED. Attorney Emily N. Richard is terminated as counsel of record for Defendant G6 Hospitality Franchising, LLC. Attorney Daniel J. Thompson shall continue to represent Defendant G6 Hospitality Franchising, LLC in this matter.

IT IS SO ORDERED this 27th day of August, 2025.

_____
CHARLES B. GOODWIN
United States District Judge