AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Nancy R., pseudonymously, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 5:25-cv-462 |
| Plaza Hotels, LLC.; et al., | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Indra LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK, 73131

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



    *SUMMONS ISSUED:*
    3:46 pm, Jun 05, 2025
    *JOAN KANE, CLERK*

    *By:* ___Laura Ransom___

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No. 5:25-cv-462

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Indra LLC
was received by me on *(date)* June 5, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On 09/08/2025, I mailed the summons and petition through certified mail return receipt requested to Prakesh Patel who is authorized by law to service of process on behalf of Indra LLC. The summons and petition were served on 9/11/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/29/2025

/s/ Nancy Pellegrino
*Server's signature*

Nancy Pellegrino, Paralegal
*Printed name and title*

7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
*Server's address*

Additional information regarding attempted service, etc:
The address for service was obtained through a records request to the Oklahoma Tax Division and is Indra LLC's last known address shown on the records of the Franchise Tax Division. The property is owned by Prakesh Patel who, on reference, is an owner or officer of Indra LLC and who is authorized by law to service of process on behalf of Indra LLC.