Date Produced: 09/15/2025

LETTERSTREAM:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 4298 0426 5019 08. Our records indicate that this item was delivered on 09/11/2025 at 11:26 a.m. in OKLAHOMA CITY, OK 73142. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :   **8004 NW 124TH ST, OKLAHOMA CITY, OK 73142**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service