

# History

## Status: Delivered

## USPS Tracking #: 9214890142980426501908

**Recipient Address:**
Indra LLC
c/o Prakesh Patel
8004 NW 124th St.
Oklahoma City OK 73142

1. PRE-SHIPMENT INFO SENT USPS AWAITS ITEM, September 08, 2025 05:29 pm, PHOENIX,AZ, 85026
2. SHIPMENT RECEIVED ACCEPTANCE PENDING, September 08, 2025 05:14 pm, PHOENIX,AZ, 85026
3. PROCESSED THROUGH USPS FACILITY, September 08, 2025 11:17 pm, PHOENIX AZ DISTRIBUTION CENTER, 85043
4. ORIGIN ACCEPTANCE, September 08, 2025 10:02 pm, PHOENIX AZ DISTRIBUTION CENTER, 85026
5. PROCESSED THROUGH USPS FACILITY, September 10, 2025 01:08 pm, OKLAHOMA CITY OK DISTRIBUTION C, 73107
6. PROCESSED THROUGH USPS FACILITY, September 10, 2025 05:53 pm, OKLAHOMA CITY OK DISTRIBUTION C, 73107
7. ARRIVAL AT UNIT, September 11, 2025 05:46 am, OKLAHOMA CITY,OK, 73162
8. OUT FOR DELIVERY, September 11, 2025 06:10 am, OKLAHOMA CITY,OK, 73142
9. DELIVERED LEFT WITH INDIVIDUAL, September 11, 2025 11:26 am, OKLAHOMA CITY,OK, 73142

**View Electronic Signature File**

This tracking information is provided by the United States Postal Service (USPS) computer systems. We (LetterStream and OnlineCertifiedMail.com) are not the USPS and took no part in delivering or attempting to deliver your letter. Any place the word "we" appears, is a direct reference to the USPS and not LetterStream or OnlineCertifiedMail.com. Please direct any questions regarding information to the USPS at:

www.USPS.com    OR    1-800-ASK-USPS

Help