# AFFIDAVIT OF SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 13550105 (5:25-CV-462) |
|---|---|---|---|
| Plaintiff / Petitioner: NANCY R. PSEUDONYMOUSLY | | Defendant / Respondent: PLAZA HOTELS, LLC., ET AL., | |
| Received by: Natalie Godfrey | | For: HILTON PARKER | |
| To be served upon: NOOR HOTEL, LLC., C/O ABDEL JAWABREH | | | |

I, Natalie Godfrey, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** NOOR HOTEL, LLC., C/O ABDEL JAWABREH, 19536 Talavera Lane, Edmond, OK 73012
**Manner of Service:** Corporation, Jun 22, 2025, 7:40 pm CDT
**Documents:** Summons and Petition

**Additional Comments:**
1) Unsuccessful Attempt: Jun 13, 2025, 7:35 pm CDT at 19536 Talavera Lane, Edmond, OK 73012

2) Successful Attempt: Jun 22, 2025, 7:40 pm CDT at 19536 Talavera Lane, Edmond, OK 73012 received by NOOR HOTEL, LLC., C/O ABDEL JAWABREH. Age: 60-70'S; Ethnicity: Middle Eastern; Gender: Male; Weight: AVG; Height: 5'9"; Hair: Gray; Other: **CORRECT HOME ADDRESS OF RSA** - TAGS OK JVA742 AND OK EGG621 AND OK CJP024 AND OK KYG719;

6-18-25 DOC ADDRESS SOLD BY DEF 4/16/2021- CHECKED IRB-DEF IS 65-FOUND POSS ALT ADDRESS ON IRB 2/2021-4/2025-IT IS OWNED BY ABED JAWABREH-GRANDPA (106) ON IRB-OTHER ALT ADDRESS IS THE DAYS INN IN CLINTON, 1200 S 10TH ST, CLINTON, OK 73601 ALSO OWNED BY NOOR HOTEL
6-19-25 7:35PM SPOKE TO WIFE- SAID HE WAS IN CLINTON BUT WOULD BE BACK IN TOWN SUNDAY 6-22-25 AFTER 5PM
Job Activity

*Natalie Godfrey* 6/22/25
Natalie Godfrey PSS-2023-60    Date

Natalie Godfrey

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
CASSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 24003326  Expires 03/07/28

Case 5:25-cv-00462-G   Document 170   Filed 06/05/25   Page 12 of 14
Case 5:25-cv-00462-G   Document 67   Filed 06/05/25   Page 1 of 2
AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Nancy R., pseudonymously, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 5:25-cv-462 |
| Plaza Hotels, LLC; et al., | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Noor Hotel LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey C. Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
3:47 pm, Jun 05, 2025
*JOAN KANE, CLERK*

By: *Laura Ransom*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*