## AFFIDAVIT OF SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 13550066 (5:25-CV-462) |
|---|---|---|---|
| **Plaintiff / Petitioner:** NANCY R. PSEUDONYMOUSLY | | **Defendant / Respondent:** PLAZA HOTELS, LLC., ET AL., | |
| **Received by:** Natalie Godfrey | | **For:** HILTON PARKER | |
| **To be served upon:** MICHAEL WILEY | | | |

I, Natalie Godfrey, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** MICHAEL WILEY, Home: 11025 North County Line Road, Yukon, OK 73099
**Manner of Service:** Personal/Individual, Jun 19, 2025, 8:15 pm CDT
**Documents:** Summons and Petition

**Additional Comments:**
1) Successful Attempt: Jun 19, 2025, 8:15 pm CDT at Home: 11025 North County Line Road, Yukon, OK 73099 received by MICHAEL WILEY. Age: 50-60's; Ethnicity: Caucasian; Gender: Male; Weight: AVG; Height: 5'11"; Hair: Gray; Other: BLACK AND WHITE HEELER AND A YORKIE;

_Natalie Godfrey_   6/22/25
Natalie Godfrey  PSS-2023-60       Date

Natalie Godfrey

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
CASSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 24003326  Expires 03/07/28

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Nancy R., pseudonymously, | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 5:25-cv-462 |
| Plaza Hotels, LLC; et al., | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Michael Wiley
11025 N. County Line Rd
Yukon, OK 73099

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey C. Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
*3:48 pm, Jun 05, 2025*
*JOAN KANE, CLERK*

By: *Laura Ransom*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*