# AFFIDAVIT OF SERVICE

| Case: 5:25-CV-462 | Court: WESTERN DISTRICT | County: , OK | Job: 14039167 (5:25-CV-462) |
|---|---|---|---|
| Plaintiff / Petitioner: NANCY R. PSEUDONYMOUSLY | | Defendant / Respondent: PLAZA HOTELS, LLC., ET AL., | |
| Received by: Oklahoma AccuServe | | For: HILTON PARKER | |
| To be served upon: PLAZA HOTELS, LLC., C/O STEVE KETTER | | | |

I, Chad Schultheis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** STEVE KETTER, Home: 5101 South Choctaw Avenue, El Reno, OK 73036
**Manner of Service:** Personal/Individual, Aug 28, 2025, 2:59 pm CDT
**Documents:** Summons and Petition

**Additional Comments:**
1) Successful Attempt: Aug 28, 2025, 2:59 pm CDT at Home: 5101 South Choctaw Avenue, El Reno, OK 73036 received by STEVE KETTER. Age: LATE 60'S OR EARLY 70'S; Ethnicity: Caucasian; Gender: Male; Other: SITTING IN DARK GRAYISH GMC SUV AT TIME OF SERVICE. STEVE KETTER MET PPS FOR SERVICE PPW AT HIS HOME ADDRESS.;

_____     08/28/2025
Chad Schultheis  PSS-2024-11     Date

Oklahoma AccuServe
705 S Mustang Rd Ste 294
Yukon, OK 73099
405-637-6600

Subscribed and sworn to before me by the affiant who is personally known to me.

CASSIE SCHULTHEIS
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 24003326  Expires 03/07/28

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| Nancy R., pseudonymously, )<br>)<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>Plaza Hotels, LLC; et al., )<br>)<br>)<br>)<br>Defendant(s). ) | Case No. 5:25-cv-462 |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Plaza Hotels LLC
c/o Steve Ketter
5101 S. Choctaw Ave
El Reno, OK 73036

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Geoffrey C. Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:
3:47 pm, Jun 05, 2025
*JOAN KANE, CLERK*

By:__*Laura Ransom*_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*