UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Plaintiff, currently appearing under the pseudonym "Nancy R.," initiated this action in state court against 19 defendants. Following removal to this Court, several defendants answered, and several defendants moved to dismiss; others have yet to appear.

Plaintiff has now filed a Motion to Amend (Doc. No. 58), seeking leave to file an amended complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure. *See id.* Ex. 1, Proposed Am. Compl. (Doc. No. 58-1). Plaintiff's Motion to Amend fails to state whether any of the defendants opposed amendment, as required by Local Civil Rule 15.1. Multiple defendants[1] have informed the Court that they do not oppose the requested relief, however. *See* Defs.' Notices (Doc. Nos. 70, 77, 78). No response in opposition to the Motion to Amend has been filed within the time allowed.

---

[1] Super 8 Worldwide, Inc.; Days Inns Worldwide, Inc.; Ramada Worldwide, Inc.; Howard Johnson International, Inc.; ESH Strategies Franchise, LLC; Jaliyan Hospitality, Inc.; and Chand & Saaj Hospitality, Inc.

Plaintiff's unopposed Motion to Amend (Doc. No. 58) is GRANTED. IT IS THEREFORE ORDERED that Plaintiff shall file the amended complaint, "which shall not differ from the proposed pleading" (Doc. No. 58-1), within seven (7) days of the date of this Order. LCvR 15.1.

IT IS FURTHER ORDERED that the Court lifts all stays of the pending Motions to Dismiss (Doc. Nos. 17, 25, 31, 59, 87, 97, 98) and DENIES the Motions to Dismiss as moot.

IT IS SO ORDERED this 16th day of October, 2025.

_____
CHARLES B. GOODWIN
United States District Judge