IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 5:25-cv-00462-G |
| ) | |
| PLAZA HOTELS, LLC, et al., ) | |
| ) | |
| Defendants, ) | |

**<u>MOTION TO WITHDRAW OF PHILARD L. ROUNDS, JR.</u>**

COMES NOW, Philard L. Rounds, Jr. of the Steidley & Neal, PLLC law firm and moves the Court to enter an order allowing her withdrawal as additional counsel for Defendant, ESH Strategies Franchise, LLC, pursuant to L.Cv.R. 83.5. In further support of this Motion to Withdraw, Defendant would show the Court as follows:

1. Plaintiff commenced this action in the Oklahoma County District Court on March 19, 2025, Case No. CJ-2025-1850.

2. Defendant Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Inn Worldwide, Inc., and Howard Johnson International, Inc., removed this matter to this Court by filing their Notice of Removal on April 23, 2025. [Doc. 1].

3. Philard L. Rounds, Jr. entered his appearance on behalf of Defendant, ESH Strategies Franchise, LLC, on May 14, 2025. [Doc. 22].

4. Philard L. Rounds, Jr. is retiring from the practice of law.

5.  Defendant, ESH Strategies Franchise, LLC is, and will remain, represented by Charles D. Neal, Jr. and Jamie A. Rogers who entered appearances on its behalf [Docs. 23 & 24].

6.  There are no Scheduling Order deadlines.

7.  For the Court's convenience and potential use, a draft Order Granting the relief requested is submitted contemporaneously herewith.

WHEREFORE, premises considered, movant prays the Court grant his Motion to Withdraw, and enter an Order allowing her withdrawal as counsel for Defendant, ESH Strategies Franchise, LLC and that the Court strike Mr. Rounds from all future filing notices.

Respectfully submitted,

*s/ Philard L. Rounds, Jr.*
Philard L. Rounds, Jr., OBA #7780
plr@steidley-neal.com
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, Oklahoma 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile

*Counsel for ESH Strategies Franchise, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing.

| | |
|---|---|
| Patrick E Moore | pmoore@wwhgd.com |
| Fletcher D Handley, Jr | fdh@handleylaw.com |
| Michael P Kane | service@the702firm.com |
| Edward J Main | emain@secresthill.com |
| Michael S Linscott | mlinscott@dsda.com |
| James K Secrest, III | JSecrest3@secresthill.com |
| David C Senger | david@cswlawgroup.com |
| Jessica L Dark | jdark@piercecouch.com |
| Eric A Moen | eamoen@chubbucklaw.com |
| Kaylee P Davis-Maddy | kmaddy@dsda.com |
| Daniel J Thompson | dthompson@wsolaw.net |
| Justin L Hall | jhall@secresthill.com |
| Hunter M Siex | hunter@cswlawgroup.com |
| Alexander Gebert | alex.gebert@fmglaw.com |
| William Nester | rnester@piercecouch.com |
| Robert Glenn Chadwck, Jr | Bob.Chadwick@fmglaw.com |
| Fletcher D Handley, Jr | fdh@handleylaw.com |
| Christopher T Byrd | cbyrd@wwhgd.com |
| Geoffrey Parker | gparker@hiltonparker.com |
| Shubhra Mashelkar | smashelkar@wwhgd.com |
| David Sager | david.sager@us.dlapiper.com |
| Mallory T. Biblo | mallory.biblo@us.dlapiper.com |
| Jonathan Lawrence Hilton | jhilton@hiltonparker.com |

*s/ Philard L. Rounds, Jr.*
of Steidley & Neal, Jr.