## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | |
| Plaintiff, | |
| vs. | Case No.  25-cv-00462-G |
| PLAZA HOTELS, LLC;<br>STEVE KETTER;<br>MICHAEL WILEY;<br>OKC AIRPORT ES, LLC;<br>ESH STRATEGIES FRANCHISE, LLC;<br>KAJAL HOSPITALITY, LLC;<br>JALIYAN HOSPITALITY, INC.<br>SUPER 8 WORLDWIDE, INC.;<br>RAJ KRUPA HOTEL, LLC;<br>DAYS INNS WORLDWIDE, INC.:<br>CHAND & SAAJ HOSPITALITY, INC.;<br>RAMADA WORLDWIDE, INC,;<br>YASH ENTERPRISES, INC.;<br>HOWARD JOHNSON<br>INTERNATIONAL, INC.;<br>NOOR HOTEL, LLC;<br>AMBICA, LLC;<br>OM, LLC;<br>INDRA, LLC; and<br>G6 HOSPITALITY FRANCHISING,<br>LLC, | |
| Defendants. | |

## DEFENDANT JALIYAN HOSPITALITY, INC.'S
## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO RESPOND TO
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant Jaliyan Hospitality, Inc. ("Defendant" or "Jaliyan") by and through its counsel of record, COFFEY, SENGER, HANCOCK & HARMON, PLLC, hereby requests an extension of time to respond to Plaintiff's First Amended Complaint. In support of this application, Defendant Jaliyan states as follows:

1. Plaintiff filed her Amended Complaint [Dkt. 115] on October 17, 2025.

2. Pursuant to FRCP 15(a)(3) Defendant Jaliyan's responsive pleading is due October 31, 2025.

3. Defendant Jaliyan requests an additional seven (7) days, until November 7, 2025, to file a responsive pleading to Plaintiff's First Amended Complaint.

4. Counsel for Defendant Jaliyan has conferred with Plaintiff's counsel, Geoffry Parker, and Plaintiff's counsel is unopposed to this extension.

5. This request is not made to cause any unjust delay.

For the foregoing reasons, Defendant Jaliyan Hospitality, Inc. respectfully requests that the Court grant it until November 7, 2025 to file a responsive pleading to Plaintiff's First Amended Complaint.

Respectfully Submitted,

 /s/ David C. Senger
David C. Senger, OBA No. 18830
Hunter M. Siex, OBA No.  33217
**COFFEY SENGER HANCOCK & HARMON, PLLC**
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918-292-8787 (phone)
918-292-8788 (fax)
David@CSHHlaw.com
Hunter@CSHHlaw.com
*Attorneys for Jaliyan Hospitality, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 31st day of October 2025, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

 /s/ David C. Senger

2