IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY, R., pseudonymously, )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-25-462-G
)
PLAZA HOTELS, LLC, et al., )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| Defendant | Noor Hotel, LLC |
|---|---|
| (Plaintiff/Defendant) | (Name of Party) |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

| s/ Steven M. Crowley | 10/31/25 |
|---|---|
| Signature | Date |

Steven M. Crowley
Print Name

Fenton, Fenton, Smith, Reneau & Moon
Firm

**Criminal Cases Only:**

☐ Retained or USA

211 North Robinson, Suite 800N
Address

☐ CJA Appointment

| Oklahoma City | OK | 73102 |
|---|---|---|
| City | State | Zip Code |

☐ Federal Public Defender

(405) 235-4671
Telephone

☐ Pro Bono

☐ CJA Training Panel

smcrowley@fentonlaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on October 31, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[✓] I hereby certify that on October 31, 2025, I filed the attached document with the Clerk of the Court and served the attached document by U.S. Mail on the following, who are not registered participants of the ECF System:

Steve Ketter
Chand & Saaj Hospitality, Inc.
Raj Krupa Hotel, LLC
Plaza Hotels, LLC
Kajal Hospitality, LLC
Yash Enterprises, Inc.
Michael A. Wiley

s/ Steven M. Crowley
s/ Attorney Name