## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    5:25-cv-00462-G |
| | ) |
| PLAZA HOTELS, LLC; | ) |
| STEVE KETTER; | ) |
| MICHAEL WILEY; | ) |
| OKC AIRPORT ES, LLC; | ) |
| ESH STRATEGIES FRANCHISE, LLC; | ) |
| KAJAL HOSPITALITY, LLC; | ) |
| JALIYAN HOSPITALITY, INC.; | ) |
| SUPER 8 WORLDWIDE, INC.; | ) |
| CHAND & SAAJ HOSPITALITY, INC.; | ) |
| RAMADA WORLDWIDE, INC.; | ) |
| YASH ENTERPRISES, INC.; | ) |
| HOWARD JOHNSON; | ) |
| INTERNATIONAL, INC.; | ) |
| NOOR HOTEL, LLC; | ) |
| AMBICA, LLC; | ) |
| OM, LLC; | ) |
| INDRA, LLC; and | ) |
| G6 HOSPITALITY FRANCHISING, LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S, CHAND & SAAJ HOSPITALITY, INC.'S
## ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW, Defendant, Chand & Saaj Hospitality, Inc., by and through its counsel of record, Secrest, Hill & Secrest and answers Plaintiff's First Amended Complaint in numerical sequence as follows:

## Parties

1.      This Defendant is unable to admit or deny the allegations contained in paragraph 1 of Plaintiff's Amended Complaint and therefore same are denied.

2.      This Defendant is unable to admit or deny the allegations contained in paragraph 2 of Plaintiff's Amended Complaint and therefore same are denied.

3.      This Defendant is unable to admit or deny the allegations contained in paragraph 3 of Plaintiff's Amended Complaint and therefore same are denied.

4.      This Defendant is unable to admit or deny the allegations contained in paragraph 4 of Plaintiff's Amended Complaint and therefore same are denied.

5.      This Defendant is unable to admit or deny the allegations contained in paragraph 5 of Plaintiff's Amended Complaint and therefore same are denied.

6.      This Defendant is unable to admit or deny the allegations contained in paragraph 6 of Plaintiff's Amended Complaint and therefore same are denied.

7.      This Defendant is unable to admit or deny the allegations contained in paragraph 7 of Plaintiff's Amended Complaint and therefore same are denied.

8.      This Defendant is unable to admit or deny the allegations contained in paragraph 8 of Plaintiff's Amended Complaint and therefore same are denied.

9.      This Defendant is unable to admit or deny the allegations contained in paragraph 9 of Plaintiff's Amended Complaint and therefore same are denied.

10.      This Defendant is unable to admit or deny the allegations contained in paragraph 10 of Plaintiff's Amended Complaint and therefore same are denied.

11.    This Defendant is unable to admit or deny the allegations contained in paragraph 11 of Plaintiff's Amended Complaint and therefore same are denied.

12.    Denied as stated.

13.    This Defendant is unable to admit or deny the allegations contained in paragraph 13 of Plaintiff's Amended Complaint and therefore same are denied.

14.    This Defendant is unable to admit or deny the allegations contained in paragraph 14 of Plaintiff's Amended Complaint and therefore same are denied.

15.    This Defendant is unable to admit or deny the allegations contained in paragraph 15 of Plaintiff's Amended Complaint and therefore same are denied.

16.    This Defendant is unable to admit or deny the allegations contained in paragraph 16 of Plaintiff's Amended Complaint and therefore same are denied.

17.    This Defendant is unable to admit or deny the allegations contained in paragraph 17 of Plaintiff's Amended Complaint and therefore same are denied.

18.    This Defendant is unable to admit or deny the allegations contained in paragraph 18 of Plaintiff's Amended Complaint and therefore same are denied.

19.    Denied as stated.

**Introduction – Pimpology**

20.    The allegations contained in paragraph 20 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

21.    The allegations contained in paragraph 21 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

22.    The allegations contained in paragraph 22 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

23.    The allegations contained in paragraph 23 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

24.    The allegations contained in paragraph 24 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

25.    The allegations contained in paragraph 25 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

26.    The allegations contained in paragraph 26 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

27.    The allegations contained in paragraph 27 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

28.    The allegations contained in paragraph 28 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

29.    The allegations contained in paragraph 29 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

30.    The allegations contained in paragraph 30 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

31.    The allegations contained in paragraph 31 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

32.    The allegations contained in paragraph 32 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

33.    The allegations contained in paragraph 33 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

34.    The allegations contained in paragraph 34 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

35.    The allegations contained in paragraph 35 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

36.    The allegations contained in paragraph 36 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

37.    The allegations contained in paragraph 37 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

38.    The allegations contained in paragraph 38 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

39.    The allegations contained in paragraph 39 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

40.    The allegations contained in paragraph 40 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

41.    The allegations contained in paragraph 41 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

42.     The allegations contained in paragraph 42 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

43.     The allegations contained in paragraph 43 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

44.     The allegations contained in paragraph 44 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

45.     The allegations contained in paragraph 45 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

46.     The allegations contained in paragraph 46 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

47.     The allegations contained in paragraph 47 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

48.     The allegations contained in paragraph 48 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

49.     The allegations contained in paragraph 49 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

50.     The allegations contained in paragraph 50 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

## Trafficking in the Hotel Industry: Room for Trafficking

51.     The allegations contained in paragraph 51 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

52.     The allegations contained in paragraph 52 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

53      The allegations contained in paragraph 53 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

54.     The allegations contained in paragraph 54 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

55.     The allegations contained in paragraph 55 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

56.     The allegations contained in paragraph 56 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

57.     The allegations contained in paragraph 57 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

58.     The allegations contained in paragraph 58 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

59.     The allegations contained in paragraph 59 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

60.     The allegations contained in paragraph 60 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

61.     The allegations contained in paragraph 61 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

62.     The allegations contained in paragraph 62 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

63.    The allegations contained in paragraph 63 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

64.    The allegations contained in paragraph 64 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

65.    The allegations contained in paragraph 65 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

66.    The allegations contained in paragraph 66 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

67.    The allegations contained in paragraph 67 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

68.    The allegations contained in paragraph 68 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

69.    The allegations contained in paragraph 69 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

70.    The allegations contained in paragraph 70 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

## Background

## Nancy's Trafficking Begins: Engaged to Encaged

71.    The allegations contained in paragraph 71 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

72.    The allegations contained in paragraph 72 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

73.    The allegations contained in paragraph 73 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

74.    The allegations contained in paragraph 74 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

75.    The allegations contained in paragraph 75 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

76.     The allegations contained in paragraph 76 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

77.     The allegations contained in paragraph 77 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

78.     The allegations contained in paragraph 78 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

79.     The allegations contained in paragraph 79 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

80.     The allegations contained in paragraph 80 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

81.     The allegations contained in paragraph 81 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

82.     The allegations contained in paragraph 82 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

83.     The allegations contained in paragraph 83 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

### In(n) Calls: Nancy's Trafficking in Oklahoma City

84.     Denied as to this Defendant.

85.     Denied as to this Defendant.

86.     Denied as to this Defendant.

87.     Denied as to this Defendant.

88.     Denied as to this Defendant.

89.     Denied as to this Defendant.

90.     Denied as to this Defendant.

91.     Denied as to this Defendant.

92.     Denied as to this Defendant.

93.     Denied as to this Defendant.

94.     Denied as to this Defendant.

95.     Denied as to this Defendant.

### Plaza Inn Hotel

96.     The allegations contained in paragraph 96 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

97.    The allegations contained in paragraph 97 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

98.    The allegations contained in paragraph 83 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

99.    The allegations contained in paragraph 99 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

100.    The allegations contained in paragraph 100 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

101.    The allegations contained in paragraph 101 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

102.    The allegations contained in paragraph 102 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

103.    The allegations contained in paragraph 103 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

104.    The allegations contained in paragraph 104 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

105.    The allegations contained in paragraph 105 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

106.    The allegations contained in paragraph 106 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

**Extended Stay America**

107.    The allegations contained in paragraph 107 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

108.    The allegations contained in paragraph 108 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

109.    The allegations contained in paragraph 109 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

110.    The allegations contained in paragraph 110 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

111.   The allegations contained in paragraph 111 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

112.   The allegations contained in paragraph 112 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

113.   The allegations contained in paragraph 113 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

114.   The allegations contained in paragraph 114 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

115.   The allegations contained in paragraph 115 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

116.   The allegations contained in paragraph 116 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

117.   The allegations contained in paragraph 117 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

118.    The allegations contained in paragraph 118 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

119.    The allegations contained in paragraph 119 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

120.    The allegations contained in paragraph 120 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

121.    The allegations contained in paragraph 121 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

122.    The allegations contained in paragraph 122 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

123.    The allegations contained in paragraph 123 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

124.    The allegations contained in paragraph 124 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

125.    The allegations contained in paragraph 125 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

126.    The allegations contained in paragraph 126 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

127.    The allegations contained in paragraph 107 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

128.    The allegations contained in paragraph 128 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

129.    The allegations contained in paragraph 129 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

130.    The allegations contained in paragraph 130 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

131.    The allegations contained in paragraph 131 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

**Motel 6**

132.    The allegations contained in paragraph 132 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

133.    The allegations contained in paragraph 133 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

134.    The allegations contained in paragraph 134 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

135.    The allegations contained in paragraph 135 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

136.    The allegations contained in paragraph 136 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

137.    The allegations contained in paragraph 137 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

138.    The allegations contained in paragraph 138 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

139.    The allegations contained in paragraph 139 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

140.    The allegations contained in paragraph 140 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

141.    The allegations contained in paragraph 141 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

142.    The allegations contained in paragraph 142 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

143.    The allegations contained in paragraph 143 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

144.    The allegations contained in paragraph 144 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

145.    The allegations contained in paragraph 145 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

146.    The allegations contained in paragraph 146 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

### Super 8 OKC Airport

147.    The allegations contained in paragraph 147 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

148.    The allegations contained in paragraph 148 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

149.    The allegations contained in paragraph 149 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

150.    The allegations contained in paragraph 150 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

151.    The allegations contained in paragraph 151 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

152.    The allegations contained in paragraph 152 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

153.    The allegations contained in paragraph 153 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

154.    The allegations contained in paragraph 154 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

155.    The allegations contained in paragraph 155 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

156.    The allegations contained in paragraph 156 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

## Super 8 Prospect Ave.

157.    The allegations contained in paragraph 157 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

158.    The allegations contained in paragraph 158 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

159.    The allegations contained in paragraph 107 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

160.    The allegations contained in paragraph 160 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

161.    The allegations contained in paragraph 161 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

162.    The allegations contained in paragraph 162 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

163.    The allegations contained in paragraph 163 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

164.    The allegations contained in paragraph 164 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

165.    The allegations contained in paragraph 165 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

**Days Inn**

166.    The allegations contained in paragraph 166 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

167.    The allegations contained in paragraph 167 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

168.    The allegations contained in paragraph 168 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

169.    The allegations contained in paragraph 169 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

170.    The allegations contained in paragraph 170 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

171.    The allegations contained in paragraph 171 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

172.    The allegations contained in paragraph 172 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

173.    The allegations contained in paragraph 173 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

174.    The allegations contained in paragraph 174 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

175.    The allegations contained in paragraph 175 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

176.    The allegations contained in paragraph 176 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

177.    The allegations contained in paragraph 177 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

178.    The allegations contained in paragraph 178 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

179.    The allegations contained in paragraph 179 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

180.    The allegations contained in paragraph 180 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

181.    The allegations contained in paragraph 181 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

182.    The allegations contained in paragraph 182 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

183. The allegations contained in paragraph 183 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

184.    The allegations contained in paragraph 184 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

185.    The allegations contained in paragraph 185 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

**Ramada**

186.    The allegations contained in paragraph 186 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

187.    The allegations contained in paragraph 187 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

188.    The allegations contained in paragraph 188 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

189.    The allegations contained in paragraph 189 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

190.    The allegations contained in paragraph 190 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

191.    The allegations contained in paragraph 191 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

192.    The allegations contained in paragraph 192 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

193.    The allegations contained in paragraph 193 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

194.    The allegations contained in paragraph 194 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

195.    The allegations contained in paragraph 195 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

196.    The allegations contained in paragraph 196 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

197.    The allegations contained in paragraph 197 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

198.    The allegations contained in paragraph 198 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

### Howard Johnson

199.    The allegations contained in paragraph 199 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

200.    The allegations contained in paragraph 200 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

201.    The allegations contained in paragraph 201 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

202.    The allegations contained in paragraph 202 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

203.    The allegations contained in paragraph 203 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

204.    The allegations contained in paragraph 204 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

205.    The allegations contained in paragraph 205 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

206.    The allegations contained in paragraph 206 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

207.    The allegations contained in paragraph 207 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

208.    The allegations contained in paragraph 208 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

209.    The allegations contained in paragraph 209 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

210.    The allegations contained in paragraph 210 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

211.    The allegations contained in paragraph 211 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

212.    The allegations contained in paragraph 212 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

## Guest Reviews of the Defendant Hotels

213.    Denied as to this Defendant.

214.    Denied as to this Defendant.

215.    Denied as to this Defendant.

216.    Denied as to this Defendant.

217.    Denied as to this Defendant.

218.    Denied as to this Defendant.

219.    Denied as to this Defendant.

220.    Denied as to this Defendant.

221.    Denied as to this Defendant.

222.   Denied as to this Defendant.

223.   Denied as to this Defendant.

224.   Denied as to this Defendant.

225.   Denied as to this Defendant.

226.   Denied as to this Defendant.

227.   Denied as to this Defendant.

## COUNT I: 18 U.S.C. §1595 ("TVPRA")

228.   The allegations contained in paragraph 228 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

229.   Denied.

230.   Denied.

231.   Denied.

232.   Denied.

233.   Denied.

234.   Denied.

235.   Denied.

236.   Denied.

237.   Denied.

238.   Denied.

239.   Denied.

**COUNT II: 21 OK Stat § 21-478.2 (B) "(Oklahoma Sex Trafficking")**

240.    The allegations contained in paragraph 240 of Plaintiff's First Amended Complaint do not pertain to this Defendant and therefore requires no response. Insofar as the allegations do pertain to this Defendant, they are denied.

241.    Denied.

242.    Denied.

243.    Denied.

244.    Denied.

245.    Denied.

**AFFIRMATIVE DEFENSES**

1.    This Defendant denies that it, or its agents, servants or employees were guilty of negligence herein.

2.    Should this Defendant be found guilty of negligence, which is not admitted but is expressly denied, this Defendant states that its negligence was not the proximate cause of Plaintiff's alleged injury and damage, if any.

3.    Should this Defendant be found guilty of negligence, which is not admitted but is expressly denied, this Defendant states that Plaintiff was likewise guilty of negligence and that the negligence of Plaintiff exceeded that of the Defendant, thereby precluding Plaintiff from recovering herein.

4.    The Defendant states that the proximate cause of Plaintiff's alleged injury and damage, if any, was the negligence of third parties over whom this Defendant had no control.

5.      At the time of the accident in question, the Plaintiff was on a joint venture with "Domino."   As such, the negligence of Domino exceeded that of the Defendant, thereby precluding Plaintiff from recovering herein.

6.      Condition versus cause.

7.      Plaintiff had knowledge and appreciated certain dangers and risks involved in the activity in which she was participating at the time of the incident in question.   That she voluntarily exposed herself to those dangers and risks.   That those very dangers and risks were the proximate cause of Plaintiff's alleged injury and damage, if any, thereby precluding Plaintiff from recovering herein.

8.      Plaintiff's action is barred by the statute of limitations.

9.      Plaintiff's Petition fails to state a cause of action against this Defendant.

10.      Plaintiff's Petition fails to state a cause of action for punitive damages.

11.      Plaintiff's Petition fails to state a cause of action for attorney's fees.

12.      For further defense, this Defendant alleges and states that any injuries and damages complained of in Plaintiff's Petition are the natural, probable and proximate result of the physical condition, anatomy, and physiology of the Plaintiff, and any injuries or damages which the Plaintiff may have sustained were not the result of any acts or omissions on the part of this Defendant; that any injuries or damages sustained by the Plaintiff were the result of natural and normal occurrences within the body of the Plaintiff over which this Defendant had no control, and for which this Defendant is not responsible.

13.      Plaintiff failed to mitigate her damages.

14.      12 O.S. §3009.1.

15.      Intervening/supervening cause.

16.     This Defendant denies that it violated 18 USC §1595.

17.     This Defendant denies that it caused or contributed to any damages as a result of a violation of 18 USC §1595, which are not admitted but expressly denied.

18.     This Defendant denies the nature and extent of Plaintiff's alleged injuries and damages, if any.

19.     This Defendant reserves the right to amend or modify this Answer upon the completion of discovery.

20.     If there are affirmative defenses available or that become available to this Defendant that are not pled herein, this Defendant hereby sets forth and pleads those affirmative defenses as if fully set forth herein.

21.     Plaintiff's Petition to the extent that it seeks punitive damages, violates Defendant's right to both procedural and substantive due process under the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of Oklahoma in that:

> A.     The standards under which such claims are submitted are so vague as to be effectively meaningless and threaten the deprivation of property for the benefit of society without the protection of fundamentally fair procedures;

> B.     The highly penal nature of punitive damages threatens the possibility of excessive punishment and almost limitless liability without the benefit of fundamentally fair procedures and any statutory limitations;

> C.     The introduction of evidence of financial worth is so prejudicial as to impose liability and punishment in a manner bearing no relation to the extent of injury;

> D.     Oklahoma law does not place a reasonable constraint on the jury's discretion when considering punitive damages;

> E.     Oklahoma law does not provide sufficient post-trial procedures and standards, at the District Court level, for scrutinizing a punitive damage award;

F.    Oklahoma law is not sufficiently established for adequate appellate review of punitive damage awards.

22.    Plaintiff's Petition, to the extent it seeks punitive damages, violates Defendant's right to protection from "excessive fines" as provided in the Eighth Amendment of the United States Constitution and the Constitution of the State of Oklahoma.

23.    Plaintiff's Petition, to the extent it seeks punitive damages, violates Defendant's right to equal protection under the law and is otherwise unconstitutional under the United States Constitution and the Constitution of the State of Oklahoma.

24.    Plaintiff's claim for punitive damages is unconstitutional and in violation of the due process clauses contained in the Fifth and Fourteenth Amendments to the United States Constitution and in Section 7, Article II of the Oklahoma Constitution in that, among other reasons, the standards for an award of punitive damages are unconstitutionally vague, and the issue is so prejudicial as to render an award the produce of bias and passion in a way lacking the basic elements of fundamental fairness, in the absence of existing statutory limitations on a maximum possible award, and could unfairly result in an award bearing no relation to the nature and extent of Plaintiff's injuries.

25.    Plaintiff's claim for punitive damages is unconstitutional under Article II, Section 9 of the Oklahoma Constitution in that, among other reasons, it constitutes an excessive fine designed to punish a wrongdoer for the benefit of society.

26.    Any award of punitive damages based upon any standard of proof that is less than "clear and convincing" evidence would violate the Due Process Clause of the Fourteenth Amendment of the United States Constitution, and the Due Process Clause of the Oklahoma Constitution.

27.    Any award of punitive damages based upon vague and undefined standards of liability would violate the Due Process Clause of the Fourteenth Amendment of the United States Constitution, and the Due Process Clause of the Oklahoma Constitution.

28.    Plaintiff's claims for punitive damages are in contravention of Defendant's rights under each of the following constitutional provisions, as well as the corresponding provisions of the Oklahoma Constitution:

A.    The Commerce Clause of Article I, Section 8 of the United States Constitution;

B.    The Contracts Clause of Article I, Section 10 of the United States Constitution;

C.    The prohibition against *ex post facto* laws embodied in Article I, Section 10 of the United States Constitution;

D.    The Supremacy Clause of Article VI of the United States Constitution;

E.    The Free Speech Clause of the First Amendment of the United States Constitution;

F.    The Due Process Clause of the Fifth and Fourteenth Amendments of the United States Constitution;

G.    The Takings Clause of the Fifth Amendment of the United States Constitution;

H.    The Excessive Fines Clause of the Eight Amendment of the United States Constitution;

I.    The Right to Trial by Jury contained in the Seventh Amendment of the United States Constitution; and

J.    The Equal Protection Clause of the Fourteenth Amendment of the United States Constitution;

29.    The Plaintiff's claims for punitive damages are improper for the following reasons:

A.    There are no standards provided by Oklahoma law for the imposition of punitive damages and, therefore, Defendant has not

36

been put on notice and given the opportunity to anticipate the punitive liability and/or the potential size of the award;

B.  The procedures to be followed could permit the award of multiple punitive damages for the same act or omission;

C.  The procedures under which punitive damages are awarded and the instructions used under Oklahoma law, jointly and separately, are vague and ambiguous and, thus, fail to eliminate the effects of, and to guard against, impermissible jury passion;

D.  Present Oklahoma law does not provide for sufficiently objective and specific standards to be used by the jury in its deliberations on whether to award punitive damages and, if so, on the amount to be awarded;

E.  Present Oklahoma law does not provide for a meaningful opportunity for challenging the rational basis for, and the excessiveness of, any award of punitive damages;

F.  Present Oklahoma procedures may permit the admission of evidence relative to punitive damages in the same proceeding during which liability is determined;

G.  Present Oklahoma procedures permit the imposition of joint and several judgments against multiple co-defendants for different acts or degrees of wrong doing or culpability;

H.  present Oklahoma procedures fail to permit the reduction of any award for punitive damages based on the culpability of the plaintiff.

30.  Defendant incorporates by reference, and adopts, as if fully set forth herein, any and all standards or limitations regarding the determination and enforceability of punitive damages awards set forth in *State Farm Mutual Automobile Insurance Company v. Campbell,* 123 S.Ct. 1513 (2003), and *BMW of North America v. Gore,* 116 S.Ct. 1589 (1996).

31.  This Defendant denies that it violated any Oklahoma governmental rules, regulations or statutes, including but not limited to Title 21§21-748.2(B).

32.    This Defendant denies that Plaintiff incurred any damages as a result of the violation of any Oklahoma statutes by this Defendant, which is not admitted but expressly denied.

WHEREFORE, premises considered, the Defendant prays that it be dismissed from this cause of action with his costs and attorney's fees expended herein and for any and all other relief as the Court may deem just and proper.

Respectfully submitted,

SECREST, HILL & SECREST

By:    *James K. Secrest, III*
       JAMES K. SECREST, III, OBA #18828
       7134 S. Yale Avenue, Ste. 900
       Tulsa, Oklahoma 74136
       918-494-5905
       918-494-2847 facsimile
       jsecrest3@secresthill.com
       jhall@secresthill.com
       ekincade@secresthill.com
       *Attorneys for Defendant,*
       *Chand & Saaj Hospitality, Inc.*

38

## CERTIFICATE OF MAILING

This is to certify that on the 3rd day of November, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
*Attorneys for Plaintiff*

Abby Rae Herren
Eric A Moen
CHUBBUCK DUNCAN & ROBEY PC
1329 N Classen Dr
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
*OKC Airport ES LLC*

Geoffrey C. Parker
Jonathan L. Hilton
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com
jhilton@hiltonparker.com
*Attorneys for Plaintiff*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Kaylee P. Davis-Maddy
Michael S. Linscott
DOERNER SAUNDERS DANIEL & ANDERSON
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

Patrick B. Moore
Christopher T. Byrd
Shubhra R. Mashelkar
WEINBERG, WHEELER, HUDGINS,
GUNN AND DIAL
3344 Peachtree Road NE, Ste 2400
Atlanta, GA 30326
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
*ESH Strategies Franchise LLC*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com

*Jaliyan Hospitality, LLC*

Charles D Neal, Jr
Jamie A. Rogers
Philard L. Rounds, Jr.
STEIDLEY & NEAL
P O Box 1165
100 E Carl Albert Parkway
McAlester, OK 74502
cdn@steidley-neal.com,
jar@steidley-neal.com
plr@steidley-neal.com
*ESH Strategies Franchise LLC*

Daniel J. Thompson
WIGGINS SEWELL & OGLETREE
210 Park Ave., Ste. 3100
Oklahoma City, OK 73102
dthompson@wsolaw.net
*G6 Hospitality Franchising, LLC*

Mallory Biblo
DLA PIPER, LLC
1900 N. Pearl St., Ste. 2200
Dallas, TX 75201
mallory.biblo@us.dlapiper.com
*Super 8 Worldwide, Inc., Days Inns
Worldwide Inc., Ramada Worldwide Inc.
and Howard Johnson International, Inc.*

*Raj Krupa Hotel LLC*

Shubhra R. Mashelkar
Patrick B. Moore
WEINBERG WHEELER HUDGINS
GUNN & DIAL
3344 Peachtree Rd NE, Ste. 2400
Atlanta, GA 30326
smashelkar@wwhgd.com
pmoore@wwhgd.com
*ESH Strategies Franchise, LLC*

David S. Sager
DLA PIPER, LLC
51 John F. Kennedy Pkwy, Ste. 120
Short Hills, New Jersey 07078
david.sager@us.dlapiper.com
*Super 8 Worldwide, Inc., Days Inns
Worldwide Inc., Ramada Worldwide Inc.
and Howard Johnson International, Inc.*

*James K. Secrest, III*