# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Nancy R., pseudonymously, | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 5:25-cv-462 |
| Plaza Hotels, LLC; et al., | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Ambica LLC
c/o Ramesh Patel
12001 N. I-35 Service Rd.
Oklahoma City, OK 73131

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey C. Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
*3:48 pm, Jun 05, 2025*
*JOAN KANE, CLERK*

By: *Laura Ransom*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

## OFFICE OF THE SECRETARY OF STATE



## CERTIFICATE OF PROOF OF SERVICE

*I, THE UNDERSIGNED,* Secretary of State of the State of Oklahoma, do hereby certify that I am, by the laws of said state, the custodian of the records of the state of Oklahoma relating to Service of Process upon the Secretary of State as Registered Agent, and am the proper officer to execute this certificate.

*I FURTHER CERTIFY* that on this **11th day of SEPTEMBER, 2025** a summons was accepted by the Office of the Secretary as statutory registered agent for:

**AMBICA, LLC**

a defendant named in **Case Number 5:25-CV-462 of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA.**

*I FURTHER CERTIFY* that the summons described herein was mailed to **AMBICA, LLC at 1800 E. RENO AVE OKLAHOMA CITY, OK 73117 by Certified Mail Number 9589-0710-5270-0139-7659-69, on SEPTEMBER 11, 2025.**

Return Receipt Requested, by depositing the same in the United States mail.

*I FURTHER CERTIFY* that said service was **returned** by the United States Postal Service as evidenced by the attached.

*IN TESTIMONY WHEREOF, I* hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this 29TH day of OCTOBER, 2025.



Benjamin Lepak
Secretary of State

By: _____

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$013.26
09/12/2025 ZIP 73105
043M132205755

**SECRETARY OF STATE**
421 NW 13th St., Suite 210
Oklahoma City, OK 73103-3759

CERTIFIED MAIL
9589 0710 5270 0139 7659 69

AMBICA, LLC
1800 E. RENO AVE
OKLAHOMA CITY, OK 73117

RECEIVED
SEP 22 2025
OKLAHOMA SECRETARY OF STATE

NIXIE   731   48   18CU   0109/18/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD