# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| Nancy R., pseudonymously, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 5:25-cv-462 |
| Plaza Hotels, LLC; et al., | ) |
| Defendant(s). | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
OM LLC
c/o Ramesh Patel
12001 N I-35 Service Rd
Oklahoma City, OK, 73131

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED*:
3:47 pm, Jun 05, 2025
*JOAN KANE, CLERK*

By: ___*Laura Ransom*___

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

**OFFICE OF THE SECRETARY OF STATE**



# CERTIFICATE OF PROOF OF SERVICE

*I, THE UNDERSIGNED,* Secretary of State of the State of Oklahoma, do hereby certify that I am, by the laws of said state, the custodian of the records of the state of Oklahoma relating to Service of Process upon the Secretary of State as Registered Agent, and am the proper officer to execute this certificate.

*I FURTHER CERTIFY* that on this **11th day of SEPTEMBER, 2025** a summons was accepted by the Office of the Secretary as statutory registered agent for:

**OM, LLC**

a defendant named in **Case Number 5:25-CV-462 of the UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA.**

*I FURTHER CERTIFY* that the summons described herein was mailed to **OM, LLC at 11935 N I-35 SERVICE RD OKLAHOMA CITY, OK 73131 by Certified Mail Number 9589-0710-5270-0139-7659-76, on SEPTEMBER 11, 2025.**

Return Receipt Requested, by depositing the same in the United States mail.

*I FURTHER CERTIFY* that said service was **delivered** by the United States Postal Service as evidenced by the attached.

*IN TESTIMONY WHEREOF, I* hereunto set my hand and affixed the Great Seal of the State of Oklahoma, done at the City of Oklahoma City, this 29TH day of OCTOBER, 2025.



Benjamin Lepak
*Secretary of State*

By: _____

Tracking Number:

# 9589071052700139765976

Copy   Add to Informed Delivery                                           Remove X

**Latest Update**

Your item was delivered to an individual at the address at 1:25 pm on September 15, 2025 in OKLAHOMA CITY, OK 73131.

Get More Out of USPS Tracking:
USPS Tracking Plus®

● **Delivered**
Delivered, Left with Individual
OKLAHOMA CITY, OK 73131
September 15, 2025, 1:25 pm

● **Departed USPS Regional Facility**
OKLAHOMA CITY OK DISTRIBUTION CENTER
September 13, 2025, 8:01 am

● **Arrived at USPS Regional Facility**
OKLAHOMA CITY OK DISTRIBUTION CENTER
September 12, 2025, 11:03 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?  >

Text & Email Updates  >

USPS Tracking Plus®  >

Product Information

See Less ∧