# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion to Withdraw (Doc. No. 117) filed by Philard L. Rounds Jr., seeking to withdraw as counsel for Defendant ESH Strategies Franchise, LLC in this matter. The Motion notes that other counsel will remain of record for Defendant.

Accordingly, the Motion to Withdraw is GRANTED.

IT IS SO ORDERED this 3rd day of November, 2025.

_____
CHARLES B. GOODWIN
United States District Judge