UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) NANCY R., pseudonymously, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-25-462-G |
| | ) | |
| (1) PLAZA HOTELS, LLC; | ) | Judge Charles B. Goodwin |
| (2) STEVE KETTER; | ) | |
| (3) MICHAEL A WILEY; | ) | |
| (4) OKC AIRPORT ES, LLC; | ) | |
| (5) ESH STRATEGIES FRANCHISE, LLC | ) | |
| (6) NATHA, LLC; | ) | |
| (7) JALIYAN HOSPITALITY, INC; | ) | |
| (8) SUPER 8 WORLDWIDE, INC; | ) | |
| (9) CHAND & SAAJ HOSPITALITY, INC; | ) | |
| (10) RAMADA WORLDWIDE, INC; | ) | |
| (11) YASH ENTERPRISES, LLC; | ) | |
| (12) HOWARD JOHNSON INTERNATIONAL, INC; | ) | |
| (13) NOOR HOTEL, LLC; | ) | |
| (14) AMBICA, LLC; | ) | |
| (15) OM, LLC; | ) | |
| (16) INDRA, LLC; AND | ) | |
| (17) G6 HOSPITALITY FRANCHISING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT AMBICA, LLC'S MOTION TO EXTEND DEADLINE TO FILE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Ambica, LLC ("Defendant") respectfully requests the Court extend its deadline to file an answer to Plaintiff's Amended Complaint [Doc. No. 115] until November 14, 2025, or within seven (7) days after the date an order granting this Motion

may be entered. Plaintiff's counsel has been consulted, and Plaintiff does not oppose the relief requested herein. In support of this Motion, Defendant offers the following:

1. On March 19, 2025, Plaintiff Nancy R (pseudonym) ("Plaintiff") filed a Petition [Doc. No. 1-2] in Oklahoma County, Oklahoma, in the state court action styled *Nancy R v. Plaza Hotels, LLC, et al.*, Case No. CJ-2025-1850. In her Petition, Plaintiff asserted claims under the federal Trafficking Victims Protection Reauthorization Act, Oklahoma's human trafficking statutes, as well as for negligence against the defendants.

2. On April 23, 2025, Defendants Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. (the "Wyndham Franchisor Defendants") removed the state court action to the United States District Court for the Western District of Oklahoma [Doc. No. 1].

3. On May 28, 2025, Plaintiff filed a Motion for Leave to Amend Complaint [Doc. No. 58], which was granted by way of this Court's Order dated October 16, 2025 [Doc. No. 114]. Plaintiff was ordered to file her Amended Complaint by October 23, 2025 (within 7 days of the Order).

4. On October 17, 2025, Plaintiff timely filed her Amended Complaint [Doc. No. 115], asserting the same federal and state trafficking claims but removing her negligence claim.

5. On July 22, 2025, Plaintiff filed a Motion to Extend Time to Serve Certain Defendants [Doc. No. 91], including this Defendant. In that motion, Plaintiff acknowledged that she had been unsuccessful in her attempts to serve this Defendant.

6. On July 25, 2025, this Court entered an Order granting Plaintiff's Motion to Extend Time to Serve Certain Defendants [Doc. No. 94] The Order states, "If Plaintiff has not made proof of service by [September 20, 2025], Plaintiff's claims against any unserved defendant may be subject to dismissal without prejudice."

7. On November 3, 2025, forty-four (44) days after her Court-ordered deadline to file proof of service on Defendant had elapsed, Plaintiff filed materials purporting to be proof of service on Defendant [Doc. No. 129]. The materials include a Certificate of Proof of Service from Office of the Secretary of State of the State of Oklahoma which states that it accepted service as the statutory registered agent of Defendant on September 11, 2025. The certificate further states that Plaintiff's summons was sent by certified mail to 1800 E. Reno Ave., Oklahoma City, Oklahoma 73117, which is not the registered address of Defendant. Defendant had no notice that Plaintiff purported to have effected service of process upon Defendant until November 3, 2025 when said materials were filed.

8. Pursuant to LCvR4.2, proof of service must be filed within fourteen (14) days of service. Therefore, setting aside the fact that Plaintiff did not timely file proof of service on this Defendant in accordance with this Court's Order [Doc. No. 94], Plaintiff was required to file proof of service by September 25, 2025 (14 days after September 11, 2025) to comply with the local rule. Plaintiff's purported proof of service on Defendant filed on November 3, 2025 was also untimely in this regard.

9. Assuming without admitting that Plaintiff's service attempt through the Office of the Secretary of State was valid, Defendant's deadline to file a response to Plaintiff's Amended Complaint was October 31, 2025. This deadline had already expired

by the time Defendant discovered Plaintiff's claim that it had effected service on Defendant.

10. Therefore, Defendant respectfully requests that the Court grant Defendant leave to file an answer to Plaintiff's Amended Complaint by November 14, 2025 or within seven (7) days after the date an order granting this Motion may be entered, whichever is later.

11. Defendant's counsel has conferred with Plaintiff's counsel regarding this Motion and was advised that Plaintiff does not object to the relief requested herein.

12. The relief requested by Defendant herein, if granted, would not impact any Court-ordered deadlines as no scheduling order has been entered and no trial date has been set. Also, multiple motions to dismiss have been filed by other defendants which have not yet been adjudicated.

13. A proposed order granting this motion is being submitted for the Court's consideration contemporaneously herewith.

WHEREFORE, premises considered, Defendant Ambica, LLC respectfully requests the Court grant it leave to file an answer to Plaintiff's Amended Complaint by November 14, 2025 or within seven (7) days after the date an order granting this Motion may be entered, whichever is later.

Respectfully submitted,

*s/ Sterling E. Pratt*
Sterling E. Pratt, OBA #22276
Steven M. Crowley, OBA #34636
**FENTON, FENTON, SMITH, RENEAU & MOON**
One Leadership Square, Suite 800N
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247
sepratt@fentonlaw.com
smcrowley@fentonlaw.com
***ATTORNEYS FOR DEFENDANT,
AMBICA, LLC***

## CERTIFICATE OF SERVICE

This will certify that on the 7th day of November, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electric Filing to those registered participants of the ECF System.

This will further certify the attached is being served by U.S. Mail, postage prepaid, on the following individuals who are not registered participants of the ECF System:

| | |
|---|---|
| Kajal Hospitality, LLC | Yash Enterprises, Inc. |
| c/o Jaydip Modi | c/o Tushar Natha |
| 1120 S. 10th Street | 400 S. Meridian |
| Clinton, Oklahoma 73601 | Oklahoma City, Oklahoma 73108 |

*s/ Sterling E. Pratt*