IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,
    Plaintiff,

v.                                Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER;
MICHAEL WILEY; OKC ARPORT ES, LLC;
ESH STRATEGIES FRANCHISE, LLC;
KAJAL HOSPITALITY, INC; JALIYAN
HOSPITALITY, INC; SUPER 8
WORLDWIDE, INC; RAJ KRUPA HOTEL,
LLC; DAYS INNS WORLDWIDE, INC;
CHAND & SAAJ HOSPITALITY, INC;
RAMADA WORLDWIDE, INC; YASH
ENTERPRISES, INC; HOWARD JOHNSON
INTERNATIONAL, INC; NOOR HOTEL,
LLC; AMBICA, LLC; OM, LLC; INDRA, LLC;
AND G6 HOSPITALITY FRANCHISING,
LLC,
    Defendants.

**DEFENDANT G6 HOSPITALITY FRANCHISING, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE
TO PLEADING TO PLAINTIFF'S AMENDED PETITION UNDER RULE 12**

Defendant, G6 Hospitality Franchising, LLC ("G6") under LCvR6.3, files this, its request for any unopposed extension of time to file motions or a responsive pleading under Rule 12 of the Federal Rules of Civil Procedure, showing in support as follows:

    1.    Plaintiff, Nancy R. ("Plaintiff") initiated the litigation in the above-styled and captioned matter with an action captioned *Nancy R., pseudonymously v. Plaza Hotels, LLC, et al.*, Case Number CJ-2025-1850 in the District Court of Oklahoma County, State of Oklahoma. In Plaintiff's state court Petition, Plaintiff asserted claims against the collective Defendants related to the Trafficking Victims Protection Reauthorization Act and Oklahoma Human Trafficking laws, *inter alia*. Counsel for Plaintiff agreed to an extension of time for G6 to respond to the Petition.

2. Subsequently, Defendants Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc. (collectively, the "Wyndham Franchisor Defendants") removed this case to the United States District Court for the Western District of Oklahoma under 28 U.S.C. § 1331. [ECF No. 1.]

3. On May 28, 2025, Plaintiff filed a Motion to Amend/Correct her Petition.

4. While Plaintiff's motion was pending, the Court granted G6's extension of time to file a response to Plaintiff's Petition which the Court granted. [ECF No. 68] This extension gave G6 21 days to file a responsive pleading once the Amended Petition was filed.

5. Plaintiff's Motion to Amend/ Correct her Petition was granted on October 16, 2025. [ECF No. 114]

6. Plaintiff filed her First Amended Complaint on October 17, 2025. This made Defendant's response due November 7, 2025.

7. In light of Plaintiff's First Amended Complaint, G6 seeks and extension of time to file a response. The requested extension is necessary to allow Defendant sufficient time to finalize its response.

8. On November 5, 2025, Plaintiff and Defendant G6 Hospitality Franchising, LLC agreed to a seven (7) day extension of time to file a response to Plaintiff's First Amended Complaint.

9. Accordingly, G6 respectfully requests that the Court enter an order granting G6 Hospitality Franchising, LLC a seven (7) day extension of time to file a response to Plaintiff's First Amended Complaint.

10.   To G6's knowledge, granting this extension will not affect any other deadlines.

                                          WIGGINS SEWELL

                                          */s/ Daniel J. Thompson*
Daniel J. Thompson   OBA No. 32129
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405/232-1211
405/235-7025 (fax)
dthompson@wigginssewell.com
Attorney for Defendant,
G6 Hospitality Franchising, LLC

**Certificate of Service**

On this 7th day of November, 2025, true and correct copy of the within and foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to counsel of record.

/s/ Daniel J. Thompson
Daniel J. Thompson