# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NANCY R.,** pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    Case No. CIV-25-462-G ) |
| **PLAZA HOTELS, LLC et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 121) filed by Defendant Jaliyan Hospitality, Inc. and seeking an extension of time to respond to Plaintiff's Amended Complaint (Doc. No. 115).

For good cause shown, the unopposed Motion is GRANTED. Defendant shall file its answer or other response on or before November 14, 2025.

IT IS SO ORDERED this 10th day of November, 2025.

_____
CHARLES B. GOODWIN
United States District Judge