UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 139) filed by Defendant Ambica, LLC and seeking an extension of time to file an answer to the Amended Complaint (Doc. No. 115).

Having considered the motion and relevant record, the Court finds that good cause and excusable neglect exist for an extension. The unopposed Motion is GRANTED. Defendant shall file its answer on or before November 19, 2025.

IT IS FURTHER ORDERED that Defendant shall file its disclosure statement as required by Local Civil Rule 7.1.1 on or before November 19, 2025.

IT IS SO ORDERED this 12th day of November, 2025.

_____
CHARLES B. GOODWIN
United States District Judge