UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. CIV-25-462-G |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 142) filed by Defendant G6 Hospitality Franchising, LLC and seeking an extension of time to respond to the Amended Complaint (Doc. No. 115).

Having considered the motion and relevant record, the Court finds that good cause and excusable neglect exist for an extension. The unopposed Motion is GRANTED. Defendant shall file its answer or other response on or before November 19, 2025.

IT IS FURTHER ORDERED that Defendant shall file an amended disclosure statement in compliance with the Court's local rules on or before November 19, 2025. *See* LCvR 7.1.1; Doc. No. 81.

IT IS SO ORDERED this 12th day of November, 2025.

CHARLES B. GOODWIN
United States District Judge