UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>    Plaintiff,<br>v.<br><br>PLAZA HOTELS, LLC, et al.,<br><br>    Defendants. | Case No.: 5:25cv462<br><br>Judge Charles B. Goodwin<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' PENDING MOTIONS TO DISMISS**<br><br>**(FIRST REQUEST)** |

    Plaintiff Nancy R. ("Nancy" or "Plaintiff"), by and through her undersigned attorney, respectfully requests that the Court grant Plaintiff an extension of time to file her responses to the motions to dismiss filed by Defendants Raj Krupa Hotel LLC, ESH Strategies Franchise LLC, Jaliyan Hospitality Inc., Super 8 Worldwide Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc., and Howard Johnson International Inc (collectively, "Defendants.") In support, she shows as follows:

    1.    On November 7, 2025, Defendants filed a total of four motions to dismiss Plaintiff's first amended complaint. (Doc. Nos. 132, 137, 138, & 141.)

    2.    Pursuant to LCvR7.1(g), Plaintiff's responses to Defendants' motions to dismiss are currently due on November 28, 2025, which is the day after Thanksgiving.

    3.    Plaintiff and Defendants have agreed to a seven (7) day extension of time for Plaintiff to file her responses to Defendants' motion to dismiss.

    4.    Accordingly, Plaintiff respectfully requests that the Court enter an order granting Plaintiff a seven (7) day extension, making her new deadline to respond December 5, 2025.

    5.    This extension is necessary to provide Plaintiff's counsel sufficient time to review and respond to the arguments made in the pending motions to dismiss.

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

6.   This is the first request for an extension of time for Plaintiff to respond to Defendants' motions to dismiss Plaintiff's first amended complaint.

7.   This extension will not affect Defendants' reply deadlines. Per Court Order, the Wyndham Defendants will still have 14 days to file their reply after Plaintiff files her response. (Doc. No. 73.)

8.   Plaintiff has attached a proposed order granting such extension hereto.

Dated:  November 14, 2025

Respectfully submitted,

/s/ Geoffrey C. Parker
Geoffrey C. Parker, Esq.
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
gparker@hiltonparker.com
*Attorney for Plaintiff Nancy R.*
