## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, <br><br> Plaintiff, <br> v. <br><br> PLAZA HOTELS LLC, et al., <br><br> Defendants. | Case No.: 5:25-cv-462 <br><br> Judge Charles Goodwin <br><br><br> **[PROPOSED] ORDER** |

### [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Now before the Court is a *Motion for Extension of Time* (Doc. No. 147) filed by Plaintiff Nancy R. seeking an extension of time to respond to Defendants motions to dismiss (Doc. Nos. 132, 137, 138, & 141).

Having considered the motion and relevant record, the Court finds that good cause exists for an extension. The unopposed Motion is GRANTED. Plaintiff shall file her responses on or before December 5, 2025.

IT IS SO ORDERED this _____ day of _____, 2025.

/s/ _____
CHARLES B. GOODWIN
U.S. DISTRICT COURT JUDGE