UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 147) filed by Plaintiff Nancy R., pseudonymously, seeking an extension of time to respond to four pending motions to dismiss (Doc. Nos. 132, 137, 138, 141).

For good cause shown, the unopposed Motion (Doc. No. 147) is GRANTED. Plaintiff shall file the cited responses on or before December 5, 2025.

IT IS SO ORDERED this 17th day of November, 2025.

_____
CHARLES B. GOODWIN
United States District Judge