IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY, R., pseudonymously,

      Plaintiff(s),

v.

PLAZA HOTELS, LLC, et al.,

      Defendant(s)

Case No. CIV-25-462-G

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| Defendant | OM, LLC |
|---|---|
| (Plaintiff/Defendant) | (Name of Party) |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Sterling E. Pratt     11/19/25
Signature     Date

Sterling E. Pratt
Print Name

Fenton, Fenton, Smith, Reneau & Moon
Firm

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

211 North Robinson, Suite 800N
Address

Oklahoma City     OK     73102
City     State     Zip Code

(405) 235-4671
Telephone

sepratt@fentonlaw.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

[✓] I hereby certify that on November 19, 2025, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[✓] I hereby certify that on November 19, 2025, I filed the attached document with the Clerk of the Court and served the attached document by U.S. Mail on the following, who are not registered participants of the ECF System:

Kajal Hospitality, LLC
Yash Enterprises, Inc.

s/ Sterling E. Pratt
s/ Attorney Name