UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) NANCY R., pseudonymously, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-25-462-G |
| | ) | |
| (1) PLAZA HOTELS, LLC; | ) | Judge Charles B. Goodwin |
| (2) STEVE KETTER; | ) | |
| (3) MICHAEL A WILEY; | ) | |
| (4) OKC AIRPORT ES, LLC; | ) | |
| (5) ESH STRATEGIES FRANCHISE, LLC | ) | |
| (6) NATHA, LLC; | ) | |
| (7) JALIYAN HOSPITALITY, INC; | ) | |
| (8) SUPER 8 WORLDWIDE, INC; | ) | |
| (9) CHAND & SAAJ HOSPITALITY, INC; | ) | |
| (10) RAMADA WORLDWIDE, INC; | ) | |
| (11) YASH ENTERPRISES, LLC; | ) | |
| (12) HOWARD JOHNSON INTERNATIONAL, INC; | ) | |
| (13) NOOR HOTEL, LLC; | ) | |
| (14) AMBICA, LLC; | ) | |
| (15) OM, LLC; | ) | |
| (16) INDRA, LLC; AND | ) | |
| (17) G6 HOSPITALITY FRANCHISING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE STATEMENT IDENTIFYING
CONSTITUENTS OF NOOR HOTEL, LLC**

COMES NOW, Defendant Noor Hotel, LLC, and, pursuant to LCvR7.1.1, hereby submits its Disclosure Statement Identifying Constituents of Noor Hotel, LLC. Noor Hotel, LLC filed Articles of Dissolution on April 21, 2025, as it was not in business anymore. Its sole member was Abed Jawabreh. This matter is before the Court based on its federal

question jurisdiction pursuant to 28 U.S.C. § 1331. Therefore, no affirmative statement regarding the citizenship of Noor Hotel, LLC's members is required.

                                        Respectfully submitted,

                                        *s/ Sterling E. Pratt*
Sterling E. Pratt, OBA #22276
Steven M. Crowley, OBA #34636
**FENTON, FENTON, SMITH, RENEAU & MOON**
One Leadership Square, Suite 800N
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4671
Facsimile: (405) 235-5247
sepratt@fentonlaw.com
smcrowley@fentonlaw.com
***ATTORNEYS FOR DEFENDANTS,***
***NOOR HOTEL, LLC, INDRA, LLC,***
***AMBICA, LLC, AND OM, LLC***

## **CERTIFICATE OF SERVICE**

This will certify that on the 19th day of November, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of notice to counsel for all parties who have entered their appearance in this matter.

This will further certify the attached is being served by U.S. Mail, postage prepaid, on the following individuals who are not registered participants of the ECF System:

Kajal Hospitality, LLC  
c/o Jaydip Modi  
1120 S. 10th Street  
Clinton, Oklahoma 73601

Yash Enterprises, Inc.  
c/o Tushar Natha  
400 S. Meridian  
Oklahoma City, Oklahoma 73108

*s/ Sterling E. Pratt*