UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) NANCY R., pseudonymously, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-25-462-G |
| | ) | |
| (1) PLAZA HOTELS, LLC; | ) | Judge Charles B. Goodwin |
| (2) STEVE KETTER; | ) | |
| (3) MICHAEL A WILEY; | ) | |
| (4) OKC AIRPORT ES, LLC; | ) | |
| (5) ESH STRATEGIES FRANCHISE, LLC | ) | |
| (6) NATHA, LLC; | ) | |
| (7) JALIYAN HOSPITALITY, INC; | ) | |
| (8) SUPER 8 WORLDWIDE, INC; | ) | |
| (9) CHAND & SAAJ HOSPITALITY, INC; | ) | |
| (10) RAMADA WORLDWIDE, INC; | ) | |
| (11) YASH ENTERPRISES, LLC; | ) | |
| (12) HOWARD JOHNSON INTERNATIONAL, INC; | ) | |
| (13) NOOR HOTEL, LLC; | ) | |
| (14) AMBICA, LLC; | ) | |
| (15) OM, LLC; | ) | |
| (16) INDRA, LLC; AND | ) | |
| (17) G6 HOSPITALITY FRANCHISING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT IDENTIFYING
## CONSTITUENTS OF INDRA, LLC

COMES NOW, Defendant Indra, LLC, and, pursuant to LCvR7.1.1, hereby submits its Disclosure Statement Identifying Constituents of Indra, LLC. Indra, LLC filed Articles of Dissolution on March 27, 2025, as its business was closed on December 11, 2023. Its members were Ramesh Patel, Prakash Patel, and Govind Patel. This matter is before the

Court based on its federal question jurisdiction pursuant to 28 U.S.C. § 1331. Therefore, no affirmative statement regarding the citizenship of Indra, LLC's members is required.

                                Respectfully submitted,

                                *s/ Sterling E. Pratt*
                                Sterling E. Pratt, OBA #22276
                                Steven M. Crowley, OBA #34636
                                **FENTON, FENTON, SMITH, RENEAU & MOON**
                                One Leadership Square, Suite 800N
                                211 North Robinson
                                Oklahoma City, OK 73102
                                Telephone: (405) 235-4671
                                Facsimile: (405) 235-5247
                                sepratt@fentonlaw.com
                                smcrowley@fentonlaw.com
                                **ATTORNEYS FOR DEFENDANTS, NOOR HOTEL, LLC, INDRA, LLC, AMBICA, LLC, AND OM, LLC**

## **CERTIFICATE OF SERVICE**

This will certify that on the 19th day of November, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of notice to counsel for all parties who have entered their appearance in this matter.

This will further certify the attached is being served by U.S. Mail, postage prepaid, on the following individuals who are not registered participants of the ECF System:

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S. 10th Street
Clinton, Oklahoma 73601

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, Oklahoma 73108

*s/ Sterling E. Pratt*