UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) NANCY R., pseudonymously, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: CIV-25-462-G |
| | ) | |
| (1) PLAZA HOTELS, LLC; | ) | Judge Charles B. Goodwin |
| (2) STEVE KETTER; | ) | |
| (3) MICHAEL A WILEY; | ) | |
| (4) OKC AIRPORT ES, LLC; | ) | |
| (5) ESH STRATEGIES FRANCHISE, LLC | ) | |
| (6) NATHA, LLC; | ) | |
| (7) JALIYAN HOSPITALITY, INC; | ) | |
| (8) SUPER 8 WORLDWIDE, INC; | ) | |
| (9) CHAND & SAAJ HOSPITALITY, INC; | ) | |
| (10) RAMADA WORLDWIDE, INC; | ) | |
| (11) YASH ENTERPRISES, LLC; | ) | |
| (12) HOWARD JOHNSON INTERNATIONAL, INC; | ) | |
| (13) NOOR HOTEL, LLC; | ) | |
| (14) AMBICA, LLC; | ) | |
| (15) OM, LLC; | ) | |
| (16) INDRA, LLC; AND | ) | |
| (17) G6 HOSPITALITY FRANCHISING, LLC, | ) | |
| | ) | |
|     Defendants. | ) | |

**DISCLOSURE STATEMENT IDENTIFYING
CONSTITUENTS OF AMBICA, LLC**

COMES NOW, Defendant Ambica, LLC, and, pursuant to LCvR7.1.1, hereby submits its Disclosure Statement Identifying Constituents of Ambica, LLC. Ambica, LLC filed Articles of Dissolution on January 17, 2025, as it had ceased operations on December 11, 2023. Its members were Ramesh Patel, Prakash Patel, and Govind Patel. This matter is

before the Court based on its federal question jurisdiction pursuant to 28 U.S.C. § 1331. Therefore, no affirmative statement regarding the citizenship of Ambica, LLC's members is required.

                              Respectfully submitted,

                              *s/ Sterling E. Pratt*
                              Sterling E. Pratt, OBA #22276
                              Steven M. Crowley, OBA #34636
                              **FENTON, FENTON, SMITH, RENEAU & MOON**
                              One Leadership Square, Suite 800N
                              211 North Robinson
                              Oklahoma City, OK 73102
                              Telephone: (405) 235-4671
                              Facsimile: (405) 235-5247
                              sepratt@fentonlaw.com
                              smcrowley@fentonlaw.com
                              **ATTORNEYS FOR DEFENDANTS, NOOR HOTEL, LLC, INDRA, LLC, AMBICA, LLC, AND OM, LLC**

## **CERTIFICATE OF SERVICE**

This will certify that on the 19th day of November, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of notice to counsel for all parties who have entered their appearance in this matter.

This will further certify the attached is being served by U.S. Mail, postage prepaid, on the following individuals who are not registered participants of the ECF System:

| | |
|---|---|
| Kajal Hospitality, LLC | Yash Enterprises, Inc. |
| c/o Jaydip Modi | c/o Tushar Natha |
| 1120 S. 10th Street | 400 S. Meridian |
| Clinton, Oklahoma 73601 | Oklahoma City, Oklahoma 73108 |

*s/ Sterling E. Pratt*