**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

      Plaintiff,

v.                                                   Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER;
MICHAEL WILEY; OKC ARPORT ES, LLC;
ESH STRATEGIES FRANCHISE, LLC;
KAJAL HOSPITALITY, INC; JALIYAN
HOSPITALITY, INC; SUPER 8
WORLDWIDE, INC; RAJ KRUPA HOTEL,
LLC; DAYS INNS WORLDWIDE, INC;
CHAND & SAAJ HOSPITALITY, INC;
RAMADA WORLDWIDE, INC; YASH
ENTERPRISES, INC; HOWARD JOHNSON
INTERNATIONAL, INC; NOOR HOTEL,
LLC; AMBICA, LLC; OM, LLC; INDRA, LLC;
and G6 HOSPITALITY FRANCHISING, LLC,

      Defendants.

**DISCLOSURE STATEMENT IDENTIFYING
<u>CONSTITUENTS OF G6 HOSPITALITY FRANCHISING, LLC</u>**

Defendant, G6 Hospitality Franchising, LLC, pursuant to LCvR7.1.1, hereby submits its

Disclosure Statement Identifying Constituents of G6 Hospitality Franchising, LLC.

G6 Franchising Holdco, LLC, is the sole member/owner of G6 Hospitality Franchising,

LLC. IBL Limited Newco LLC is the sole member/owner of G6 Franchising Holdco, LLC. OYO

Hotels, Inc., is the sole member/owner of IBL Limited Newco LLC. This matter is before the

court based on its federal question jurisdiction pursuant to 28 U.S.C. § 1331. Therefore, no

affirmative statement regarding the citizenship of G6 Hospitality Franchising, LLC's members is

required.

WIGGINS SEWELL

*/s/ Daniel J. Thompson*
Daniel J. Thompson                    OBA No. 32129
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405/232-1211
405/235-7025 (fax)
dthompson@wigginssewell.com

Attorney for Defendant,
G6 Hospitality Franchising, LLC

**<u>Certificate of Service</u>**

I certify that the foregoing document was filed electronically on November 19, 2025 and has been served on all counsel who have consented to electronic service.

*/s/ Daniel J. Thompson*
Daniel J. Thompson