# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Nancy R., pseudonymously
    Plaintiff(s)

vs.                                                Case Number:  5:25-cv-00462-G

Plaza Hotels, LLC, et al.
    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Plaza Hotels, LLC _____
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  20  day of  November  , 20 25 .

| | |
|---|---|
| W. Riley Nester | |
| Signature | |
| s/ W. Riley Nester | 36222 |
| Printed Name | Bar Number |
| Pierce Couch Hendrickson Baysinger & Green, LLP | |
| Firm Name | |
| 1109 N. Francis Avenue | |
| Address | |
| Oklahoma City | OK  73106 |
| City | State  ZIP |
| 405-235-1611 | 405-235-2904 |
| Phone | Fax |
| rnester@piercecouch.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on  November 20, 2025  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Fletcher Handley; Geoffrey Parker; Jonathan Hilton; Michael Kane; Abby Rae Herren; Eric Moen; Charles Neal; Christopher Byrd; Jamie Rogers; Patrick Moore; Shubhra Mashelkar; David Senger; Hunter Siex; Kaylee Davis-Maddy; Michael Linscott; David Sager; Mallory Biblo; Alexander Gebert; Robert Glenn Chadwick; Edward Main; James Secrest; Justin Hall; Sterling Pratt; Steven Crowley; Daniel Thompson

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery
☐ Courier Service        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/ W. Riley Nester
Signature