IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Nancy R., pseudonymously<br><br>Plaintiffs<br><br>v.<br><br>Plaza Hotels, LLC et al | Case No. 5:25-cv-00462 |

**ENTRIES OF APPERANCE**

COMES NOW, Bart Jay Robey, and of the firm CHUBBUCK, DUNCAN & ROBEY, P.C., and enter their appearances in the above-captioned matter on behalf of OKC Airport ES LLC .

Respectfully submitted,

_____s/Bart Jay Robey_____
Bart Jay Robey, OBA No. 19926
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
Telephone: (405) 236-8282
Facsimile: (405) 236-2828
bjrobey@chubbucklaw.com
***Attorneys for Defendant OKC Airport ES LLC***

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the  24th  day of November , 2025, a true and correct copy of the foregoing was mailed with proper postage thereon prepaid to:

| | |
|---|---|
| Fletcher D. Handley, Jr.<br>THE HANDLEY LAW CENTER<br>111 S. Rock Island Ave.<br>P.O. Box 310<br>El Reno, OK 73036<br>***ATTORNEY FOR PLAINTIFF*** | Geoffrey C. Parker<br>HILTON PARKER LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br>***ATTORNEY FOR PLAINTIFF*** |
| Michael C. Kane<br>THE702FIRM INJURY ATTORNEYS<br>400 S. 7th St., Ste. 400<br>Las Vegas, NV 89101<br>***ATTORNEY FOR PLAINTIFF*** | Michael A. Wiley<br>1701 Wildhorse Dr.<br>Edmond, OK 73003<br>***PRO SE DEFENDANT*** |
| Michael S. Linscott<br>Kaylee P. Davis-Maddy<br>DOERNER, SAUNDERS, DANIEL<br>& ANDERSON, LLP<br>700 Williams Center Tower II<br>Two West Second Street<br>Tulsa, OK 74103-3522<br>mlinscott@dsda.com<br>kmaddy@dsda.com<br>Attorneys for Defendants Super 8<br>***WORLDWIDE, INC., DAYS INNS WORLDWIDE, INC., RAMADA WORLDWIDE, INC., AND HOWARD JOHNSON INTERNATIONAL, INC.*** | David C. Senger<br>Hunter M. Siex<br>COFFEY SENGER HANCOCK &<br>HARMON, PLLC<br>4725 E. 91st St., Ste. 100<br>Tulsa, OK 74137<br>***ATTORNEYS FOR DEFENDANT JALIYAN HOSPITALITY, INC.***<br><br>Steve Ketter<br>5101 S. Choctaw Ave.<br>El Reno, OK 73036 |
| Philard L. Rounds<br>Jamie A. Rogers<br>Charles D. Neal, Jr.<br>STEIDLEY & NEAL, PLLC<br>CityPlex Towers, 53rd Floor<br>2448 E. 81st Street, Ste. 5300<br>Tulsa, OK 74137<br>plr@stiedley-neal.com<br>jar@stiedley-neal.com<br>cdn@stiedley-neal.com<br>***ATTORNEYS FOR DEFENDANT ESH STRATEGIES FRANCHISE, LLC*** | Plaza Hotels, LLC<br>5101 S. Choctaw Ave.<br>El Reno, OK 73036<br><br>Kajal Hospitality, LLC<br>c/o Jaydip Modi<br>1120 S. 10th St.<br>Clinton, OK 73601 |

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

OM, LLC
c/o Ramesh V. Patel
12001 N. I-35 Service Rd.
Oklahoma City, OK 73131

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana St., Ste. 1050
Houston, TX 77002
**ATTORNEY FOR G6 HOSPITALITY FRANCHISING, LLC**

Alexander S. Gebert
Robert G. Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 N. Dallas Pkwy, Ste. 625
Plano, TX 75024
alex.gebert@fmglaw.com
bob.chadwick@fmglaw.com
**ATTORNEY FOR DEFENDANT RAJ KRUPA HOTEL, LLC**

                                     s/Bart Jay Robey
                                        Bart Jay Robey