IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>    Plaintiff,<br><br>v.<br><br>PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC AIRPORT ES, LLC; LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, LLC; JALIYAN HOSPITALITY, INC.; SUPER 8 WORLDWIDE, INC.; RAJ KRUPA HOTEL, LLC; DAYS INN WORLDWIDE, INC.; CHAND & SAAJ HOSPITALITY, INC.; RAMADA WORLDWIDE, INC.; YASH ENTERPRISES, INC.; HOWARD JOHNSON INTERNATIONAL, INC.; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; and G6 HOSPITALITY FRANCHISING, LLC,<br><br>    Defendants. | Case No.  CJ-2025-1850 |

### **UNOPPOSED MOTION FOR OKC AIRPORT ES, LLC'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW, Defendant, OKC Airport ES, LLC ("OAE") and respectfully requests that the Court enter an unopposed order granting OAE to file tits Answer to Plaintiff's Amended Complaint by or before December 5, 2025, and in support thereof, state the following:

1. Plaintiff's Amended Complaint was filed on October 17, 2025.

2. Lead Counsel for OAE recently became aware his email was not included in the original Entry of Appearance and was not receiving electronic filings.

3. Counsel has no objection to the extension on OAE's Answer to Plaintiff's Amended Complaint.

**WHEREFORE**, based on the foregoing, Defendant, OAE, respectfully requests this Honorable Court enter an Unopposed Motion granting said Defendant to file an Answer and Defense to the Amended Complaint on or before December 5, 2025.

Respectfully submitted,

\_\_\_\_\_s/Bart Jay Robey_____
Bart Jay Robey, OBA No. 19926
CHUBBUCK DUNCAN & ROBEY, P.C.
1329 Classen Drive
Oklahoma City, OK 73103
P: (405) 236-8282 | F: (405) 236-2828
bjrobey@chubbucklaw.com
***ATTORNEYS FOR DEFENDANT,
OKC AIRPORT ES, LLC***

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of November, 2025, a true and correct copy of the foregoing was mailed with proper postage thereon prepaid to:

| | |
|---|---|
| Fletcher D. Handley, Jr.<br>THE HANDLEY LAW CENTER<br>111 S. Rock Island Ave.<br>P.O. Box 310<br>El Reno, OK 73036<br><br>Geoffrey C. Parker<br>HILTON PARKER LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br><br>Michael C. Kane<br>THE702FIRM INJURY ATTORNEYS<br>400 S. 7th St., Ste. 400<br>Las Vegas, NV 89101<br>*Attorneys For Plaintiff* | David Senger Hunter Siex<br>COFFEY, SENGER & WOODARD, PLLC<br>4725 East 91st Street, Suite 100<br>Tulsa, Oklahoma 74137<br>*Attorneys for Defendant,*<br>*Jaliyan Hospitality, Inc.* |
| Charles D Neal, Jr<br>Steidley & Neal-MCALESTER<br>PO Box 1165<br>100 E Carl Albert Parkway<br>McAlester, OK 74502<br><br>Jamie A Rogers Philard L Rounds, Jr<br>Steidley & Neal, PLLC –<br>Tulsa 2448 E 81st 53rd Floor Ste 5300<br>Tulsa, OK 74137<br><br>Christopher T. Byrd Patrick B. Moore<br>Shubhra R. Mashelkar<br>WEINBERG, WHEELER, HUDGINS, UNN&DIAL<br>3344 Peachtree Road. NE, Suite 2400<br>Atlanta, Georgia 30326<br>*Attorneys for Defendant,*<br>*ESH Strategies Franchise, LLC* | Kaylee P. Davis-Maddy Michael S. Linscott<br>DOERNER SANDERS DANIEL & ANDERSON<br>210 Park Avenue, Suite 1200<br>Oklahoma City, OK 73102<br>*Attorneys for Defendants,*<br>*Super 8 Worldwide LLC,*<br>*Days Inn Worldwide, Inc.,*<br>*Ramada Worldwide, Inc.,*<br>*Howard Johnson International, Inc.* |
| Alexander Gebert, Robert Glenn Chadwick, Jr.<br>FREEMAN MATHIS &GARY, LLP<br>7160 Dallas Parkway, Suite 625<br>Plano, Texas 75024<br>*Attorneys for Defendant,*<br>*Raj Krupa Hotel, LLC* | Jonathan Wilfong Oyo Hotels, Inc.<br>440 Louisiana Street, Suite 105<br>Houston, TX 770062<br>*Attorney for Defendant,*<br>*G6 Hospitality Franchising, LLC* |

| | |
|---|---|
| Steve Ketter<br>5101 S. Choctaw Avenue<br>El Reno, OK 73036 | Kajal Hospitality, LLC c/o Jaydip Modi<br>1120 S. 10th Street<br>Clinton, OK 73601 |
| Chand & Saaj Hospitality, Inc.<br>c/o Hitesh Patel<br>2200 S. Meridian<br>Oklahoma City, OK 73108 | Noor Hotel, LLC c/o Abdel Jawabreh<br>3213 Meadow Lane<br>Edmond, OK 73103 |
| Yash Enterprises, Inc. c/o Tushar Natha<br>400 S. Meridian<br>Oklahoma City. OK 73108 | Ambica, LLC c/o Prakash Patel<br>5608 N.W. 107th Street<br>Oklahoma City, OK 73162 |
| OM,LLC<br>c/o Ramesh V. Patel<br>12001 N. 1-35 Service Road<br>Oklahoma City. OK 73131 | Indra, LLC<br>c/o Ramesh Patel<br>11935 N. 1-35 Service Road<br>Oklahoma City, OK 73131 |
| Plaza Hotels, LLC<br>3200 S. 1-35 Service Road<br>Oklahoma City, OK 73129 | Michael Wiley<br>11025 N. County Line Road<br>Yukon, OK 73099 |

                _____s/Bart Jay Robey_____
                   Bart Jay Robey