## IN THE UNITED STATES DISTRICT COURT FOR THE`
## WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,    )
    )
       Plaintiff,    )
    )
v.    )    Case No. CIV-25-462-G
    )
PLAZA HOTELS, LLC; STEVE KETTER;    )
MICHAEL A. WILEY; OKC AIRPORT ES, LLC;    )
ESH STRATEGIES FRANCHISE, LLC;    )
NATHA, LLC; JALIYAN HOSPITALITY, INC;    )
SUPER 8 WORLDWIDE, INC;    )
RAJ KRUPA HOTEL, LLC;    )
DAYS INN WORLDWIDE, INC;    )
CHAND & SAAJ HOSPITALITY, INC;    )
RAMADA WORLDWIDE, INC;    )
YASH ENTERPRISES, LLC    )
HOWARD JOHNSON INTERNATIONAL, INC;    )
NOOR HOTEL, LLC; AMBICA, LLC;    )
OM, LLC; INDRA, LLC; AND    )
G6 HOSPITALITY FRANCHISING, LLC,    )
    )
       Defendants.    )

## UNOPPOSED JOINT MOTION OF DEFENDANTS WILEY, KETTER, AND PLAZA HOTELS, LLC, FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS

Pursuant to LCvR6.3, Defendants Michael Wiley, Steve Ketter, and Plaza Hotels, LLC, ("Defendants"), respectfully move for an extension of time to file Replies in support of their Motions to Dismiss, (Doc. Nos. 118, 119, 120), the deadline for which is currently November 28, 2025. Defendants request an extension of time until December 12, 2025, to file their Replies. In support of this Motion, Defendants state as follows:

1.    Counsel for Defendants have discussed the extension with Plaintiff's counsel, and there is no objection to the requested extension.

2.     By the undersigned counsel's count, there have been eleven previous motions for extension made in this matter, all of which have been granted. (*see* Doc. Nos. 9, 16, 53, 68, 85, 94, 143, 144, 145, 146, 148). None of the previous motions for extension were made by these Defendants.

3.     As filed, Defendants' Motions to Dismiss comprise 45+ pages of unique argument, and Plaintiff has filed 22 pages of argument in response. Due to the breadth and complexity of the briefing required, in addition to the confluence of other deadlines, scheduled depositions, discovery motions, and the holidays, the Defendants' counsel requires additional time to prepare and finalize the Replies. The Defendants' counsel believes good cause exists for the requested extension under *Tesone v. Empire Marketing Strategies*, 942 F. 3d 979, 988 (10th Cir. 2019).

4.     The requested extension would not impact the scheduled trial or other deadlines.

5.     This request is made in good faith and not for the purposes of delay.

6.     A proposed order granting this motion is is being submitted for the Court's consideration contemporaneously herewith.

7.     For these reasons, Defendants respectfully request until December 12, 2025, to file their Replies in support of their Motions to Dismiss.

Dated: November 25, 2025.

Respectfully Submitted,

s/W. Riley Nester
Jessica L. Dark, OBA #31236
W. Riley Nester, OBA #36222
PIERCE COUCH HENDRICKSON
    BAYSINGER & GREEN, L.L.P.
1109 N. Francis Ave.
Oklahoma City, OK 73106
PH:    (405) 235-1611
FX:    (405) 235-2904
jdark@piercecouch.com
rnester@piercecouch.com
*Attorneys for Defendants*
*Plaza Hotels, LLC, Steve Ketter*
*and Michael Wiley*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of November, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to all ECF registrants who have entered an appearance in this case:

| | |
|---|---|
| Fletcher D. Handley, Jr. | fdh@handleylaw.com |
| Geoffrey Parker | gparker@hiltonparker.com |
| Michael P. Kane | service@the702firm.com |
| Abby Rae Herren | |
| Eric A. Moen | eamoen@chubbucklaw.com |
| Charles D. Neal, Jr. | cdn@steidley-neal.com |
| Christopher T. Byrd | cbyrd@wwhgd.com |
| Jamie A. Rogers | jar@steidley-neal.com |
| Patrick E. Moore | pmoore@wwhgd.com |
| Philard L. Rounds, Jr. | plr@steidley-neal.com |
| Shubhra Mashelkar | smashelkar@wwhgd.com |
| David C. Senger | david@cswlawgroup.com |
| Hunter M. Siex | hunter@cswlawgroup.com |
| Kaylee P. Davis-Maddy | kmaddy@dsda.com |
| Michael S. Linscott | mlinscott@dsda.com |
| David Sager | david.sager@us.dlapiper.com |

Mallory T. Biblo          Mallory.biblo@us.dlapiper.com
Alexander Gebert          alex.gebert@fmglaw.com
Robert Glenn Chadwick, Jr. Bob.Chadwick@fmglaw.com
Edward J. Main            emain@secresthill.com
James K. Secrest, III     JSecrest3@secresthill.com
Justin L. Hall            jhall@secresthill.com
Daniel J. Thompson        dthompson@wsolaw.net
Emily Noble Richard       erichard@wsolaw.net
Jonathan L. Hilton        jhilton@hiltonparker.com
Steven M. Crowley         smcrowley@fentonlaw.com
Sterling E. Pratt         sepratt@fentonlaw.com

s/W. Riley Nester
W. Riley Nester