# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is an Unopposed Motion for Extension of Time (Doc. No. 168) filed by Defendants Michael A. Wiley, Steve Ketter, and Plaza Hotels, LLC. Defendants seek additional time to file replies in support of their respective Motions to Dismiss. *See* Doc. Nos. 118, 119, 120.

For good cause shown, the Motion is GRANTED. The moving Defendants shall file their replies on or before December 12, 2025.

The docket reflects that Defendant Plaza Hotels, LLC's corporate disclosure statement (Doc. No. 163) fails to comply with Local Civil Rule 7.1.1. IT IS THEREFORE ORDERED that Defendant Plaza Hotels, LLC shall file an amended disclosure statement on or before December 12, 2025.

IT IS SO ORDERED this 26th day of November, 2025.

CHARLES B. GOODWIN
United States District Judge