UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 167) filed by Defendant OKC Airport ES, LLC and seeking an extension of time to file an answer to the Amended Complaint (Doc. No. 115).

Having considered the motion and relevant record, the Court finds that good cause and excusable neglect exist for an extension. The unopposed Motion is GRANTED. Defendant shall file its answer on or before December 5, 2025.

The docket reflects that Defendant's corporate disclosure statement (Doc. No. 41) fails to comply with Local Civil Rule 7.1.1. IT IS THEREFORE ORDERED that Defendant shall file an amended disclosure statement on or before December 5, 2025.

IT IS SO ORDERED this 26th day of November, 2025.

CHARLES B. GOODWIN
United States District Judge