# IN THE UNITED STATES DISTRICT COURT FOR THE` WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NANCY R., pseudonymously, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-462-G |
| | ) | |
| PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL A. WILEY; OKC AIRPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; NATHA, LLC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWIDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INN WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, LLC HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; AND G6 HOSPITALITY FRANCHISING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED DISCLOSURE STATEMENT
## IDENTIFYING CONSTITUTENTS OF PLAZA HOTELS, LLC

Defendant Plaza Hotels, LLC, pursuant to LCvR7.1.1, hereby submits its Amended Disclosure Statement Identifying Constituents of Plaza Hotels, LLC. Plaza Hotels, LLC's members are Steve Ketter and Michael Wiley. This matter is before the Court based on its federal question jurisdiction pursuant to 28 U.S.C. § 1331. Therefore, no affirmative statement regarding the citizenship of Plaza Hotels, LLC's members is required.

Respectfully Submitted,


s/ W. Riley Nester_____
Jessica L. Dark, OBA #31236
W. Riley Nester, OBA #36222
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN, L.L.P.
1109 N. Francis Ave.
Oklahoma City, OK 73106
PH:    (405) 235-1611
FX:    (405) 235-2904
jdark@piercecouch.com
rnester@piercecouch.com
*Attorneys for Defendants*
*Plaza Hotels, LLC, Steve Ketter*
*and Michael Wiley*

## CERTIFICATE OF SERVICE

      I certify that on this 10th day of December, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to all ECF registrants who have entered an appearance in this case:

| | |
|---|---|
| Fletcher D. Handley, Jr. | fdh@handleylaw.com |
| Geoffrey Parker | gparker@hiltonparker.com |
| Michael P. Kane | service@the702firm.com |
| Abby Rae Herren | |
| Eric A. Moen | eamoen@chubbucklaw.com |
| Charles D. Neal, Jr. | cdn@steidley-neal.com |
| Christopher T. Byrd | cbyrd@wwhgd.com |
| Jamie A. Rogers | jar@steidley-neal.com |
| Patrick E. Moore | pmoore@wwhgd.com |
| Philard L. Rounds, Jr. | plr@steidley-neal.com |
| Shubhra Mashelkar | smashelkar@wwhgd.com |
| David C. Senger | david@cswlawgroup.com |
| Hunter M. Siex | hunter@cswlawgroup.com |
| Kaylee P. Davis-Maddy | kmaddy@dsda.com |
| Michael S. Linscott | mlinscott@dsda.com |
| David Sager | david.sager@us.dlapiper.com |
| Mallory T. Biblo | Mallory.biblo@us.dlapiper.com |
| Alexander Gebert | alex.gebert@fmglaw.com |
| Robert Glenn Chadwick, Jr. | Bob.Chadwick@fmglaw.com |
| Edward J. Main | emain@secresthill.com |
| James K. Secrest, III | JSecrest3@secresthill.com |
| Justin L. Hall | jhall@secresthill.com |
| Daniel J. Thompson | dthompson@wsolaw.net |
| Emily Noble Richard | erichard@wsolaw.net |
| Jonathan L. Hilton | jhilton@hiltonparker.com |
| Steven M. Crowley | smcrowley@fentonlaw.com |
| Sterling E. Pratt | sepratt@fentonlaw.com |

                                                              s/ W. Riley Nester