UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>  Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC;<br>STEVE KETTER;<br>MICHAEL WILEY;<br>OKC AIRPORT ES, LLC;<br>ESH STRATEGIES FRANCHISE, LLC;<br>KAJAL HOSPITALITY, LLC;<br>JALIYAN HOSPITALITY, INC.<br>SUPER 8 WORLDWIDE, INC.;<br>RAJ KRUPA HOTEL, LLC;<br>DAYS INNS WORLDWIDE, INC.:<br>CHAND & SAAJ HOSPITALITY, INC.;<br>RAMADA WORLDWIDE, INC,;<br>YASH ENTERPRISES, INC.;<br>HOWARD JOHNSON<br>INTERNATIONAL, INC.;<br>NOOR HOTEL, LLC;<br>AMBICA, LLC;<br>OM, LLC;<br>INDRA, LLC; and<br>G6 HOSPITALITY FRANCHISING,<br>LLC,<br><br>  Defendants. | Case No.  25-cv-00462-G |

**DEFENDANT JALIYAN HOSPITALITY, INC.'S
JOINDER REGARDING DEFENDANTS' RESPONSE TO PLAINTIFF'S
<u>MOTION FOR PROTECTIVE ORDER</u>**

Defendant Jaliyan Hospitality, Inc. ("Jaliyan"), by and through its counsel of record, hereby adopts and joins the *Response to Plaintiff's Motion for Protective Order* [Dkt. 177] filed by Defendants Michael Wiley, Steve Ketter, Plaza Hotels, LLC, OKC Airport ES, LLC, and Chand & Saaj Hospitality, Inc., as if fully stated by and for Defendant Jaliyan, Inc. For the reasons

1

articulated by those parties, Defendant Jaliyan, Inc. likewise objects to ¶3(k) of Plaintiff's proposed protective order requiring the Defendants' insurers and indemnitors to execute the acknowledgement and agreement to be bound and submit to the Court's jurisdiction as a condition of receiving information in this litigation.

WHEREFORE Defendant Jaliyan Hospitality, Inc. respectfully requests the Court decline to enter Plaintiff's proposed Protective Order as drafted and adopt instead language that does not require Defendant's insurers or indemnitors to sign the acknowledgement and agreement to be bound.

Respectfully Submitted,

/s/ David C. Senger
David C. Senger, OBA No. 18830
Hunter M. Siex, OBA No.  33217
**COFFEY SENGER HANCOCK & HARMON, PLLC**
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918-292-8787 (phone)
918-292-8788 (fax)
David@CSHHlaw.com
Hunter@CSHHlaw.com
*Attorneys for Jaliyan Hospitality, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this, the 11th day of December 2025, the foregoing was submitted to the Clerk of Court using the Court's ECF System for filing and for transmittal of a Notice of Electronic Filing to all counsel of record in this case.

/s/ David C. Senger