**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,
    Plaintiff,

v.

Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC ARPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWIDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INNS WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, INC; HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; AND G6 HOSPITALITY FRANCHISING, LLC,
    Defendants.

**DEFENDANT G6 HOSPITALITY FRANCHISING, LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendant, G6 Hospitality Franchising, LLC ("G6") under LCvR6.3, files this unopposed request for an extension of time to file a reply brief in support of its Motion to Dismiss under Rule 12 of the Federal Rules of Civil Procedure, showing in support as follows:

    1.    Defendant G6 filed its Motion to Dismiss on November 19, 2025. [ECF No. 161]. Plaintiff filed her Response to the Motion to Dismiss Filed by G6 Hospitality Franchising, LLC on December 10, 2025. [ECF No. 181]. Defendant

G6's deadline to file a Reply in Support of its Motion to Dismiss is currently December 17, 2025.

2. Fifteen motions for extension have been made previously in this case, all which were granted. [ECF Nos. 9, 16, 53, 68, 73, 76, 85, 94, 143, 144, 145, 146, 148, 169, 170]. An Unopposed Joint Motion for Extension of Time to File Replies in Support of Motions to Dismiss filed by three other defendants in this case was recently granted. [ECF No. 169].

3. The requested extension is necessary to allow Defendant adequate time to fully review Plaintiff's response and to prepare a reply that appropriately focuses and narrows the arguments raised by Plaintiff in opposition to the Motion to Dismiss.

4. Counsel for Defendant has conferred with counsel for Plaintiff who has advised that Plaintiff does not oppose this requested extension.

5. To G6's knowledge, granting this extension will not affect any other deadlines.

6. Accordingly, G6 respectfully requests that the Court enter an order granting G6 a six (6) day extension of time to file a Reply in Support of G6 Hospitality Franchising, LLC's Motion to Dismiss, until December 23, 2025.

7. This request is made in good faith and not for the purpose of delay.

Respectfully submitted,

        WIGGINS SEWELL

*/s/ Daniel J. Thompson*
Daniel J. Thompson  OBA No. 32129
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
405/232-1211
405/235-7025 (fax)
dthompson@wigginssewell.com
Attorney for
G6 Hospitality Franchising, LLC

## **Certificate of Service**

I certify that the foregoing document was filed electronically on December 17, 2025, and has been served on all counsel who have consented to electronic service.

                                        /*s*/ Daniel J. Thompson
                                        Daniel J. Thompson