# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, <br><br>    Plaintiff, <br>vs. <br><br>PLAZA HOTELS, LLC et al., <br><br>    Defendants. | Case No.: 5:25-cv-462 <br><br>Judge Charles B. Goodwin <br><br>**DECLARATION OF GEOFFREY PARKER** |

I, Geoffrey C. Parker, swear:

1. I am over the age of eighteen and counsel for the Plaintiff in the above-captioned matter.

2. I make this declaration based on personal knowledge. If called upon to testify to the facts herein, I would competently do so.

3. During the parties' extensive meet-and-confer discussions, the only alternative language Defendants offered was a stripped-down version of ¶ 3(k) that, in my reading, included no mechanism and created no incentive to restrict disclosures of Plaintiff's identity to (or by) Defendants' insurers.

4. Had the Responding Defendants proposed the alternative language quoted in Section II: Background of Plaintiff's associated Reply brief (and incorporated in Plaintiff's revised [Proposed] Protective Order), Plaintiff would have accepted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2025

/s/ Geoffrey C. Parker