# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-25-462-G ) |
| PLAZA HOTELS, LLC et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion for Extension of Time (Doc. No. 186) filed by Defendant G6 Hospitality Franchising, LLC. Defendant seeks additional time to file a reply in support of its Motion to Dismiss (Doc. No. 161).

For good cause shown, the unopposed Motion (Doc. No. 186) is GRANTED. Defendant shall file its reply on or before December 23, 2025.

IT IS SO ORDERED this 19th day of December 2025.

_____
CHARLES B. GOODWIN
United States District Judge