# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| | |
|---|---|
| Nancy R., pseudonymously, | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 5:25-cv-462 |
| Plaza Hotels, LLC; et al., | ) |
| Defendant(s). | ) |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Natha LLC
c/o Tushar Natha
400 S. Meridian Avenue
Oklahoma City, OK 73108

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Geoffrey C. Parker
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
2:15 pm, Oct 17, 2025
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

## AFFIDAVIT OF SERVICE

| Case:<br>5:25-CV-462 | Court:<br>WESTERN DISTRICT | County:<br>, OK | Job:<br>14610373 (5:25-CV-462) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>NANCY R. PSEUDONYMOUSLY | | **Defendant / Respondent:**<br>PLAZA HOTELS, LLC., ET AL., | |
| **Received by:**<br>Oklahoma AccuServe | | **For:**<br>HILTON PARKER | |
| **To be served upon:**<br>NATHA, LLC., C/O TUSHAR NATHA | | | |

I, Chad Schultheis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** NATHA, LLC., C/O TUSHAR NATHA, Company: 400 South Meridian Avenue, Oklahoma City, OK 73108
**Manner of Service:** Personal/Individual, Jan 12, 2026, 11:47 am CST
**Documents:** SUMMONS AND FIRST AMENDED COMPLAINT

**Additional Comments:**
1) Successful Attempt: Jan 12, 2026, 11:47 am CST at Company: 400 South Meridian Avenue, Oklahoma City, OK 73108 received by NATHA, LLC., C/O TUSHAR NATHA. Age: MID 50'S; Ethnicity: Middle Eastern; Gender: Male; Weight: 200; Height: 5'10"; Hair: Black; TUSHAR NATHA STATED THAT HE KNEW ABOUT THE CASE AND IT'S BEEN GOING ON FOR SOME TIME.

_____    01/12/2026
Chad Schultheis  PSS-2024-11    Date

Oklahoma AccuServe
705 S Mustang Rd Ste 294
Yukon, OK 73099
405-637-6600

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public  CASSIE SCHULTHEIS
NOTARY PUBLIC
Date  STATE OF OKLAHOMA  Commission Expires
Commission # 24003326  Expires 03/07/28