**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NANCY R., pseudonymously, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )    Case No. 25-CV-00462-G |
| PLAZA HOTELS, LLC, ET AL | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Yash Enterprises, LLC .
(Plaintiff/Defendant)     (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Ashley F. Vinson                 03/31/2026
Signature                      Date

Ashley F. Vinson
Print Name

Titus Hillis Reynolds Love
Firm

**Criminal CasesOnly :**

☑ Retained or USA

15 E. 5th Street, Suite 3700
Address

☐ CJA Appointment

| Tulsa | OK | 74103 |
|---|---|---|
| City | State | Zip Code |

☐ Federal PublicDefender

(918) 587-6800
Telephone

☐ Pro Bono

☐ CJA Training Panel

avinson@titushillis.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on March 31, 2026        , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECFSystem.

☐ I hereby certify that on                        , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:

s/ Ashley F. Vinson

s/ Attorney Name