**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Nancy R, pseudonymously<br><br>Plaintiff(s),<br><br>v.<br><br>Plaza Hotels, LLC, et al<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 5:25-cv-00462-G<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ENTRY OF APPEARANCE</u>

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Chand & Saaj Hospitality, Inc. .
(Plaintiff/Defendant)        (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

S/ Emma Kincade                    April 14,2026
Signature                              Date

Emma Kincade
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Secrest, Hill & Secrest
Firm

7134 S Yale Ave., Suite 900
Address

Tulsa            OK            74136
City              State          Zip Code

918-494-5905
Telephone

ekincade@secresthill.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on April 14, 2026              , I electronically transmitted the attached

document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records

currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those

registered participants of the ECF System.


☐ I hereby certify that on                          , I filed the attached document with the

Clerk of the Court and served the attached document by

on the following, who are not registered participants of the ECF System:


ul Emma Kincade
_____
s/ Attorney Name