**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,
        Plaintiff,

v.                                                                Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER;
MICHAEL WILEY; OKC ARPORT ES, LLC;
ESH STRATEGIES FRANCHISE, LLC;
KAJAL HOSPITALITY, INC; JALIYAN
HOSPITALITY, INC; SUPER 8
WORLDWIDE, INC; RAJ KRUPA HOTEL,
LLC; DAYS INNS WORLDWIDE, INC;
CHAND & SAAJ HOSPITALITY, INC;
RAMADA WORLDWIDE, INC; YASH
ENTERPRISES, INC; HOWARD JOHNSON
INTERNATIONAL, INC; NOOR HOTEL,
LLC; AMBICA, LLC; OM, LLC; INDRA, LLC;
and G6 HOSPITALITY FRANCHISING,
LLC,
        Defendants.

## <u>NOTICE OF FIRM ADDRESS CHANGE</u>

PLEASE TAKE NOTICE that Wiggins Sewell, counsel of record for Defendant, G6

Hospitality Franchising, LLC, in the above-styled cause, has relocated its offices. Effective

June 1, 2026, the firm's new address and contact information is as follows:

**Wiggins Sewell**
528 N.W. 12th Street
Oklahoma City, OK 73103
Telephone: (405) 232-1211
Facsimile (405) 235-7025

All future correspondence, filings, notices, and deliveries in this matter should be

directed to the new address above.

1

WIGGINS SEWELL

*/s/ Daniel J. Thompson*
Daniel J. Thompson        OBA No. 32129
528 N.W. 12th Street
Oklahoma City, OK 73103
405/232-1211
405/235-7025 (fax)
dthompson@wigginssewell.com

Attorney for Defendant,
G6 Hospitality Franchising, LLC

## Certificate of Service

I certify that the foregoing document was filed electronically on May 28, 2026 and has been served on all counsel who have consented to electronic service.


*/s/ Daniel J. Thompson*
Daniel J. Thompson

2