**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

    Plaintiff,

v.

PLAZA HOTELS. LLC, ET AL

    Defendants.

Case No. 25-CV-00462-G

## ENTRY OF APPEARANCE

**COMES NOW**, Bart Jay Robey, Eric A. Moen, and Ruth Ivon Hernandez of the law firm

of CHUBBUCK DUNCAN ROBEY & MOEN, P.C., and hereby enter their appearances as

counsel of record on behalf of Defendant ESH Strategies Franchise LLC .

Respectfully submitted,

Bart Jay Robey, OBA No. 19926
Eric A. Moen, OBA No. 31155
Ruth Ivon Hernandez, OBA No. 36662
CHUBBUCK, DUNCAN ROBEY & MOEN, P.C.
1329 N. Classen Drive
Oklahoma City, OK 73103
Phone: (405) 236-8282
bjrobey@chubbucklaw.com
eamoen@chubbucklaw.com
***Attorneys for Defendant ESH Strategies
Franchies LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 2 2 day of July, 2026, a true and correct copy of the foregoing was mailed with proper postage thereon prepaid to:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
P.O. Box 310
El Reno, OK 73036
*ATTORNEY FOR PLAINTIFF*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
*ATTORNEY FOR PLAINTIFF*

Michael S. Linscott
Kaylee P. Davis-Maddy
DOERNER, SAUNDERS, DANIEL
& ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK 74103-3522
mlinscott@dsda.com
kmaddy@dsda.com
Attorneys for Defendants Super 8
*WORLDWIDE, INC., DAYS INNS WORLDWIDE,*
*INC., RAMADA WORLDWIDE, INC., AND*
*HOWARD JOHNSON INTERNATIONAL, INC.*

Philard L. Rounds
Jamie A. Rogers
Charles D. Neal, Jr.
STEIDLEY & NEAL, PLLC
CityPlex Towers, 53rd Floor
2448 E. 81st Street, Ste. 5300
Tulsa, OK 74137
plr@stiedley-neal.com
jar@stiedley-neal.com
cdn@stiedley-neal.com
*ATTORNEYS FOR DEFENDANT ESH STRATEGIES*
*FRANCHISE, LLC*

Geoffrey C. Parker
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
*ATTORNEY FOR PLAINTIFF*

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003
*PRO SE DEFENDANT*

David C. Senger
Hunter M. Siex
COFFEY SENGER HANCOCK &
HARMON, PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
*ATTORNEYS FOR DEFENDANT*
*JALIYAN HOSPITALITY, INC.*

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Plaza Hotels, LLC
5101 S. Choctaw Ave.
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S. 10th St.
Clinton, OK 73601