IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,

    Plaintiff,

vs.                                             Case No.: 5:25-cv-00462-G

PLAZA HOTELS, LLC, et al.,

    Defendants,

## MOTION TO WITHDRAW AS COUNSEL

COME NOW Charles D. Neal, Jr. and Jamie A. Rogers of the Steidley & Neal, P.L.L.C. law firm, and move this honorable Court to enter an Order allowing their withdrawal from the case. In further support of this Motion to Withdraw, attorneys Neal and Rogers would show the Court as follows:

1.    Plaintiff commenced this action in the Oklahoma County District Court on March 19, 2025, Case No. CJ-2025-1850.

2.    Defendant Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Inn Worldwide, Inc., and Howard Johnson International, Inc., removed this matter to this Court by filing their Notice of Removal on April 23, 2025. [Doc. 1].

3.    Charles D. Neal, Jr. and Jamie A. Rogers entered their appearances on behalf of Defendant ESH Strategies Franchise, LLC, on May 14, 2025. [Docs. 23 and 24].

4.    Attorneys Bart J. Robey, Eric A. Moen, and Ruth Ivon Hernandez have filed their Entry of Appearance on behalf of ESH Strategies Franchise LLC [Doc. 198], substituting as counsel for the three Weinberg Wheeler attorneys, Patrick Moore, Shubhra

Mashelkar, and Christopher Byrd. Defendant ESH Strategies Franchise, LLC will be represented by Bart J. Robey and his firm, Chubbuck Duncan Robey & Moen, P.C.

5.      There are no Scheduling Order deadlines.

6.      For the Court's convenience and potential use, a draft Order Granting the relief requested is submitted contemporaneously herewith.

7.      Pursuant to local CV Rule 83.5, the client has received notice and consents to the withdrawal.

WHEREFORE, premises considered, Movants pray the Court grant this Motion to Withdraw as Counsel, and enter an Order allowing their withdrawal as counsel for Defendant ESH Strategies Franchise, LLC, and that the Court strike Charles D. Neal, Jr. and Jamie A. Rogers from all future filing notices.

Respectfully submitted,

*s/ Charles D. Neal, Jr.*
Charles D. Neal, Jr., OBA #6591
cdn@steidley-neal.com
James A. Rogers, OBA #19927
jar@steidley-neal.com
Steidley & Neal, P.L.L.C.
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, Oklahoma 74137
(918) 664-4612 telephone
(918) 664-4133 facsimile

*Counsel for ESH Strategies Franchise, LLC*

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Withdraw was filed electronically on July 30, 2026, and has been served on all counsel who have consented to electronic service.

_s/ Charles D. Neal, Jr._
Of Steidley & Neal, P.L.L.C.