IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,

    Plaintiff,

vs.                                                                    Case No.: 5:25-cv-00462-G

PLAZA HOTELS, LLC, et al.,

    Defendants,

## **<u>MOTION TO WITHDRAW AS COUNSEL</u>**

COME NOW Patrick B. Moore, Shubhra R. Mashelkar, and Christopher T. Byrd, of the Weinberg Wheeler Hudgins Gunn & Dial law firm, and move this honorable Court to enter an Order allowing their withdrawal from the case pursuant to L.Cv.R. 83.5, all of whom were admitted *pro hac vice* as additional counsel for Defendant ESH Strategies Franchise, LLC.  In further support of this Motion to Withdraw, attorney Moore would show the Court as follows:

1.    Plaintiff commenced this action in the Oklahoma County District Court on March 19, 2025, Case No. CJ-2025-1850.

2.    Defendant Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Inn Worldwide, Inc., and Howard Johnson International, Inc., removed this matter to this Court by filing their Notice of Removal on April 23, 2025. [Doc. 1].

3.    Patrick B. Moore, Shubhra R. Mashelkar, and Christopher T. Byrd entered their appearances on behalf of Defendant ESH Strategies Franchise, LLC, on May 15, 2025. [Doc. 35].

4.    Attorneys Bart J. Robey, Eric A. Moen, and Ruth Ivon Hernandez have filed their Entry of Appearance on behalf of ESH Strategies Franchise LLC [Doc. 198], substituting as counsel for the three Weinberg Wheeler attorneys, Patrick Moore, Shubhra Mashelkar, and Christopher Byrd.  Defendant ESH Strategies Franchise, LLC will be represented by Bart J. Robey and his firm, Chubbuck Duncan Robey & Moen, P.C. ("CDRM"), and all subsequent papers are to be served upon the aforementioned CDRM attorneys going forward.

5.    There are no Scheduling Order deadlines.

6.    Pursuant to LCvR 83.5, reasonable notice has been given to the client and all other parties who have appeared in the case.  The client does not oppose this withdrawal.

7.    For the Court's convenience and potential use, a draft Order Granting the relief requested is submitted contemporaneously herewith.

WHEREFORE, premises considered, Movants pray the Court grant this Motion to Withdraw as Counsel, and enter an Order allowing their withdrawal as counsel for Defendant ESH Strategies Franchise, LLC, and that the Court strike

Patrick B. Moore, Shubhra R. Mashelkar, and Christopher T. Byrd from all future

filing notices.

This 31st day of July, 2026.

Respectfully submitted,

s/ *Patrick B. Moore*

Patrick B. Moore *(Pro Hac Vice)*
Georgia Bar No. 520390
Shubhra R. Mashelkar (*Pro Hac Vice*)
Georgia Bar No. 475388
Christopher T. Byrd (*Pro Hac Vice*)
Georgia Bar No. 100854
3344 Peachtree Rd. NE, Suite 2400
Atlanta, Georgia 30326
404-876-2700 | 404-875-9433 (*fax*)
PMoore@wwhgd.com
SMashelkar@wwhgd.com
Cbyrd@wwhgd.com
*Counsel for ESH Strategies Franchise, LLC*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Motion to Withdraw was filed electronically on July 31, 2026, and has been served on all counsel who have consented to electronic service.

s/ *Patrick B. Moore*
Patrick B. Moore
GA Bar No. 520390 (*pro hac vice*)