IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NANCY R., pseudonymously,

    Plaintiff,

vs.                                                  Case No.: 5:25-cv-00462-G

PLAZA HOTELS, LLC, et al.,

    Defendants,

## [PROPOSED] ORDER

Now before the Court is a Motion to Withdraw as Counsel filed by attorneys Patrick B. Moore, Shubhra R. Mashelkar, and Christopher T. Byrd, seeking to withdraw as counsel for Defendant ESH Strategies Franchise, LLC in this matter. The Motion notes that new counsel has entered their appearance into the case for Defendant ESH Strategies Franchise, LLC.

Accordingly, the Motion to Withdraw as Counsel is GRANTED.

IT IS SO ORDERED, this ____ day of _____, 2026.

 

                                  _____
                                  CHARLES B. GOODWIN
                                  United States District Judge