# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NANCY R., pseudonymously, | ) )<br>) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-25-462-G )|
| PLAZA HOTELS, LLC et al., | ) ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion to Withdraw (Doc. No. 200) filed by Charles D. Neal, Jr. and Jamie A. Rogers seeking to withdraw as counsel for Defendant ESH Strategies Franchise, LLC in this matter. The Motion states that other counsel will remain of record for Defendant.

Accordingly, the Motion to Withdraw (Doc. No. 200) is GRANTED.

IT IS SO ORDERED this 3rd day of August, 2026.

_____
CHARLES B. GOODWIN
United States District Judge