**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NANCY R.,**<br>**pseudonymously,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PLAZA HOTELS, LLC et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. CIV-25-462-G** |

**<u>ORDER</u>**

Now before the Court is the Entry of Appearance (Doc. No. 198) filed by attorneys Bart Jay Robey, Eric A. Moen, and Ruth Ivon Hernandez. The filing fails to comply with the requirements imposed by the Court's local rules. *See* LCvR 83.4.

Accordingly, the Entry of Appearance (Doc. No. 198) is STRICKEN from the case record without prejudice to refiling.

IT IS SO ORDERED this 18th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge