**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

v.

PLAZA HOTELS. LLC, ET AL

Defendants.

Case No. 5:25-CV-00462-G

**ENTRY OF APPEARANCE**

**COMES NOW**, Bart Jay Robey, Eric A. Moen, and Ruth Ivon Hernandez of the law firm of CHUBBUCK DUNCAN ROBEY & MOEN, P.C., and hereby enter their appearances as counsel of record on behalf of Defendant ESH Strategies Franchise LLC .

Respectfully submitted,

s/Bart Jay Robey

Bart Jay Robey, OBA No. 19926
Eric A. Moen, OBA No. 31155
Ruth Ivon Hernandez, OBA No. 36662
CHUBBUCK, DUNCAN ROBEY & MOEN, P.C.
1329 N. Classen Drive
Oklahoma City, OK 73103
Phone: (405) 236-8282
bjrobey@chubbucklaw.com
eamoen@chubbucklaw.com
***Attorneys for Defendant ESH Strategies Franchies LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19 day of August, 2026, a true and correct copy of the foregoing was mailed with proper postage thereon prepaid to:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
P.O. Box 310
El Reno, OK 73036
***ATTORNEY FOR PLAINTIFF***

Geoffrey C. Parker
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
***ATTORNEY FOR PLAINTIFF***

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
***ATTORNEY FOR PLAINTIFF***

Michael A. Wiley
1701 Wildhorse Dr.
Edmond, OK 73003
***PRO SE DEFENDANT***

Michael S. Linscott
Kaylee P. Davis-Maddy
DOERNER, SAUNDERS, DANIEL
& ANDERSON, LLP
700 Williams Center Tower II
Two West Second Street
Tulsa, OK 74103-3522
mlinscott@dsda.com
kmaddy@dsda.com
Attorneys for Defendants Super 8
***WORLDWIDE, INC., DAYS INNS WORLDWIDE, INC., RAMADA WORLDWIDE, INC., AND HOWARD JOHNSON INTERNATIONAL, INC.***

David C. Senger
Hunter M. Siex
COFFEY SENGER HANCOCK &
HARMON, PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
***ATTORNEYS FOR DEFENDANT JALIYAN HOSPITALITY, INC.***

Steve Ketter
5101 S. Choctaw Ave.
El Reno, OK 73036

Philard L. Rounds
Jamie A. Rogers
Charles D. Neal, Jr.
STEIDLEY & NEAL, PLLC
CityPlex Towers, 53rd Floor
2448 E. 81st Street, Ste. 5300
Tulsa, OK 74137
plr@stiedley-neal.com
jar@stiedley-neal.com
cdn@stiedley-neal.com
***ATTORNEYS FOR DEFENDANT ESH STRATEGIES FRANCHISE, LLC***

Plaza Hotels, LLC
5101 S. Choctaw Ave.
El Reno, OK 73036

Kajal Hospitality, LLC
c/o Jaydip Modi
1120 S. 10th St.
Clinton, OK 73601

Chand & Saaj Hospitality, Inc.
c/o Hitesh Patel
2200 S. Meridian
Oklahoma City, OK 73108

Noor Hotel, LLC
c/o Abdel Jawabreh
3213 Meadow Lane
Edmond, OK 73103

OM, LLC
c/o Ramesh V. Patel
12001 N. I-35 Service Rd.
Oklahoma City, OK 73131

Yash Enterprises, Inc.
c/o Tushar Natha
400 S. Meridian
Oklahoma City, OK 73108

Ambica, LLC
c/o Prakash Patel
5608 NW 107th St.
Oklahoma City, OK 73162

Jonathan Wilfong
Oyo Hotels, Inc.
440 Louisiana St., Ste. 1050
Houston, TX 77002
***ATTORNEY FOR G6 HOSPITALITY FRANCHISING, LLC***

Indra, LLC
c/o Ramesh Patel
11935 N. I-35 Service Rd.
Oklahoma City, OK 73131

Alexander S. Gebert
Robert G. Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 N. Dallas Pkwy, Ste. 625
Plano, TX 75024
alex.gebert@fmglaw.com
bob.chadwick@fmglaw.com
***ATTORNEY FOR DEFENDANT RAJ KRUPA HOTEL, LLC***

s/ Bart Jay Robey
Bart Jay Robey / Eric A. Moen/ R. Ivon Hernandez