**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NANCY R., pseudonymously,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-25-462-G** |
| **PLAZA HOTELS, LLC et al.,** | ) | |
| **Defendants.** | ) | |

# ORDER

Now before the Court is the Entry of Appearance (Doc. No. 204) filed by attorneys Bart Jay Robey, Eric A. Moen, and Ruth Ivon Hernandez. The filing fails to comply with the requirements imposed by the Court's local rules.

Local Civil Rule 83.4 provides, in relevant part:

> "An attorney appearing for a party in a civil case shall enter an appearance by signing and filing an entry of appearance on the form prescribed by the clerk of this court. This entry of appearance shall include a certification that the attorney is admitted to practice in this court. In addition, the entry of appearance shall state whether the attorney is registered in this Court's Electronic Case Filing System."

LCvR 83.4.

Accordingly, the Entry of Appearance (Doc. No. 204) is STRICKEN from the case record without prejudice to refiling.

IT IS SO ORDERED this 19th day of August, 2026.

CHARLES B. GOODWIN
United States District Judge