**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NANCY R., pseudonymously, | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Case No. 5:25-cv-00462-G |
| PLAZA HOTELS, LLC; et al., | ) | |
| Defendant(s) | ) | |

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, ESH Strategies Franchise, LLC.
(Plaintiff/Defendant) (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Bart Jay Robey August 20, 2026
Signature Date

Bart Jay Robey
Print Name

Chubbuck Duncan Robey & Moen
Firm

1329 Classen Drive
Address

Oklahoma City, OK 73103
City State Zip Code

405-236-8282
Telephone

bjrobey@chubbucklaw.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on August 20, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on ______, I filed the attached document with the Clerk of the Court and served the attached document by ______ on the following, who are not registered participants of the ECF System:

s/ Bart Jay Robey
s/ Attorney Name