**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NANCY R., pseudonymously,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-25-462-G** |
| **PLAZA HOTELS, LLC et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court is an Entry of Appearance signed by attorney Eric A. Moen (Doc. No. 207).

The filing fails to comply with Local Civil Rule 83.4 and the *ECF Policies & Procedures Manual* § II(C).

IT IS THEREFORE ORDERED that the Entry of Appearance (Doc. No. 207) is STRICKEN from the record in this case. If attorney Eric A. Moen wishes to appear in this matter, Attorney Moen must file an entry of appearance through his own CM/ECF account, signed by Attorney Moen, and otherwise in compliance with the Court's rules and guidance.

IT IS SO ORDERED this 24th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge