**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NANCY R., pseudonymously,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-25-462-G** |
| **PLAZA HOTELS, LLC et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court is a Motion to Withdraw (Doc. No. 201) filed by Patrick B. Moore, Shubhra R. Mashelkar, and Christopher T. Byrd seeking to withdraw as counsel for Defendant ESH Strategies Franchise, LLC in this matter. The Motion states that other counsel will remain of record for Defendant.

Accordingly, the Motion to Withdraw (Doc. No. 201) is GRANTED.

IT IS SO ORDERED this 18th day of September, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge