**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS, LLC et al.,

Defendants.

Case No.: CIV-25-462-G

Judge Charles B. Goodwin

**PLAINTIFF'S NOTICE DISCLOSING THE LEGAL NAMES OF PLAINTIFF AND THE ALLEGED TRAFFICKER FILED UNDER SEAL**

COMES NOW Plaintiff Nancy R., by and through her undersigned attorney, and files under seal this Notice of Legal Names of Plaintiff and Alleged Trafficker pursuant to the Court's September 30, 2026 Order, which authorized Plaintiff to proceed pseudonymously as "Nancy R." and to refer to the alleged trafficker under the pseudonym "Domino," subject to the filing of this notice. (Doc. No. 212 at 4, 7).

Plaintiff hereby gives notice that the legal name of Plaintiff, identified in this action as "Nancy R.," is "[redacted]," and that the legal name of the alleged trafficker, identified in this action as "Domino," is believed to be "[redacted], although he was known simply as "[redacted]" in his dealings with Plaintiff.

DATED October 6, 2026

*/s/ Geoffrey C. Parker*

GEOFFREY C. PARKER, ESQ.
Ohio Bar No. 0096049
JONATHAN L. HILTON, ESQ.
Ohio Bar No. 0095742
HILTON PARKER LLC
7620 Farmsbury Dr.
Reynoldsburg, Ohio 43068

*Attorney for Plaintiff Nancy R.*