**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS, LLC et al.,

Defendants.

Case No.: CIV-25-462-G

Judge Charles B. Goodwin

**PLAINTIFF'S MOTION REQUESTING ENTRY OF DEFAULT AS TO DEFENDANT NATHA, LLC**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff NANCY R., pseudonymously, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Natha, LLC ("Defendant").

Defendant was served with Plaintiff's First Amended Complaint on January 12, 2026, as evidenced by the proof of service of summons on file. (Doc No. 192.) As of the date of this filing, Defendant has not answered, moved, appeared, or otherwise defended within the time presented by law.

Because Defendant was properly served and has failed to plead or otherwise defend within the time allowed, and because that failure is shown by affidavit, the Clerk must enter default. Fed. R. Civ. P. 55(a).

DATED October 6, 2026

*/s/ Geoffrey C. Parker*

GEOFFREY C. PARKER, ESQ.
Ohio Bar No. 0096049
JONATHAN L. HILTON, ESQ.
Ohio Bar No. 0095742
HILTON PARKER LLC
7620 Farmsbury Dr.
Reynoldsburg, Ohio 43068

*Attorneys for Plaintiff Nancy R.*