**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS, LLC et al.,

Defendants.

Case No.: CIV-25-462-G

Judge Charles B. Goodwin

**DECLARATION OF GEOFFREY PARKER**

1. I, the undersigned, am an attorney licensed to practice law in Ohio and Nevada. I am counsel for Plaintiff NANCY R. ("Plaintiff"), admitted to this court *pro hac vice*.

2. On January 12, 2026, Plaintiff's First Amended Complaint was served on Defendant. (Doc No. 192.)

3. We have received no answer or other responsive pleading to the Complaint that was served on Defendant.

4. Federal Rule of Civil Procedure Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

5. LCvR55.1 is not applicable given Defendant is a limited liability company, and business entities are generally not entitled to protection under the Servicemembers Civil Relief Act.

I declare under penalty of perjury that the foregoing is true and correct.

DATED October 6, 2026

Respectfully submitted,

*/s/ Geoffrey C. Parker*
GEOFFREY C. PARKER, ESQ.