**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS, LLC et al.,

Defendants.

Case No.: CIV-25-462-G

Judge Charles B. Goodwin

**PLAINTIFF'S UNOPPOSED MOTION REQUESTING AN EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Pursuant to LCvR6.3, Plaintiff Nancy R., respectfully moves this Court for a 14-day extension of time to file her Second Amended Complaint, from October 14, 2026, to October 28, 2026.

Plaintiff also moves for a 14-day extension of Defendants' time to respond, resulting in a total time to respond of 28 days from the date of the Second Amended Complaint and a due date of November 25, 2026, assuming Plaintiff files on October 28, 2026.

Counsel for all Defendants who have appeared in this matter have stated that they do not oppose this motion. In support, undersigned counsel submits the following:

**1. Current Brief Due Date.**

Plaintiff's Second Amended Complaint is currently due on October 14, 2026. Defendants will then have 14 days (through October 28, 2026) to Answer or otherwise respond to the Second Amended Complaint.

**2. Previous Extensions.**

Plaintiff has not previously obtained any extension to file her Second Amended Complaint. Defendants have not previously obtained any extension of their time to respond

to the Second Amended Complaint.

**3. Reason the Extensions Are Necessary.**

On September 30, 2026 this Court granted a series of motions to dismiss and granted Plaintiff leave to file a second amended complaint within 14 days of its Order. (Doc No. 212 at 7.)

Between the date of the filing of this motion and October 14, 2026—the current due date of Plaintiff's Second Amended Complaint—undersigned counsel is personally responsible for the following deadline-driven matters:

- One in person hearing in Cincinnati, Ohio;
- One motion to dismiss response; and
- Two depositions.

The 14-day extension requested here is intended to permit undersigned counsel to have sufficient time to:

- conduct multiple additional interviews with Plaintiff to nail down the specific facts required by the Court's Order;
- receive responses to public records requests served earlier this month, including, for instance, a request for criminal investigative materials relating to a prior sex trafficking arrest at the Plaza Inn; and
- give the matter focused attention and present a polished complaint.

Extending Defendants' time to respond to the Second Amended Complaint is also necessary because the Second Amended Complaint will likely contain a substantial amount of new factual material and merit substantially updated motion to dismiss briefing. Defendants therefore desire a two-week extension of their time to respond so that they may

present the Court with fully refined briefs, and Plaintiff agrees to this request.

**4. Position of Opposing Counsel.**

Counsel for all Defendants that have appeared state that they do not oppose this motion, as further detailed below:

- ESH Strategies Franchise, LLC and OKC Airport ES, LLC, by their counsel Bart Jay Robey, via email on October 8, 2026;
- Super 8 Worldwide, LLC, Days Inn Worldwide, Inc., Ramada Worldwide, Inc., and Howard Johnson International, Inc., by their counsel Mallory T. Biblo, via email on October 12, 2026;
- Chand & Saaj Hospitality, Inc., by its counsel Emma C. Kincade, via email on October 12, 2026;
- G6 Hospitality, LLC, by its counsel Daniel J. Thompson, via email on October 12, 2026;
- Plaza Hotels, LLC, Steve Ketter, and Michael Wiley, by their counsel Jessica L. Dark, via email on October 12, 2026;
- Ambica, LLC, Indra, LLC, Om, LLC, and Noor Hotel, LLC, by their counsel Sterling E. Pratt, via email on October 12, 2026;
- Raj Krupa Hotel, LLC, by its counsel Alexander Gebert, via email on October 12, 2026;
- Yash Enterprises LLC, by its counsel Ashley F. Vinson, via email on October 12, 2026; and
- Jaliyan Hospitality, LLC, by its counsel Hunter M. Siex, in telephonic conversation on October 12, 2026.

**5. Impact on Other Deadlines.**

The requested extensions will have no impact on a scheduled trial or hearing because none is currently set in this case.

**6. Relief Requested.**

Plaintiff requests a 14-day extension to file her Second Amended Complaint. If granted, the new due date will be October 28, 2026.

Plaintiff further requests a reciprocal 14-day extension of Defendants' time to respond to her Second Amended Complaint. If granted, the new due date will be November 25, 2026, assuming Plaintiff files her Second Amended Complaint on October 28, 2026.

**7. Conclusion.**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant her a 14-day extension of time to file her Second Amended Complaint, making the brief due on October 28, 2026, and that the Court grant Defendants a reciprocal 14-day extension of their time to respond to her Second Amended Complaint, making their responses due 28 days after Plaintiff files her Second Amended Complaint.

Dated: October 12, 2026

*_/s/ Geoffrey C. Parker_*
GEOFFREY C. PARKER, ESQ.
Ohio Bar No. 0096049
JONATHAN L. HILTON, ESQ.
Ohio Bar No. 0095742
HILTON PARKER LLC
7620 Farmsbury Dr.
Reynoldsburg, Ohio 43068

*Attorney for Plaintiff Nancy R.*

**CERTIFICATE OF SERVICE**

I, Geoffrey Parker, Esq., do hereby certify that on October 12, 2026, a true and correct copy of the foregoing was filed electronically using the CM/ECF system.

Dated: October 12, 2026

s/ Geoffrey C. Parker
Geoffrey C. Parker