**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

vs.

PLAZA HOTELS, LLC et al.,

Defendants.

Case No.: CIV-25-462-G

Judge Charles B. Goodwin

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Second Amended Complaint (Doc. No. 216). On September 30, 2026, the Court entered an Order granting Plaintiff leave to file a second amended complaint within 14 days of its Order. (Doc No. 212 at 7.) The present Motion seeks a 14-day extension to file a second amended complaint from October 14, 2026, to October 28, 2026. The Motion also seeks a 14-day extension of Defendants' time to respond.

For good cause shown, the Motion is **GRANTED**. Plaintiff shall file her Second Amended Complaint on or before October 28, 2026. Defendants will then have 28 days to answer or otherwise respond to the Second Amended Complaint.

**IT IS SO ORDERED** this ___ day of October, 2026.

**CHARLES B. GOODWIN**
**United States District Judge**