**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NANCY R., pseudonymously,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-25-462-G** |
| **PLAZA HOTELS, LLC et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court is Plaintiff's Motion (Doc. No. 216), seeking an extension of time to file her second amended complaint.

For good cause shown, the unopposed Motion is GRANTED. Plaintiff shall file her second amended complaint on or before October 28, 2026. Defendants shall file an answer or otherwise respond to the second amended complaint within 28 days of its filing.

IT IS SO ORDERED this 14th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge