# Exhibit 1

# Incident Report 2022-0022257-1 (Report 1 of 1)

**Primary Officer:** Boyett, Davin (48768)

**Unit:** Assaults **Division, Sector, Beat:** SF,SF1,D4

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100617188 **CFS #:** 202204-0003072 **Incident Type:** Persons **Incident From Date:** 04/02/2022 **Incident From Time:** 00:00 **Incident To Date:** 04/02/2022 **Incident To Time:** 01:17 **Reported On Date:** 04/02/2022 **Reported On Time:** 03:28 **Location:** 32[redacted] S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 32[redacted] S I-35 SERVICE RD [redacted] **Location Category:** Hotel/Motel/Etc. **Cleared Exceptionally:** Not Applicable **Clearance Date:** 08/14/2023 **Clearance Time:** 08:59 **Handle with care?:** Not Utilized

## Offenses

### 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

**Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **NIBRS UCR Code:** Weapon Law Violations **Severity:** Felony **Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** Yes **Was Weapon/Force Involved?:** Yes **Was Bias Motivation Involved?:** No **Type of Criminal Activity/Gang Involved:** P - Possessing/Concealing **Type of Weapon/Force Involved:** 12 - Handgun **Cargo Theft:** No

### 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL **NIBRS UCR Code:** Murder & Non-Negligent Manslaughter **Severity:** Felony **Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** No **Was Weapon/Force Involved?:** Yes **Was Bias Motivation Involved?:** No **Type of Weapon/Force Involved:** 12 - Handgun, 40 - Personal Weapons **Cargo Theft:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

RELEASED BY

## Names

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

## Involved Person, Witness - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Role:** Witness **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Dept.
Capt. Randy Wiens
Supvr. of Records
OCT 09 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

[redacted]

## Witness - [redacted]

Involvement

**Role:** Witness **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

## Suspect/Offender - Unknown Person

OCT 09 2025
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Involvement

**Role:** Suspect/Offender **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Role:** Suspect/Offender **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Identity

**Type:** Unknown

Description

[redacted]

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

[redacted]

[redacted]

[redacted]

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Oklahoma City Police Department

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## Arrestee - JACK, JAMIE DEVON

Involvement

**Role:** Arrestee **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

**Role:** Arrestee **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

## Victim Details

### Identity

**Type:** Known **Last Name:** JACK **First Name:** JAMIE **Middle Name:** DEVON **DOB:** 07/13/1975 **Homeless?:** No

### Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** K084138935 **Expiration Date:** 01/31/2023

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

### Description

**Age:** 46 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 6' 0" **Weight:** 250

**Eye Color:** Brown **Hair Color:** Black **Build:** Heavy **OCPD Bureau of Records:** 504109

### Contact

**Address Type:** Home **Location:** 3240 W Memorial Rd, Oklahoma City, OK, 73120, USA

**Location Note:** 3240 W MEMORIAL RD EB #B

**Phone Number Type:** Home **Phone Number:** (405) 300-4163

**Phone Number Type:** Temporary **Phone Number:** (405) 500-5726

**Phone Number Type:** Mobile **Phone Number:** (707) 712-3665

### Relationships

[redacted]

### Victim Hospitalized

[redacted]

### Arrest

**Arrest Date:** 04/07/2022 **Arrest Time:** 15:46 **Arrest Type:** Taken Into Custody

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 115 SE Grand Blvd, Oklahoma City, OK, 73129, USA

**Location Note:** 115 SE GRAND BLVD **Arresting Officer / Employee Number:** McClellan, Nathaniel (45898)

**Arresting Agency:** OCPD

### Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Armed With:** Unarmed

### Arrest Transport

**Transporting Officer / Employee Number:** McClellan, Nathaniel (45898)

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Arrest Charges

**Charge:** 223200 - 21-652.C ASSAULT AND BATTERY WITH A DEADLY WEAPON - FEL **Severity:** Felony **Counts:** 1
**Warrant Number:** MI-2022-413 **Date of Offense:** 04/07/2022 **Charge Type:** State Statue **County:** OKLAHOMA
**Warrant or PC?:** Yes - Warrant **Expunged?:** No

**Charge:** 125400 - 21-1283.A POSSESS FIREARM AFTER CONVICTION OF FELONY F - FEL **Severity:** Felony **Counts:** 1
**Warrant Number:** MI-2022-413 **Date of Offense:** 04/07/2022 **Charge Type:** State Statue **County:** OKLAHOMA
**Warrant or PC?:** Yes - Warrant **Expunged?:** No

**Charge:** 224000 - 21-701.7 MURDER FIRST DEGREE F - FEL **Severity:** Felony **Counts:** 1 **Warrant Number:** MI-2022-413
**Date of Offense:** 04/07/2022 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** Yes - Warrant
**Expunged?:** No

## Arrestee - CANADA, CHRISTOPHER DON

Involvement

**Role:** Arrestee **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** CANADA **First Name:** CHRISTOPHER **Middle Name:** DON **DOB:** 01/19/1976
**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License
**Issuing State:** Oklahoma **ID Number:** K999411331
**ID Type:** Social Security Card
**Social Security Number:** [redacted]

Description

**Age:** 46 **Sex:** Male **Race:** Black or African American **Ethnicity:** Unknown/Not reported **Height:** 5' 8" **Weight:** 160
**Eye Color:** Brown **Hair Color:** Black **Build:** Medium **Place Of Birth:** SHAWNEE, OK **Employer:** UNEMPLOYED
**OCPD Bureau of Records:** 253334

Scars, Marks, Tattoos

**Marking Type:** Pierced **Marking Location:** Ears **Marking Comments:** THREE IN LEFT, ONE IN RIGHT
**Marking Type:** Other **Marking Comments:** HAIR IMPLANTS COLORED BLONDE
**Marking Type:** Pierced **Marking Location:** Ears **Marking Comments:** 3 IN LEFT-1 IN RIGHT
**Marking Type:** Tattoo **Marking Location:** Arm - Right - Upper **Marking Comments:** CANADA
**Marking Type:** Other **Marking Comments:** NOT IMPLANTS COLORED BLONDE

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

**Marking Type:** Other **Description:** Bald/Balding **Marking Comments:** head shaved

**Marking Type:** Tattoo **Marking Location:** Shoulder - Right **Marking Comments:** INDIAN SHAMAN

**Marking Type:** Tattoo **Marking Location:** Hand - Left **Marking Comments:** SMALL DOT

**Marking Type:** Scar **Marking Location:** Face **Marking Comments:** 1 INCH SCAR ON FOREHEAD

**Marking Type:** Scar **Marking Location:** Forehead **Marking Comments:** FRESH CUT, APPROX 3 INCHES, CENTER

Contact

**Address Type:** Home **Location:** 5308 Foster Dr, Oklahoma City, OK, 73135, USA **Location Note:** 5308 FOSTER DR

**Phone Number Type:** Home **Phone Number:** (405) 549-7210

**Phone Number Type:** Mobile **Phone Number:** (405) 210-5630

Relationships

[redacted]

Victim Hospitalized

[redacted]

Arrest

**Arrest Date:** 04/02/2022 **Arrest Time:** 01:17 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA

**Location Note:** 3200 S I-35 SERVICE RD #201 **Arresting Officer / Employee Number:** Reyes, William (53190)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL
**Armed With:** Unarmed

Arrest Transport

**Transporting Officer / Employee Number:** Brown, Jason (57094)

Arrest Charges

**Charge:** 223200 - 21-652.C ASSAULT AND BATTERY WITH A DEADLY WEAPON - FEL **Severity:** Felony **Counts:** 1

**Modifier:** Accessory To **Date of Offense:** 04/02/2022 **Charge Type:** State Statue **County:** OKLAHOMA

**Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 224000 - 21-701.7 MURDER FIRST DEGREE F - FEL **Severity:** Felony **Counts:** 1 **Date of Offense:** 04/02/2022

**Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

**Involved Person -** [redacted]

OCT 09 2026
RELEASED BY

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

## Witness - [redacted]

Involvement

**Role:** Witness **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Juvenile



## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 0 9 2026

RELEASED BY

[redacted]

[redacted]

[redacted] **DOB:** [redacted]1983

[redacted]

[redacted]

Description

[redacted] **Sex:** Male [redacted]

[redacted]

---

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

[redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 0 9 2026

RELEASED BY

[redacted]

## Involved Person [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

[redacted]

[redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Vehicles

[redacted]

## Property

### Evidence - Documents/Personal or Business **Property ID:** I000M0TX

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 2

**Description**
TWO (2) COMPUTER SEARCH WAIVERS- [redacted] | TWO (2) COMPUTER, CELLULAR OR ELECTRONIC DEVICE CONSENT TO SEARCH (SEARCH WAIVERS) BY [redacted] | Authorization Code: HOLD

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

## Evidence - Documents/Personal or Business **Property ID:** I000M0TY

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**
OCPD CRIME SCENE LOG | OCPD CRIME SCENE LOG | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12J

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #1 - PEN BARREL | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12K

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #2 - WADDED NAPKIN | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12L

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #3 - WADDED NAPKINS | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12M

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Description

**Description**
EI #4 - MICROFIBER RAG | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12N

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #9 - PIECE OF CARPET | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12O

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #10 - WHEELCHAIR | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12P

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #11 - SCARF | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12Q

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #12 - COMFORTER | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12R

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

**Oklahoma City PD**
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #13 - TOWEL AND RAG | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12S

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #14 - WHITE RAG | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12T

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #15 - TAN PANTS | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12U

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #16 - BLACK BATH TOWEL | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12W

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #17 - BLUE RUG | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

## Evidence - New Property **Property ID:** I000M12X

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #18 - BROWN TOWEL | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12Y

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #19 - BLUE TOWEL | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M12Z

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #20 - GRAY JACKET | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M130

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #21 - BLUE BANDANA | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M131

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

EI #22 - GRAY UNDERWEAR | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M132

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #23 - BLACK AND WHITE SHORTS | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M133

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #24 - BLACK ALTHETIC SHORTS | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M134

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #25 - LONG SLEEVE SHORT AND A WHITE SHORT SLEEVE SHIRT | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M135

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #26 - WATCH | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M136

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Description

**Description**
EI #27 - LEATHER BELT | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M137

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI 28 - SOCKS | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M138

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #29 - SHORTS AND FABRIC | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M139

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #30 - BLACK SHORTS | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M13A

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #31 - GRAY SHOES | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M13B

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #32 - GRAY GRAPHIC T-SHIRT | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M13C

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #33 - BLACK AND RED JACKET | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M13D

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #34 - HAT | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M13E

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
EI #35 - SEARCH WAIVER | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M13F

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
SWABS - EI #4A, 5-8, 11A, 12A, 13A, 14A, 15A, 16A, 30A, 30B, 31A-31G, 32A, AND 10A | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

## Evidence - Documents/Personal or Business **Property ID:** I000M14E

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
PHOTO LINEUP FORM NUM.1- [redacted] | PHOTOGRAPHIC LINEUP ADMONITION FORM W/ PHOTOS NUM.1 - COMPLETED BY [redacted] | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000M14G

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
PHOTO LINEUP FORM NUM.2- [redacted] | PHOTOGRAPHIC LINEUP ADMONITION FORM W/ PHOTOS NUM.2 - COMPLETED BY [redacted] | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000M14H

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
ONE (1) PHOTO SHOWN TO CHRISTOPHER CANADA AT JAIL | ONE (1) PHOTO SHOWN TO CHRISTOPHER CANADA DURING IN-PERSON INTERVIEW AT JAIL | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M19S

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
NORMAN#4502-HOMICIDE-2 PAIRS PANTS, EI #1 | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

## Evidence - New Property **Property ID:** I000M19T

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
NORMAN#4502-HOMICIDE-WAIVER, EI #2 | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M19U

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
NORMAN#4502-HOMICIDE-GLOCK MAGAZINE, EI #3 | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M19V

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
NORMAN#4502-HOMICIDE-BAG OF MISC. ITEMS, EI #4 | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M19W

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Control Number:** 3818978

**Description**
NORMAN#4502-HOMICIDE-GREEN LEAFY SUBSTANCE, EI #4A | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M19X

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Description

**Control Number:** 3818979

**Description**
NORMAN#4502-HOMICIDE-SIX GLASS PIPES W/RESIDUE, EI #4B | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000M19Y

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 9

**Description**
SALYARDS #4607 / 9 WET SWABS (EI #2A, 2B, 2C, 2D, 3A, 4A, 5A, 6A, AND 7A) | SALYARDS #4607 / 9 WET SWABS (EI #2A, 2B, 2C, 2D, 3A, 4A, 5A, 6A, AND 7A) | | Authorization Code: HOLD |

## Evidence - Clothes/Furs **Property ID:** I000M19Z

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs **Quantity:** 5

**Description**
SALYARDS #4607 / BLUE JEANS, HOODED JACKET, T-SHIRT, BELT, AND TWO SOCKS (EI #1) | SALYARDS #4607 / ONE PAIR OF "RUSTLER" BLUE JEANS , ONE BLACK & GREY "UNDER ARMOUR" HOODED JACKET, ONE BLACK "BCG" SHORT SLEEVE T-SHIRT, ONE BLACK UNKNOWN BRAND BELT WITH SILVER BUCKLE , ONE ADULT BLACK SOCK UNKNOWN BRAND, AND ONE ADULT BLACK "REEBOK" SOCK | | Authorization Code: HOLD |

## Evidence - Clothes/Furs **Property ID:** I000M1A0

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs **Quantity:** 1

**Description**
SALYARDS #4607 / PAIR OF SHOES (EI #2) | SALYARDS #4607 / PAIR OF SHOES (EI #2) | | Authorization Code: HOLD |

**Color:** BLK **Brand:** CONVERSE

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wions
Supt. Of Records

## Evidence - Jewelry/Precious Metals/Gems **Property ID:** I000M1A1

OCT 09 2026
RELEASED BY

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Jewelry/Precious Metals/Gems **Quantity:** 1

**Description**
SALYARDS #4607 / BRACELET (EI #3) | SALYARDS #4607 / BRACELET (EI #3) / BLACK AND WHITE IN COLOR | | Authorization Code: HOLD |

**Color:** BLK **Brand:** AIR JORDAN

## Evidence - Jewelry/Precious Metals/Gems **Property ID:** I000M1A2

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Jewelry/Precious Metals/Gems **Quantity:** 1

**Description**
SALYARDS #4607 / RING (EI #4) | SALYARDS #4607 / RING (EI #4) | | Authorization Code: HOLD |

**Color:** BRZ

## Evidence - Jewelry/Precious Metals/Gems **Property ID:** I000M1A3

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Jewelry/Precious Metals/Gems **Quantity:** 1

**Description**
SALYARDS #4607 / EARRING (EI #5) | SALYARDS #4607 / EARRING (EI #5) | | Authorization Code: HOLD |

**Color:** SIL

## Evidence - Jewelry/Precious Metals/Gems **Property ID:** I000M1A4

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Jewelry/Precious Metals/Gems **Quantity:** 1

**Description**
SALYARDS #4607 / EARRING (EI #6) | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

**Color:** SIL

Recovery Details

**Location Note:** SALYARDS #4607 / EARRING (EI #6)

## Evidence - Other **Property ID:** I000M1A5

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 1

**Description**
SALYARDS #4607 / WATER BOTTLE (EI #7) | SALYARDS #4607 / WATER BOTTLE (EI #7) | | Authorization Code: HOLD |

**Color:** CLR **Brand:** KIRKLAND **Model:** 16.9 FL OZ

## Evidence - Documents/Personal or Business **Property ID:** I000M1AC

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
PHOTO LINEUP FORM- [redacted] | PHOTOGRAPHIC LINEUP ADMONITION FORM W/ PHOTOS- COMPLETED BY [redacted] | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000M1DZ

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
SIGNED SEARCH WAIVER (EI #1) | | Authorization Code: HOLD |

## Evidence - CLEVER VALLEY **Property ID:** I000M1E0

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Description

**Description**
PLASTIC WATER BOTTLE (EI #2) | | Authorization Code: HOLD |

**Brand:** CLEVER VALLEY

## Evidence - Other **Property ID:** I000M1E1

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
PAIR OF WET SWABS (EI #2A) | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000M1E2

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
PAIR OF WET SWABS (EI #3) | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000M1E3

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
PAIR OF WET SWABS (EI #4) | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000M1E4

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

**Description**
PAIR OF WET SWABS (EI #5) | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000M1E5

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
PAIR OF WET SWABS (EI #6) | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000M1E6

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
SIGNED SEARCH WAIVER (EI #7) | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000M1SK

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
GONZALEZ #4610/ MORGUE PRINTS EI #1 | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000M1SL

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**
GONZALEZ #4610/MEDICOLEGAL RECEIPT EI #2 | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026
RELEASED BY

## Evidence - Other **Property ID:** I000M1SM

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 8

**Description**
GONZALEZ #4610/EE WITH 8 SEALED WHITE ENVELOPES WITH SEROLOGICAL MORGUE EVIDENCE EI #3-10 | | Authorization Code: HOLD |

## Evidence - Jewelry/Precious Metals/Gems **Property ID:** I000M1SN

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Jewelry/Precious Metals/Gems **Quantity:** 1

**Description**
GONZALEZ #4610 / BRACELET EI #11 | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000MNF7

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 2

**Description**
2 PAIRS OF BUCCAL SWABS FROM SU-CHRISTOPHER CANADA | EVIDENCE ENVELOPE CONTAINING 2 PAIRS OF BUCCAL SWABS FROM SU- CHRISTOPHER CANADA | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000MNF8

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 2

**Description**
2 PAIR OF BUCCAL SWABS FROM SU- JAMIE JACK | EVIDENCE ENVELOPE CONTAINING 2 PAIR OF BUCCAL SWABS FROM SU- JAMIE JACK | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 05
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - Documents/Personal or Business **Property ID:** I000N6XE

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**
COMPUTER SEARCH WAIVER- [redacted] | COMPUTER, CELLULAR OR ELECTRONIC DEVICE CONSENT TO SEARCH (ELECTRONIC SEARCH WAIVER) COMPLETED BY [redacted] | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000N6XF

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**
COMPUTER SEARCH WAIVER- [redacted] | COMPUTER, CELLULAR OR ELECTRONIC DEVICE CONSENT TO SEARCH (ELECTRONIC SEARCH WAIVER) COMPLETED BY [redacted] | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000N6XG

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
[redacted] MEDICAL RECORDS FOR [redacted] (1 OF 2) | [redacted] MEDICAL RECORDS FOR [redacted] (1 OF 2) | | Authorization Code: HOLD |

## Evidence - Documents/Personal or Business **Property ID:** I000N6XH

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business

**Description**
[redacted] MEDICAL RECORDS FOR [redacted] (2 OF 2) [redacted] MEDICAL RECORDS FOR [redacted] (2 OF 2) | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 0 8 2025
RELEASED BY

**Evidence - Documents/Personal or Business** **Property ID:** I000N6Z8

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**
USMS CONSENT TO SEARCH FORM | UNITED STATES MARSHALS SERVICE (USMS) CONSENT TO SEARCH FORM | | Authorization Code: HOLD |

## Narrative by Boyett, Davin

Created Date: 2022-04-02 04:37:00 Created By: 41236 On April 2, 2022, I was assigned as the 3rd Shift Watch Commander. Around 0132 hours, Lieutenant Pagel #1759 called me and advised officer were flagged down at the McDonalds at SE 29th and I-35 regarding a subject claiming to have witnessed a murder. Officers were told the incident occurred at the [redacted] at 32[redacted] S. I-35 room [redacted] and the body was dumped in the wooded area near the hotel. Upon arrival, I contacted Lieutenant Pagel who was parked just south of the [redacted] with Officer Finlason #2254. Lieutenant Pagel advised officers made contact with room [redacted], detained the subjects inside and located evidence of an assault. Due to weather, Air 1 was unable to assist with checking the area, so Officer Finlason, a Drone operator, launched his Drone. Using the Drone, we saw a heat signature in the wooded area along the fence line near the southeast corner of the [redacted]. The shape of the heat signature looked consistent with the shape of a body. We went to the area of the heat signature and located VI laying on the ground. VI was wrapped in a comforter and with a wheelchair near him. VI had was bleeding from his head, was not responding to us, and had labored breathing. Lieutenant Pagel requested Fire and EMSA. Officer Finlason and Lieutenant Pagel moved VI out of the wooded area and onto the parking lot so we could better assess his injuries and provide care. Fire and EMSA arrived and began treating VI. VI was transported to [redacted] by EMSA. The scene was secured with crime scene tape and officer presence. I contacted Lieutenant Koelsch who was managing the scene around room [redacted]. The room was secured with crime scene tape and officers had multiple subjects detained in police cars. I did not enter the hotel room. VI was listed as "critically stable" and Lieutenant Pagel contacted the appropriate investigations supervisor. I remained on scene until I was informed investigators were enroute. End of Report M. Lindsey #1507

## Narrative by Boyett, Davin

BWC available. On 4/2/22 at approximately 0117 hours FTO Sgt Nitzky and I were dispatched to the [redacted] at 32[redacted] S I-35 Service Rd in reference to a possible assault. See supplemental for more information.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY