# Exhibit 2

Case 5:25-cv-00462-G Document 218-2 Filed 10/28/26 Page 2 of 14

# Incident Report 2022-0046586-1 (Report 1 of 1)

**Primary Officer:** Avelar, Moises (55751)

**Unit:** Santa Fe **Division, Sector, Beat:** SF,SF1,D4

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100641520 **CFS #:** 202207-0000467 **Incident Type:** Persons
**Incident From Date:** 07/01/2022 **Incident From Time:** 04:10 **Incident To Date:** 07/01/2022 **Incident To Time:** 04:15
**Reported On Date:** 07/01/2022 **Reported On Time:** 05:12 **Location:** 32[redacted] S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 32[redacted] S I-35 SERVICE RD [redacted] **Location Category:** Hotel/Motel/Etc.
**Cleared Exceptionally:** Not Applicable **Clearance Date:** 11/28/2022 **Clearance Time:** 08:40
**Handle with care?:** Not Applicable

## Offenses

### 10100 - 120 - ROBBERY - FEL

**Offense:** 10100 - 120 - ROBBERY - FEL **NIBRS UCR Code:** Robbery **Severity:** Felony **Completion:** Completed
**Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** No **Was Weapon/Force Involved?:** Yes
**Was Bias Motivation Involved?:** No **Type of Weapon/Force Involved:** 40 - Personal Weapons **Cargo Theft:** No

### 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL **NIBRS UCR Code:** Murder & Non-Negligent Manslaughter **Severity:** Felony **Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** No **Was Weapon/Force Involved?:** Yes
**Was Bias Motivation Involved?:** No **Type of Weapon/Force Involved:** 40 - Personal Weapons **Cargo Theft:** No

## Names

### Involved Person - [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known [redacted] **DOB:** [redacted]

[redacted]

Identifying Documents

[redacted]

Description

[redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

## Reporting Person - [redacted]

Involvement

**Role:** Reporting Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]

Identifying Documents

[redacted]

Description

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

[redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

## Suspect/Offender - Unknown Person

Involvement

**Role:** Suspect/Offender **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Identity

**Type:** Unknown

Description

[redacted]

Relationships

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]

[redacted]

Identifying Documents

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

Description

[redacted]

Scars, Marks, Tattoos

[redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted]

Identifying Documents

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Description

[redacted]

Scars, Marks, Tattoos

[redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 10100 - 120 - ROBBERY - FEL

**Role:** Victim **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

[redacted]

Identity

[redacted]

Identifying Documents

[redacted]

Description

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Case 5:25-cv-00462-G Document 218-2 Filed 10/28/26 Page 7 of 14

Contact

[redacted]

Relationships

[redacted]

Victim Hospitalized

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted]

Identifying Documents

[redacted]

Description

[redacted]

Contact

[redacted]

Victim Hospitalized

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2025

RELEASED BY

[redacted]

## Suspect/Offender - Unknown Person

Involvement

**Role:** Suspect/Offender **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Identity

**Type:** Unknown

Description

[redacted] **Sex:** Male [redacted]

**General Description / Clothing**

[redacted]

Relationships

[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted]

Identifying Documents

[redacted]

Description

[redacted]

Contact

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

Victim Hospitalized

[redacted]

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted]

Identifying Documents

[redacted]

Description

[redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

## Arrestee - BERRY, CARNELIUS PRESTON

Involvement

**Role:** Arrestee **Offense:** 10100 - 120 - ROBBERY - FEL

**Role:** Arrestee **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 20
RELEASED BY

## Victim Details

### Identity

**Type:** Known **Last Name:** BERRY **First Name:** CARNELIUS **Middle Name:** PRESTON **DOB:** 11/02/1995

**Homeless?:** No

### Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** N999118637

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

### Description

**Age:** 26 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 11" **Weight:** 180

**Eye Color:** Brown **Hair Color:** Black **OCPD Bureau of Records:** 510347

### Contact

**Address Type:** Home **Location:** 1002 N Spencer Rd, Midwest City, OK, 73110, USA **Location Note:** 1002 SPENCER RD

**Phone Number Type:** Mobile **Phone Number:** (405) 441-1332

### Relationships

[redacted]

### Victim Hospitalized

[redacted]

### Arrest

**Arrest Date:** 07/22/2022 **Arrest Time:** 10:34 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA

**Location Note:** 3200 S I-35 SERVICE RD #212 **Arresting Officer / Employee Number:** Wright, Dustin (44467)

**Arresting Agency:** OCPD

### Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Armed With:** Unarmed

### Arrest Charges

**Charge:** 246700 - 22-1141.13 FUGITIVE FROM JUSTICE F - FEL **Severity:** Felony **Counts:** 1

**Warrant Number:** MI-2022-838 **Date of Offense:** 07/22/2022 **County:** OKLAHOMA **Warrant or PC?:** Yes - Warrant

**Expunged?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
OCT 09 2025
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Charge:** 224400 - 21-711 MANSLAUGHTER FIRST DEGREE F - FEL **Severity:** Felony **Counts:** 1

**Warrant Number:** MI-2022-838 **Date of Offense:** 07/22/2022 **Charge Type:** State Statue **County:** OKLAHOMA

**Warrant or PC?:** No - Not Warrant **Expunged?:** No

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted]

Identifying Documents

[redacted]

Description

[redacted]

Scars, Marks, Tattoos

[redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

## Suspect/Offender - [redacted]

Involvement

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

**Role:** Suspect/Offender **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted]

Description

**Sex:** Male [redacted]

Contact

[redacted]

Relationships

[redacted]

Victim Hospitalized

[redacted]

## Involved Business - CROW

Involvement

**Role:** Involved Business **Offense:** 10100 - 120 - ROBBERY - FEL

**Role:** Involved Business **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

**Victim Type:** Business

Contact

**Location:** 32[redacted] S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 32[redacted] S I-35 SERVICE RD [redacted]

**Type:** Business **Name:** CROW

**Phone Number:** (405) 977-8478

**Phone Number:** (405) 898-5987

## Vehicles

None reported.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

## Property

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Stolen - Other **Property ID:** PRO2301122499

Involvement

**Role:** Stolen **Offense:** 10100 - 120 - ROBBERY - FEL **Property Status:** Stolen/Etc.

Description

**Type:** Other **Value:** $2.00 **Quantity:** 1

**Description**
Item # 0267817 | Description:

Related People

**Relationship:** Property Taken or Lost / Victim

## Evidence - Other **Property ID:** I000M921

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 1

**Description**
GONZALEZ #4610/ EE WITH 1 PAIR OF WET SWABS EI #1 | | Authorization Code: DESTR |

## Evidence - Documents/Personal or Business **Property ID:** I000M922

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**
GONZALEZ #4610 / CARD WITH ROOM INFO EI #2 | | Authorization Code: DESTR | Original Evidence Disposition Code: DEST

## Evidence - New Property **Property ID:** I000MAFC

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
GONZALEZ #4610 / MORGUE PRINTS EI #3 | | Authorization Code: DESTR |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2025
RELEASED BY

## Evidence - Documents/Personal or Business **Property ID:** I000MAFD

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**
GONZALEZ #4610 / MEDICOLEGAL RECIEPT EI #4 | | Authorization Code: DESTR | Original Evidence Disposition Code: DEST

## Evidence - Other **Property ID:** I000MAFE

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 1

**Description**
GONZALEZ #4610 / DNA BLOOD CARD EI #5 | | Authorization Code: DESTR |

# Narrative by Avelar, Moises

Created Date: 2022-07-01 10:11:16 Created By: 55751 ***BWC activated*** On 07/01/2022 at approximately 0521 hours I was dispatched to 32[redacted] S I-35 Service Rd in reference to a trouble unknown. When I arrived on scene I observed a [redacted] female holding VI [redacted] up. VI was acting very sporadic with his movements. When I approached VI I observed a large amount of blood behind VI's head. I also observed a puddle of blood on the ground by VI. EMSA arrived on scene at the same time as we did. They immediately took over patient care. EMSA transported VI to [redacted] in critical condition. While we assisted EMSA in getting VI into the ambulance the female who was with VI left the scene. We were unable to located her again. Lt Swanson 1171 arrived on scene and was briefed on the incident. I went to the front desk and was able to get access to surveillance video. On Camera 3 time stamp 04:11:45 hours I observed VI speaking with a unknown [redacted] male (SU1) and female (SU2) . SU1 is seen punching VI one time and VI collapses to the ground. SU1 then leaves the area southbound. SU2 then approaches VI while VI is on the ground and begins to dig through VI's pockets. VI appeared to be unconscious while SU2 went through VI's pockets. SU2 then leaves the scene southbound. I recorded the surveillance video of the incident with my city issued phone and BWC. The video was uploaded to Evidence.com. I remained on scene for scene security until I was relieved by Dayshift officers. End of report

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY