# Exhibit 3

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2022-0073584-1

**Primary Officer:** Teague, Travis (53200)

**Assigned District:** VCAT **Division, Sector, Beat:** SF

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100668523 **CFS #:** 202210-0024189 **Incident Type:** Persons
**Incident From Date:** 10/10/2022 **Incident From Time:** 08:38 **Incident To Date:** 10/10/2022 **Incident To Time:** 08:38
**Reported On Date:** 10/10/2022 **Reported On Time:** 08:45 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD #221 **Location Category:** Hotel/Motel/Etc.
**Cleared Exceptionally:** Not Applicable **Clearance Date:** 09/18/2023 **Clearance Time:** 13:21
**Handle with care?:** Not Applicable

## Offenses

### 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL **NIBRS UCR Code:** Murder & Non-Negligent Manslaughter **Severity:** Felony **Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** No **Was Weapon/Force Involved?:** Yes
**Was Bias Motivation Involved?:** No **Type of Weapon/Force Involved:** 12 - Handgun **Cargo Theft:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

## Names

### Witness - [redacted]

Involvement

**Role:** Witness **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** [redacted] **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]1981 **Homeless?:** [redacted]

Identifying Documents

**ID Type:** Driver's License

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Issuing State:** [redacted] **ID Number:** [redacted]

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted] **Weight:** [redacted]

**Eye Color:** [redacted] **Hair Color:** [redacted] **Hair Length:** Short **Facial Hair:** [redacted] **Build:** [redacted] **Place Of Birth:** [redacted]

**Employer:** [redacted] **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** Home **Location:** [redacted]

**Location Note:** [redacted]

**Phone Number Type:** Home **Phone Number:** ([redacted]

**Phone Number Type:** Work **Phone Number:** [redacted]

**Phone Number Type:** Temporary **Phone Number:** [redacted]

**Phone Number Type:** Mobile **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Person, Interviewed Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/1980

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY Kh

[redacted]

[redacted] **Sex:** Female [redacted]

Contact

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Address Type:** Home **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA

**Location Note:** 3200 S I-35 SERVICE RD #221

**Phone Number Type:** Home **Phone Number:** (405) 408-1806

**Phone Number Type:** Mobile **Phone Number:** (405) 822-9867

Victim Hospitalized

**Victim Hospitalized?:** No

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]/1981 **Homeless?:** [redacted]

Identifying Documents

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** Female **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Eye Color:** [redacted] **Hair Color:** [redacted] **Build:** [redacted]

**Employer:** [redacted]

Contact

**Address Type:** Home **Location:** [redacted]

**Phone Number Type:** Home **Phone Number:** [redacted]

**Phone Number Type:** Work **Phone Number:** [redacted]

**Phone Number Type:** Temporary **Phone Number:** [redacted]

**Phone Number Type:** Mobile **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **DOB:** [redacted]/1964 [redacted]

[redacted]

[redacted]

[redacted] **Sex:** Female [redacted]

[redacted]

[redacted]

## Witness - [redacted]

Involvement

**Role:** Witness **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]/1981 **Homeless?:** [redacted]

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** [redacted] **ID Number:** [redacted]

**ID Type:** Social Security Card

**Social Security Number:** [redacted]1

Description

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY: Kh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Eye Color:** [redacted] **Hair Color:** [redacted]
**Employer:** [redacted] **Occupation:** [redacted]

Contact

**Address Type:** Home **Location:** [redacted] **Location Note:** [redacted]
**Phone Number Type:** Home **Phone Number:** [redacted]
**Phone Number Type:** Work **Phone Number:** [redacted]
**Phone Number Type:** Mobile **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **DOB:** [redacted]994 **Homeless?:** [redacted]

Identifying Documents

**ID Type:** Social Security Card
**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Occupation:** [redacted]

Contact

**Address Type:** Home **Location:** [redacted] **Location Note:** [redacted]
**Phone Number Type:** Mobile **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]/1962 **Homeless?:** [redacted]

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** [redacted]

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Eye Color:** [redacted] **Hair Color:** [redacted] **Build:** [redacted]

**Employer:** PLAZA INN

Contact

**Address Type:** Home **Location:** [redacted]

**Location Note:** [redacted]

**Phone Number Type:** Home **Phone Number:** [redacted]

**Phone Number Type:** Work **Phone Number:** [redacted]

**Phone Number Type:** Mobile **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Officer - CAMREN, BESSIE JEAN

Involvement

**Role:** Involved Officer **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** CAMREN **First Name:** BESSIE **Middle Name:** JEAN **DOB:** [redacted]/1941 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** L001715923

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Description

**Age:** 81 **Sex:** Female **Race:** White **Height:** 5' 5" **Weight:** 180

Contact

**Address Type:** Home **Location:** [redacted] **Location Note:** 341986 E 770 RD

**Phone Number Type:** Home **Phone Number:** (918) 375-2581

Victim Hospitalized

**Victim Hospitalized?:** No

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **DOB:** [redacted]/1954 **Homeless?:** [redacted]

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Employer:** [redacted]

Contact

**Address Type:** Home **Location:** [redacted]

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10

RELEASED BY

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/2001 [redacted]

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Incident Report 2022-0073584-1

[redacted]

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** 0[redacted]/1997 **Homeless?:** No

[redacted]

Description

**Age:** [redacted] **Sex:** Female [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY

Victim Hospitalized

**Victim Hospitalized?:** No

## Interviewed Person - [redacted]

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/1994

[redacted]

[redacted]

[redacted]

[redacted] **Sex:** Female [redacted]

[redacted]

[redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY ____________

## Interviewed Person, Arrestee - GRESHAM, JOSHUA EMMANUEL EUGENE

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Role:** Arrestee **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** GRESHAM **First Name:** JOSHUA **Middle Name:** EMMANUEL EUGENE **DOB:** [redacted]/2002

**Homeless?:** No

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000


Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** M084174851

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 19 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 6' 0" **Weight:** 165

**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Shoulder **Build:** Medium **Resident Status:** Resident

**Occupation:** SCHOOL: MAYFIELD MIDDLE **OCPD Bureau of Records:** 504828

Contact

**Address Type:** Home **Location:** 1529 SW 37th St, Oklahoma City, OK, 73119, USA **Location Note:** 1529 SW 37 ST

**Phone Number Type:** Home **Phone Number:** (469) 897-9025

**Phone Number Type:** Temporary **Phone Number:** (405) 473-0826

**Phone Number Type:** Mobile **Phone Number:** (405) 445-8057

Relationships

**Name:** KINDRED, KENTRELL LAMONT **Is:** Otherwise Known

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY Kh

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 10/12/2022 **Arrest Time:** 13:45 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 1549 SE 25th St, Oklahoma City, OK, 73129, USA

**Location Note:** 1549 SE 25TH ST **Arresting Officer / Employee Number:** Teague, Travis (53200)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL
**Armed With:** Unarmed

Arrest Charges

**Charge:** 174700 - 21-175 ACCESSORY TO FELONY F - FEL **Severity:** Felony **Counts:** 1 **Date of Offense:** 10/10/2022

**Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 166710 - 21-1713 REC/POSS/CONC STOLEN PROPERTY <$1000 VALUE M - MIS **Severity:** Misdemeanor

**Counts:** 1 **Date of Offense:** 10/10/2022 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]982 [redacted]

[redacted]

[redacted] **Sex:** Female [redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]1993 **Homeless?:** No

[redacted]

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]/1990 [redacted]

[redacted]

[redacted] **Sex:** Female [redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY Kh

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Victim Details

[redacted] **DOB:** [redacted]/2004

**Homeless?:** No

[redacted]

[redacted]

[redacted]

[redacted]

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/1994 **Homeless?:** No

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY Kh

[redacted] **Sex:** Male [redacted]

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

[redacted]

## [redacted] - TAYLOR, RICKEY DANELL, JUNIOR

### Involvement

**Role:** Suspect/Offender **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

### Victim Details

### Identity

**Type:** Known **Last Name:** TAYLOR **First Name:** RICKEY **Middle Name:** DANELL **Suffix:** Junior **DOB:** [redacted]/1975

**Homeless?:** No

### Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** A997018844 **Expiration Date:** 05/31/2025

**ID Type:** Social Security Card

**Social Security Number:** 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

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY YG

### Description

**Age:** 47 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 6' 2" **Weight:** 180

**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Short **Build:** Medium **Place Of Birth:** OKC

**Employer:** UNEMPLOYED **OCPD Bureau of Records:** 221599

### Scars, Marks, Tattoos

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** TAT OF ELMER FUDD UPR OTR

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** TAT FTW,MARVIN THE MARTIAN,YOUNG SOLDIER UPR OTR,T

**Marking Type:** Tattoo **Marking Location:** Abdomen **Marking Comments:** TATPLAYDO, A PICTURE OF GOOFY, ITS A VILLAGE T

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** TAT LWR INR OF AN M&M MAN WITH

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

E.S.VILLAGE
**Marking Type:** Tattoo **Marking Location:** Back **Marking Comments:** TAT 100% VILLAGE, FTW & GENIE ACROSS BACK

Contact

**Address Type:** Home **Location:** Econo Lodge Inn & Suites-Bricktown, 1750 E Reno Ave, Oklahoma City, OK, 73117, USA

**Location Note:** 1750 E RENO AVE #406

**Phone Number Type:** Home **Phone Number:** (405) 427-9833

**Phone Number Type:** Temporary **Phone Number:** (405) 760-1943

**Phone Number Type:** Mobile **Phone Number:** (214) 491-8309

Relationships

**Name:** [redacted] **Is:** Otherwise Known

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 05/01/2023 **Arrest Time:** 21:12 **Arrest Type:** Taken Into Custody

**Multiple Arrestee Segments Indicator:** Count Arrestee **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA

**Location Note:** 3200 S I-35 SERVICE RD #212 **Arresting Officer / Employee Number:** Nelson, Zachary (58390)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL
**Armed With:** Unarmed

RELEASED BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY ____________

Arrest Transport

**Transporting Officer / Employee Number:** Nelson, Zachary (58390)

Arrest Charges

**Charge:** 246700 - 22-1141.13 FUGITIVE FROM JUSTICE F - FEL **Severity:** Felony **Counts:** 1

**Warrant Number:** MI-2023-489 **Date of Offense:** 05/01/2023 **Charge Type:** State Statue **County:** OKLAHOMA

**Warrant or PC?:** Yes - Warrant **Expunged?:** No

**Charge:** 216400 - 21-645 ASSAULT,BATTERY,OR ASSAULT & BATTERY W/DANG WEAPON F - FEL **Severity:** Felony

**Counts:** 1 **Warrant Number:** MI-2023-489 **Date of Offense:** 01/10/2023 **Charge Type:** State Statue

**County:** OKLAHOMA **Warrant or PC?:** Yes - Warrant **Expunged?:** No

## Suspect/Offender - TAYLOR, ANTHONY DEWAYNE

Involvement

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Role:** Suspect/Offender **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/1980

**Homeless?:** No

[redacted]

[redacted] **Sex:** Male [redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY

## Involved Person - [redacted]

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]2000

**Homeless?:** No

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

[redacted]
[redacted] **Sex:** Female [redacted]
[redacted]

[redacted]

[redacted]

## Suspect/Offender - Unknown Person

Involvement

**Role:** Suspect/Offender **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Identity

**Type:** Unknown

Description

**Sex:** Male **Race:** [redacted]

**General Description / Clothing**
[redacted]

Relationships

**Name:** [redacted] **Is:** [redacted]

## Involved Person - STANSBURY, CIESON MEBANE

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

**Type:** Known **Last Name:** STANSBURY **First Name:** CIESON **Middle Name:** MEBANE **DOB:** [redacted]/1978

**Homeless?:** No

Description

**Age:** 44 **Sex:** Female **Race:** White **Height:** 5' 5" **Weight:** 155 **Employer:** SCOTT SABOLICHS PROSTETICS

Contact

**Address Type:** Home **Location:** 4228 SPRING MEADOW LN, FLOWER MOUND TX 75028

**Location Note:** 4228 SPRING MEADOW LN

**Phone Number Type:** Home **Phone Number:** (214) 601-2215

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Person - WARD, LARRISHA

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** WARD **First Name:** LARRISHA **DOB:** [redacted]/1995 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** R994164312

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 27 **Sex:** Female **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 4' 11" **Weight:** 110

**Eye Color:** Brown **Marital Status:** Single **Resident Status:** Nonresident **Place Of Birth:** CHICAGO IL

**Employer:** AIRPORT CARGO SERV

Contact

**Address Type:** Home **Location:** 2703 TIMMONS, DEL CITY OK 73110 **Location Note:** 2703 TIMMONS

**Phone Number Type:** Mobile **Phone Number:** (580) 951-1056

**E-Mail:** LARRISHAWARD@YAHOO.COM

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 1 0 2026
Kh

Victim Hospitalized

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Victim Hospitalized?:** No

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

[redacted] **DOB:** [redacted]/1990 **Homeless?:** No

[redacted]

[redacted] **Sex:** Female [redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY

## Witness - [redacted]

Involvement

**Role:** Witness **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/1978

**Homeless?:** No

Identifying Documents

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

Description

[redacted] **Sex:** Male [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

**Victim Type:** Individual **Aggravated Assault/Homicide Circumstance 1:** Unknown Circumstances

**Victim Was Injured:** No

[redacted]

[redacted] **DOB:** [redacted] 1981

[redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Description

[redacted] **Sex:** Male [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

## Involved Person - BENNETT, KEVIN T

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** BENNETT **First Name:** KEVIN **Middle Name:** T **DOB:** [redacted]1964 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** V081705696

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10

RELEASED BY

Description

**Age:** 57 **Sex:** Male **Race:** White **Height:** 6' 0" **Weight:** 250 **Eye Color:** Gray **Hair Color:** Gray or Partially Gray

**Employer:** BENNETT LAW FIRM

Contact

**Address Type:** Home **Location:** 1432 N Spring Dr, Oklahoma City, OK, 73127, USA **Location Note:** 1432 SPRING DR

**Phone Number Type:** Home **Phone Number:** (405) 823-1817

**Phone Number Type:** Work **Phone Number:** (405) 272-0303

**E-Mail:** KEVIN@BENNETTLAWOKC.COM

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Person - DILLION, LAUREN MICHELLE

Involvement

**Role:** Involved Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

**Type:** Known **Last Name:** DILLION **First Name:** LAUREN **Middle Name:** MICHELLE **DOB:** [redacted]1988

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** K082154615

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 34 **Sex:** Female **Race:** White **Ethnicity:** Not Hispanic or Latino **Height:** 5' 10" **Weight:** 260 **Eye Color:** Blue

**Hair Color:** Blond or Strawberry **Hair Length:** Long **Build:** Heavy **OCPD Bureau of Records:** 503340

Contact

**Address Type:** Home **Location:** 7704 NW 84th St, Oklahoma City, OK, 73132, USA **Location Note:** 7704 NW 84TH ST

**Phone Number Type:** Home **Phone Number:** (405) 641-4662

**Phone Number Type:** Temporary **Phone Number:** (405) 607-0355

Victim Hospitalized

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY Kh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Victim Hospitalized?:** No

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/1993

[redacted]

[redacted] **Sex:** Male [redacted]

[redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY KG

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]/1963

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

[redacted]

[redacted]

[redacted]

[redacted] **Sex:** Female [redacted]

[redacted]

[redacted]

## Interviewed Person - [redacted]

Involvement

**Role:** Interviewed Person **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Victim Details

Identity

[redacted] **DOB:** [redacted]2001

[redacted]

[redacted]

[redacted]

[redacted] **Sex:** Female [redacted]

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY Kh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



[redacted]

[redacted]

## Vehicles

### 2019 DODGE CHA - RJX0603 (TX)

Vehicle Details

**Vehicle Type:** Automobiles **Year:** 2019 **Make:** Dodge **Model:** CHA **Color:** Black **Alt. Color:** Gray

**License Plate Number:** [redacted] **State:** Texas **Reg. Exp. Year:** 2022 **VIN:** 2C3CDXBGXKH711180

**General Description**
comment: decalNumber: identifier: released to:

Related People

**Person:** [redacted] **Relationship:** Registered Owner

Hold Information

**Hold For Unit:** HOMICIDE **Further Explanation Hold:** Further Explanation of Hold: HOLD FOR HOMICIDE.,

Location of Occurence: 2525 S I-35 SERVICE ROAD,

Date of Occurence: 10/12/2022, | 1739 MCCLELLAN, NATHANIEL

Impound Details

**Storage Location:** CAR CAB WRECKER LOT **Reason:** ARREST **Tow Date:** 10/12/2022 **Tow Time:** 15:50

**Wrecker Service:** CAR CAB 4105 S. EASTERN 670-6114 **Vin Verified:** Yes

**Impounding Officer Name:** White, Chris (55827) **Badge/Comm #:** WHITE, CHRIS - 2245

### 2020 CHEVROLET MAL - KBE329 (OK)

Vehicle Details

**Vehicle Type:** Automobiles **Year:** 2020 **Make:** Chevrolet **Model:** MAL **Style:** Sedan: use this code only if the number of doors is unknown **Color:** Red **Alt. Color:** Red **License Plate Number:** [redacted] **State:** Oklahoma

**Reg. Exp. Year:** 2022 **VIN:** 1G1ZE5SX8LF032916

**General Description**
comment: decalNumber: identifier: released to:

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens

Hold Information

OCT 10
RELEASED BY Kh

**Hold For Unit:** HOMICIDE **Further Explanation Hold:** Related Incident #: 2022-0073584,

Crime Type: HOMICIDE,

Date of Occurence: 10/10/2022, | 1934 JACKSON, JARED | Vehicle Damages: MISC DENTS, DINGS, AND SCRATCHES.;

Impound Details

**Storage Location:** VEHICLE PROCESSING BAY **Reason:** ARREST **Tow Date:** 10/10/2022 **Tow Time:** 14:42

**Wrecker Service:** CAR CAB 4105 S. EASTERN 670-6114 **Wrecker Driver Name:** RICKY **Vin Verified:** Yes

**Impounding Officer Name:** Shipman, John (58395) **Badge/Comm #:** SHIPMAN, JOHN - 2398

Vehicle Condition

**Vehicle Damages**
MISC DENTS, DINGS, AND SCRATCHES.;

# Property

## Portable Electronic Communications **Property ID:** PRO2301143425

Description

**Type:** Portable Electronic Communications **Value:** $200.00 **Quantity:** 1

**Description**
Item # 0286903 | Description: RED "S2" SOHO STYLE ANDROID SMART PHONE

**Color:** RED **Brand:** ANDROID **Model:** S2

## Portable Electronic Communications **Property ID:** PRO2301143426

Description

**Type:** Portable Electronic Communications **Value:** $300.00 **Quantity:** 1 **Serial Number:** RFCT429BKMD

**Description**
Item # 0286892 | Description: BLUE SAMSUNG CELL PHONE WITH BLACK OTTERBOX CASE - MODEL: SM-G781V, SN: RFCT429BKMD, IMEI: 353173654707171

**Color:** BLU **Brand:** SAMSUNG **Model:** SM-G781V

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

## Portable Electronic Communications **Property ID:** PRO2301143427

OCT 10 2026
RELEASED BY Kh

Description

**Type:** Portable Electronic Communications **Value:** $500.00 **Quantity:** 1

**Description**
Item # 0288460 | Description: BLACK SAMSUNG CELL PHONE IMEI: 350207763543603O, FCC ID: ZCASMA025U

**Color:** BLK **Brand:** SAMSUNG **Model:** SM-S124DL(GP)

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Portable Electronic Communications** **Property ID:** PRO2301143428

Description

**Type:** Portable Electronic Communications **Value:** $1000.00 **Quantity:** 1

**Description**
Item # 0287106 | Description: GRAY APPLE IPHONE W/ 3 LENSES AND BLACK PROTECTIVE CASE

**Color:** GRY **Brand:** APPLE **Model:** IPHONE

**Portable Electronic Communications** **Property ID:** PRO2301143429

Description

**Type:** Portable Electronic Communications **Value:** $1000.00 **Quantity:** 1

**Description**
Item # 0287107 | Description: GRAY APPLE IPHONE WITH 3 LENSES, IMEI: 351176562008394

**Color:** GRY **Brand:** APPLE **Model:** IPHONE

**Portable Electronic Communications** **Property ID:** PRO2301143430

Description

**Type:** Portable Electronic Communications **Value:** $1000.00 **Quantity:** 1

**Description**
Item # 0291283 | Description: GRAY AND BLACK APPLE IPHONE W/ 3 LENSES; SIM CARD: 89012803330406760875 6531C; BLACK / CLEAR PROTECTIVE CASE

**Color:** GRY **Brand:** APPLE **Model:** IPHONE

**Other** **Property ID:** PRO2301143431

Description

**Type:** Other **Value:** $0.00 **Quantity:** 1

**Description**
Item # 0291284 | Description: BILL KNIGHT FORD KEY CHAIN WITH TWO KEYS

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

**Evidence - Portable Electronic Communications** **Property ID:** I000MIJJ

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Portable Electronic Communications **Quantity:** 1 **Serial Number:** 355562902197797

**Description**
BLACK APPLE IPHONE 12 MINI | | Authorization Code: HOLD |

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Color:** BLK **Brand:** APPLE **Model:** IPHONE 12 MINI

---

## Evidence - Other **Property ID:** I000MIMD

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #1: DUFFEL BAG & CONTENTS | | Authorization Code: HOLD |

---

## Evidence - Computer Hardware/Software **Property ID:** I000MIME

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Computer Hardware/Software

**Description**
JACKSON ITEM #1B: TABLET | | Authorization Code: HOLD |

---

## Evidence - Explosives **Property ID:** I000MIMF

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Explosives

**Description**
JACKSON ITEM #1C: MAGAZINE & 16 LIVE CARTRIDGES | | Authorization Code: HOLD |

---

## Evidence - Other **Property ID:** I000MIMG

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #1CA, 2A, 3A, 6A, 7A, 7B, & 8A: 7 PAIRS OF WET SWABS | | |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

---

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - Other **Property ID:** I000MIMH

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #2&3: 2 FIRED CASINGS | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000MIMI

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #4: METAL FRAGMENT | | Authorization Code: HOLD |

## Evidence - Purses/Handbags/Wallets **Property ID:** I000MIMK

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Purses/Handbags/Wallets

**Description**
JACKSON ITEM #5: POCKET KNIFE & WALLET (W/CONTENTS) | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

## Evidence - New Property **Property ID:** I000MIML

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Value:** $26.00

**Description**
JACKSON ITEM #5A: $26 IN US CURRENCY
RTO BEVERLY LITTLEJOHN-04-13-1963-919 KARLEE COURT MWC OK 73130 - C. DEPALMA 10/31/22 | | Authorization Code: RTOLS |

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - HANDGUN_REVOLVER **Property ID:** I000MIMM

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Handgun - Revolver **Serial Number:** 790204

**Description**
EI #6 - CLERKE 1ST UNREPORTED CALIBER REVOLVER - 790204
IN SEALED PAPER SACK | | | Original Evidence Disposition Code: RTOA

**Color:** COM **Brand:** CLARKE

## Evidence - Firearm Accessories **Property ID:** I000MIMN

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearm Accessories

**Description**
JACKSON ITEM #8: EMPTY GUN BOX | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000MIMO

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #10: SIGNED VEHICLE SEARCH WAIVER | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026
RELEASED BY Kh

## Evidence - Portable Electronic Communications **Property ID:** I000MIPS

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Portable Electronic Communications **Value:** $300.00 **Quantity:** 1 **Serial Number:** RFCT429BKMD

**Description**
BLUE SAMSUNG CELL PHONE WITH BLACK OTTERBOX CASE - MODEL: SM-G781V, SN: RFCT429BKMD, IMEI: 353173654707171 | | Authorization Code: HOLD |

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Color:** BLU **Brand:** SAMSUNG **Model:** SM-G781V

Recovery Details

**Recovery Date:** 10/10/2022 **Recovery Time:** 00:00 **Recovered By:** Jackson, Chelsea (49549)

**Location Note:** OCPD CSI LAB | SL

## Evidence - Portable Electronic Communications **Property ID:** I000MIPT

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Portable Electronic Communications **Value:** $200.00 **Quantity:** 1

**Description**
RED "S2" SOHO STYLE ANDROID SMART PHONE | | Authorization Code: HOLD |

**Color:** RED **Brand:** ANDROID **Model:** S2

Recovery Details

**Recovery Date:** 10/10/2022 **Recovery Time:** 00:00 **Recovered By:** Jackson, Chelsea (49549)

**Location Note:** OCPD CSI LAB | SL

## Evidence - Other **Property ID:** I000MIPX

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #11: MORGUE PRINTS | | |

## Evidence - Other **Property ID:** I000MIPY

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #12: MEDICOLEGAL RECEIPT | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 202[illegible]
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - Other **Property ID:** I000MIPZ

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #13-16 & 18-20: SEROLOGY EVIDENCE FROM MORGUE | | |

## Evidence - Other **Property ID:** I000MIQ0

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #21 & 22: 2 HANDBAGS FROM MORGUE | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000MIQ1

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #23: BULLET FROM MORGUE | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000MIQ2

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
JACKSON ITEM #24 & 25: L & R POCKET CONTENTS | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY KG

## Evidence - New Property **Property ID:** I000MIQ3

Involvement

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
JACKSON ITEM #26: HEADPHONES | | Authorization Code: HOLD |

## Evidence - Other **Property ID:** I000MIQ4

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other

**Description**
JACKSON ITEM #27: "CIGAR FROM BEANIE" | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000MIQ5

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
JACKSON ITEM #28: BLACK DRAWSTRING BAG | | Authorization Code: HOLD |

## Evidence - Clothes/Furs **Property ID:** I000MIQ6

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs

**Description**
JACKSON ITEM #29: BLACK UNDERSHIRT | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

## Evidence - Clothes/Furs **Property ID:** I000MIQ7

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**Description**
JACKSON TIEM #30: WHITE T-SHIRT | | Authorization Code: HOLD |

## Evidence - Clothes/Furs **Property ID:** I000MIQ8

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs

**Description**
JACKSON ITEM #31: SHOCK & SHOES | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000MIQ9

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
JACKSON ITEM #32: PANTS | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I000MIQA

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
JACKSON ITEM #33: SHORTS | | Authorization Code: HOLD |

## Evidence - Clothes/Furs **Property ID:** I000MIQB

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs

**Description**
JACKSON ITEM #34 & 37: 2 BANDANAS | | Authorization Code: HOLD |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

## Evidence - Clothes/Furs **Property ID:** I000MIQC

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000


Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs

**Description**
JACKSON TIEM #35: LEFT GLOVE | | Authorization Code: HOLD |

## Evidence - Clothes/Furs **Property ID:** I000MIQD

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs

**Description**
JACKSON ITEM #36: BLACK STOCKING CAP | | Authorization Code: HOLD |

## Evidence - Clothes/Furs **Property ID:** I000MIQE

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Clothes/Furs

**Description**
JACKSON ITEM #38: UNDERWEAR | | Authorization Code: HOLD |

## Jewelry/Precious Metals/Gems **Property ID:** I000MISD

Description

**Type:** Jewelry/Precious Metals/Gems **Value:** $10000.00 **Quantity:** 1

**Description**
1 DIAMOND CHAIN NECKLACE | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Color:** SIL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10

RELEASED BY

## Jewelry/Precious Metals/Gems **Property ID:** I000MISE

Description

**Type:** Jewelry/Precious Metals/Gems **Value:** $10000.00 **Quantity:** 1

**Description**
1 DIAMOND CHAIN NECKLACE | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Color:** SIL

---

### Jewelry/Precious Metals/Gems **Property ID:** I000MISF

Description

**Type:** Jewelry/Precious Metals/Gems **Value:** $10000.00 **Quantity:** 1

**Description**
1 DIAMOND CHARM WITH "448" AND "FRANK" | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Color:** GLD

---

### Jewelry/Precious Metals/Gems **Property ID:** I000MISG

Description

**Type:** Jewelry/Precious Metals/Gems **Value:** $5000.00 **Quantity:** 2

**Description**
2 DIAMOND EARRINGS | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Color:** GLD

---

### Jewelry/Precious Metals/Gems **Property ID:** I000MISH

Description

**Type:** Jewelry/Precious Metals/Gems **Value:** $55000.00 **Quantity:** 1

**Description**
1 AUDEMARS PIGUET DIAMOND WATCH | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Color:** SIL **Brand:** AUDEMARS PIGUET **Model:** ROYAL OAK

---

### Evidence - New Property **Property ID:** I000MISI

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-EE CONTAINING 19 WET SWABS, EI #S 2A1,2C,3A1,3C,4B,4C,5A1,5D,6A1,6D,7C,8A1,8D,9A1, 9D,10B,10C,11C,12A1 | | |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

---

### Evidence - New Property **Property ID:** I000MISJ

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Description

**Description**
HOMICIDE-NORMAN#4502-EE CONTAINING 25 PAIRS OF WET SWABS, EI #S 2B,2D,3B,3D,4A,5B,5C,5E,6B,6C,6E,7A,7B,7D,8B,8C,8E,9B,9C,9E,10A,11A,11B,11D,12B | | |

## Evidence - New Property **Property ID:** I000MISK

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-BLACK SAFE, EI #1 | | Authorization Code: HOLD |

## Evidence - Firearms **Property ID:** I000MISL

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** ROA 22 PMD-32931

**Description**
EI #2 - DRACO 7.62X39MM PISTOL - ROA 22 PMD-32931
IN SEALED PAPER PACKAGING | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** DRACO **Caliber:** 7.62X39 Soviet, 7.62X51 Nato/.308 Winchester, 7.62X54R Used In Russian Moisinnagant And Dragunov Rifles

## Evidence - New Property **Property ID:** I000MISM

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-31 LIVE ROUNDS, EI #2A | | Authorization Code: RTOA |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026

## Evidence - Firearms **Property ID:** I000MISN

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** ROA 22 PMD-32323

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Description**
EI #3 - DRACO 7.62X39MM PISTOL - ROA 22 PMD-32323
IN SEALED PAPER PACKAGING | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** DRACO **Caliber:** 7.62X39 Soviet, 7.62X51 Nato/.308 Winchester, 7.62X54R Used In Russian Moisinnagant And Dragunov Rifles

---

## Evidence - New Property **Property ID:** I000MISO

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-28 LIVE ROUNDS, EI #3A | | Authorization Code: RTOA |

---

## Evidence - Firearms **Property ID:** I000MISP

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** 879069

**Description**
EI #4 - CHARTER ARMS .38 REVOLVER - 879069
IN SEALED PAPER SACK | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** CHARTER ARMS CORP **Model:** OFF DUTY **Caliber:** .38 S&W, .38 (S&W) Special, .38 ACP, .38 Super, Etc.

---

## Evidence - Firearms **Property ID:** I000MISQ

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** BUSN692

**Description**
EI #5 - GLOCK .40 PISTOL - BUSN692
IN SEALED PAPER SACK | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** GLOCK **Model:** 23 GEN 5 **Caliber:** 40 S&W, 10 MM

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026
RELEASED BY Kh

---

## Evidence - New Property **Property ID:** I000MISR

Involvement

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-21 LIVE ROUNDS, EI #5A | | Authorization Code: RTOA |

## Evidence - Firearms **Property ID:** I000MISS

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** BWSX885

**Description**
EI #6 - GLOCK 9MM PISTOL - BWSX885
IN SEALED EVIDENCE ENVELOPE | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** GLOCK **Model:** 19X **Caliber:** 9MM Luger/Parabellum/9X19, 9MM Kurz/Corto/9X17 (.380ACP) 9MM Winchesater Magnum, 9MM Browning Long, 9MM Steyr, 9MM Bergman-Bayard, 9MM Makarov/9X18, 9X21, 9X23 Etc

## Evidence - New Property **Property ID:** I000MIST

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-10 LIVE ROUNDS, EI #6A | | Authorization Code: RTOA |

## Evidence - Firearms **Property ID:** I000MISU

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

Description

**Type:** Firearms **Serial Number:** T64229-21S20621

**Description**
EI #7 - STOEGER 9MM PISTOL - T64229-21S20621
IN SEALED PAPER SACK | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** STOEGER **Model:** STR-9C **Caliber:** 9MM Luger/Parabellum/9X19, 9MM Kurz/Corto/9X17 (.380ACP) 9MM Winchesater Magnum, 9MM Browning Long, 9MM Steyr, 9MM Bergman-Bayard, 9MM Makarov/9X18, 9X21, 9X23 Etc

## Evidence - Firearms **Property ID:** I000MISV

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** KU224146

**Description**
EI #8 - KIMBER UNREPORTED CALIBER PISTOL - KU224146
IN SEALED PAPER SACK
STOLEN - OCPD CASE #2022-0070197 | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** KIMBER **Model:** ULTRA + CDP II

## Evidence - New Property **Property ID:** I000MISW

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-10 LIVE ROUNDS, EI #8A | | Authorization Code: RTOA |

## Evidence - Firearms **Property ID:** I000MISX

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** HKD299

**Description**
EI #9 - GLOCK 9MM PISTOL - HKD299
IN SEALED PAPER SACK | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** GLOCK **Model:** 26 **Caliber:** 9MM Luger/Parabellum/9X19, 9MM Kurz/Corto/9X17 (.380ACP) 9MM Winchesater Magnum, 9MM Browning Long, 9MM Steyr, 9MM Bergman-Bayard, 9MM Makarov/9X18, 9X21, 9X23 Etc

## Evidence - New Property **Property ID:** I000MISZ

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

Description

**Description**
HOMICIDE-NORMAN#4502-32 LIVE ROUNDS, EI #9A | | Authorization Code: RTOA |

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - Firearms **Property ID:** I000MIT0

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** 345261

**Description**
EI #10 - CHARTER ARMS .357 REVOLVER - 345261
IN SEALED PAPER SACK | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** CHARTER ARMS CORP **Model:** TARGET BULLSEYE **Caliber:** .357 Remington Magnum, .357 Maximum, .357 Automag

## Evidence - Firearms **Property ID:** I000MIT3

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Firearms **Serial Number:** MG744

**Description**
EI #11 - KEL TEC .22 PISTOL - MG744
IN SEALED PAPER SACK | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

**Brand:** KEL TEC **Caliber:** .22 Short/Long/Long Rifle Rimfire Cartridge Family; Also .22 Hornet, .22-250, .220 Swift, .222 Remington, .223 Remington, 22 Caliber Smoothbore, Etc.

## Evidence - New Property **Property ID:** I000MIT4

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-DRUM MAGAZINE, EI #12 | | Authorization Code: RTOA |

## Evidence - New Property **Property ID:** I000MIT6

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Description**
HOMICIDE-NORMAN#4502-74 LIVE ROUNDS, EI #12A | | Authorization Code: RTOA |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

## Evidence - Other **Property ID:** I000MIUN

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Other **Quantity:** 1

**Description**
RECOVERED PROJECTILE | | Authorization Code: HOLD |

**Brand:** RECOVERED PROJECTILE

## Evidence - Portable Electronic Communications **Property ID:** I000MIW9

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Portable Electronic Communications **Value:** $1000.00 **Quantity:** 1

**Description**
GRAY APPLE IPHONE W/ 3 LENSES AND BLACK PROTECTIVE CASE | | |

**Color:** GRY **Brand:** APPLE **Model:** IPHONE

Recovery Details

**Recovery Date:** 10/10/2022 **Recovery Time:** 00:00 **Recovered By:** Carter, Bryn (18463) **Location Note:** OCPD HEADQUARTERS 700 COLCORD DRIVE | SL

## Recovered - Portable Electronic Communications **Property ID:** I000MIWB

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Property Status:** Recovered

Description

**Type:** Portable Electronic Communications **Value:** $1000.00 **Quantity:** 1

**Description**
GRAY APPLE IPHONE WITH 3 LENSES, IMEI: 351176562008394 | | |

**Color:** GRY **Brand:** APPLE **Model:** IPHONE

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
Kh

Recovery Details

**Recovery Date:** 10/10/2022 **Recovery Time:** 00:00 **Recovered By:** Carter, Bryn (18463) **Location Note:** OCPD HEADQUARTERS 700 COLCORD DRIVE | SL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - Vehicle Parts/Accessories **Property ID:** I000MIWL

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Vehicle Parts/Accessories **Quantity:** 1

**Description**
KEY FOB TO BLUE NISSAN ALTIMA | | Authorization Code: HOLD |

## Evidence - Portable Electronic Communications **Property ID:** I000MJGT

Involvement

**Role:** Evidence **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Description

**Type:** Portable Electronic Communications **Value:** $500.00 **Quantity:** 1

**Description**
BLACK SAMSUNG CELL PHONE IMEI: 3502077635436030, FCC ID: ZCASMA025U | | |

**Color:** BLK **Brand:** SAMSUNG **Model:** SM-S124DL(GP)

Recovery Details

**Recovery Date:** 10/15/2022 **Recovery Time:** 00:00 **Recovered By:** Carter, Bryn (18463) **Location Note:** OCPD 3-BAY PROCESSING FACILITY | SL

## Recovered - Other **Property ID:** I000MKLC

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Property Status:** Recovered

Description

**Type:** Other **Value:** $0.00 **Quantity:** 1

**Description**
BILL KNIGHT FORD KEY CHAIN WITH TWO KEYS | | |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY Kh

Recovery Details

**Recovery Date:** 10/15/2022 **Recovery Time:** 00:00 **Recovered By:** Carter, Bryn (18463)

**Location Note:** 14117 N. ROCKWELL OKC OK | HF

## Recovered - Portable Electronic Communications **Property ID:** I000MKLD

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Property Status:** Recovered

Description

**Type:** Portable Electronic Communications **Value:** $1000.00 **Quantity:** 1

**Description**
GRAY AND BLACK APPLE IPHONE W/ 3 LENSES; SIM CARD: 89012803330406760875 6531C; BLACK / CLEAR PROTECTIVE CASE | | |

**Color:** GRY **Brand:** APPLE **Model:** IPHONE

Recovery Details

**Recovery Date:** 10/15/2022 **Recovery Time:** 00:00 **Recovered By:** Carter, Bryn (18463)

**Location Note:** 14117 N. ROCKWELL OKC OK | HF

## Recovered - Portable Electronic Communications **Property ID:** I000MZ8V

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Property Status:** Recovered

Description

**Type:** Portable Electronic Communications **Value:** $50.00 **Quantity:** 1

**Description**
BLACK IPHONE WITH CRACK BACK COVER AND POP SOCKET | | Authorization Code: HOLD |

**Color:** BLK **Brand:** IPHONE

Recovery Details

**Recovery Date:** 05/01/2023 **Recovery Time:** 00:00 **Recovered By:** Carter, Bryn (18463)

**Location Note:** PLAZA INN (STACY HERRERA) | SF

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY Kh

## Recovered - Portable Electronic Communications **Property ID:** I000MZ8W

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Property Status:** Recovered

Description

**Type:** Portable Electronic Communications **Value:** $50.00 **Quantity:** 1

**Description**
BLACK T-MOBILE CELL PHONE WITH STICKERS ON BACK | | Authorization Code: HOLD |

**Color:** BLK **Brand:** T-MOBILE

Recovery Details

**Recovery Date:** 05/01/2023 **Recovery Time:** 00:00 **Recovered By:** Porter, Ronald (17307)

**Location Note:** PLAZA INN ROOM 262 | SF

## Recovered - Portable Electronic Communications **Property ID:** I000MZ8X

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Property Status:** Recovered

Description

**Type:** Portable Electronic Communications **Quantity:** 1

**Description**
DARK GRAY T-MOBILE CELL PHONE WITH CRACKED SCREEN, IMEI: 863892054055039 | | Authorization Code: HOLD |

**Color:** GRY **Brand:** T-MOBILE

Recovery Details

**Recovery Date:** 05/01/2023 **Recovery Time:** 00:00 **Recovered By:** Porter, Ronald (17307)

**Location Note:** PLAZA INN ROOM 262 | SF

## Recovered - Portable Electronic Communications **Property ID:** I000MZ8Y

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

**Property Status:** Recovered

Description

**Type:** Portable Electronic Communications **Quantity:** 1

**Description**
BLACK CELL PHONE, NO IDENTIFYING NUMBERS | | Authorization Code: HOLD |

**Color:** BLK

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wie
Supt. Of Records
OCT 10
RELEASED BY Kh

Recovery Details

**Recovery Date:** 05/01/2023 **Recovery Time:** 00:00 **Recovered By:** Porter, Ronald (17307) **Location Note:** SF

## Recovered - Portable Electronic Communications **Property ID:** I000MZ8Z

Involvement

**Role:** Recovered **Offense:** 11300 - 09A - MURDER AND NONNEGLIGENT MANSLAUGHTER - FEL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Property Status:** Recovered

Description

**Type:** Portable Electronic Communications **Value:** $50.00 **Quantity:** 1

**Description**
DARK GRAY SAMSUNG CELL PHONE WITH CRACKED FRONT SCREEN, IMEI: 351283761865580 | | Authorization Code: HOLD |

**Color:** GRY **Brand:** SAMSUNG

Recovery Details

**Recovery Date:** 05/01/2023 **Recovery Time:** 00:00 **Recovered By:** Carter, Bryn (18463)

**Location Note:** PLAZA INN (CARION LENOX) | SF

## Narrative by Teague, Travis

Created Date: 2022-10-11 07:10:14 Created By: 53156 BWC ACTIVATED On 10/10/2022 at 0845 hours, I was dispatched to 3200 S I-35 Service Road, The Plaza Inn, in reference to a disturbance. The call text stated gunshots were heard in the area. As I was driving to the location, the call text stated a male with a gunshot was located on the second floor balcony. For additional information see supplemental reports

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026
RELEASED BY KG