# Exhibit 4

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2019-0018935-1 (Report 1 of 1)

**Primary Officer:** Looper, Jeremy (48783)

**Unit:** Unassigned

## Overview

### Incident Overview

**Recnum (Data conversion only):** 1132411 **Incident From Date:** 03/07/2019 **Incident From Time:** 23:27 **Reported On Date:** 03/07/2019 **Reported On Time:** 23:27 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I 35 SERVICE RD **Clearance Date:** 04/11/2019 **Clearance Time:** 11:39

## Offenses

### 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS

**Offense:** 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS **NIBRS UCR Code:** Destruction/ Damage/Vandalism of Property **Severity:** Misdemeanor

## Names

### Reporting Person - WALLEY, LLOYD JOE

Involvement

**Role:** Reporting Person **Offense:** 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS

Victim Details

Identity

**Type:** Known **Last Name:** WALLEY **First Name:** LLOYD **Middle Name:** JOE **DOB:** [redacted]/1966 **Homeless?:** No

Identifying Documents

**ID Type:** Social Security Card

**Social Security Numbe**[redacted]

Description

**Age:** 52 **Sex:** Male **Race:** White **Eye Color:** Blue **Hair Color:** Brown **Build:** Medium

Contact

**Address Type:** Home **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 11 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Location Note:** 3200 S I 35 SERVICE RD

**Phone Number Type:** Home **Phone Number:** (405) 801-7438

Victim Hospitalized

**Victim Hospitalized?:** No

## Arrestee - MILLER, DON CONNELL, JUNIOR

Involvement

**Role:** Arrestee **Offense:** 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS

Victim Details

Identity

**Type:** Known **Last Name:** MILLER **First Name:** DON **Middle Name:** CONNELL **Suffix:** Junior **DOB:** 01/13/1992

**Homeless?:** Yes

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** D999791992 **Expiration Date:** 01/31/2021

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 27 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Eye Color:** Brown

**Hair Color:** Black **Hair Length:** Shoulder **Facial Hair:** Mustache **Build:** Medium **Complexion:** Dark

**Marital Status:** Single **Resident Status:** Resident **Place Of Birth:** TULSA, OK

**General Description / Clothing**
Peculiarities: MOTHER, ALONNA LASKA (405)328-3495

**OCPD Bureau of Records:** 388784

Scars, Marks, Tattoos

**Marking Type:** Tattoo **Marking Location:** Abdomen **Marking Comments:** MILLER

**Marking Type:** Tattoo **Marking Location:** Arm - Right - Lower **Marking Comments:** CROSS

Contact

**Address Type:** Home **Location:** TRANSIENT, OK **Location Note:** TRANSIENT

**Phone Number Type:** Home **Phone Number:** (405) 672-2341

**Phone Number Type:** Mobile **Phone Number:** (405) 561-4679

Victim Hospitalized

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 11 2026

RELEASED BY

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 03/07/2019 **Arrest Time:** 23:46 **Location:** 3200 S I-35 HWY, OKLAHOMA CITY OK 73106

**Location Note:** 3200 S I-35 HWY **Arresting Officer / Employee Number:** Looper, Jeremy (48783)

Arrestee Details

**Primary Offense For Arrest:** 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS

Arrest Charges

**Charge:** 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS **Severity:** Misdemeanor **Counts:** 1

**Charge Type:** State Statue **Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 528500 - CR-TP1 TRESPASSING ON PRIVATE PROPERTY - MIS **Severity:** Misdemeanor **Counts:** 1

**Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 584000 - TR-FT2 FAILURE TO APPEAR IN COMPLIANCE WITH TRAFFIC CITATION - MIS **Severity:** Misdemeanor

**Counts:** 1 **Warrant or PC?:** No - Not Warrant **Expunged?:** No

## Involved Person - RUNNINGWOLF, VICTORIA VANTASIA

Involvement

**Role:** Involved Person **Offense:** 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS

Victim Details

Identity

**Type:** Known **Last Name:** RUNNINGWOLF **First Name:** VICTORIA **Middle Name:** VANTASIA **DOB**[redacted]/1996

**Homeless?:** Yes

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** S999940477

**ID Type:** Social Security Card

**Social Security Number**[redacted]

Description

**Age:** 22 **Sex:** Female **Race:** American Indian or Alaska native **Ethnicity:** Not Hispanic or Latino **Eye Color:** Blue

**Hair Color:** Red or Auburn **Build:** Thin **Place Of Birth:** OKC, OK. **OCPD Bureau of Records:** 468603

Contact

**Address Type:** Home **Location:** TRANSIENT, OK **Location Note:** TRANSIENT

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 11 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Phone Number Type:** Home **Phone Number:** (405) 605-5474

**Phone Number Type:** Mobile **Phone Number:** (539) 430-8865

Victim Hospitalized

**Victim Hospitalized?:** No

## Victim - PLAZA INN

Involvement

**Role:** Victim **Offense:** 135400 - 21-1438 BREAKING AND ENTERING M (DAMAGE PROP) - MIS

Victim Details

**Victim Type:** Business

Contact

**Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD NB #203

**Type:** Business **Name:** PLAZA INN

# Vehicles

**None reported.**

# Property

**None reported.**

# Narrative by Looper, Jeremy

Created Date: 2019-03-07 00:00:00 Created By: 001786
============================================================================= OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
============================================================================= Reported Date: 03/07/19 Time: 23:27 Case: 19-018935 (000) Page: 1 Code: 21-1438 SS Crime: ENTR W/ INTNT Class: 050121 Occurrence Date: 03/07/19- Day: - Time: 23:27- Status: Closing Officer: Location: 3200 S. I 35 SERVICE RD., OK RD: 7543 ======================= INVOLVED PERSONS ==================================== VICTIM: PLAZA INN 3200 S. I 35 SERVICE RD., OK Apt: 247 State: OK Zip: 73129 Phone: 405 672-2341 Contact: ——————————— INV PERS: RUNNINGWOLF VICTORIA VANTASIA DOB:[redacted]/1996 Race: I Sex: F TRANSIENT, OK Apt: State: OK Zip: Phone: 405 605-5474 Adu/Juv: A POB: OKC, OK. Hair: RED Eye: BLU Hgt: 504 Wgt: 125 Bld: SLM Business Name: STAYN AT PLAZA INN SW. 29TH & I-35 RM#167 Phone: ——————————— REPORTING PER WALLEY LLOYD JOE DOB[redacted]/1966 Race: W Sex: M 3200 S. I 35 SERVICE RD., OK Apt: State: OK Zip: 73129 Phone: 405 801-7438 Adu/Juv: A POB: Hair: BRO Eye: BLU Hgt: 510 Wgt: 160 Bld: MED Business Name: PLAZA INN - CLERK 3200 S. PROSPECT AV. Phone: OKLA CITY,OK 73129

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Rand
Supt. Of Records
OCT 1 1 2026
RELEASED BY

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

======================= SUSPECTS/ARRESTS ==================================== ARRESTED: MILLER DON CONNELL JR DOB: 01/13/1992 Race: B Sex: M TRANSIENT, OK Apt: State: OK Zip: Phone: 405 672-2341 Adu/Juv: A POB: TULSA, OK Hair: BLK Eye: BRO Hgt: 510 Wgt: 160 Bld: MED Business Name: Phone: Driver License: D999791992 Social Security: [redacted] CII: FBI: Booking Number: ================== CRIME ANALYSIS ELEMENTS ============================ Age: 27 Build: MED ======================= NARRATIVE ========================================== SANTA FE TELEPHONE REPORT AR: MILLER DON CONNELL JR CHARGES: 1. BREAKING AND ENTERING 21-1438 CITY TICKET: 1. TRESPASSING TP1 17-4699860 BODY OF REPORT BWC ACTIVATED ON 3/7/19 AROUND 23:28 HOURS, I RESPONDED TO THE PLAZA INN TO A POSSIBLE BURGLARY IN PROGRESS. THE CALL NOTES STATED THE ROOM WAS RENTED OUT, BUT THE RENTER WAS CURRENTLY NOT AT THE ROOM. I ARRIVED ON SCENE AND WAITED FOR BACKUP. I APPROACHED ROOM 105 WITH OTHER OFFICERS AND KNOCKED. NO ONE ANSWERED SO I HELPED KEEP AN EYE ON THE ROOM WHILE ANOTHER OFFICER WENT TO GET SECURITY. SECURITY CAME TO THE ROOM TO OPEN THE DOOR WHEN A BLACK MALE PUSHED THE DOOR AND LATCHED IT. I BEGAN CALLING OUT FOR THE SUBJECT TO COME OPEN THE DOOR AND A FEMALE, IP-RUNNINGWOLF, CAME TO THE WINDOW. OFFICERS GAVE COMMANDS FOR A COUPLE OF MINUTES BEFORE IP-RUNNINGWOLF FINALLY OPENED THE DOOR. I REMOVED IP- RUNNINGWOLF FROM THE ROOM AND BEGAN CALLING TO THE MALE SUBJECT, AR-MILLER. AR- MILLER FINALLY CAME TO THE DOOR AND I REMOVED HIM FROM THE ROOM PLACING HIM IN HANDCUFFS. CONTACT WAS MADE WITH RP-WALLEY WHO IS THE FRONT DESK CLERK FOR THE PLAZA INN. RP-WALLEY CLAIMED TO HAVE VIDEO OF THE INCIDENT SO IT WAS BROUGHT UP WHILE I BEGAN GATHERING INFORMATION. AR-MILLER CLAIMS THAT HE WAS AT DENNY'S EATING WHEN THE RENTER CAME UP TO HIM AND IP-RUNNINGWOLF. AR-MILLER CLAIMS THE SUBJECT FELT BAD FOR THE COUPLE AND GAVE THEM THE KEY TO HIS ROOM. AR-MILLER HAS NO IDEA WHO THE SUBJECT IS AND CLAIMS IP-RUNNINGWOLF SOMEHOW KNEW HIM. IP- RUNNINGWOLF ORIGINALLY CLAIMED THE SAME STORY EVEN THOUGH BOTH WERE ADVISED THIS SEEMED SUSPICIOUS. I WENT TO THE OFFICE AND TALKED WITH RP-WALLEY. RP-WALLEY ALLOWED ME TO WATCH THE VIDEO WHICH HAS A CLEAR SHOT OF AR-MILLER AND IP-RUNNINGWOLF APPROACHING THE ROOM. THE WINDOW CURTAINS ARE OPEN AND THE LIGHTS ARE ON IN THE ROOM. RP- WALLEY SAYS THE ROOM WAS LIKE THIS EARLIER TOO WHEN HE WAS OUT MAKING ROUNDS. RP-WALLEY CLAIMS THE RENTER LEFT A DAY EARLY AND LEFT THE WINDOW OPEN AND HE COULD SEE THE ROOM KEY SITTING ON THE TABLE INSIDE. YOU SEE IN THE VIDEO AROUND 23:23:30 THAT AR-MILLER AND IP-RUNNINGWOLF COME TO ROOM 105. AR-MILLER IS SEEN MESSING WITH THE DOOR HANDLE FOR A LITTLE BIT AND IP-RUNNINGWOLF STEPS UP SO THAT SHE APPEARS TO BE BLOCKING THE CAMERAS WHILE LOOKING OUT. AR-MILLER AND IP -RUNNINGWOLF THEN BOTH BEGIN TO WALK OFF EASTBOUND IN THE COMPLEX. AR-MILLER STAYS NEARBY AND COMES BACK TO THE DOOR AROUND 23:25:36 AND IS SEEN USING SOMETHING IN THE DOOR JAM. AR-MILLER APPEARS TO BE MOVING SOMETHING UP AND DOWN IN THE CREASE WHEN THE DOOR THEN POPS OPEN. AR-MILLER THEN SIGNALS FOR IP- RUNNINGWOLF TO COME BACK AND THE TWO ENTER THE ROOM. AR-MILLER LEAVES THE DOOR OPEN AND FIRST AND COMES BACK TO THE DOOR WITH A KEY IN HAND. AR-MILLER CLOSES THE DOOR AND MAKES SURE THE KEY WORKS. AR-MILLER RE-ENTERS THE ROOM WHERE IT APPEARS HE DRAWS THE CURTAINS AND TURNS OFF THE LIGHTS. RP-WALLEY SAID THE ROOM WAS RENTED BY [redacted] FROM NORTH CAROLINA. RP- WALLEY ALSO SAID THAT NO ONE ELSE WAS LISTED ON THE ROOM AND THAT AR-MILLER IS NOT SUPPOSED TO BE ON THE PROPERTY. AR-MILLER HAS BEEN BANNED BECAUSE HE IS CONSTANTLY CAUSING PROBLEMS AND HAS BROKEN INTO ROOMS BEFORE. OFFICERS WENT BACK OUTSIDE AND CONFRONTED IP-RUNNINGWOLF WITH WHAT WAS SEEN IN THE VIDEO. IP- RUNNINGWOLF THEN ADMITTED THAT AR-MILLER DID POP OPEN THE DOOR. IP-RUNNINGWOLF SAID THAT THE RENTER ORIGINALLY "THOUGHT" SHE WAS A PROSTITUTE AND INVITED HER TO STAY THE NIGHT ON 3/6. IP-RUNNINGWOLF SAID THE RENTER TOLD HER THAT HE WAS LEAVING A DAY EARLY AND GAVE HER PERMISSION TO STAY IN THE ROOM. IP-RUNNINGWOLF SAID SHE HAS BEEN AT THE PLAZA FOR 5-6 MONTHS NOW IN ROOM 142, SO SHE LEFT THE KEY SINCE SHE DID NOT NEED A ROOM. IP-RUNNINGWOLF CLAIMS SHE LEFT DURING THE EVENING OF 3/7 TO MEET UP WITH AR-MILLER. IP-RUNNINGWOLF SAID SHE ADVISED AR-MILLER OF THE ROOM AND HE TOLD HER TO TAKE HIM TO THE ROOM SO THAT THE TWO COULD HAVE SOME PRIVACY. IP-RUNNINGWOLF ADVISED SHE TOLD AR-MILLER THAT THE KEY WAS STILL IN THE ROOM, BUT THAT AR-MILLER TOLD HER HE COULD GET THEM INSIDE. AR-MILLER THEN TOLD IP-RUNNINGWOLF TO STAND TO BLOCK HIM WHILE HE MESSED WITH THE DOOR. IP-RUNNINGWOLF SAID IT DID NOT FEEL RIGHT SO SHE TOLD AR-MILLER TO JUST LET IT GO. IP-RUNNINGWOLF SAID THAT WAS WHEN THEY WALKED AWAY BUT THAT AR-MILLER DECIDED TO GO BACK TO TRY AGAIN. RP-WALLEY SIGNED A CITATION FOR TRESPASSING ON AR-MILLER AND LT. ALLEN APPROVED A PC AFFIDAVIT FOR BREAKING AND ENTERING. I TRANSPORTED AR-MILLER TO JAIL WHERE HE WAS BOOKED ON THE ABOVE CHARGES. AR-MILLER CONTINUALLY CLAIMED HE WAS INNOCENT AND WENT AS FAR AS CLAIMING THE OWNER, [redacted], SET HIM UP. AR-MILLER TRIED SAYING [redacted] SENT IP-RUNNINGWOLF TO THE ROOM AND IS AIDING IN PROSTITUTION AT THE HOTEL. AR-MILLER CLAIMS MIKE KNEW THE RENTER LEFT EARLY AND ALLOWS

RELEASE BY RECORDS
Oklahoma City Police Department
Supt. Of Records
OCT 11 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



THE GIRLS TO STAY IN THE ROOM. I TRIED TELLING AR-MILLER THAT I WATCHED THE VIDEO AND WHAT I SAW. AR-MILLER STILL CLAIMS THAT HE USED THE KEY TO OPEN IN THE DOOR. END OF REPORT ================================================================================ OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER ================================================================================ Reporting Officer: LOOPER, JEREM Number: 001786 Date: 03/07/19 Time: 23:27 Typed by: PDNW7165V Number: NW7165 Date: 03/08/19 Time: 07:20 Approving Officer: PDNW7165V Number: NW7165 Date: 03/10/19 Time: 14:25

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 11 2026

RELEASED BY