# Exhibit 5

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2019-0019406-1 (Report 1 of 1)

**Primary Officer:** Campbell, Audrey (53332)

**Unit:** Unassigned

## Overview

### Incident Overview

**Recnum (Data conversion only):** 1135884 **Incident From Date:** 03/09/2019 **Incident From Time:** 16:39 **Reported On Date:** 03/09/2019 **Reported On Time:** 16:39 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I 35 SERVICE RD **Clearance Date:** 04/11/2019 **Clearance Time:** 11:39

## Offenses

### 161500 - 21-1706 PETIT LARCENY M - MIS

**Offense:** 161500 - 21-1706 PETIT LARCENY M - MIS **Severity:** Misdemeanor

## Names

### Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 161500 - 21-1706 PETIT LARCENY M - MIS

Victim Details

**Victim Type:** [redacted] **Victim Was Injured:** [redacted]

Identity

**Type:** [redacted] **Last Name:** [redacted] **First Name:** [redacted] **DOB:** [redacted]/1948 **Homeless?** [redacted]

Identifying Documents

**ID Type:** [redacted]

**Issuing State:** [redacted] **ID Number:** [redacted]

**ID Type:** [redacted]

**Social Security Number:** [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Eye Color:** [redacted] **Hair Color:** [redacted] **Place Of Birth:** [redacted]

**OCPD Bureau of Records:** [redacted]

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Contact

**Address Type:** [redacted] **Location:** [redacted] **Location Note:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?** [redacted]

## Vehicles

**None reported.**

## Property

**LG, RED CASE** **Property ID:** PRO2301029280

Description

**Value:** $100.00 **Serial Number:** PH 410-3656

**Description**
Item # 0001 | quantityEstimate: 1 | Description: ARTICLE: RCELTEL

**Brand:** LG **Model:** RED CASE

## Narrative by Campbell, Audrey

Created Date: 2019-03-09 00:00:00 Created By: 002139
================================================================================ OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
================================================================================ Reported Date: 03/09/19 Time: 16:39 Case: 19-019406 (000) Page: 1 Code: 21-1706 SS Crime: PETIT LARCENY Class: 060390 Occurrence Date: 03/09/19- Day: - Time: 16:39- Status: Closing Officer: Location: 3200 S. I 35 SERVICE RD., OK RD: 7543 ======================== INVOLVED PERSONS ====================================== VICTIM: [redacted] DOB: [redacted]1948 Race: [redacted] Sex: [redacted] State: OK Zip: [redacted] Phone: [redacted] Bld: Business Name: Phone: ======================== PROPERTY ============================================== Item Number: 0001 Evid/Cust: N Property Type: S Cat: E Article: [redacted] Group Serial: Descr: Qty: 1 Value: 100 ======================== NARRATIVE ============================================
BODY OF REPORT: ON 3-9-19 AT ABOUT 1645 HOURS I WAS RIDING PARTNERS WITH SGT. MCCLELLAN (1739) AND WE RESPONDED TO 3200 S 1-35 SERVICE RD (PLAZA INN) IN REFERENCE TO A ROBBERY IN PROGRESS. NOTES ON THE CALL INDICATED A SHORT B/M HAD TAKEN A CELLPHONE FROM THE CP, LATER IDENTIFIED AS VI [redacted] AND RAN OFF THROUGH THE PARKING LOT TO A ROOM AT THE PLAZA INN. UPON ARRIVAL, I MADE CONTACT WITH [redacted] AND HE TOLD ME THE FOLLOWING: HE PICKED UP THE B/M SUSPECT ABOUT 2 BLOCKS NORTH AT THE SONIC AND DROVE HIM TO PLAZA INN. THE B/M ASKED HIM IF HE WANTED "ICE" AND HE SAID, "NO I DON'T SMOKE." VI [redacted] PARKED ON THE SOUTH SIDE OF PLAZA INN AND HAD HIS CELLPHONE ON THE CHARGER IN HIS [redacted] AND THE B/M SUSPECT ASKED IF HE COULD BORROW IT TO MAKE A PHONE CALL AND VI [redacted] LET

RELEASED BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Chief Of Records
OCT 09 2026
RELEASED BY

**Oklahoma City PD**
**700 Colcord Dr**
**Oklahoma City, OK, 73102**
**+1 405 297 1000**



HIM. HOWEVER, THE B/M SUSPECT TOOK THE CELLPHONE OFF THE CHARGER AND GOT OUT OF THE CAR AND RAN THROUGH THE COURTYARD. DURING THIS HAPPENING, A B/F HAD WALKED UP TO THE VI'S [redacted] AND THEN RAN OFF WITH THE B/M THROUGH THE COURTYARD. VI [redacted] AFTER THE B/M AND THE B/M TURNED AROUND AND PUNCHED HIM IN THE UPPER BICEP AND THE VI FELL DOWN. I ASKED VI [redacted] WHAT HE WAS DOING HANGING AROUND THE PLAZA INN AND AT FIRST HE WAS NOT TRUTHFUL, BUT THEN ADMITTED HE WAS IN THE AREA BECAUSE HE WAS LOOKING FOR WOMEN AND THOUGHT THE B/M AT SONIC COULD HELP HIM GET SOME. VI [redacted] THOUGHT THE B/M AND B/F RAN TO A ROOM ON THE NORTH SIDE OF THE COURTYARD, BUT HE COULD NOT GIVE AN EXACT ROOM NUMBER. PLAZA INN HAD CAMERAS BUT THEY COULD NOT SEE THE SUSPECTS IN THE COURTYARD. I GAVE VI [redacted] A CITIZEN ASSISTANCE FORM WITH THE CASE NUMBER. END OF REPORT. ================================================================================ OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER ================================================================================ Reporting Officer: CAMPBELL, AUD Number: 002139 Date: 03/09/19 Time: 16:39 Typed by: PDDM1738V Number: DM1738 Date: 03/11/19 Time: 06:11 Approving Officer: PDDM1738V Number: DM1738 Date: 03/11/19 Time: 06:15

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY ______