# Exhibit 6

Case 5:25-cv-00462-G Document 218-6 Filed 10/28/26 Page 2 of 4

# Incident Report 2022-0045947-1 (Report 1 of 1)

**Primary Officer:** Campbell, Audrey (53332)

**Unit:** Unassigned **Division, Sector, Beat:** SANTA,SF1,D4

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100640881 **CFS #:** 202206-0079888 **Incident Type:** Property

**Incident From Date:** 06/28/2022 **Incident From Time:** 17:44 **Incident To Date:** 06/28/2022 **Incident To Time:** 17:45

**Reported On Date:** 06/28/2022 **Reported On Time:** 17:46 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD #242 **Location Category:** Hotel/Motel/Etc.

**Cleared Exceptionally:** Not Applicable **Clearance Date:** 06/29/2022 **Clearance Time:** 01:08

**Handle with care?:** Not Applicable

## Offenses

### 10600 - 250 - COUNTERFEITING / FORGERY - FEL

**Offense:** 10600 - 250 - COUNTERFEITING / FORGERY - FEL **NIBRS UCR Code:** Counterfeiting/Forgery **Severity:** Felony

**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** Yes **Was Bias Motivation Involved?:** No

**Type of Criminal Activity/Gang Involved:** D - Distributing/Selling **Cargo Theft:** No

## Names

### Suspect/Offender - Unknown Person

Involvement

**Role:** Suspect/Offender **Offense:** 10600 - 250 - COUNTERFEITING / FORGERY - FEL

Identity

**Type:** Unknown

Description

**Sex:** Male [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2023
RELEASED BY

## Reporting Person - ALARCON, JORGE DELUCIO

Involvement

**Role:** Reporting Person **Offense:** 10600 - 250 - COUNTERFEITING / FORGERY - FEL

Victim Details

Identity

**Type:** Known **Last Name:** ALARCON **First Name:** JORGE **Middle Name:** DELUCIO **DOB:** [redacted]/1942

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** H081413716

Description

**Age:** 80 **Sex:** Male **Race:** White **Ethnicity:** Hispanic or Latino **Height:** 5' 6" **Weight:** 150 **Eye Color:** Brown

**Hair Color:** Brown **Employer:** CHIELOS

Contact

**Address Type:** Home **Location:** 2033 NW 47th St, Oklahoma City, OK, 73118, USA **Location Note:** 2033 NW 47TH ST

**Phone Number Type:** Home **Phone Number:** (405) 286-0335

**Phone Number Type:** Mobile **Phone Number:** (405) 326-1319

Victim Hospitalized

**Victim Hospitalized?:** No

## Victim - CHELIO'S DINER

Involvement

**Role:** Victim **Offense:** 10600 - 250 - COUNTERFEITING / FORGERY - FEL

Victim Details

**Victim Type:** Business

Contact

**Location:** 1621 S Prospect Ave, Oklahoma City, OK, 73129, USA **Location Note:** 1621 S PROSPECT AVE **Type:** Business

**Name:** CHELIO'S DINER

**Phone Number:** (405) 670-7799

**Phone Number:** (405) 670-7798

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2025

RELEASED BY

## Vehicles

None reported.

## Property

### Evidence - New Property **Property ID:** I000M8U4

Involvement

**Role:** Evidence **Offense:** 10600 - 250 - COUNTERFEITING / FORGERY - FEL

Description

**Description**
COUNTERFEIT $20.00 DOLLAR BILL WITH SERIAL #MB66688803Z | | Authorization Code: RTOA | Original Evidence Disposition Code: DESTR

## Narrative by Campbell, Audrey

Created Date: 2022-06-29 01:09:07 Created By: 53332 ***NO BWC*** On 06-28-2022 at about 1809 hours I responded to 3200 S I-35 Service Rd (Plaza Inn) in reference to a white collar crime as 2D41. Notes on the call the calling party had been given a fake $20.00 dollar bill. Upon arrival, I spoke with the calling party, identified as RP Jorge Alarcon-Delucio, and he explained the following: Jorge is a food delivery driver for Chelio's diner located at 1621 S I-35 Service Rd. He said he responded to the Plaza Inn #242 to deliver an all meat pizza and a two liter Dr. Pepper for $18.50. He said he was given a counterfeit twenty dollar bill in exchange for the food. He said he did not realize it was fake until he got back to the vehicle and realized the fake money had "motion picture" written on it. He said he went back up to the room but no one would answer the door. Jorge called his boss and the manager of Chelio's Diner advised the restaurant would like to press charges. Jorge described the unknown suspect as a [redacted]M around [redacted] years of age and wearing [redacted] The Plaza Inn staff advised the room was currently rented out to a woman by the name of "Lacy Tow" with a date of birth of [redacted]-1996. Lacy is a known renter at the Plaza Inn and normally has a [redacted]M in her room but the subjects change frequently. I gave Jorge the case number for this report. I placed the counterfeit money in the money drop of the property room. Off. Cleverdon 2202 assisted by counting and signing the money card. End of report. A. Campbell 2139

*RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 08 2026

RELEASED BY