# Exhibit 7

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2022-0080888-1

**Primary Officer:** Crews, Riley (58379)

**Assigned District:** Unassigned **Division, Sector, Beat:** SF,SF1,D4

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100675826 **CFS #:** 202211-0016475 **Incident Type:** Property **Incident From Date:** 11/07/2022 **Incident From Time:** 02:00 **Incident To Date:** 11/07/2022 **Incident To Time:** 07:36 **Reported On Date:** 11/07/2022 **Reported On Time:** 07:37 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD #212 **Location Category:** Hotel/Motel/Etc. **Cleared Exceptionally:** Victim Refused to Cooperate **Clearance Date:** 12/12/2022 **Clearance Time:** 17:11 **Handle with care?:** Not Applicable

## Offenses

### 10100 - 120 - ROBBERY - FEL

**Offense:** 10100 - 120 - ROBBERY - FEL **NIBRS UCR Code:** Robbery **Severity:** Felony **Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** Yes **Was Weapon/Force Involved?:** Yes **Was Bias Motivation Involved?:** No **Type of Criminal Activity/Gang Involved:** G - Other Gang **Type of Weapon/ Force Involved:** 40 - Personal Weapons **Cargo Theft:** No

## Names

### Suspect/Offender - UNKNOWN

Involvement

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Victim Details

Identity

**Type:** Known **Last Name:** UNKNOWN **Homeless?:** No

Description

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Sex:** Male **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Hair Color:** [redacted] **Hair Length:** [redacted]

Relationships

**Name:** [redacted] **Is:** Stranger

Victim Hospitalized

**Victim Hospitalized?:** No

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 10100 - 120 - ROBBERY - FEL

Victim Details

**Victim Type:** Individual **Victim Was Injured:** Yes **Type of Injury:** Apparent Minor Injury **Injury Location:** Front head injury - Front side injury to the face below forehead above the mouth

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **DOB:** [redacted]/1993 **Homeless?:** [redacted]

Identifying Documents

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Height:** [redacted]" **Weight:** [redacted]

Contact

**Address Type:** Home **Location:** [redacted]

**Location Note:** [redacted]

**Phone Number Type:** Mobile **Phone Number:** [redacted]

Relationships

**Name:** UNKNOWN **Is:** Stranger

**Name:** [redacted] **Is:** Stranger

**Name:** UNKNOWN **Is:** Stranger

Victim Hospitalized

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY Kh

## Suspect/Offender - [redacted]

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Involvement

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Homeless?:** No

Description

**Sex:** Female **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted]

Contact

**Phone Number Type:** Mobile **Phone Number:** [redacted]

Relationships

**Name:** [redacted] **Is:** Stranger

Victim Hospitalized

**Victim Hospitalized?:** No

## Suspect/Offender - UNKNOWN

Involvement

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Victim Details

Identity

**Type:** Known **Last Name:** UNKNOWN **Homeless?:** No

Description

**Sex:** Male **Race:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Hair Color:** [redacted] **Hair Length:** [redacted]

Relationships

**Name:** [redacted] **Is:** Stranger

Victim Hospitalized

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 ----
RELEASED BY

# Vehicles

## Involved Vehicle - 2007 HONDA CRV

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Vehicle Information

**Role:** Involved Vehicle **Offense:** 10100 - 120 - ROBBERY - FEL **Vehicle Status:** None

Vehicle Details

**Vehicle Type:** Automobiles **Year:** 2007 **Make:** Honda **Model:** CRV **Style:** 4 Door Sedan; Truck / Pick-up 4 Door

**Color:** Gray **License Plate Type:** Passenger Car **VIN:** JHLRE38777C019264

**General Description**
comment: decalNumber: identifier: released to:

Additional Vehicle Information

**Additional Vehicle Information:** Victim's Vehicle

## Property

**None reported.**

## Narrative by Crews, Riley

Created Date: 2022-11-07 16:49:34 Created By: 58379 *BWC activated* On 11/07/2022 at around 0800 hours, Sgt. Williams #2044 and myself responded to the Plaza inn located at 3200 S I-35 Service Rd. When we arrived on scene I made contact with VI [redacted]. VI [redacted]s face was covered in blood and his right eye was swollen shut. I called for fire and EMSA to respond to my location. Once fire got on scene, they evaluated VI [redacted] and suggested to him that he should go to the hospital for a possible head injury. VI [redacted] denied any further medical attention and signed a medical refusal form. I asked VI [redacted] what happened today. VI [redacted] informed me he was talking to a hooker that he met on the website called listcrawlers. VI [redacted] received a phone call from SU [redacted] from the number [redacted] and VI [redacted] was informed to go to room 242 at the Plaza inn around 0200 on 11/07/2022. VI [redacted] went to room 242 at around 0200. VI [redacted] informed me he went into the room and paid SU [redacted] $300 and had sexual intercourse with SU Nichols. VI [redacted] informed me he left the room after he had the sexual intercourse. VI [redacted] stated he returned back to room 242 around an hour later with a pair of headphones for SU [redacted] and was going to offer her a job at the cannabis farm that he owns. VI [redacted] said that he went into the room and two [redacted] males began to threaten him with a knife. VI [redacted] informed me he was able to get the males to put the knife away. VI [redacted] stated the two black males started to punch him in the face and head with a closed fist several times. VI [redacted] stated he pleaded with the men to stop hitting him and that he felt like he was going to die. VI [redacted] stated the men stopped beating him and took his black mesh bag that contained his Oklahoma drivers license and several credit and debit cards that he was unaware of the numbers for. VI [redacted] stated he wanted his property back and that he wanted to press charges. VI [redacted] was hesitant at first on pressing charges. Other officers and myself went to room 242 and knocked on the door twice with no answer. I informed VI [redacted] that I was unable to make contact with anyone in room 242. I gave VI [redacted] a citizens assistance form with the case number 2022-0080888 on it. VI [redacted] left the scene. I uploaded a picture of VI [redacted]s face to axon capture under the case number 2022-0080888. End of report.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wions
Supt. Of Records

OCT 10

RELEASED BY KG