# Exhibit 8

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2019-0023745-1 (Report 1 of 1)

**Primary Officer:** McClellan, Nathaniel (45898)

**Unit:** Unassigned

## Overview

### Incident Overview

**Recnum (Data conversion only):** 1138531 **Incident From Date:** 03/24/2019 **Incident From Time:** 17:31 **Reported On Date:** 03/24/2019 **Reported On Time:** 17:31 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I 35 SERVICE RD **Clearance Date:** 04/11/2019 **Clearance Time:** 11:40

## Offenses

### 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

**Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL **Severity:** Felony

## Names

### Reporting Person - ANDERSON, GENNIE

Involvement

**Role:** Reporting Person **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** ANDERSON **First Name:** GENNIE **DOB:** [redacted]/1969 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** W100017035

[redacted]

Description

**Age:** 49 **Sex:** Female **Race:** Black or African American **Eye Color:** Brown **Hair Color:** Black **Build:** Stocky

**Place Of Birth:** MISSISSIPPI **OCPD**[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Contact

**Address Type:** Home **Location:** 3325 Dentwood Ter, Del City, OK, 73115, USA

**Location Note:** 3325 DENTWOOD, DELCITY

**Phone Number Type:** Home **Phone Number:** (405) 223-2556

Victim Hospitalized

**Victim Hospitalized?:** No

## Arrestee - GREEN, TERRYSSE VIVIAN

Involvement

**Role:** Arrestee **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** GREEN **First Name:** TERRYSSE **Middle Name:** VIVIAN **DOB:** 11/09/2001 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**ID Number:** A997001774

[redacted]

Description

**Age:** 17 **Sex:** Female **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 6" **Weight:** 150

**Eye Color:** Brown **Hair Color:** Black **Build:** Medium **Marital Status:** Single **Resident Status:** Resident

**OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** Home **Location:** 8324 NE 34th St, Spencer, OK, 73084, USA **Location Note:** 8324 NE 34TH ST, SPENCER

**Phone Number Type:** Mobile **Phone Number:** (405) 905-8213

Victim Hospitalized

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

## Arrestee - BOWEN, GERALD LEVERT

Involvement

**Role:** Arrestee **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Victim Details

Identity

**Type:** Known **Last Name:** BOWEN **First Name:** GERALD **Middle Name:** LEVERT **DOB:** 03/01/1997 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** D994004988

[redacted]

Description

**Age:** 22 **Sex:** Male **Race:** Black or African American **Height:** 5' 10" **Weight:** 150 **Eye Color:** Brown

**Hair Color:** Black **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** Home **Location:** 7000 W Britton Rd, Oklahoma City, OK, 73132, USA

**Location Note:** 7000 W BRITTON RD #802

**Phone Number Type:** Home **Phone Number:** (405) 788-5137

**Phone Number Type:** Mobile **Phone Number:** (405) 788-5137

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Person - JOHNSON, MONTRAE GRANT

Involvement

**Role:** Involved Person **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** JOHNSON **First Name:** MONTRAE **Middle Name:** GRANT **DOB:** [redacted]/1991

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** M082850971

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Description

**Age:** 27 **Sex:** Male **Race:** Black or African American **Eye Color:** Brown **Hair Color:** Black **Build:** Thin

**Place Of Birth:** OKC, OK **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** Home **Location:** 1250 N Air Depot Blvd, Midwest City, OK, 73110, USA

**Location Note:** 1250 N AIR DEPOT BLVD #259

**Phone Number Type:** Home **Phone Number:** (405) 474-7698

Victim Hospitalized

**Victim Hospitalized?:** No

## Arrestee - ALEXANDER, HANNAH NICOLE

Involvement

**Role:** Arrestee **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** ALEXANDER **First Name:** HANNAH **Middle Name:** NICOLE **DOB:** 03/03/2000

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** F994262269

Description

**Age:** 19 **Sex:** Female **Race:** Black or African American **Ethnicity:** Unknown/Not reported **Height:** 5' 6" **Weight:** 120

**Eye Color:** Brown **Hair Color:** Brown **Build:** Thin **Marital Status:** Single **Resident Status:** Resident

**Place Of Birth:** DALLAS, TX **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** Home **Location:** 3509 Meadow Ln, Edmond, OK, 73013, USA

**Location Note:** 3509 MEADOW LANE, EDMOND

**Phone Number Type:** Home **Phone Number:** (405) 856-3881

**Phone Number Type:** Mobile **Phone Number:** (405) 919-9490

**E-Mail:** HANNAHALEXANDER376@GMAIL.COM

Victim Hospitalized

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Victim Hospitalized?:** No

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Victim Details

[redacted]

Identity

[redacted] **DOB:** [redacted]1992 [redacted]

[redacted]

Description

[redacted] **Sex:** Male [redacted]

Contact

[redacted]

Victim Hospitalized

[redacted]

# Vehicles

## Involved Vehicle - 2013 NISSAN ALT - IUX283 (OK)

Vehicle Information

**Role:** Involved Vehicle **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

**Vehicle Status:** None

**Role:** Involved Vehicle **Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

**Vehicle Status:** None

Vehicle Details

**Year:** 2013 **Make:** Nissan **Model:** ALT **Style:** 4 Door Sedan; Truck / Pick-up 4 Door **Color:** Gray

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 0 9 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**License Plate Number:** IUX283 **State:** Oklahoma **License Plate Type:** All Others **Reg. Exp. Year:** 19

**VIN:** 1N4AL3AP8DC224894

**General Description**
comment: decalNumber: identifier: MODEL:A2S released to:

# Property

## New Property **Property ID:** PRO2300989688

Description

**Description**
Item # 0001 | quantityEstimate: 1 | Description: ARTICLE: EKEY
DESC: KEY

## New Property **Property ID:** PRO2300989689

Description

**Serial Number:** STORAGE UNIT 69

**Description**
Item # 0002 | quantityEstimate: 1 | Description: ARTICLE: HKNIFE
DESC: KNIFE WITH HAMMER HANDLE

## SAMSUN **Property ID:** PRO2300989690

Description

**Serial Number:** STORAGE UNIT 69

**Description**
Item # 0003 | quantityEstimate: 1 | Description: ARTICLE: DCOMPUT
DESC: TABLET

**Brand:** SAMSUN

## New Property **Property ID:** 2817152

Involvement

**Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Description

**Value:** $0.00 **Quantity:** 1

**Description**
Surelock Case#: 1919-0023745
KNIVE W/HAMMER HANDLE
| Surelock Case#: 1919-0023745
KNIVE W/HAMMER HANDLE

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



| | |

Related People

**Relationship:** [redacted] **Person:** [redacted]

Recovery Details

**Recovery Date:** 04/03/2019 **Recovery Time:** 09:50

## New Property **Property ID:** 2817153

Involvement

**Offense:** 170700 - 21-1720 LARCENY-AUTO AIRCRAFT OR OTHER MOTOR VEH F - FEL

Description

**Value:** $0.00 **Quantity:** 1

**Description**
Surelock Case#: 1919-0023745
SAMSUNG TABLET
| Surelock Case#: 1919-0023745
SAMSUNG TABLET
| | |

Related People

**Relationship:** Suspected of Being Involved With This Property **Person:** GREEN, TERRYSSE VIVIAN

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
... of Records

OCT 09 2026

RELEASED BY

Recovery Details

**Recovery Date:** 04/03/2019 **Recovery Time:** 09:50

# Narrative by McClellan, Nathaniel

Created Date: 2019-03-24 00:00:00 Created By: 001739
============================================================================ OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
============================================================================ Reported Date: 03/24/19 Time: 17:31 Case: 19-023745 (000) Page: 1 Code: 21-1720 SS Crime: LARC VEHICLE Class: 070101 Occurrence Date: 03/24/19- Day: - Time: 17:31- Status: Closing Officer: Location: 3200 S. I 35 SERVICE RD., OK RD: 7543 ====================== INVOLVED PERSONS ==================================== VICTIM: [redacted] DOB: [redacted]/1992 [redacted] Sex: M [redacted]
INVOLVED VEHICLES =================================== STOLEN VEHICL License: IUX283 State: OK Type: A Expires: 19 Year: 13 Make: NISSAN Model: ALTIMA Style: 4DR Color: GRY Identifiers: MODEL:A2S Vin: 1N4AL3AP8DC224894 Disposition: ======================= PROPERTY ============================================ Item Number: 0001 Evid/Cust: N Property Type: S Cat: E Article: KEY Brand: Model: Serial: Group Serial: Descr: KEY Qty: 1 Value: ======================= NARRATIVE ========================================== SANTA FE TELEPHONE REPORT SU1 INFO: "[redacted] FEMALE BODY OF REPORT ON 3/24/19 AT APPROXIMATELY 17:34 I RESPONDED TO THE PLAZA INN (3200 S. I35), IN REFERENCE TO A LARCENY OF MOTOR VEHICLE THAT JUST OCCURRED. UPON

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**Juvenile**

**Incident Report 2019-0023745-1 (Report 1 of 1)**

ARRIVAL, I MADE CONTACT WITH THE VI WHO WAS WAITING OUTSIDE BY THE OFFICE. WHEN I ASKED VI WHAT HAPPENED HE TOLD ME THIS: VI HAD BEEN TALKING TO SU1 FOR APPROXIMATELY A MONTH. VI KNOWS SU1 AS [redacted] BUT THATS IT. TODAY VI HAD BEEN IN CONTACT WITH SU1-[redacted] AND THEY DECIDED TO FINALLY MEET AT THE PLAZA INN AROUND 17:00. VI ARRIVED AND PARKED ON THE SOUTH SIDE OF THE COMPLEX. VI MET WITH SU1 AND HER FRIEND, SU2. VI DOESN'T KNOW SU2'S NAME. SHORTLY AFTER VI MET THE FEMALES THEY ASKED FOR A RIDE TO THE CONOCO GAS STATION AT SE 25TH / I35. VI TOOK SU1 AND SU2 TO THE GAS STATION AND THEN CAME BACK TO THE HOTEL. AT THIS POINT VI AND SU1 GOT OUT OF THE VEHICLE. VI STATED HE THOUGHT HE WAS JUST GOING TO TELL SU1, "BYE" AND THEN HE WOULD LEAVE. AS VI WAS IN FRONT OF HIS CAR TALKING TO SU1, SU2 GOT INTO THE DRIVER SEAT. VI CONFRONTED SU2 AND TOLD HER TO OPEN THE DOOR, BUT SHE WOULDN'T. WHILE VI WAS DOING THIS SU1 GOT INTO THE PASSENGER SEAT. SU1 LEFT THE SCENE WITHOUT HAVING PERMISSION TO DRIVE VI'S VEHICLE. SU1 DROVE NORTH ON THE SERVICE ROAD AND THEN TURNED WEST ONTO SE 29TH STREET. VI SIGNED THE LARCENY OF MOTOR VEHICLE STATEMENT FORM. I GAVE VI A LARCENY OF MOTOR VEHICLE FORM WITH THIS CASE NUMBER. I CONTACTED CIU AND THEY LISTED THE ABOVE VEHICLE INTO NCIC UNDER THIS CASE NUMBER. END OF REPORT ================================================================================ OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER ================================================================================ Reporting Officer: MCCLELLAN, NA Number: 001739 Date: 03/24/19 Time: 17:31 Typed by: PDTM4373V Number: TM4373 Date: 03/24/19 Time: 21:44 Approving Officer: PDTM4373V Number: TM4373 Date: 03/25/19 Time: 22:13

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY