# Exhibit 9

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2021-0084974-1 (Report 1 of 1)

**Primary Officer:** Jones, Bryan (45025)

**Unit:** Robbery **Division, Sector, Beat:** SF

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100580759 **CFS #:** 202111-0019329 **Incident Type:** Persons

**Incident From Date:** 11/08/2021 **Incident From Time:** 02:30 **Incident To Date:** 11/08/2021 **Incident To Time:** 03:00

**Reported On Date:** 11/08/2021 **Reported On Time:** 03:00 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD #100 **Location Category:** Residence/Home

**Cleared Exceptionally:** Not Applicable **Clearance Date:** 01/10/2022 **Clearance Time:** 14:12

**Handle with care?:** Not Applicable

## Offenses

### 10100 - 120 - ROBBERY - FEL

**Offense:** 10100 - 120 - ROBBERY - FEL **NIBRS UCR Code:** Robbery **Severity:** Felony **Completion:** Completed

**Location Category:** Residence/Home

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** No **Was Weapon/Force Involved?:** Yes

**Was Bias Motivation Involved?:** No **Type of Weapon/Force Involved:** 11 - Firearm, 12 - Handgun **Cargo Theft:** No

## Names

### Suspect/Offender - Unknown Person

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY ____

Involvement

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Identity

**Type:** Unknown

Description

**Age (Min):** 20 **Age (Max):** 30 **Sex:** Male **Race:**[redacted]**Ethnicity**[redacted] **Eye Color:**[redacted]

**Hair Color:**[redacted]**air Length:**[redacted]**acial Hair:**[redacted]**Build:**[redacted]

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Relationships

**Name:** [redacted] **Is:** [redacted]

## Involved Person - ACOSTA, ERICA DEANN

Involvement

**Role:** Involved Person **Offense:** 10100 - 120 - ROBBERY - FEL

Victim Details

Identity

**Type:** Known **Last Name:** ACOSTA **First Name:** ERICA **Middle Name:** DEANN **DOB:** [redacted]2000 **Homeless?:** No

Identifying Documents

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 20 **Sex:** Female **Race:** White **Ethnicity:** Hispanic or Latino **Hair Color:** Red or Auburn

Victim Hospitalized

**Victim Hospitalized?:** No

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 10100 - 120 - ROBBERY - FEL

Victim Details

**Victim Type:** Individual **Victim Was Injured:** [redacted] **Type of Injury:** [redacted] **Injury Location:** [redacted]

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]1982

**Homeless?:** [redacted]

Identifying Documents

**ID Type:** [redacted]

**Issuing State:** Texas **ID Number:** [redacted]

**ID Type** [redacted]

**Social Security Number** [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Description

**Age:** 39 **Sex:** Male **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Eye Color:** [redacted]
**Hair Color:** [redacted] **Build:** [redacted] **Resident Status:** [redacted] **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** [redacted] **Location:** [redacted]
**Location Note:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]

Relationships

**Name** [redacted]: [redacted]
**Name** [redacted] **Is** [redacted]
**Name:** [redacted] **Is:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

## Suspect/Offender - Unknown Person

Involvement

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Identity

**Type:** Unknown

Description

**Age (Min):** 20 **Age (Max):** 30 **Sex:** Male **Race:** [redacted] **Ethnicity:** [redacted] **Eye Color:** [redacted]
**Hair Color:** [redacted] **Hair Length:** [redacted] **Facial Hair:** [redacted] **Build:** [redacted]

Relationships

**Name:** [redacted] **Is:** [redacted]

## Suspect/Offender - Unknown Person

Involvement

**Role:** Suspect/Offender **Offense:** 10100 - 120 - ROBBERY - FEL

Identity

**Type:** Unknown

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Description

**Age (Min):** 20 **Age (Max):** 30 **Sex:** Male **Race:** [redacted] **Ethnicity:** [redacted] **Eye Color:** [redacted]
**Hair Colo**[redacted] **Hair Length:**[redacted]**acial Hair:** [redacted] **Build:** [redacted]

Relationships

**Name:** [redacted] **Is:** [redacted]

## Vehicles

**None reported.**

## Property

### Stolen - Computer Hardware/Software **Property ID:** PRO2301128592

Involvement

**Role:** Stolen **Offense:** 10100 - 120 - ROBBERY - FEL **Property Status:** Stolen/Etc.

Description

**Type:** Computer Hardware/Software **Value:** $600.00 **Quantity:** 2

**Description**
Item # 0223345 | Description: 2 LAPTOP COMPUTERS.

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** [redacted]

### Stolen - Household Goods **Property ID:** PRO2301128593

Involvement

**Role:** Stolen **Offense:** 10100 - 120 - ROBBERY - FEL **Property Status:** Stolen/Etc.

Description

**Type:** Household Goods **Value:** $350.00 **Quantity:** 1

**Description**
Item # 0223346 | Description:
**Brand:** SHARK

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY ____

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

## Stolen - Purses/Handbags/Wallets **Property ID:** PRO2301128594

Involvement

**Role:** Stolen **Offense:** 10100 - 120 - ROBBERY - FEL **Property Status:** Stolen/Etc.

Description

**Type:** Purses/Handbags/Wallets **Value:** $12.00 **Quantity:** 1

**Description**
Item # 0223597 | Description: ONE WALLET

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** [redacted]

## Stolen - Portable Electronic Communications **Property ID:** PRO2301128595

Involvement

**Role:** Stolen **Offense:** 10100 - 120 - ROBBERY - FEL **Property Status:** Stolen/Etc.

Description

**Type:** Portable Electronic Communications **Value:** $300.00 **Quantity:** 1

**Description**
Item # 0223596 | Description:

**Brand:** SAMSUNG

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** [redacted]

## Stolen - Other **Property ID:** PRO2301128596

Involvement

**Role:** Stolen **Offense:** 10100 - 120 - ROBBERY - FEL **Property Status:** Stolen/Etc.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Description

**Type:** Other **Value:** $2.00 **Quantity:** 1

**Description**
Item # 0223347 | Description: SET OF CAR KEYS

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** [redacted]

## Evidence - BLK **Property ID:** I000LO3A

Involvement

**Role:** Evidence **Offense:** 10100 - 120 - ROBBERY - FEL

Description

**Description**
LENGTH OF PARACORD (EI #1) | | Authorization Code: HOLDSL |

**Color:** BLK

## Evidence - New Property **Property ID:** I000LO3B

Involvement

**Role:** Evidence **Offense:** 10100 - 120 - ROBBERY - FEL

Description

**Description**
RUBBER MALLET HANDLE (EI #2) | | Authorization Code: HOLDSL |

## Evidence - Documents/Personal or Business **Property ID:** I000LO3C

Involvement

**Role:** Evidence **Offense:** 10100 - 120 - ROBBERY - FEL

Description

**Type:** Documents/Personal or Business

**Description**
SIGNED SEARCH WAIVER (EI #3) | | Authorization Code: HOLDSL |

# Narrative by Jones, Bryan

Created Date: 2021-11-09 00:17:28 Created By: 57556 SANTA FE DIVISION INCIDENT REPORT NO BWC AVAILABLE On 11/8/2021 at 0328 hours SGT. Barrie #1874 and I were assigned Santa Fe 3D56 and responded to the Plaza inn located at 3200 S I-35 service Rd in response to an armed robbery that involved one VI and 3 suspects. Upon arrival I spoke with officers who had already talked to VI - [redacted], who is the security guard at the Plaza motel. Officers advised me [redacted] was inside his apartment/motel room (#100) when he was robbed by 3 [redacted] males who all possessed handguns. For more details on the statement from [redacted] see Ofc. Avelar #2188 supplemental. [redacted] stated a witness in room 244 of the Plaza saw the three suspects walking with IP -Erica Acosta. [redacted] said he allowed [redacted] to have access to his room and he believes she is the one who allowed the suspects to make entry into his apartment. [redacted] also gave us two more rooms, 144 & 105 that the occupants could possible have information to the robbery. SGT. Barrie, other officers and I went to the rooms to try and locate a witness to the robbery. The occupants of one apartment we made contact with had no information of the crime. We were unable to make contact with the other two apartments. LT. Ricketts #1275 was advised and arrived on scene. CSI was also advised and they arrived to document the VI as well as the apartment were the robbery occurred. When we opened the door to process the room with CSI, unrelated active gunfire erupted in the Plaza Inn Parking lot. We stopped processing the scene temporarily to detain and arrest individuals from the shooting. CSI returned to finish processing the home invasion scene. This other case number was 2021-0084978. Ofc. W. Wallace #2363 Oklahoma City Police Department.

RELEASE OF RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
OCT 09 2026
RELEASED BY