# Exhibit 10

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Juvenile



# Incident Report 2018-0081677-1 (Report 1 of 1)

**Primary Officer:** Lacaze, Reubin (16758)

**Unit:** Unassigned

## Overview

### Incident Overview

**Recnum (Data conversion only):** 1082701 **Incident From Date:** 10/09/2018 **Incident From Time:** 21:45 **Reported On Date:** 10/10/2018 **Reported On Time:** 01:30 **Location:** Plaza Inn, 3200 S Prospect Ave, Oklahoma City, OK, 73129, USA **Location Note:** [redacted] **Clearance Date:** 04/11/2019 **Clearance Time:** 11:36

## Offenses

### 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

**Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL **NIBRS UCR Code:** All Other Offenses

**Severity:** Felony

## Names

### Victim [redacted]

Involvement

**Role:** Victim **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

**Victim Type:** Individual **Victim Was Injured:** No

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **DOB** [redacted] **Homeless?:** No

Description

**Age:** [redacted] **Sex:** [redacted] **Race:** [redacted] **Eye Color:** [redacted] **Hair Color:** [redacted]

Contact

**Address Type:** [redacted] **Location:** [redacted] **Location Note:** [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

RELEASED BY DW

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**Juvenile**

**Incident Report 2018-0081677-1 (Report 1 of 1)**

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

**Victim Type:** Individual **Victim Was Injured:** No

Identity

**Type:** Known **Last Name**[redacted] **First Name**[redacted] **DOB**[redacted] **Homeless?:** [redacted]

Identifying Documents

**ID Type:**[redacted]
**ID Number:**[redacted]
**ID Type:**[redacted]
**Social Security Number:**[redacted]

Description

**Age:**[redacted] **Sex:**[redacted] **Race:** [redacted] **Ethnicity:**[redacted] **Eye Color:**[redacted] **Hair Color:**[redacted] **Build:**[redacted]

Contact

**Address Type:**[redacted] **Location:** [redacted]
**Location Note:**[redacted]
**Phone Number Type:**[redacted] **Phone Number:**[redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Person - GAETAN, VICTORIA JEAN

Involvement

**Role:** Involved Person **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** GAETAN **First Name:** VICTORIA **Middle Name:** JEAN **DOB:** [redacted]1986 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 0 9 2026
RELEASED BY

**Issuing State:** Oklahoma **ID Number:** U081124773

Description

**Age:** 31 **Sex:** [redacted] **Race:** White **Eye Color:** Brown **Hair Color:** Brown

Contact

**Address Type:** Home **Location:** DHS, OK **Location Note:** DHS

**Phone Number Type:** Work **Phone Number:** (405) 767-2851

**Phone Number Type:** Mobile **Phone Number:** (405) 921-9721

Victim Hospitalized

**Victim Hospitalized?:** No

---

## Arrestee - SERVIN, OSCAR U

Involvement

**Role:** Arrestee **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** SERVIN **First Name:** OSCAR **Middle Name:** U **DOB:** 05/12/2003 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**ID Number:** N

Description

**Age:** 15 **Sex:** Male **Race:** White **Ethnicity:** Unknown/Not reported **Height:** 5' 8" **Weight:** 145 **Eye Color:** Brown
**Hair Color:** Black **OCPD Bureau of Records:** 510516

Contact

**Address Type:** Home **Location:** 526 SW 26th St, Oklahoma City, OK, 73109, USA **Location Note:** 526 SW 26TH ST

**Phone Number Type:** Home **Phone Number:** (405) 596-8683

**Phone Number Type:** Temporary **Phone Number:** (405) 401-5468

**Phone Number Type:** Mobile **Phone Number:** (405) 365-7425

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**Juvenile**



**Arrest Date:** 10/10/2018 **Arrest Time:** 01:30 **Location:** Plaza Inn, 3200 S Prospect Ave, Oklahoma City, OK, 73129, USA
**Location Note:** 3200 S PROSPECT AVE **Arresting Officer / Employee Number:** Lacaze, Reubin (16758)

Arrestee Details

**Primary Offense For Arrest:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Arrest Charges

**Charge:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL **Severity:** Felony **Counts:** 1
**Charge Type:** State Statue **Warrant or PC?:** No - Not Warrant **Expunged?:** No

Vehicle Involved In Arrest

**Vehicle:** 1996 GMC SRA - ITT288 (OK)

## Arrestee - REY, ERLAN

Involvement

**Role:** Arrestee **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** REY **First Name:** ERLAN **DOB:** 12/22/2002 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License
**Issuing State:** Oklahoma **ID Number:** P994081909

Description

**Age:** 15 **Sex:** Male **Race:** White **Height:** 5' 5" **Weight:** 145 **Eye Color:** Brown **Hair Color:** Black

Contact

**Address Type:** Home **Location:** 921 SE 12th St, Oklahoma City, OK, 73129, USA **Location Note:** 921 SE 12TH ST
**Phone Number Type:** Home **Phone Number:** (405) 240-2509

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 10/10/2018 **Arrest Time:** 01:30 **Location:** Plaza Inn, 3200 S Prospect Ave, Oklahoma City, OK, 73129, USA
**Location Note:** 3200 S PROSPECT AVE **Arresting Officer / Employee Number:** Lacaze, Reubin (16758)

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supv. of Records
OCT 09 2026
RELEASED BY

Arrestee Details

**Primary Offense For Arrest:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Arrest Charges

**Charge:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL **Severity:** Felony **Counts:** 1

**Charge Type:** State Statue **Warrant or PC?:** No - Not Warrant **Expunged?:** No

Vehicle Involved In Arrest

**Vehicle:** 1996 GMC SRA - ITT288 (OK)

## Arrestee - THOMAS, SEMAJ AMARI

Involvement

**Role:** Arrestee **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** THOMAS **First Name:** SEMAJ **Middle Name:** AMARI **DOB:** 04/27/2002 **Homeless?:** No

Description

**Age:** 16 **Sex:** Male **Race:** Black or African American **Height:** 6' 0" **Weight:** 150 **Eye Color:** Brown **Hair Color:** Black

**Build:** Thin **Place Of Birth:** KELEEN, TX

Contact

**Address Type:** Home **Location:** 601 SW 27th St, Oklahoma City, OK, 73109, USA **Location Note:** 601 SW 27TH ST

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 10/09/2018 **Arrest Time:** 22:00 **Location:** Plaza Inn, 3200 S Prospect Ave, Oklahoma City, OK, 73129, USA

**Location Note:** 3200 S PROSPECT AVE #162 **Arresting Officer / Employee Number:** DePalma, Christopher (23197)

Arrestee Details

**Primary Offense For Arrest:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Arrest Charges

**Charge:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL **Severity:** Felony **Counts:** 1

**Charge Type:** State Statue **Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 125800 - 21-1287 USING OFFENSIVE WEAPON IN FELONY F - FEL **Severity:** Felony **Counts:** 1

**Charge Type:** State Statue **Warrant or PC?:** No - Not Warrant **Expunged?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Juvenile

Incident Report 2018-0081677-1 (Report 1 of 1)

Vehicle Involved In Arrest

**Vehicle:** 1996 GMC SRA - ITT288 (OK)

---

## Involved Person - WALLEY, LLOYD JOE

Involvement

**Role:** Involved Person **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

Identity

**Type:** Known **Last Name:** WALLEY **First Name:** LLOYD **Middle Name:** JOE **DOB**[redacted]/1966 **Homeless?:** No

Identifying Documents

**ID Type:** Social Security Card

**Social Security Number:** 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

Description

**Age:** 52 **Sex:**[redacted] **Race:** White **Eye Color:** Blue **Hair Color:** Brown **Build:** Medium

Contact

**Address Type:** Home **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA

**Location Note:** 3200 S I 35 SERVICE RD

**Phone Number Type:** Home **Phone Number:** (405) 801-7438

Victim Hospitalized

**Victim Hospitalized?:** No

---

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

**Victim Type:** Individual **Victim Was Injured:** No

Identity

**Type:** Known **Last Name:**[redacted] **First Name:**[redacted] **Middle Name:**[redacted] **DO**[redacted]

**Homeless?:** [redacted]

Description

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026



RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

Juvenile



**Age:** [redacted] **Sex:** [redacted] **Race:** [redacted] **Ethnicity:** [redacted] **Eye Color:** [redacted] **Hair Color:** [redacted] **Build:** [redacted]
**Marital Status:** [redacted] **Resident Status:** [redacted]

Contact

**Address Type:** [redacted] **Location:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

### Involved Business - PLAZA INN

Involvement

**Role:** Involved Business **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL

Victim Details

**Victim Type:** Business

Contact

**Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD NB #203
**Type:** Business **Name:** PLAZA INN

## Vehicles

### Involved Vehicle - 1996 GMC SRA - ITT288 (OK)

Vehicle Information

**Role:** Involved Vehicle **Offense:** 226200 - 21-748.A.8 HUMAN TRAFFICKING OF A MINOR F - FEL
**Vehicle Status:** None

Vehicle Details

**Year:** 1996 **Make:** GMC **Model:** SRA **Style:** Pickup **Color:** Blue **License Plate Number:** ITT288 **State:** Oklahoma
**License Plate Type:** All Others **Reg. Exp. Year:** 19 **VIN:** 1GTEC14W8TZ529066

**General Description**
comment: decalNumber: identifier: released to:

## Property

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**None reported.**

## Narrative by Lacaze, Reubin

Created Date: 2018-10-10 00:00:00 Created By: 000999
============================================================================ OKLAHOMA CITY
POLICE DEPARTMENT CRIME REPORT
============================================================================ Reported Date:
10/10/18 Time: 01:30 Case: 18-081677 (000) Page: 1 Code: 21-748.A.8 SS Crime: HUM TRAFF MIN Class:
080108 Occurrence Date: 10/09/18- Day: - Time: 21:45- Status: VI VICE UNIT Closing Officer:
000697 KIMBERLIN, DO Location: 3200 S. PROSPECT AV., OK Apt: 162 RD: 7543 OBNDD HTU ASSIST (PLAZA
INN( ======================= INVOLVED PERSONS ======================================= VICTIM-01:
[redacted] DOB: [redacted] Race: [redacted] Sex: [redacted] State: [redacted] Zip:
[redacted] Phone: [redacted] Adu/Juv: [redacted] POB: Hair: [redacted] Eye: [redacted] Hgt: [redacted] Wgt: [redacted] Bld: [redacted]
Business Name: [redacted] Phone: ——— JUVENILE INFORMATION ——— Parent's Name: [redacted]
Business Phone: [redacted] Address: School: Counselor: ——— VICTIM-02:
[redacted] DOB: [redacted] Race: [redacted] Sex: [redacted] Apt: State: [redacted] Zip:
[redacted] Phone: [redacted] Adu/Juv: [redacted] POB: Hair: [redacted] Eye: [redacted] Hgt: [redacted] Wgt: [redacted] Bld: [redacted]
Business Name: [redacted] Phone: ——— JUVENILE INFORMATION
——— Parent's Name: [redacted] Business Phone: Address: School: [redacted]
Counselor: ——— VICTIM-03: [redacted] DOB: [redacted] Race: [redacted]
Sex: [redacted] Apt: State: [redacted] Zip: [redacted] Phone: Adu/Juv: [redacted] POB: Hair: [redacted]
Eye: [redacted] Hgt: [redacted] Wgt: [redacted] Bld: Business Name: [redacted] Phone: ——— JUVENILE
INFORMATION ——— Parent's Name: [redacted] Business Phone: Address: School: [redacted]
[redacted] Counselor: [redacted] ——— INVOLVED BUSI PLAZA INN 3200 S.
[redacted] OK Apt: State: OK Zip: 73129 Phone: 405 672-2341 Contact:
——— INV PERS-01: GAETAN VICTORIA JEAN DOB: [redacted] 1986 Race: W Sex: F
DHS, OK Apt: State: OK Zip: Phone: Adu/Juv: A POB: Hair: BRO Eye: BRO Hgt: 507 Wgt:
160 Bld: Business Name: OK COUNTY DHS 5905 N. CLASSEN CT. Phone: 405 767-2851 OKC,OK
73118 ——— INV PERS-02: WALLEY LLOYD JOE DOB: [redacted] 1966 Race: W
Sex: M 3200 S. PROSPECT AV., OK Apt: 131 State: OK Zip: 73129 Phone: 405 801-7438 Adu/Juv: A POB:
Hair: BRO Eye: BLU Hgt: 510 Wgt: 160 Bld: MED Business Name: PLAZA INN - CLERK 3200 S. PROSPECT AV.
Phone: OKLA CITY,OK 73129 ======================= INVOLVED VEHICLES
=================================== INV VEH-01: License: ITT288 State: OK Type: A Expires: 19 Year: 96
Make: GMC Model: SIERRA Style: TRUCK Color: BLU/BLU Identifiers: Vin: 1GTEC14W8TZ529066 Disposition:
======================= SUSPECTS/ARRESTS ====================================== ARRESTED-01:
THOMAS SEMAJ AMARI DOB: 04/27/2002 Race: B Sex: M 601 SW. 27TH ST., OK Apt: State: OK Zip:
73108 Phone: Adu/Juv: J POB: KELEEN, TX Hair: BLK Eye: BRO Hgt: 600 Wgt: 150 Bld: THN
Business Name: Phone: ——— JUVENILE INFORMATION ——— Parent's Name: JAMES THOMAS Business
Phone: 918 208-9157 Address: 601 SW 27TH ST School: Counselor: Driver License: Social Security: CII:
FBI: Booking Number: ——— ARRESTED-02: REY ERLAN DOB:
12/22/2002 Race: M Sex: M 921 SE. 12TH ST., OK Apt: State: OK Zip: 73129 Phone: 405 609-7227 Adu/Juv:
POB: Hair: BRO Eye: BRO Hgt: 505 Wgt: 145 Bld: Business Name: STUDENT CHS ID# 169307
Phone: ——— JUVENILE INFORMATION ——— Parent's Name: REY JAVIER GOMEZ Business Phone:
Address: School: CAPITOL HILL 9TH GRADE Counselor: 17/18 Driver License: Social Security: CII: FBI:
Booking Number: ——— ARRESTED-03: SERVIN OSCAR ULYSSES DOB:
05/12/2003 Race: M Sex: M 526 SW. 26TH ST., OK Apt: State: OK Zip: 73109 Phone: 405 902-7724 Adu/Juv:
J POB: Hair: BLK Eye: BRO Hgt: 508 Wgt: 145 Bld: Business Name: CAPITOL HILL 9TH Phone: ———
JUVENILE INFORMATION ——— Parent's Name: SERVIN ISIDRA/MOTHER Business Phone: Address:
School: CAPITAL HILL HS Counselor: 18-19 Driver License: Social Security: CII: FBI: Booking
Number: ======================= NARRATIVE ========================================= VICE
ENFORCEMENT UNIT REPORT BODY OF REPORT: This report is documenting that members of the OCPD Vice Unit
assisted the ONBDD Human Trafficking Unit (HTU) during a human trafficking investigation that took place at the Plaza

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 09 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Inn motel located at 3200 S. Prospect Ave. During the investigation agents and officers contacted AR-Thomas, AR-Rey, AR-Servin, VI-[redacted] VI-[redacted] and VI-[redacted] All the AR's and VI's were juveniles and DHS was contacted. IP-Gaetan was the DHS caseworker that showed up. The juveniles were transported to OBNDD Headquarters for processing. AR-Thomas was booked into the Oklahoma County Jail. AR-Rey and AR-Servin were booked into the Berry House. All three victims were released to their guardians. This is an OBNDD HTU case and charges will be filed by Agent P. Figueroa (1167). For further information, see SPV18-211. END OF REPORT.
============================================================================ OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
============================================================================ Reporting Officer: LACAZE, REUBI Number: 000999 Date: 10/10/18 Time: 01:30 Typed by: LACAZERE Number: 999 Date: 10/12/18 Time: 15:30 Approving Officer: KIMBERLIN, DO Number: 000697 Date: 10/13/18 Time: 13:23

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 09 2026



RELEASED BY