# Exhibit 11

*1056393434*

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE CITY OF OKLAHOMA CITY, Plaintiff, | ) | Case No. CV-2023-1094 |
| vs. | ) | |
| PLAZA HOTELS, LLC, d.b.a THE PLAZA INN, MICHAEL WILEY and STEVE KETTER, Defendants. | ) | FILED IN DISTRICT COURT OKLAHOMA COUNTY<br>SEP - 6 2023<br>RICK WARREN COURT CLERK<br>38 |

MOTION FOR PARTIAL SUMMARY ADJUDICATION

Plaintiff, the City of Oklahoma City ("City"), hereby moves the Court to grant partial judgment in its favor and against the defendants, summarily determining based on the uncontroverted evidence that the real property involved in this proceeding (hereinafter referred to as the "Plaza Inn Property"), as operated, is a public nuisance, and that appropriate injunctive relief should be awarded (after an evidentiary hearing concerning the appropriate remedy) to abate this nuisance. For the purpose of this motion, the plaintiff will address the status of the property from August 2017 through August 2023.

STATEMENT OF UNCONTROVERTED FACTS

1. Plaintiff City is a municipal corporation with a police department, formed pursuant to the laws of the State of Oklahoma. *See* Amended Petition, filed May 12, 2023, ¶ 1; Answer, filed June 22, 2023, ¶ 2 (attached for the Court's convenience as Exhibits 15 and 16).

2. Defendant Plaza Hotels, LLC, doing business as The Plaza Inn (hereinafter "Plaza Hotels"), is the owner of real property and a hotel business located at 3200 South Interstate Highway 35 Service Road, also known as 3200 South Prospect Avenue, in Oklahoma City, Oklahoma, located in Oklahoma County, Oklahoma. The legal description of the Plaza Inn Property is attached as Attachment A to the Amended Petition (Exhibit 15). Defendant Plaza Hotels acquired title to said property by deed dated August 25, 2017. Defendants Michael Wiley and Steve Ketter signed a mortgage on the property as "members" of defendant Plaza Hotels, LLC. *See* Amended Petition, ¶ 2; Answer, ¶ 2; Exhibit 1, Warranty Deed; Exhibit 2, Mortgage.

3. Defendant Michael Wiley is the manager of Plaza Inn. *See* Amended Petition, ¶ 5; Answer, ¶ 5.

4. This cause of action arose in Oklahoma County and venue properly lies in Oklahoma County, Oklahoma. *See* Petition, ¶ 5; Answer, ¶ 5.

5. The Municipal Ordinance in effect at all times pertinent to this action is found in Exhibit 17.

6. Master Sergeant Chris Bowen is the nuisance coordinator for the Oklahoma City Police Department, reporting to the Police Major for Special Projects, who is the designee for nuisance abatement of the City Manager and the City's Chief of Police. *See* Affidavit of Master Sergeant Chris Bowen, Exhibit 18.

7. By letter dated October 16, 2018, the City notified Defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified four incidents to exemplify the nuisance. On February 1, 2018, a man was stabbed in the back on the north side of the property (OCPD 2018-008438). On June 7, 2018, a cab driver was assaulted with a knife (OCPD 2018-0044533). On July 17, 2018, police responded to a gun fight in the parking lot (OCPD 2018-0056886). On October 8, 2018, police responded to a report of more gunshots and recovered five spent bullet casings in the parking lot (OCPD 2018-0081308). *See* Affidavit of Chris Bowen, ¶ 6; Notice to Abate Public Nuisance, Exhibit 3.

8. On October 29, 2018, Sergeant Bowen met with defendants Michael Wiley and Steve Ketter at the Plaza Inn. Sergeant Bowen told them that based on his observations, people were congregating at the motel without paying for a room and creating a culture of disregard for public order. Sergeant Bowen also advised them that prostitutes were soliciting at the motel in plain sight and juvenile prostitutes had also been found at the motel. Defendants were encouraged to hire a security company to restore order. *See* Affidavit of Chris Bowen, ¶ 7.

9. By letter dated October 31, 2018, the City notified Defendants Plaza Hotels, Michael Wiley and Steve Ketter, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City

identified an arrest of six juveniles engaged in the business of prostitution in rented room 162 (OCPD2018-0081617). *See* Affidavit of Chris Bowen, ¶ 8; Notice to Abate Public Nuisance, Exhibit 4.

10. On January 10, 2019, police responded to a shooting in the parking lot, and recovered a shell casing (OCPD 2019-0005715). On January 28, 2019, police responded to a car-jacking robbery in the parking lot (OCPD 2019-0007941). *See* Affidavit of Chris Bowen, ¶ 9.

11. On February 5, 2019, Sergeant Bowen met with defendants Michael Wiley and Steve Ketter at the Plaza Inn. Sergeant Bowen told them that he was going to write citations under City ordinance if violent acts kept occurring with no security guards in place to deter them. Both defendants paid fines and took convictions on no-contest pleas. *See* Affidavit of Chris Bowen, ¶ 10; Citation 174766062, Exhibit 19; Citation 1747666071, Exhibit 5.

*See* *See* Affidavit of Chris Bowen, ¶ 10.

11. On June 7, 2019, police responded to a shooting of a person outside of room 238 (OCPD 2019-0045205). Sergeant Bowen wrote citations under the City abatement ordinance against defendants Wiley and Ketter due to a violent act occurring with no security guards in place to deter it. Sergeant Bowen met with defendants and again stressed the importance of having armed security to deter and document criminal behavior on the Plaza Inn Property. Mr. Wiley stated that the front desk clerk is responsible to constantly monitor

security cameras in order to prevent violence. Both defendants paid fines and took convictions on no-contest pleas. *See* Affidavit of Chris Bowen, ¶ 11; Citation 174766255, Exhibit 20; Citation 174765512, Exhibit 6.

12. By letter dated July 9, 2019, the City notified Defendant, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance," citing the June 7, 2019, shooting. He hand delivered the notice at the Plaza Inn Property. While on the property, Sergeant Bowen met with the motel clerk on duty. He asked if the clerk had been informed of the statements made by Mr. Wiley. She denied knowing anything about the meeting and stated that she did not have time to watch the cameras all the time. Later that day Mr. Wiley called Sergeant Bowen and angrily stated that they were "doing the best they can" and had "cleaned up the place a lot." He stated that they had interviewed a couple of potential security guards. Sergeant Bowen asked him if he considered his unarmed security guard, named Josh, capable of doing the job, and Mr. Wiley answered "no." *See* *See* Affidavit of Chris Bowen, ¶ 12; Notice to Abate Public Nuisance, Exhibit 7.

13. By letter dated October 8, 2019, the City of Oklahoma City notified defendants, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another incident to exemplify the nuisance. On September 21, 2019, Oklahoma City Police Officers drove into the Plaza Inn parking lot and observed a crown gathered

around a car. The individuals scattered when they saw police. The driver, a convicted felon, had methamphetamine and a firearm in plain view. Defendants were encouraged to stop Controlled Dangerous Substance criminal activity on the premises. *See* Affidavit of Chris Bowen, ¶ 13; Notice to Abate Public Nuisance, Exhibit 8.

14. By letter dated November 4, 2020, the City of Oklahoma City notified defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another incident to exemplify the nuisance. On November 1, 2020, two men stabbed each other in the parking lot of the property (OCPD 2020-0083718). *See* Affidavit of Chris Bowen, ¶ 14; Notice to Abate Public Nuisance, Exhibit 9.

15. By letter dated March, 17, 2022, the City of Oklahoma City notified defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified several incidents to exemplify the nuisance. On November 8, 2021, while police officers were on the Plaza Inn Property investigating another crime, they heard gunshots on the property, and discovered a motel patron who admitted he fired the shots and then threw away the firearm (OCPD 2021-0084978). On March 7, 2022, officers responded to a shooting call and located a victim with a gunshot wound, along with two shell casings and a live round on the ground (OCPD 2022-0015769). On March 15, 2022, officers responded to another shooting and

located a victim who had been shot in the face (OCPD 2022-0017786). Defendants were advised to have enough armed security guards to help stop violent acts, and to install video cameras to monitor all areas around the property. *See* Affidavit of Chris Bowen, ¶ 15; Notice to Abate Public Nuisance, Exhibit 10.

16. By letter dated May 25, 2022, the City of Oklahoma City notified defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another violent incident on May 20, 2022, in which the victim was shot in the back, to again exemplify the nuisance to be abated (OCPD 2022-35730). *See* Affidavit of Chris Bowen, ¶ 16; Notice to Abate Public Nuisance, Exhibit 11.

17. By letter dated July 6, 2022, the City of Oklahoma City notified all defendants, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another violent incident on July, 1, 2022, in which the victim was struck in the face and knocked unconscious and had items removed from his pocket while he was unconscious, to again exemplify the nuisance to be abated (OCPD 2022-0046586). *See* Affidavit of Chris Bowen, ¶ 17; Notice to Abate Public Nuisance, Exhibit 12.

18. By letter dated October 18, 2022, the City of Oklahoma City notified Defendant, in writing, that the Plaza Inn Property "is being used in such

a manner as to be a public nuisance." City identified another violent incident on July, 1, 2022, in which a murder victim was found lying on an outside walkway outside a room on the second floor of the motel. Video surveillance recording shows a suspect walk up to the victim and kill him by firing multiple shots with a firearm. (OCPD 2022-0073584). The notice specifies that the defendants must employ armed security guards on the premises at all times, and not in conjunction with other properties in the vicinity. *See* Affidavit of Chris Bowen, ¶ 18; Notice to Abate Public Nuisance, Exhibit 13.

19. On October 20, 2022, Sergeant Bowen delivered the nuisance notice dated October 18, 2022, and then spoke with two other motels in the vicinity of the Plaza Inn Property who had jointly hired a company called Blackhawk Security to patrol sporadically during the times of 6:00 p.m. to 6:00 a.m. He also observed people congregating in the exterior portions of the Plaza Inn Property. After delivering the nuisance notices, defendants Ketter and Wiley called Sergeant Bowen. The defendants acknowledged receiving the notice, and Mr. Wiley blamed the motel next door (Best Way Inn) for their problems. Sergeant Bowen reminded him that he could cure the problem with on-site security. Mr. Wiley advised Sergeant Bowen that he had contacted Blackhawk Security to obtain a quote for 24-hour security services for seven days a week. *See* Affidavit of Chris Bowen, ¶ 19.

20. On February 3, 2023, Sergeant Bowen and city attorneys visually inspected the Plaza Inn Property, due to the large number of calls for police service, to see if security guards were on site. No security guards were on site. *See* Affidavit of Chris Bowen, ¶ 20.

21. By letter dated April 12, 2023, the City of Oklahoma City notified Defendant, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified four new violent occurrences that exemplified the ongoing nuisance. On April 4, 2023, a person was kidnapped and dragged into a room at the motel. The victim escaped and the police were called to capture the suspect (OCPD 2023-0023250). On April 10, 2023, police responded to shots fired into a room at the motel (OCPD 2023-0024741). Later that day, police responded to another shots-fired call, and located no victims, but found a pool of blood and two shell casings in the parking lot. Surveillance video showed that multiple people had been fighting in the breezeway of the motel prior to the shooting (2023-0024981). On April 11, 2023, officers responded to a stabbing and located a victim whose arm had been sliced with a machete (OCPD 2023-0025049). *See* Affidavit of Chris Bowen, ¶ 21; Notice to Abate Public Nuisance, Exhibit 14.

22. On April 12, 2023, Sergeant Bowen served the notice to Steve Ketter and admonished him to hire CLEET-certified security to remain on the Plaza Inn Property at all times day and night and not to roam, purporting to

protect multiple properties. As he was heading to the Plaza Inn to serve the notice, he received a call from Michael Wiley. Mr. Wiley tried to negotiate a security schedule of 10:00 p.m. to 7:00 a.m. Sergeant Bowen told Mr. Wiley that he would visit the property on April 28, 2023, to see if the security guards had been hired full time. When he arrived at the Plaza Inn to serve the notice, Sergeant Bowen asked the motel clerks on duty if the Blackhawk Security was effective based on their own observations. They stated that when they call Blackhawk Security, they always are told that the security guards will arrive in an hour. *See* Affidavit of Chris Bowen, ¶ 22.

23. On April 16, 2023, Mr. Wiley called Sergeant Bowen to tell him that he had four guards work the night shift at the Plaza Inn Property. On April 26, Sergeant Bowen called Mr. Wiley to find out if he had complied with the nuisance notice by hiring 24-hour security. Mr. Wiley said that he only had security on site from 10:00 p.m. to 7:00 a.m. He also stated that he had a person living at the motel to take care of security issues. *See* Affidavit of Chris Bowen, ¶ 23.

24. On April 28, 2023, at about 9:00 a.m., Sergeant Bowen visited the Plaza Inn Property and did not locate any security guards. *See* Affidavit of Chris Bowen, ¶ 24.

25. On May 7, 2023, at 1:41 a.m., police dispatch received a 911 call from a man who reported that he had been beaten and robbed by several

people who claimed the Plaza Inn Property as their territory. Police arrived to find the victim with a bloody face (OCPD 2023-00323077). The victim was sent to the hospital. Video cameras at the Plaza Inn were not located in the area where the crime took place. *See* Affidavit of Chris Bowen, ¶ 25.

26. On May 11, 2023, the City Manager for Oklahoma City issued a memorandum to the Municipal Counselor, authorizing the filing of an action for injunctive relief against the owners and managers of the Plaza Inn Property, pursuant to his authority granted by the Criminal Activities Public Nuisance Abatement Ordinance, particularly Municipal Code Section 35-177(c). *See* Memorandum from Craig Freeman to Kenneth Jordan, Attachment C to Amended Petition; *See* Affidavit of Chris Bowen, ¶ 26.

27. On May 16, 2023, police were called to the Plaza Inn to investigate an alleged physical assault (OCPD 2023-0034528). Video cameras were not located in the area where the assault allegedly occurred. *See* Affidavit of Chris Bowen, ¶ 27.

28. On May 18, 2023, Mr. Wiley called Sergeant Bowen to announce that he would be installing new security cameras in accordance with the nuisance notice. He also stated that he had switched security companies and had hired Great Plains Security, which he believed was CLEET certified. *See* Affidavit of Chris Bowen, ¶ 28.

29. On June 3, 2023, at 3:36 a.m., police were called to the Plaza Inn on a report that a customer of an after-hours event had been assaulted by a security guard outside the motel's event room. A group of approximately 50 people were congregated in the parking lot when police arrived. Several people were identified as security guards but none were licensed or armed. No actual security guards were located until one arrived fifteen minutes after the police. No video of the alleged assault could be provided by the motel clerk because the security cameras do not show that portion of the Plaza Inn Property (OCPD 2023-0039422). *See* Affidavit of Chris Bowen, ¶ 29.

30. On July 16, 2023, while police were on the street in connection with a traffic collision, a person approached the police officers at about 3:32 a.m. and reported that her brother had been shot at the Plaza Inn. When police officers arrived, they were met by an armed security guard who reported to them that a gunfight had occurred a half-hour before between security guards working for an after-hours party event and someone attending the party. Shell casings were located in the parking lot. Nobody had been struck by the bullets. Video of the shootout was provided to police (OCPD 2023-0050735). *See* Affidavit of Chris Bowen, ¶ 30.

31. Later that day, July 16, 2023, at 11:14 a.m., police dispatch received a call from the Plaza Inn stating that someone had been shot. Upon arrival police found a man lying on the ground in a pool of blood. No security

guards were working at the time. Review of surveillance video showed a man walk up to the victim and shoot him after a short discussion (OCPD 2023-0050779). *See* Affidavit of Chris Bowen, ¶ 31.

32. On August 14, 2023, at 4:37 p.m., police dispatch received a call indicating that a person had been shot at the Plaza Inn. Upon arrival police located the victim lying on the ground with a gunshot wound to the leg. No security guards were present. Upon review of the video, it was discovered that the victim, a convicted felon, had accidently shot himself (OCPD 2023-0058135). *See* Affidavit of Chris Bowen, ¶ 32.

33. On August 21, 2023, at about 12:40 in the afternoon, police dispatch received a call from a security guard at the Paza Inn reporting that a shooting situation was occurring at the motel. Police arrived and watched security video showing a man in the parking lot shooting randomly in all directions, striking two people. Several .40 caliber shell casings were located, as well as a .40 caliber firearm. *See* Affidavit of Chris Bowen, ¶ 33.

34. Prostitution-related activity on real property constitutes a public nuisance *per se* within the meaning of the Oklahoma City Municipal Code Section 35-171 *et seq.*, the "Criminal Activities Public Nuisance Abatement Ordinance," which was adopted and published by the City Council of the City pursuant to 11 Okla. Stat. § 22-121. A copy of the pertinent portions of the Oklahoma City Municipal Code is attached as Exhibit 17.

35. Unlawful drug distribution activity on real property constitutes public nuisance *per se* within the meaning of Criminal Activities Public Nuisance Abatement Ordinance, attached as Exhibit 17.

36. Violent felony and violent misdemeanor conduct is defined as public nuisance *per se* as a "open lot violation" within the meaning of Criminal Activities Public Nuisance Abatement Ordinance, attached as Exhibit 17.

## JURISDICTIONAL STATEMENT

Pursuant to the provisions of 50 Okla. Stat. § 17, the Court is expressly authorized to order a nuisance to be abated, to order a defendant to pay all costs of the action, to assess all costs of abatement and costs of the action against the subject property, to declare such costs a judgment lien against the property, to order and direct the property to be sold for the purpose of satisfying said judgment, and to cause the property to be sold and sale proceeds applied to the payment of the costs of abating the nuisance. "There can be little doubt that a district court possesses jurisdiction and authority to direct abatement of a 'public nuisance.'" *Meinders v. Johnson*, 2006 OK CIV APP 35, 134 P.3d 858, *citing Simons v. Fahnestock*, 1938 OK 264, 78 P.2d 388.

After a hearing and consideration of evidence pursuant to 12 Okla. Stat. §§ 1381 *et seq.*, the Court is authorized to enjoin a defendant when a right to relief has been shown. Municipalities such as the plaintiff are not required to post bonds when obtaining an injunction. 11 Okla. Stat. § 22-102.

An injunction must be supported by clear and convincing evidence and its issuance rests in the sound discretion of the trial court. *Meinders v. Johnson*, 2006 OK CIV APP 35, 134 P.3d 858 On appeal, if the judgment is not clearly against the weight of evidence, and not affected by an abuse of discretion, the trial court decision will be affirmed. *Id.* "A trial by jury is not required in suits brought for an injunction to suppress and abate a public nuisance." *Reaves v. Territory of Oklahoma*, 1903 OK 92, 74 P. 951, ¶ 0, syllabus 4; *id.*, ¶ 28. *See also Balch v. State ex rel. Grigsby*, 1917 OK 142, 164 P. 776, 65 Okla. 146. Jurisdiction over public nuisances is the same as over private nuisances. *Id.* ¶ 17, citing *In re Debs*, 158 U.S. 564 at 592, 15 S.Ct. 900 ("[J]urisdiction, the power to interfere, exists in all cases of nuisance").

<u>NATURE OF NUISANCE ACTION</u>

Nuisance is defined in Oklahoma as including "unlawfully doing an act, or omitting to perform a duty, which act or omission either: First. Annoys, injures or endangers the comfort, repose, health, or safety of others; or Second. Offends decency ...." 50 Okla. Stat. § 1. "A public nuisance is one which affects at the same time an entire community or neighborhood, or any considerable number of persons, although the extent of the annoyance or damage inflicted upon the individuals may be unequal." *Id.*, § 2. Remedies against a public nuisance include criminal action, civil action, or self-help abatement. *Id*, §§ 8, 11.

"Nuisance actions are considered one of the oldest forms of social control over land use, and equitable relief against either public or private nuisance remains an important method of controlling bothersome uses of property." *Id.* at 329 (footnotes omitted). "The suppression of public nuisances to protect the public health and morality has been described as one of the most important duties of government." Walker & Cottingham, *An Abridged Primer on the Law of Public Nuisance*, 30 Tulsa L.J. 355, 360 (1994), *citing* 58 Am. Jur. 2d Nuisances § 50.

The term "nuisance" includes an action "brought to protect the public interest in freedom from dangers to health, safety, morality, comfort, or convenience." Reynolds, *Public Nuisance: A Crime in Tort Law*, 31 Okla. L. Rev. 318 (1978). "Where the *tort* action for public nuisance is brought, courts also consider any conduct to qualify that would have constituted such a nuisance at common law." *Id.* at 324. "Courts have enjoined as 'public nuisances' conduct that would violate the criminal laws … on prostitution …." *Id.* at 326 (footnote omitted). Courts also have authority to abate nuisances such as violent conduct, including complete closure of business operations. *See, e.g., City of Madison v. Family Business, LLC*, 855 N.W.2d 903, 357 Wisc. 2d 720 (Wisc. App. 2014).

Oklahoma City exercises legislatively-authorized power to control activity on real property that has been determined to be adverse to public interests. By

statute, "The municipal governing body may declare what shall constitute a nuisance, and provide for the prevention, removal and abatement of nuisances." 11 Okla. Stat. § 22-121. The statutes also provide, "Cities and towns in this state shall have the right and power to determine what is and what shall constitute a nuisance within their respective corporate limits ...." 50 Okla. Stat. § 16. The Oklahoma City Council has declared that violence, illegal drug distribution and prostitution-related activity on real property constitutes public nuisance *per se*. Oklahoma City Municipal Code § 35-171 *et seq*.

## ARGUMENT

THE USE OF THE PLAZA INN PROPERTY AS A PLACE FOR VIOLENCE, PROSTITUTION-RELATED ACTIVITY AND ILLEGAL DRUG DISTRIBUTION CONSTITUTES A NUISANCE *PER SE* THAT SHOULD BE ABATED BY INJUNCTION

Illegal prostitution-related activity on property such as the Plaza Inn Property constitutes a public nuisance within the meaning of common law and legislative enactment. *See* 50 Okla. Stat. §§ 1 *et seq*.

> A house coming within the definition of a disorderly house constitutes a common law or public nuisance, since disorderly houses are public nuisances at common law. The reason why disorderly houses are considered a nuisance is because they tend to draw together idle and dissolute persons engaged in unlawful or immoral practices, thereby endangering the public morals or peace.
>
> The specific kinds of disorderly houses which are regarded at law as nuisances *per se* are houses of prostitution and other places of like character .... All other kinds of disorderly houses are nuisances only as they are conducted in a manner to annoy the public.

66 C.J.S. *Nuisances* § 41 at 591. The use of the Plaza Inn by prostitutes to conduct their business makes the property a nuisance *per se*.

The ordinances of the City of Oklahoma City also declare the use of property for violent activity a nuisance *per se*. This determination should be considered binding upon the Court. At stated by the Supreme Court, "In a number of decisions of this court the rule has been announced that municipal corporations in this state have the power to declare what shall constitute a nuisance, and the power to prevent the same; that under such a declaration of power a municipality may declare anything a nuisance which is so *per se*, or which by reason of its location or on account of local conditions or surroundings may or does become a nuisance within the common law or statutory definition thereof; and that a determination of the question by a municipality through its legislative body is under such a grant of power conclusive upon the courts." *Finkelstein v. City of Sapulpa*, 1925 OK 40, ¶7, 234 P. 187. Thus the plaintiff requests the Court to declare that the Plaza Inn Property is a public nuisance *per se*.

To the extent the defendants attempt to avoid liability to clean up the property by placing blame on the criminals themselves, the defense fails. A property may be determined to be a public nuisance as a matter of law even if the owner "has attempted to maintain order in his establishment and has

cooperated with the police, but these efforts have not been successful." *State ex rel. Corlson v. Hatfield*, 183 Neb. 157, 158 N.W. 2d 612 (1968).

Finally, it is considered "inappropriate to balance the equities" or require the government "to do equity" in a public nuisance case, because public nuisance cases "are not designed primarily to do justice to the parties but to prevent harm to the general public." *State ex rel. Pizza v. Rezcallah*, 84 Ohio 3d. 116, 122, 702 N.E.2d 81, 87 (1998), *quoting Ackerman v. Tri-City Geriatric & Health Care*, 55 Ohio 51, 57, 378 N.E. 2d 145, 149 (1978). Accordingly, the Court should determine that the Plaza Inn Property is being operated as a public nuisance despite any attempts of the owners and manager to disclaim responsibility.

CONCLUSION

Plaintiff requests the Court to assume jurisdiction over the Defendants and the Plaza Inn Property, and to find as a matter of law that criminal violence, illegal drug distribution and prostitution-related activity on the Plaza Inn Property is a public nuisance that the Defendants will be required to abate, in a manner to be determined after evidentiary hearing, for the reasons stated herein.

Respectfully submitted,

KENNETH JORDAN
Municipal Counselor

Orval Edwin Jones, OBA 10868
Assistant Municipal Counselor
701 Couch Drive
Oklahoma City, OK 73102
Telephone 405-297-2682

Benjamin Rose, OBA 34181
Assistant Municipal Counselor
200 North Walker, Suite 400
Oklahoma City, OK 73102
Telephone 405-297-1301

ATTORNEYS FOR PLAINTIFF
THE CITY OF OKLAHOMA CITY

CERTIFICATE OF SERVICE

I hereby certify that the foregoing paper was served by hand on September 6, 2023, to counsel for defendants at the following address:

Doug Carel, Esq.
2200 Shadowlake Drive
Oklahoma City, OK 73159

[signature]

# TABLE OF EXHIBITS

| | |
|---|---|
| 1 | Deed dated August 25, 2017 |
| 2 | Mortgage August 25, 2017 |
| 3 | Notice dated October 16, 2018 |
| 4 | Notice dated October 31, 2018 |
| 5 | Citation No.174766071 |
| 6 | Citation No. 174765512 |
| 7 | Notice dated July 9, 2019 |
| 8 | Notice dated October 8, 2019 |
| 9 | Notice dated November 4, 2020 |
| 10 | Notice dated March 17, 2022 |
| 11 | Notice dated May 25, 2022 |
| 12 | Notice dated July 6, 2022 |
| 13 | Notice dated October 18, 2022 |
| 14 | Notice dated April 12, 2023 |
| 15 | Amended Petition, filed May 12, 2023 |
| 16 | Answer, filed June 22, 2023 |
| 17 | Oklahoma City Charter and Ordinance Provisions |
| 18 | Affidavit of Master Sergeant Lee Chris Bowen |
| 19 | Citation No. 174766062 |
| 20 | Citation No. 174662255 |

20170828011198180
DEED 08/28/2017
11:06:02 AM Book:13525
Page:1870 PageCount:2
Filing Fee:$15.00
Doc. Tax:$2362.50
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten

OLD REPUBLIC TITLE COMPANY OF OKLAHOMA
4040 N. TULSA
Oklahoma City, OK 73112

# WARRANTY DEED
(Statutory Form - Corporation)

KNOW ALL MEN BY THESE PRESENTS:

That **PLAZA INN, INC.**, a corporation, party of the first part, in consideration of the sum of TEN AND NO/100 dollars, and other valuable considerations, in hand paid, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey unto **PLAZA HOTELS, LLC, an Oklahoma limited liability company**, party(IES) of the second part, the following described real property and premises situated in Oklahoma County, State of Oklahoma, to-wit:

See Attached Legal Description

**LESS AND EXCEPT** any interest in and to all of the oil, gas and mineral rights which have been previously conveyed or reserved of record and subject to easements, restrictive covenants and rights of way of record.

RETURN TO:
PLAZA HOTELS, LLC
5101 S. CHOCTAW
EL RENO, OK 73036

TAXES TO:
PLAZA HOTELS, LLC
5101 S. CHOCTAW
EL RENO, OK 73036

together with all the improvements thereon, and the appurtenances thereunto belonging, and warrant the title to the same.

**TO HAVE AND TO HOLD** said described premises unto the said party(IES) of the second part, heirs and assigns forever free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature.

Signed and delivered this 25th day of August, 2017.

PLAZA INN, INC.
[signature]
BY: RUDY VRANA
ITS: PRESIDENT

STATE OF OKLAHOMA }
} ss
COUNTY OF OKLAHOMA }

Before me, a Notary Public in and for this state, on this 25th day of August, 2017, personally appeared RUDY VRANA to me known to be the identical person who subscribed the name of the maker thereof to the foregoing instrument as its PRESIDENT, of PLAZA INN, INC., and acknowledged to me that he executed the same as his free and voluntary act and deed, of such corporation, for the uses and purposes therein set forth.

Notarial Stamp Or Seal (Or Other Title Or Rank) [seal: LISA YATES NOTARY #15009275 EXP. 10/06/19 PUBLIC STATE OF OKLAHOMA] [signature] Signature Of Notary Public Or Other Official

File # 17201290

2/15



[seal: COUNTY CLERK SEAL OKLAHOMA COUNTY STATE OF OKLAHOMA] CERTIFIED COPY
MAY 12 2023
By [signature] Deputy

PLAINTIFF'S EXHIBIT
PENGAD-Bayonne, N.J.

EXHIBIT "A"

A part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian in Oklahoma County, Oklahoma, according to the Government Survey thereof and more particularly described as follows, to-wit:
Beginning at a point 40 feet East and 513 feet South of the Northwest corner of said Northeast Quarter (NE/4), said point being on the East right-of-way line of Interstate Highway No. 35; Thence South 0°00'55" East along the said East right-of-way line and parallel with the West line of said Northeast Quarter (NE/4) a distance of 132.40 feet; Thence South 1°07'50" West and along said East right-of-way line a distance of 250.05 feet; Thence South 11°16'52" East and along said right-of-way line a distance of 17.95 feet; Thence North 89°59'34" East and parallel to the North line of said Northeast Quarter (NE/4) a distance of 581.49 feet; Thence North 0°00'55' West and parallel to the West line of said Northeast Quarter (NE/4) a distance of 400.00 feet; Thence South 89°59'34" West a distance of 580 feet to the Point of Beginning.

AND

Commencing at the Northwest corner of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma, according to the Government Survey thereof;
Thence East along the North line of said Northeast Quarter (NE/4) a distance of 40 feet; Thence South and parallel to the West line of said Northeast Quarter (NE/4) a distance of 463 feet to the Point or Place of Beginning; Thence in a Southeasterly direction on the arc of a curve to the right having a radius of 50 feet, radius point of which arc referred to being located 513 feet South and 40 feet East of the Northwest corner of said Northeast Quarter (NE/4) a distance of 78.54 feet to a point that is 513 feet South and 90 feet East of the Northwest corner of said Northeast Quarter (NE/4); Thence West a distance of 50 feet; Thence North a distance of 50 feet to the Point or Place of Beginning.

LESS AND EXCEPT

A strip, piece or parcel of land lying in part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma. Said parcel of land being described by metes and bounds as follows:
Beginning at a point on the present East right-of-way line of Interstate Highway No. 35, a distance of 462.78 feet South and 42.39 feet East of the NW corner of said Northeast Quarter (NE/4); Thence Southerly along said right-of-way line a distance of 450.38 feet; Thence East a distance of 1.14 feet; Thence North 00°51'00" East a distance of 267.61 feet; Thence North 00°17'45" West a distance of 160.64 feet; Thence Northwesterly a distance of 22.55 feet to Point of Beginning.

eceived MTG Tax : $1500.00

Paid: 8/28/2017 10:35:38 AM
Rept # 1430227
Forrest 'Butch' Freeman
Okla Co. Treasurer
By KSTEVENS Deputy

20170828011198
EMTG 08/28/2017
11:06:04 AM Book:13525
Page:1872 PageCount:2
Filing Fee:$15.00
Doc. Tax:$.00
State of Oklahoma
County of Oklahoma
Oklahoma County Clerk
David B. Hooten

1720 1290
OLD REPUBLIC TITLE COMPANY OF OKLAHOMA
4040 N. TULSA
Oklahoma City, OK 73112

# REAL ESTATE MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:

That **Plaza Hotels, LLC, an Oklahoma Limited Liability Company**, hereinafter called Mortgagor, whether one or more, has mortgaged, and hereby mortgages, to Oklahoma Bank and Trust Company (NMLS#472470), Clinton, Oklahoma, (Keith Ventris MLO# 761921), hereinafter called Mortgagee, whether one or more, the following described real estate and premises, situate in **Oklahoma** County, State of Oklahoma, to-wit:

**A part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian in Oklahoma County, Oklahoma, according to the Government Survey thereof and more particularly described as follows, to-wit:**
**Beginning at a point 40 feet East and 513 feet South of the Northwest corner of said Northeast Quarter (NE/4), said point being on the East right-of-way line of Interstate Highway No. 35; Thence South 0°00'55" East along the said East right-of-way line and parallel with the West line of said Northeast Quarter (NE/4) a distance of 132.40 feet; Thence South 1°07'50" West and along said East right-of-way line a distance of**
**250.05 feet; Thence South 11°16'52" East and along said right-of-way line a distance of 17.95 feet; Thence North 89°59'34" East and parallel to the North line of said Northeast Quarter (NE/4) a distance of 581.49 feet; Thence North 0°00'55' West and parallel to the West line of said Northeast Quarter (NE/4) a distance of**
**400.00 feet; Thence South 89°59'34" West a distance of 580 feet to the Point of Beginning.**
**AND**
**Commencing at the Northwest corner of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma, according to the Government Survey thereof;**
**Thence East along the North line of said Northeast Quarter (NE/4) a distance of 40 feet; Thence South and parallel to the West line of said Northeast Quarter (NE/4) a distance of 463 feet to the Point or Place of Beginning; Thence in a Southeasterly direction on the arc of a curve to the right having a radius of 50 feet, radius point of which arc referred to being located 513 feet South and 40 feet East of the Northwest corner of said Northeast Quarter (NE/4) a distance of 78.54 feet to a point that is 513 feet South and 90 feet East of the Northwest corner of said Northeast Quarter (NE/4); Thence West a distance of 50 feet; Thence North a distance of 50 feet to the Point or Place of Beginning.**
**LESS AND EXCEPT**
**A strip, piece or parcel of land lying in part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma. Said parcel of land being described by metes and bounds as follows:**
**Beginning at a point on the present East right-of-way line of Interstate Highway No. 35, a distance of 462.78 feet South and 42.39 feet East of the NW corner of said Northeast Quarter (NE/4); Thence Southerly along said right-of-way line a distance of 450.38 feet; Thence East a distance of 1.14 feet; Thence North 00°51'00" East a distance of 267.61 feet; Thence North 00°17'45" West a distance of 160.64 feet; Thence Northwesterly a distance of 22.55 feet to Point of Beginning.**

with all the improvements thereon and appurtenances thereunto belonging; and warrant the title to the same.

This mortgage is given to secure the payment of the principal sum of **One Million Five Hundred and 00/100s dollars ($1500,000.00)**, and interest thereon, according to the terms of certain promissory note or notes of even date herewith, signed by the mortgagor, the final payment thereon being due **August 25, 2037** and also any renewal or extension thereof or substitution therefor and also any other indebtedness or liability of mortgagor to mortgagee now existing or hereafter incurred, matured or unmatured, direct or contingent.

The mortgagor further agrees to maintain insurance acceptable to, and for the benefit of the mortgagee, upon the buildings on said premises in an amount not less than the indebtedness due the mortgagee. The mortgagor further agrees to pay all taxes and assessments upon said premises before the same become delinquent, and to keep the premises free of any liens or claims which might become prior to the lien hereof. In the event of the failure of the Mortgagor so to do, the mortgagee may effect insurance or pay such taxes, assessments or other liens, and shall have a lien secured hereby for the amount thereof with interest thereon at the rate of ten per cent, per annum.

In the event the mortgagor defaults in the payment of said indebtedness, or fails to perform the other covenants, and agreements hereof, the mortgagee may foreclose this mortgage, as provided by law; and as often as any proceedings may be taken to foreclose this mortgage, the mortgagor agrees to pay to the mortgagee a sum of not less than fifteen per cent of the amount due as attorney's fees, in addition to other sums due, which shall be a further lien secured hereby. Upon the due payment of said indebtedness and the performance of other covenants and agreements hereof by the mortgagor, this mortgage shall become null and void.

2/15

COUNTY CLERK SEAL OKLAHOMA COUNTY STATE OF OKLAHOMA
CERTIFIED COPY
MAY 12 2023
By Deputy

PENGAD-Bayonne, N.J.
PLAINTIFF'S EXHIBIT
2

The mortgagor, in event of foreclosure hereunder, hereby waives appraisement of said premises, or not, at the option of the mortgagee to be declared when the petition to foreclose is filed.

Signed and delivered this **25th** day of **August 2017**.

**Plaza Hotels, LLC**

**Steve Ketter, Member**

**Michael Wiley, Member**

**STATE OF OKLAHOMA, COUNTY OF ____________, SS:**

Before me, the undersigned, a Notary Public in and for the said County and State on this **25th** day of **August 2017**, personally appeared **Steve Ketter and Michael Wiley** to me known to be the identical person (s) who subscribed the name of the maker thereof to the foregoing instrument as its **Members** and acknowledged to me that **they** executed the same as **their** free and voluntary act and deed and as the free and voluntary act and deed of such **corporation**, for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My Commission Expires:
My commission Number:

NOTARY # 15009275 EXP. 10/06/19 PUBLIC STATE OF OKLAHOMA

Notary Public

The City of
**OKLAHOMA CITY**
POLICE DEPARTMENT
William Citty
Chief of Police

**October 16, 2018**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
Block:000 Lot:000

UNPLTD PT SEC 14 11N 3W 000 000 PT NE4 SEC 14 11N 3W BEG 40FT E& 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY160.64FT

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S Choctaw Ave
El Reno, Ok 73036

To Whom It May Concern:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used.

Some of the steps that you should take to abate the nuisance may include any of the following:

- To stop any and all illegal or criminal activity occurring in parking lots and common areas

PENGAD-Bayonne, N. J. PLAINTIFF'S EXHIBIT 3

- Hire Cleet Certified security guards (either armed or unarmed) to handle the trespassers and people just hanging out on property
- Remove all inoperable vehicles left in parking lots of the complex
- To stop any and all drug/Controlled Dangerous Substances related criminal activity
- Make sure all lighting and fencing is adequate and working
- Post No Trespassing Signs all around the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

~~Bill Weaver, Major~~
Special Investigations Division
Capt. James Boggess
for Major Weaver

cc: Orval Edwin Jones
Assistant Municipal Counselor

# PLAZA INN

# 3200 S. I-35 SERVICE RD

On 10/08/18 Case# 18-081308 officers responded to a call of gunshots in the parking lot.at The Plaza Inn. Officers found 5 bullet casings in the parking lot where the shooting took place.

On 7/19/18 Case# 18-056886 officers responded to a shooting where su's were seen by hotel staff w/guns and were shooting at each other in the parking lot.

On 2/01/18 Case #18-08438 officers responded to a stabbing where Vi was walking on the North side of the Plaza Inn where someone whistled at him. Su stabbed him in the back.

On 6/07/18 Case# 18-044533 officers responded to an ADW where Su took a cab to the Plaza Inn. Su got out and would not pay the Fare. Cab driver followed Su and she pulled out a knife. Cab driver talked to the desk clerk and they knew who Su was because she had just recently stayed there.

The City of
**OKLAHOMA CITY**
**POLICE DEPARTMENT**
William City
Chief of Police

**October 31, 2018**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
Block:000 Lot:000

UNPLTD PT SEC 14 11N 3W 000 000 PT NE4 SEC 14 11N 3W BEG 40FT E& 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY160.64FT

Michael Wiley/Steve Ketter
Plaza Hotels LLC
3200 S. I-35 Service Rd
Oklahoma City, Ok 73129

To Whom It May Concern:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used.

Some of the steps that you should take to abate the nuisance may include any of the following:

- To stop any and all prostitution related criminal activity

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders



PENGAD-Bayonne, N.J.
PLAINTIFF'S EXHIBIT
4

and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Bill Weaver, Major
Special Investigations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# PLAZA INN

# 3200 S. I-35 SERVICE RD

# Case # 18-081677

On 10/10/18 Vice Detectives assisted OBNDD HTU Unit in making a case for prostitution involving 3 juvenile females and arrested 3 juvenile males for acting as their pimp. The juveniles were using rented room # 162.

The City of
**OKLAHOMA CITY**
POLICE DEPARTMENT
William Citty
Chief of Police

**October 31, 2018**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
Block:000 Lot:000

UNPLTD PT SEC 14 11N 3W 000 000 PT NE4 SEC 14 11N 3W BEG 40FT E& 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY160.64FT

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S Choctaw Ave
El Reno, Ok 73036

To Whom It May Concern:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used.

Some of the steps that you should take to abate the nuisance may include any of the following:

- To stop any and all prostitution related criminal activity

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders

and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Bill Weaver, Major
Special Investigations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# PLAZA INN

# 3200 S. I-35 SERVICE RD

# Case # 18-081677

On 10/10/18 Vice Detectives assisted OBNDD HTU Unit in making a case for prostitution involving 3 juvenile females and arrested 3 juvenile males for acting as their pimp. The juveniles were using rented room # 162.

17-4766071

17-4766071

COMPLAINT / INFORMATION
IN THE MUNICIPAL COURT OF THE CITY OF OKLAHOMA CITY,

STATE OF OKLAHOMA
THE CITY OF OKLAHOMA CITY vs.

☐ HFS ☐ TR ☒ CR ☐ JD ☐ EN ☐ JV ☐ JJ ☐ PK

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Ketter | Stephen | |

| ADDRESS | CITY | STATE |
|---|---|---|
| 5101 S. Choctaw | El Reno | OK |

| ZIP | PHONE-HOME | WORK | EMPLOYER |
|---|---|---|---|
| 73036 | 262-4748 | | The Plaza Inn |

| SDL/SSN/I.D./OTHER | CLASS | ENDMTS | STATE | DL YR. | DATE OF BIRTH |
|---|---|---|---|---|---|
| — | — | — | — | — | 5-29-52 |

| RACE | SEX | HT. | WT. | VEHICLE YR., MAKE, MODEL & STYLE | COLOR |
|---|---|---|---|---|---|
| W | M | — | — | — | — |

| TAG YR. | ST. | TAG NO. | VIN |
|---|---|---|---|
| — | — | — | — |

1-28-19

| INCIDENT NUMBER | ON OR ABOUT (DATE) | AT TIME |
|---|---|---|
| 19-14282 | ~~1-20-19~~ 9 | ~~2037~~ 17:30 |

| AT OR NEAR LOCATION | COUNTY |
|---|---|
| 3200 S. I-35 Service Rd | 55 |

| COM MTR VEH YES | NO | HAZ MAT PLACARD ☐ | WITHIN THE CORPORATE LIMITS OF THE CITY OF OKLAHOMA CITY DID COMMIT THE FOLLOWING OFFENSE. | VIOL. CODE CRI |
|---|---|---|---|---|

BY THE ACT OF Public Nuisance Violation

OFF. #2 COMM NO.

IN VIOLATION OF MUNICIPAL CODE CH: 35 - 18(d)

☐ BWC VIDEO

JAILED: ☐ CITY/COUNTY ☐ RELEASED IN FIELD ☐ RELEASED TO CIC ☒ CHARGED OUT OF CUSTODY ☐ HOSP. RELEASE ☐ ACCIDENT INVOLVED

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

SIGNATURE OF COMPLAINANT: MSgt. Bowen ☐ BWC VIDEO COMM. NO. 1165

ADDRESS OF COMPLAINANT
ADDRESS: PHONE: 297-1157
CITY: 701 Colcord Dr STATE: OK ZIP: 73102

SUBSCRIBED AND SWORN BEFORE ME
NAME Lt. C. Nix DATE 2-19-19 TITLE Scc

NOTICE: Your release is based on your signed written promise to appear for arraignment on any traffic violation. If you fail to post bond, pay the fine or, in lieu thereof, appear for the arraignment, it will result in the suspension of your driver's license in Oklahoma or in your home state pursuant to the Nonresident Violator Compact. Further on all citations, if you fail to appear, post bond or pay the fine by the arraignment date, a warrant will be issued for your arrest, the amount of the fine will be raised to the maximum allowed by law and an additional charge of "Failure to Appear" will be filed against you.
Without admitting guilt, I promise to appear in said court at said time and place.

ARRAIGNMENT COURT DATE
DATE TBS TIME 8

SIGNATURE X Request Warrant

OFFICER NOTES / WITNESS INFORMATION / COMPANION/WARRANT CASE NO.
(PLEASE PRINT) ADDRESS & ZIP, PHONE:

IP Vernon Ross 6-23-73
3200 S. I-35 Service Rd #144
OKC, OK 73129 931-5911

ORIGINAL

PLAINTIFF'S EXHIBIT 5

17-4766071

DO NOT WRITE ABOVE THIS LINE

ADDITIONAL WITNESS OR COMPLAINANT INFORMATION (PLEASE PRINT) ADDRESS & ZIP, PHONE

The within and foregoing Complaint on the reverse side hereof which is herein included by reference, has been examined and there is probable cause for filing this information. Municipal Counselor, Oklahoma City, Oklahoma.

# 32095

LASHAWN THOMPSON
COURT CLERK

BY DEPUTY COURT CLERK
FILED
MUNICIPAL COURT
OKLAHOMA CITY, OKLAHOMA

Approved
ASSISTANT MUNICIPAL COUNSELOR

DATE 3/20/2019

APPROVED

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE UPDATED RECORD.

SIGNATURE OF CLERK

DATE 3/20/2019 11:04:44 A

I have examined the facts in this case and recommend that a warrant be issued.

APPROVED
ASSISTANT MUNICIPAL COUNSELOR

NOTICE SENT

THUMB PRINT

| DATE | ENTRY |
|---|---|
| | |
| | |
| | |
| | |
| | BF G3 NC G4 NG DP DO DW DC DX DF |
| | |
| | |
| | |
| | |
| | |
| | |

ORIGINAL

Cit # 174766071 Viol # 1 ** Comments ** Docket # 174766071

Name KETTER, STEPHEN * Adult * Age at time of Violation 66

W, M, 5/29/1952, No DL In Queues WEBQ

Violation Fees History Receipts Clerk Comments Docket Comments Prosecutor Comments Judgment Cnv. History

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Status | CL | CLOSED | Date | 3/22/2019 | Fri | Time | 05:24 PM |
| Alt. Status #1 | | | Date | | | Time | 12:00 AM |
| Alt. Status #2 | | | Date | | | Time | 12:00 AM |
| Plea | NC | NO CONTEST | Date | 3/22/2019 | Fri | Docket Weight Override | |
| Judge | JNA | NOT ASSIGNED | | | | | |

Court Location 2 Courtroom 2

Type of Trial by Judge Offense Level CR CRIMINAL

Conviction Date 3/22/2019 Continuances A - 0; D - 0; J - 0; P - 0; T - (

Attorney <no Attorney>

County 55 OKLAHOMA Interpreter

Review Attorney DP1 PARRIS, DUSTIN W

DL Suspension

Collect Fees Only

**Bonds**

Bond Type Info

Bond Set Override

Set 0.00 Posted 0.00

**Fine/Costs**

| | |
|---|---|
| Fine | 65.00 |
| Fees | 113.00 |
| Totl | 178.00 |

Allow Full Refund

**Credits**

| | |
|---|---|
| Cash | 178.00 |
| NCsh | 0.00 |
| Pend | 0.00 |
| Bal | 0.00 |

**Collections**

Collections

Send to Queue

Offense OTHER CRIMINAL VIOLATION

Exit

View orval.jones

17-4765512

17-4765512

# COMPLAINT / INFORMATION

IN THE MUNICIPAL COURT OF THE CITY OF OKLAHOMA CITY, STATE OF OKLAHOMA

THE CITY OF OKLAHOMA CITY vs.

☐ HFS ☐ TR ☒ CR ☐ JD ☐ EN ☐ JV ☐ JJ ☐ PK

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Ketter | Stephen | |

| ADDRESS | CITY | STATE |
|---|---|---|
| 5101 S. Choctaw | El Reno | OK |

| ZIP | PHONE-HOME | WORK | EMPLOYER |
|---|---|---|---|
| 73036 | 262-4748 | | Plaza Inn |

| SDL/SSN/I.D./OTHER | CLASS | ENDMTS | STATE | DL YR. | DATE OF BIRTH |
|---|---|---|---|---|---|
| — | — | — | — | — | 5-29-52 |

| RACE | SEX | HT. | WT. | VEHICLE YR., MAKE, MODEL & STYLE | COLOR |
|---|---|---|---|---|---|
| W | M | — | — | — | — |

| TAG YR. | ST. | TAG NO. | VIN |
|---|---|---|---|
| — | — | — | — |

| INCIDENT NUMBER | ON OR ABOUT (DATE) | AT TIME |
|---|---|---|
| 19-45205 | 6-7-19 | 14:45 |

| AT OR NEAR LOCATION | COUNTY |
|---|---|
| 3200 S. I-35 Service Rd | 55 |

COM MTR VEH: YES / NO — HAZ MAT PLACARD ☐

WITHIN THE CORPORATE LIMITS OF THE CITY OF OKLAHOMA CITY DID COMMIT THE FOLLOWING OFFENSE.

VIOL. CODE: CR

BY THE ACT OF Public Nuisance Viol.

OFF. #2 COMM NO.

IN VIOLATION OF MUNICIPAL CODE CH: 35 - 175(d)

☐ BWC VIDEO

JAILED: ☐ CITY/COUNTY ☐ RELEASED IN FIELD ☐ RELEASED TO CIC ☒ CHARGED OUT OF CUSTODY ☐ HOSP. RELEASE ☐ ACCIDENT INVOLVED.

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

SIGNATURE OF COMPLAINANT: Bowen ☐ BWC VIDEO COMM. NO. 1165

ADDRESS OF COMPLAINANT
ADDRESS: 700 Colcord Ave PHONE: 297-1187
CITY: OKC STATE: OK ZIP: 73102

SUBSCRIBED AND SWORN BEFORE ME

NAME [signature] DATE 7-9-19 TITLE DCC

NOTICE: Your release is based on your signed written promise to appear for arraignment on any traffic violation. If you fail to post bond, pay the fine or, in lieu thereof, appear for the arraignment, it will result in the suspension of your driver's license in Oklahoma or in your home state pursuant to the Nonresident Violator Compact. Further on all citations, if you fail to appear, post bond or pay the fine by the arraignment date, a warrant will be issued for your arrest, the amount of the fine will be raised to the maximum allowed by law and an additional charge of "Failure to Appear" will be filed against you.
Without admitting guilt, I promise to appear in said court at said time and place.

8-1-19 9AM

ARRAIGNMENT COURT DATE

DATE TBS TIME

SIGNATURE X Request Warrant

OFFICER NOTES / WITNESS INFORMATION / COMPANION/WARRANT CASE NO.
(PLEASE PRINT) ADDRESS & ZIP, PHONE:

ORIGINAL

PLAINTIFF'S EXHIBIT 6

PENGAD-Bayonne, N. J.

17-4765512

DO NOT WRITE ABOVE THIS LINE

ADDITIONAL WITNESS OR COMPLAINANT INFORMATION (PLEASE PRINT) ADDRESS & ZIP, PHONE

The within and foregoing Complaint on the reverse side hereof which is herein included by reference, has been examined and there is probable cause for filing this information. Municipal Counselor, Oklahoma City, Oklahoma

Laura K. Yates
OBA #14248

Approved
ASSISTANT MUNICIPAL COUNSELOR

DATE 8/21/2019 APPROVED

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE UPDATED RECORD.

SIGNATURE OF CLERK DATE

I have examined the facts in this case and recommend that a warrant be issued.

APPROVED
ASSISTANT MUNICIPAL COUNSELOR

NOTICE SENT

THUMB PRINT

| DATE | ENTRY |
|---|---|
| | |
| | |
| | |
| | |
| | BF G3 NC G4 NG DP DO DW DC DX DF |
| | |
| | |
| | |
| | |
| | |
| | |

ORIGINAL

File Edit Options Help Chat

tcm

Cit # 174765512 Viol # 1

Name KETTER, STEPHEN

W, M, 5/29/1952, No DL

** Comments **

* Adult *

Docket # 174765512

Age at time of Violation 67

In Queues None

Violation Fees History Receipts Clerk Comments Docket Comments Prosecutor Comments Judgment Cnv. History

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Status | CL | CLOSED | Date | 8/09/2019 | Fri | Time | 05:24 PM |
| Alt. Status #1 | | | Date | | | Time | 12:00 AM |
| Alt. Status #2 | | | Date | | | Time | 12:00 AM |
| Plea | NC | NO CONTEST | Date | 8/09/2019 | Fri | | |
| Judge | JNA | NOT ASSIGNED | | | | | |

Docket Weight Override

Court Location 2 Courtroom 2

Type of Trial by Judge

Offense Level CR CRIMINAL

Conviction Date 8/09/2019

Continuances A - 0; D - 0; J - 0; P - 0; T - (

Attorney <no Attorney>

County 55 OKLAHOMA

Interpreter

Review Attorney <none>

DL Suspension

Collect Fees Only

Bonds

Bond Type Info

Bond Set Override

Set 0.00 Posted 0.00

Fine/Costs

| | |
|---|---|
| Fine | 65.00 |
| Fees | 113.00 |
| Totl | 178.00 |

Allow Full Refund

Credits

| | |
|---|---|
| Cash | 178.00 |
| NCsh | 0.00 |
| Pend | 0.00 |
| Bal | 0.00 |

Collections

Collections

Send to Queue

Offense OTHER CRIMINAL VIOLATION

Exit

View orval.jones

The City of
**OKLAHOMA CITY**
POLICE DEPARTMENT
William Citty
Chief of Police

**July 9, 2019**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
Block:000 Lot:000

UNPLTD PT SEC 14 11N 3W 000 000 PT NE4 SEC 14 11N 3W BEG 40FT E& 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY160.64FT

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S Choctaw Ave
El Reno, Ok 73036

91 7199 9991 7039 7197 8384
Stephen Hetter

To Whom It May Concern:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used.

Some of the steps that you should take to abate the nuisance may include any of the following:

- To stop any and all illegal or criminal activity occurring in parking lots and common areas

PLAINTIFF'S EXHIBIT 7

- Hire Cleet Certified security guards (either armed or unarmed) to handle the trespassers and people just hanging out on property
- Remove all inoperable vehicles left in parking lots of the complex
- To stop any and all drug/Controlled Dangerous Substances related criminal activity
- Make sure all lighting and fencing is adequate and working
- Post No Trespassing Signs all around the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Bill Weaver, Major
Special Investigations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. I-35 SERVICE RD

ON 6/7/19 **CASE# 19-045205, Santa Fe Officers received a call to an ADW at The Plaza Inn.** When Officers arrived, they found one Vi **Ladre Morton,** who had been shot in the leg. Officers were told people were hanging out in the stairwell and at the bottom of the stairs near room 238. Su approached from the parking lot and shot Vi. Su then got back in a vehicle which had 3-4 people sitting in it in the Plaza Inn parking lot. The vehicle left the area.

The City of
**OKLAHOMA CITY**
**POLICE DEPARTMENT**
William Citty
Chief of Police

**July 9, 2019**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
Block:000 Lot:000

UNPLTD PT SEC 14 11N 3W 000 000 PT NE4 SEC 14 11N 3W BEG 40FT E& 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY160.64FT

91 7199 9991 7039 7197 8377

Michael Wiley

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S Choctaw Ave
El Reno, Ok 73036

To Whom It May Concern:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used.

Some of the steps that you should take to abate the nuisance may include any of the following:

- To stop any and all illegal or criminal activity occurring in parking lots and common areas

- Hire Cleet Certified security guards (either armed or unarmed) to handle the trespassers and people just hanging out on property
- Remove all inoperable vehicles left in parking lots of the complex
- To stop any and all drug/Controlled Dangerous Substances related criminal activity
- Make sure all lighting and fencing is adequate and working
- Post No Trespassing Signs all around the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Bill Weaver, Major
Special Investigations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. I-35 SERVICE RD

ON 6/7/19 **CASE# 19-045205, Santa Fe Officers received a call to an ADW at The Plaza Inn.** When Officers arrived, they found one Vi **Ladre Morton,** who had been shot in the leg. Officers were told people were hanging out in the stairwell and at the bottom of the stairs near room 238. Su approached from the parking lot and shot Vi. Su then got back in a vehicle which had 3-4 people sitting in it in the Plaza Inn parking lot. The vehicle left the area.

The City of
# OKLAHOMA CITY
POLICE DEPARTMENT
**Wade Gourley**
Chief of Police

**October 8, 2019**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
Block: 000 Lot: 000
PT NE4 SEC 14 11N 3W BEG 40FT E & 513FT S OF NW/C NE4 TH A132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

9489 0090 0027 6141 7946 68

Michael Wiley/Stephen Ketter
Plaza Hotels LLC
3200 S. I-35 Service Rd
Oklahoma City, Ok 73129

To Whom It May Concern:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within ten (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. Some of the steps that you should take to abate the nuisance may include any of the following:

- To stop any and all drug/Controlled Dangerous Substances related criminal activity

PENGAD-Bayonne, N. J.
PLAINTIFF'S EXHIBIT
8

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Bill Weaver, Major
Special Investigations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. I-35 SERVICE RD

ON 9/21/19 **CASE# 19-076203, Santa Fe Officers were in the area and pulled into the Plaza Inn.** They observed the arrested **Lonnie Singleton** was sitting in a car backed into a space in the Plaza Parking lot. The officers saw several individuals hanging around this car. When they saw the scout car pull in, these individuals scattered. **Mr. Singleton** had a baggie of meth in his hand and a pistol in plain view. He was charged with Poss. Of CDS w/Intent AFCF--Meth and Poss of Firearm AFCF.

The City of
OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**October 8, 2019**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
Block: 000 Lot: 000
PT NE4 SEC 14 11N 3W BEG 40FT E & 513FT S OF NW/C NE4 TH A132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S Choctaw Ave
El Reno, Ok 73036

To Whom It May Concern:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within ten (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. Some of the steps that you should take to abate the nuisance may include any of the following:

- To stop any and all drug/Controlled Dangerous Substances related criminal activity

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Bill Weaver, Major
Special Investigations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. I-35 SERVICE RD

ON 9/21/19 **CASE# 19-076203, Santa Fe Officers were in the area and pulled into the Plaza Inn.** They observed the arrested **Lonnie Singleton** was sitting in a car backed into a space in the Plaza Parking lot. The officers saw several individuals hanging around this car. When they saw the scout car pull in, these individuals scattered. **Mr. Singleton** had a baggie of meth in his hand and a pistol in plain view. He was charged with Poss. Of CDS w/Intent AFCF--Meth and Poss of Firearm AFCF.

The City of
OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**November 4, 2020**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza hotels LLC
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Michael Wiley:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

Some of the steps that you should take to abate the nuisance may include any of the following:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot
- To have video cameras installed inside and outside to monitor all areas around the property
- Post and enforce No Trespassing Signs all through the property
- Remove and don't allow inoperable vehicles to remain on the property

PENGAD-Bayonne, N.J.
PLAINTIFF'S
EXHIBIT
9

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Bobby Tompkins, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S-I 35 SERVICE RD

ON 11/01/2020 **CASE# 20-0083718, Santa Fe Officers received An ADW call to The Plaza Inn.** When Officers arrived, they did locate two victims who got into a fight in the parking lot and stabbed each other. This might have stemmed from a previous fight that happened earlier between one of the victims sons in the courtyard area.

The City of
**OKLAHOMA CITY**
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**March 17, 2022**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza hotels LLC
5101 S. Choctaw Ave
El Reno, Ok 73036

9489 0090 0027 6196 1615 07

To Mr. Stephen Ketter:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. Some of the steps that you should take to abate the nuisance may include any of the following:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot
- To have video cameras installed inside and outside to monitor all areas around the property
- Post and enforce No Trespassing Signs all through the property

PENGAD-Bayonne, N. J.
PLAINTIFF'S EXHIBIT
10

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. I-35 SERVICE RD

ON 11/08/2021 Case#21-0084978 SANTA FE Officers received a call here at 03:00(21-0084974) about a home invasion involving the security guard for the Plaza Inn. A couple of hours later, while officers were still here. They hear gunshots out in the NE corner of the parking lot. Officers came into contact with Suspect Denerio Parker in the courtyard. Su Parker said he woke up in a hotel room here. He said he had a pistol on him and he went outside into the parking lot and fired the gun into the air. He then place the gun into the trashcan after he realized the police were here at the motel.

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 **SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.**

**ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.**

The City of
# OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**May 25, 2022**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Michael Wiley:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. Some of the steps that you should take to abate the nuisance may include any of the following:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot
- To have video cameras installed inside and outside to monitor all areas around the property
- Post and enforce No Trespassing Signs all through the property

PENGAD-Bayonne, N.J.
PLAINTIFF'S EXHIBIT
11

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.

ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.

ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.

The City of
**OKLAHOMA CITY**
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**May 25, 2022**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

91 7199 9991 7039 3531 2995

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Stephen Ketter:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. Some of the steps that you should take to abate the nuisance may include any of the following:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot
- To have video cameras installed inside and outside to monitor all areas around the property
- Post and enforce No Trespassing Signs all through the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 **SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.**

**ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.**

**ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.**

The City of
**OKLAHOMA CITY**
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**July 6, 2022**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza Hotels LLC
C/O Michael Wiley
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Michael Wiley:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. Some of the steps that you should take to abate the nuisance may include any of the following:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot
- To have video cameras installed inside and outside to monitor all areas around the property

PENGAD-Bayonne, N. J.
PLAINTIFF'S EXHIBIT
12

- Post and enforce No Trespassing Signs all through the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.

ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.

ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.

ON 7/01/2022 CASE#22-0046586 SANTA FE Officers responded to a trouble unknown call here at 5:21am. The victim was laying on the ground and a female was holding his head. Officers observed surveillance video that showed at 4:11am the victim and suspect were talking to each other. The suspect punched the victim in the face and knocked him out. A female suspect went up to victim and took things out of his pocket's while he was unconscious.

The City of
# OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**July 6, 2022**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

91 7199 9991 7039 3531 2988

Plaza Inn/Kokomos
Plaza Hotels LLC
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Stephen Ketter:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. Some of the steps that you should take to abate the nuisance may include any of the following:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot
- To have video cameras installed inside and outside to monitor all areas around the property
- Post and enforce No Trespassing Signs all through the property

- Post and enforce No Trespassing Signs all through the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.

ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.

ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.

ON 7/01/2022 CASE#22-0046586 SANTA FE Officers responded to a trouble unknown call here at 5:21am. The victim was laying on the ground and a female was holding his head. Officers observed surveillance video that showed at 4:11am the victim and suspect were talking to each other. The suspect punched the victim in the face and knocked him out. A female suspect went up to victim and took things out of his pocket's while he was unconscious.

The City of
OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

October 18, 2022

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.62FT NLY 160.64FT NW22.55FT TO BEG

---

Plaza Inn/Kokomos
Plaza Hotels LLC
C/O Michael Wiley
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Michael Wiley:

The City of Oklahoma City continues to receive complaints and/or the police department continues to respond to calls for service at this property for violations of the Criminal Activities Nuisance Ordinance. Specifically, the incidents concern acts of violence on this property against persons resulting in serious bodily injury and death.

As such, the City of Oklahoma City has reason to believe the above-described property continues to be used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

Previous notices issued to Plaza Inn, LLC, its owners, managers, and agents have suggested various solutions which would attempt to resolve the issues described within this notice. However,

PENGAD-Bayonne, N. J.
PLAINTIFF'S
EXHIBIT
13

your company has refused or otherwise has not put in place any of the suggested solutions, including but not limited to the use or employment of 24-hour, seven days weekly, armed security guards which are specifically employed to protect this property.

The purpose of this letter is to inform you that unless Plaza Inn, LLC, its owners, managers, or agents take prompt action and remedy the nuisance situation within *ten (10) calendar days of the receipt of this notice*, the City will consider taking legal action to abate the public nuisance that Plaza Inn, LLC continues to allow being present upon the described property. The steps taken by Plaza Inn, LLC company *must include*:

- Employment or use of 24-hour, seven days weekly, armed security guard for the purpose of deterring acts of violence involving persons as victims.
- Any employment or contracted use of armed security guards must be specific to this property and *NOT* be in conjunction with an arrangement with any company or other property owner to share the services of an armed security guard.

If this is not done, the City of Oklahoma City will consider seeking civil remedies in a court of competent jurisdiction, which include but will not be limited to: injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, at the discretion of the District Court. In addition, the City of Oklahoma City may continue to file misdemeanor charges against you for any violations of Oklahoma City Municipal Code, specifically, Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, if you have any questions regarding this notice.

Respectfully,

Jeremy Harrison, Captain
Special Operations Division (Acting)

cc: Orval Edwin Jones
Assistant Municipal Counselor

Revised 4/21

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.

ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.

ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.

ON 7/01/2022 CASE#22-0046586 SANTA FE Officers responded to a trouble unknown call here at 5:21am. The victim was laying on the ground and a female was holding his head. Officers observed surveillance video that showed at 4:11am the victim and suspect were talking to each other. The suspect punched the victim in the face and knocked him out. A female suspect went up to victim and took things out of his pocket's while he was unconscious.

ON 10/10/2022 CASE# 22-0073584 SANTA FE Officers responded to disturbance call where shots were fired near room #119 at 08:45am. The victim was laying on the second floor walkway in front of room #221. The video camera footage shows victim standing on the walkway talking to two other males. The suspect is seen walking west from the office and he pulls a gun out of his pocket. The suspect goes up the stairs to the second floor and starts walking to wards the victim. The subject then fires multiple shots and the victim is struck and dies. The victim also had a small chrome & black revolver in his right rear waistband.

The City of
OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**October 18, 2022**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.62FT NLY 160.64FT NW22.55FT TO BEG

---

Plaza Inn/Kokomos
Plaza Hotels LLC
C/O Stephen Ketter
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Stephen Ketter:

The City of Oklahoma City continues to receive complaints and/or the police department continues to respond to calls for service at this property for violations of the Criminal Activities Nuisance Ordinance. Specifically, the incidents concern acts of violence on this property against persons resulting in serious bodily injury and death.

As such, the City of Oklahoma City has reason to believe the above-described property continues to be used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

Previous notices issued to Plaza Inn, LLC, its owners, managers, and agents have suggested various solutions which would attempt to resolve the issues described within this notice. However,

your company has refused or otherwise has not put in place any of the suggested solutions, including but not limited to the use or employment of 24-hour, seven days weekly, armed security guards which are specifically employed to protect this property.

The purpose of this letter is to inform you that unless Plaza Inn, LLC, its owners, managers, or agents take prompt action and remedy the nuisance situation within *ten (10) calendar days of the receipt of this notice*, the City will consider taking legal action to abate the public nuisance that Plaza Inn, LLC continues to allow being present upon the described property. The steps taken by Plaza Inn, LLC company *must include*:

- Employment or use of 24-hour, seven days weekly, armed security guard for the purpose of deterring acts of violence involving persons as victims.
- Any employment or contracted use of armed security guards must be specific to this property and *NOT* be in conjunction with an arrangement with any company or other property owner to share the services of an armed security guard.

If this is not done, the City of Oklahoma City will consider seeking civil remedies in a court of competent jurisdiction, which include but will not be limited to: injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, at the discretion of the District Court. In addition, the City of Oklahoma City may continue to file misdemeanor charges against you for any violations of Oklahoma City Municipal Code, specifically, Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, if you have any questions regarding this notice.

Respectfully,

Jeremy Harrison, Captain
Special Operations Division (Acting)

cc: Orval Edwin Jones
Assistant Municipal Counselor

Revised 4/21

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.

ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.

ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.

ON 7/01/2022 CASE#22-0046586 SANTA FE Officers responded to a trouble unknown call here at 5:21am. The victim was laying on the ground and a female was holding his head. Officers observed surveillance video that showed at 4:11am the victim and suspect were talking to each other. The suspect punched the victim in the face and knocked him out. A female suspect went up to victim and took things out of his pocket's while he was unconscious.

ON 10/10/2022 CASE# 22-0073584 SANTA FE Officers responded to disturbance call where shots were fired near room #119 at 08:45am. The victim was laying on the second floor walkway in front of room #221. The video camera footage shows victim standing on the walkway talking to two other males. The suspect is seen walking west from the office and he pulls a gun out of his pocket. The suspect goes up the stairs to the second floor and starts walking to wards the victim. The subject then fires multiple shots and the victim is struck and dies. The victim also had a small chrome & black revolver in his right rear waistband.

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.

ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.

ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.

ON 7/01/2022 CASE#22-0046586 SANTA FE Officers responded to a trouble unknown call here at 5:21am. The victim was laying on the ground and a female was holding his head. Officers observed surveillance video that showed at 4:11am the victim and suspect were talking to each other. The suspect punched the victim in the face and knocked him out. A female suspect went up to victim and took things out of his pocket's while he was unconscious.

ON 10/10/2022 CASE# 22-0073584 SANTA FE Officers responded to disturbance call where shots were fired near room #119 at 08:45am. The victim was laying on the second floor walkway in front of room #221. The video camera footage shows victim standing on the walkway talking to two other males. The suspect is seen walking west from the office and he pulls a gun out of his pocket. The suspect goes up the stairs to the second floor and starts walking to wards the victim. The subject then fires multiple shots and the victim is struck and dies. The victim also had a small chrome & black revolver in his right rear waistband.

The City of
OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**April 12, 2023**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza Hotels LLC
C/O Michael Wiley
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Stephen Ketter:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. To abate this nuisance, the hotel owners and managers must take the following steps:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot by being on the property 24 hours a day and seven days a week

PENGAD-Bayonne, N. J.
PLAINTIFF'S
EXHIBIT
14

- To have video cameras installed inside and outside to monitor all areas around the property
- Make sure that all video is stored and not erased for at least 10 days from each recording
- Post and enforce No Trespassing Signs all through the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. PROSPECT

ON 3/07/2022 Case#22-0015769 SANTA FE Officers received a call here at 9:03PM on shooting in the courtyard area. Officers located a victim with a gunshot wound to the left thigh. Victim says he was walking in the courtyard when the suspect hit him over the head and then shot him. Officers located two shell casings and a live round on the ground.

ON 3/15/2022 CASE# 22-0017786 SANTA FE Officers received another shooting call here at 11:50pm. The victim stated he and the witnesses were going up the stairs to the second floor when he was jumped by the suspects. During the altercation, a suspect shot the victim in the face.

ON 5/20/2022 CASE# 22-0035730 SANTA FE Officers responded to another shooting call here at 10:20pm. The victim was on the property and got into an argument and the suspect shot at the victim. The victim sustained a graze wound to his back.

ON 7/01/2022 CASE#22-0046586 SANTA FE Officers responded to a trouble unknown call here at 5:21am. The victim was laying on the ground and a female was holding his head. Officers observed surveillance video that showed at 4:11am the victim and suspect were talking to each other. The suspect punched the victim in the face and knocked him out. A female suspect went up to victim and took things out of his pocket's while he was unconscious.

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE CITY OF OKLAHOMA CITY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC, d.b.a THE PLAZA INN, MICHAEL WILEY and STEVE KETTER,<br><br>Defendants. | ) | No.CV-2023-1094 |

FILED IN DISTRICT COU[RT]
OKLAHOMA COUNTY
MAY 12 2023
RICK WARREN
COURT CLERK
73

AMENDED PETITION FOR INJUNCTIVE RELIEF

COMES NOW the Plaintiff, and for its complaint alleges as follows:

1. Plaintiff, the City of Oklahoma City (hereinafter "City"), is a municipal corporation, with a police department ("OCPD"), formed pursuant to the laws of the State of Oklahoma.

2. Defendant Plaza Hotels, LLC, doing business as The Plaza Inn (hereinafter "Plaza Inn"), is the owner of real property and a hotel business located at 3200 South Interstate Highway 35 Service Road, also known as 3200 South Prospect Avenue, in Oklahoma City, Oklahoma, located in Oklahoma County, Oklahoma. The legal description of the Plaza Inn property is attached as Exhibit A hereto.

3. Defendant Michael Wiley is a resident of Canadian County. He is a member of Plaza Hotels, LLC, and a manager of Plaza Inn.

PLAINTIFF'S EXHIBIT 15

4. Defendant Steve Ketter is a resident of Canadian County. He is a member of Plaza Hotels, LLC, and a manager of Plaza Inn.

5. This cause of action arose in Oklahoma County, Oklahoma. Venue properly lies in Oklahoma County, Oklahoma.

6. By letter dated April 12, 2023, City notified Defendants, in writing, that the Plaza Inn "is being used in such a manner as to be a public nuisance." There previously had been numerous instances of people on said property being killed and injured by criminal conduct. Defendants were given ten (10) days to abate this nuisance on the property. One of those notices is attached as Exhibit B hereto. Of particular importance was the directive, "To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot by being on the property 24 hours a day and seven days a week."

7. Previous nuisance notices have been provided to the owners and managers of Plaza Inn, and all have essentially been ignored, making the Plaza Inn one of the most dangerous places in Oklahoma County for the community and the travelling public, to include extreme violence, drug distribution and prostitution activity.

8. Such illegal activity on the Plaza Inn property constitutes a public nuisance within the meaning of 50 Okla. Stat. §§ 1 and 2, and a public nuisance *per se* at common law.

9. Such illegal activity on the property constitutes a public nuisance *per se* within the meaning of the Criminal Activities Public Nuisance Abatement Ordinance, which ordinance was adopted and published by the City Council of the City pursuant to 11 Okla. Stat. § 22-121, and codified in Oklahoma City Municipal Code, 2020, §§ 35-171, *et seq.*

10. Defendants have unlawfully failed to abate the public nuisance *per se* caused by illegal activity on the property, and the City requires assistance from the Court and injunctive relief as permitted by 50 Okla. Stat. § 17.

11. On May 11, 2023, the City Manager of the City, acting pursuant to his authority as conferred by the Real Property Nuisance Abatement Ordinance, authorized the Municipal Counselor to file this action for injunctive relief on behalf of the City. The memorandum memorializing this authorization is appended as Exhibit C to this Petition for Injunctive Relief.

12. City is entitled to an order and decree from this Court, determining that the Plaza Inn is being used in such a manner as to be a public nuisance, that the owners and managers thereof have unlawfully failed to abate the nuisance, and that complete closure or mandatory restrictions on use of the property are necessary to maintain public health, welfare, decency and order, and to protect the community from harm.

13. Pursuant to the provisions of 12 Okla. Stat. § 1383, the Defendants and all persons acting in concert with them should be prohibited and restrained from operating the Plaza Inn in such manner as to allow illegal activity to occur on the property, be commanded to take sufficient steps, such as hiring of adequate security, to stop nuisance activity on the property, and be ordered to make suitable physical changes to the property, such as improving fencing or installing adequate video systems, to abate the nuisance activity.

14. Pursuant to the provisions of 50 Okla. Stat. § 17, the Court, either by and through a commissioner appointed by the Court, or otherwise, may cause the nuisance to be abated, may order Defendants to pay all costs of the action, may assess all costs of abatement and costs of the action against the property, may declare such costs a judgment lien against said property, may order and direct the property to be sold for the purpose of satisfying said judgment, and may cause the Plaza Inn property to be sold and proceeds thereof applied to the payment of the costs of abating the nuisance.

WHEREFORE, Plaintiff requests the Court to assume jurisdiction over the Defendants and the Plaza Inn property, to order the Defendants to abate the nuisance on the property, to order the Defendants to prevent illegal violence, drug distribution and prostitution activity on the property, or, in the

alternative, to close the property as a business and fence it from the public, and to award court costs, abatement costs, and such other and further relief to which the plaintiff may be entitled.

Respectfully submitted,

KENNETH JORDAN
Municipal Counselor

Orval Edwin Jones, OBA No. 10868
Assistant Municipal Counselor

701 Couch Drive
Oklahoma City, OK 73102

Telephone 405-297-2682
Orval.Jones@OKC.GOV

ATTORNEYS FOR PLAINTIFF
THE CITY OF OKLAHOMA CITY

EXHIBIT "A"

A part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian in Oklahoma County, Oklahoma, according to the Government Survey thereof and more particularly described as follows, to-wit:
Beginning at a point 40 feet East and 513 feet South of the Northwest corner of said Northeast Quarter (NE/4), said point being on the East right-of-way line of Interstate Highway No. 35; Thence South 0°00'55" East along the said East right-of-way line and parallel with the West line of said Northeast Quarter (NE/4) a distance of 132.40 feet; Thence South 1°07'50" West and along said East right-of-way line a distance of 250.05 feet; Thence South 11°16'52" East and along said right-of-way line a distance of 17.95 feet; Thence North 89°59'34" East and parallel to the North line of said Northeast Quarter (NE/4) a distance of 581.49 feet; Thence North 0°00'55' West and parallel to the West line of said Northeast Quarter (NE/4) a distance of 400.00 feet; Thence South 89°59'34" West a distance of 580 feet to the Point of Beginning.

AND

Commencing at the Northwest corner of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma, according to the Government Survey thereof;
Thence East along the North line of said Northeast Quarter (NE/4) a distance of 40 feet; Thence South and parallel to the West line of said Northeast Quarter (NE/4) a distance of 463 feet to the Point or Place of Beginning; Thence in a Southeasterly direction on the arc of a curve to the right having a radius of 50 feet, radius point of which arc referred to being located 513 feet South and 40 feet East of the Northwest corner of said Northeast Quarter (NE/4) a distance of 78.54 feet to a point that is 513 feet South and 90 feet East of the Northwest corner of said Northeast Quarter (NE/4); Thence West a distance of 50 feet; Thence North a distance of 50 feet to the Point or Place of Beginning.

LESS AND EXCEPT

A strip, piece or parcel of land lying in part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma. Said parcel of land being described by metes and bounds as follows:
Beginning at a point on the present East right-of-way line of Interstate Highway No. 35, a distance of 462.78 feet South and 42.39 feet East of the NW corner of said Northeast Quarter (NE/4); Thence Southerly along said right-of-way line a distance of 450.38 feet; Thence East a distance of 1.14 feet; Thence North 00°51'00" East a distance of 267.61 feet; Thence North 00°17'45" West a distance of 160.64 feet; Thence Northwesterly a distance of 22.55 feet to Point of Beginning.

The City of
OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

April 12, 2023

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza Hotels LLC
C/O Michael Wiley
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Michael Wiley:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. To abate this nuisance, the hotel owners and managers must take the following steps:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot by being on the property 24 hours a day and seven days a week

B

- To have video cameras installed inside and outside to monitor all areas around the property
- Make sure that all video is stored and not erased for at least 10 days from each recording
- Post and enforce No Trespassing Signs all through the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. PROSPECT

ON 4/04/2023 Case# 23-0023250 **SANTA FE Officers responded to a kidnapping call at the Plaza Inn. The Victim states she was walking from the office and passed in front of room #105. When the suspect in room #105 reached out and grabbed her arm and pulled her into the room. The suspect told the victim he was going to kill her. The victim was eventually able to get out of the room. The suspect barricaded him self in the room and the Tact Team was activated and was able to get the suspect into custody.**

ON 4/10/2023 Case# 23-0024741 **SANTA FE Officers responded to a shooting at the Plaza Inn. A suspect had walked up to room # 118 and fired shots into the room. The victim was later located hiding inside the bathroom.**

ON 4/10/2023 Case# 23-0024981 **SANTA FE Officers responded to another shooting at the Plaza Inn at 6:55pm. When officers arrived, everyone had already left. Officers found a large pool of blood and two 9mm shell casings in a parking spot on the north side of the complex. Video shows a truck leaving this spot and multiple people fighting in the breezeway. Officers were not able to locate any victims.**

ON 4/11 2023 Case# 23-0025049 **SATNA FE Officers responded to a stabbing at the Plaza Inn at 01:48am. The victim went to room #178 to confront the suspect over a domestic situation. The suspect was not checked into the Plaza Inn. He just visits some "family members" here at the Plaza Inn from time to time. The suspect had a machete and sliced the victims left arm outside in front of room #178.**

# MEMORANDUM

**The City of**
**OKLAHOMA CITY**

TO: Kenneth Jordan, Municipal Counselor

FROM: Craig Freeman, City Manager

DATE: May 11, 2023

SUBJECT: Authority for Nuisance Abatement Action Concerning Real Estate Known as The Plaza Inn

This memorandum confirms that pursuant to the authority granted to me by Oklahoma City Ordinance 23,450, as amended by Ordinance 25,000, and as codified at Oklahoma City Municipal Code Chapter 35, Article VI, Section 35-177(c), I hereby authorize the Municipal Counselor to file an abatement action against any owners and managers of the Plaza Inn and the property upon which it is located, located at 3200 South Interstate Highway 35 Service Road, due to the failure of these responsible persons to abate the public nuisance that apparently exists at this location in the nature of extreme violence, drug distribution and prostitution activity on the premises. The timing of this action shall be determined by the Municipal Counselor in his discretion based on the facts on the ground as they develop.

The Municipal Counselor and his assistants are further authorized to request all relief available from the District Court to abate the nuisance identified in the Notice to Abate Public Nuisance dated April 12, 2023, and all prior notices and police reports, including, without limitation, injunctive relief, recoupment of costs, appointment of commissioners, filing of judgment liens, and applications for contempt and all associated proceedings arising therefrom.

*1055959805*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JUN 22 2023

RICK WARREN
COURT CLERK
108

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

THE CITY OF OKLAHOMA CITY, )
Plaintiff, )
v. ) Case No. CV-2023-1094
PLAZA HOTELS LLC d.b.a. THE PLAZA INN, MICHAEL WILEY and STEVE KETTER, )
Defendants. )

## ANSWER

COME NOW the Defendants, by and through their attorney, Doug Carel, and for their Answer to Plaintiff's Amended Petition for Injunctive Relief, (hereinafter "Plaintiff's Petition"), filed in the instant case, they allege and state as follows, to-wit:

1. That unless otherwise admitted herein, Defendants deny each and every allegation contained in Plaintiff's Petition, and demand strict proof thereof.

2. That Defendants admit paragraphs 1 and 2 of Plaintiff's Petition.

3. That Defendants admit that Michael Wiley is the manager of Plaza Inn. Defendants deny the balance of the allegations contained in paragraph 3 of Plaintiff's Petition, and demand strict proof thereof.

4. That Defendants admit that Steve Ketter is a resident of Canadian County and a member of Plaza Hotels, LLC. Defendants deny the balance of the allegations contained in paragraph 4 of Plaintiff's Petition, and demand strict proof thereof.

5. That Defendants admit paragraph 5 of Plaintiff's Petition.

6. That Defendants deny the allegations contained in paragraphs 6 through 14 of Plaintiff's Petition, and demand strict proof thereof.

WHEREFORE, having fully answered Plaintiff's Petition, Defendants pray that Plaintiff take nothing by way of its Petition; that said Petition be denied in its entirety; that

PENGAD-Bayonne, N. J.
PLAINTIFF'S
EXHIBIT
16

Defendants be awarded their costs, including a reasonable attorney fee; and for such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

DOUG CAREL, OBA #16192
Attorney at Law
2200 Shadowlake Drive
Oklahoma City, OK 73159
Telephone (405) 692-8918
Facsimile (405) 691-1950
*dougcarellaw@gmail.com*
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF MAILING**

I hereby certify that on this 22nd day of June, 2023, a true and correct copy of the above and foregoing instrument was emailed and/or mailed with sufficient postage prepaid thereon to the attorneys for the Plaintiff, as follows:

*Orval.Jones@OKC.gov*
Orval Edwin Jones
Assistant Municipal Counselor
701 Couch Drive
Oklahoma City, OK 73102

*Benjamin.Rose@OKC.gov*
Benjamin Rose
Assistant Municipal Counselor
200 N. Walker Avenue, Suite 400
Oklahoma City, OK 73102

DOUG CAREL

# OKLAHOMA CITY CHARTER

## ARTICLE I – ORGANIZATION AND POWERS

### Section 3 – General Grant of Powers

(a) The City shall have all powers given to it by the Oklahoma Constitution, the laws of this State, or by this Charter.

(b) The City shall have the power to enact and enforce all ordinances necessary to protect health, safety, welfare, life, or property within the City.

(c) The City shall have the power to define, prevent and summarily abate and remove nuisances and to preserve and enforce good government and order for the security of the City and its inhabitants.

(d) The City shall have the power to enact and enforce all ordinances upon any subject.

(e) No ordinance shall be enacted that is inconsistent with the Oklahoma Constitution, the general laws of the State of Oklahoma that are of statewide interest and concern, or with this Charter.

# OKLAHOMA CITY MUNICIPAL CODE 2020

## CHAPTER 35 – NUISANCES

### Article VI – Criminal Activities Public Nuisance Abatement

#### Division 1 – In General

**§ 35-171. - Short title.**

This article may be cited as the "Criminal Activities Public Nuisance Abatement Ordinance."

(Ord. No. 23450, September 25, 2007)

**§ 35-172. - Statutory and Charter authority.**

This article is being enacted under authority of 11 O.S. § 22-121, as amended, 50 O.S. §§ 1, 2, 8, 16 and 17, and the Oklahoma City Charter, Article I, § 3, as amended.



PENGAD-Bayonne, N.J.
PLAINTIFF'S EXHIBIT
17

**§ 35-173. - Legislative findings and declaration.**

(a) The City Council of The City of Oklahoma City hereby makes the following findings:

(1) Certain specific criminal activities exist in the City that are quite frequently committed with or facilitated by the use of real properties and that annoy, injure, or endanger the comfort, repose, health, or safety of City residents, visitors, businesses, and neighborhoods, offend decency, or render City residents, visitors, businesses and neighborhoods insecure in life or in the use of property, with such criminal activities being the following: drug-related criminal activities and prostitution-related criminal activities on any property in the City, and adult-entertainment-related violations or bar- or tavern-related violations on the premises of establishments where low-point beer or alcoholic beverages are sold, and including areas on the outside premises controlled by the owner, manager or licensee of such establishments, and open lot disturbance violations.

***

(7) The criminal activities referenced in Subsections (1), (2), (3), (4), (5) and (6) of this section tend to cause an increase in the incidence of violence within the City and to greatly endanger the health, safety, and welfare of City residents, visitors, businesses, and neighborhoods.

(8) The criminal activities referenced in Subsections (1), (2), (3), (4), (5) and (6) of this section often take place on or near private properties or in close proximity to innocent bystanders, which adversely affects at the same time a considerable number of persons and has a detrimental impact on the entire community as follows:

a. drug-related criminal activity, prostitution-related criminal activity, open lot disturbance violations, prostitution-related transportation and adult-entertainment-related violations or bar- or tavern-related violations diminish property values;

b. drug-related criminal activity, prostitution-related criminal activity, open lot disturbance violations, prostitution-related transportation and adult-entertainment-related violations or bar- or tavern-related violations create fear and loathing in many City residents and visitors, which keeps them from using and frequenting public areas such as streets and parks;

***

d. drive-by shootings, eluding a peace officer violations, open lot disturbance violations, and bar- or tavern-related violations sometimes foster the display and use of dangerous weapons and the discharge of firearms on or near private properties and in close proximity to innocent bystanders, including children, thereby endangering them in a manner that can and sometimes does cause serious bodily injury or death;

e. drug-related criminal activity, prostitution-related criminal activity, open lot disturbance violations, prostitution-related transportation, drive-by shootings, speed contest violations, eluding a peace officer violations and adult-entertainment-related violations or bar- or tavern-related violations increase the overall number and seriousness of violations of State and City laws, which violations pose a grave hazard to the health, safety and welfare of the entire community;

f. increasing the overall number and seriousness of drug-related criminal activity, prostitution-related criminal activity, open lot disturbance violations, and adult-entertainment-related violations or bar- or tavern-related violations and a corresponding use of real properties for such activities, can and does foster additional violations of the law, including but not limited to the following: burglaries; robberies; larcenies; violations of housing-related laws, including but not limited to the Exterior Property Maintenance Code, the Fire Code, and the Planning and Zoning Code; the commission of petty crimes on or to public or private property, including but not limited to vandalism and an increase in trash and debris on public and private properties; the endangerment of residents and neighborhoods; the endangerment of law enforcement officers attempting to enforce State or City laws; and the commission of other major and minor crimes which result in the physical decay of our City's neighborhoods and the endangerment of City residents, visitors and businesses, thereby rendering them insecure in life and property;

g. drug-related criminal activity, prostitution-related criminal activity, open lot disturbance violations, prostitution-related transportation, drive-by shootings, speed contest violations, eluding a peace officer violations and adult-entertainment-related violations and bar- or tavern-related violations have a continual and ongoing detrimental effect on the entire community as a whole and on the overall quality of life for City residents and visitors; and

***

(9) Eliminating or hindering the use of real properties for open lot disturbance violations, drug-related criminal activity and prostitution-related

criminal activity and the use of vehicles for prostitution-related criminal activity, prostitution-related transportation, the commission of drive-by shootings and eluding a peace officer violations and adult-entertainment-related violations or bar- or tavern-related violations can and will have a positive impact on the community as a whole and will help to protect the health, safety and welfare of City residents, visitors, businesses and neighborhoods by:

a. reducing the number of persons who form an intent to engage or who do engage in these criminal activities;

b. reducing the concentration of criminals in the City;

c. decreasing the number of physical locations within the City at which drug-related criminal activity, prostitution-related criminal activity, open lot disturbance violations, or adult-entertainment-related violations or bar- or tavern-related violations or other related or incidental criminal activities can occur or continue;

d. for drug-related criminal activities, reducing the number of illegal drug users and the overall availability of illegal drugs in the City, thereby helping to safeguard the homes, businesses and schools within the City; and

e. reducing the overall ability of the same criminals to commit similar repeat crimes.

(10) Reducing the incidence of the criminal activities referenced in Subsections (1), (2), (3), (4), and (5) and (6) of this section will improve conditions for the City as a whole and for its residents, visitors, businesses and neighborhoods by:

a. reducing violence and the overall crime rate within the City;

b. allowing law enforcement agencies, including the Oklahoma City Police Department, to utilize its resources for other projects;

c. increasing the general public order within the City and improving the ability of the City to deal with other critical issues not related to prevention of the said criminal activities;

d. improving property values in the City by eliminating drug-related criminal activity, prostitution-related criminal activity, open lot disturbance

violations, and adult-entertainment-related violations or bar- or tavern-related violations on real properties within the City;

e. helping to make the lives and properties of City residents, visitors, businesses and neighborhoods safer and more secure; and

f. improving the overall quality of life for all City residents, visitors, businesses and neighborhoods.

(b) Based upon the foregoing findings, as set forth in Subsection (a) of this section, the City Council of the City declares that the use of real property in the commission of drug-related criminal activity, prostitution-related criminal activity, open lot disturbance violations, adult-entertainment-related violations or bar- or tavern-related violations constitutes a public nuisance within the City that should be eliminated or hindered, and thereby abated, by the means set forth in this article.

***

**§ 35-174. - Purpose of article.**

The purpose of this article is to eliminate or hinder the use of real properties in the commission of drug-related criminal activities, prostitution-related criminal activities, open lot disturbance violations, adult-entertainment-related violations or bar- or tavern-related violations and to hinder the use of vehicles by involved owners or lessees or involved licensees in the commission of drive-by shootings, speed contest violations, eluding a peace officer violations, prostitution-related transportation and prostitution-related criminal activity, and to thereby abate the public nuisances created by such activities.

**§ 35-175. - Definitions.**

For the purpose of this article, the following words, terms and phrases shall have the following meanings:

***

(4) *CDS statutes* means 63 O.S. §§ 2-101 et seq., as amended, or 21 U.S.C. §§ 801 et seq., as amended.

***

(7) *Drug-related criminal activity* means the sale, distribution or use of illegal drugs in violation of any CDS statute.

***

(11) *Illegal drugs* means any substance whose possession, sale, manufacture, storage, or gift is prohibited by a CDS statute.

***

(15) *Known prostitute* means any person who has, within the knowledge of law enforcement personnel, been convicted in any court of any violation of the prostitution or solicitation for prostitution statutes or any violation of the prostitution or solicitation for prostitution ordinances.

***

(18) *Open lot* means any real estate on the outside of a building upon which there occur assemblies or gatherings of people, including but not limited to the outdoor premises of a business establishment or of apartment units, which includes the parking and pedestrian access portions of areas owned or controlled by the owner, proprietor or manager, provided, however, that open lot shall not include property owned by a government body and shall not include the outdoor premises of a duplex or a single-family residence unless the general public has been invited to assemble or gather there.

(19) *Open lot disturbance violations* means any violations in an open lot of Sections 30-17 (assault or battery), 30-81 (disorderly conduct), 30-82 (disturbing the peace), 30-85 (public intoxication), 30-308 (discharge of firearms), 30-372 (throwing injurious substances), or 30-373 (throwing objects) of this Code, unlawful possession of offensive weapons in violation of 21 O.S. § 1272, drug-related criminal activity, prostitution-related criminal activity, or any act constituting a violent felony as defined in 57 O.S. § 571.

***

(22) *Prostitution or solicitation for prostitution ordinance* means Section 30-152 of this Code.

(23) *Prostitution or solicitation for prostitution statute* means 21 O.S. § 1028, § 1029 or § 1030.

(24) *Prostitution-related criminal activity* means violating the prostitution or solicitation for prostitution statute or the prostitution or solicitation for prostitution ordinance.

***

(26) *Real property* means property that meets the definition set forth in 60 O.S. § 5.

(27) *Real property used for drug-related criminal activity* means any real property or the improvements or fixtures located thereon that are used in whole or in part for drug-related criminal activity.

(28) *Real property used for prostitution-related criminal activity* means any real property or the improvements or fixtures located thereon that are used in whole or in part for prostitution-related criminal activity.

## Division 2 – Public Nuisances Involving Real Properties

**§ 35-176. - Real property used for drug-related criminal activity, for prostitution-related criminal activity, or for open lot disturbance violations declared public nuisance per se.**

(a) Pursuant to the authorities cited in Section 35-172 of this article, the City declares that any real property used for drug-related criminal activity is a public nuisance per se.

(b) Pursuant to the authorities cited in Section 35-172 of this article, the City declares that any real property used for prostitution-related criminal activity is a public nuisance per se.

(c) Pursuant to the authorities cited in Section 35-172 of this article, the City declares that any real property used for open lot disturbance violations is a public nuisance per se.

(Ord. No. 23450, September 25, 2007; Ord No. 25000, October 7, 2014)

**§ 35-177. - Procedure used to abate public nuisance per se on or at real property under this division.**

(a) To abate a public nuisance per se on or at real property as declared in Section 35-176 of this division, the City Manager or designated agent acting on behalf of the City shall use the procedure set forth in this section.

(b) Before bringing a civil action in district court to abate the public nuisance, as authorized by Subsection (c) of this section, the City shall serve the owner, lessee or manager of the real property a written statement demanding that the owner, lessee or manager immediately terminate all drug-related criminal activity, prostitution-related

criminal activity or open lot disturbance violations which exists on or at the real property.

(1) The City's decision under Subsection (b) of this section to serve a written statement to owner, lessee or manager of real property shall be based on one or both of the following factors:

a. The real property involved is known by general reputation in the community to be a location where drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations occur; or

b. The real property involved is known to law enforcement personnel as a location where drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations occur.

(2) The written statement to the owner(s), lessee(s), and/or manager(s) shall contain the following information:

a. The street address and a legal description sufficient for the owner, lessee or manager to locate the real property on or at which drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations are occurring;

b. A statement generally describing the drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations which are taking place on or at the real property; and

c. A statement ordering the owner, lessee or manager to immediately terminate all drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations which are taking place on or at the real property.

(3) The City shall attempt to serve the property owner, lessee or manager with the required written statement by personal delivery requesting abatement, within ten days, of the drug-related criminal activity, prostitution-related criminal activity, or open lot disturbance violations, if said owner, lessee or manager may be found in Oklahoma City.

(4) Proof of service of the written statement shall be kept in the regularly maintained files of the City.

(5) If service of the written statement cannot be completed by personal delivery, the City may serve said statement by posting a copy of the statement on the real property used for drug-related criminal activity, or prostitution-related criminal activity, or open lot disturbance violations, and by mailing said statement to the name and address shown in the records of the County Assessor as owner of the real property, or if the notice is returned as undeliverable, by posting on the real property and by publication once at least ten days prior to any action by the municipality pursuant to the provisions of this division or as otherwise allowed by law. "Publication" shall be given the meaning set forth in 11 O.S. § 1-102(8) or in any successor section in Title 11 of the Oklahoma Statutes.

(c) Pursuant to 50 O.S. §§ 16 and 17, as amended, and 11 O.S. § 22-121, as amended, the City Manager, or designated agent, in the name of the City, is authorized to bring a civil action in district court to abate a public nuisance per se against the owners, lessees or managers who own, occupy or manage real property used for drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations, or who in any way permit, create, take part in, maintain, or refuse to terminate or halt any such criminal activity on said property.

(1) The City may pursue informal nuisance abatement remedies with the owner, lessee or manager of real property used for drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations. Any informal abatement remedy implemented shall not prohibit formal abatement action in the appropriate district court when deemed necessary or appropriate to do so by the City.

(2) The owner, lessee or manager of real property shall be deemed to have actual knowledge of drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations for subsequent public nuisance violations after initial notice of the same has been given pursuant to the provisions of this section.

(3) The civil action to abate a public nuisance per se under Subsection (c) of this section shall follow the Oklahoma Statutes and the Oklahoma Rules of Civil Procedure.

(4) The civil action to abate a public nuisance per se under Subsection (c) of this section shall be brought in the county where the nuisance exists or is maintained.

(5) In the civil action authorized by this section, the City may request remedies to abate the public nuisance, including but not limited to the following:

a. that the court order the immediate and complete closure of the real property used for drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations;

b. that the court prohibit all use of the real property used for drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations unless and until the owners, lessees and managers abate all such criminal activity;

c. that the court prohibit any person, including the owners, lessees or managers, from entering the real property used for drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations until the owners, lessees and managers abate all such activity;

d. that the court prohibit the owners, lessees and managers from allowing or permitting any person who is a known unlawful drug user, possessor or seller or a known prostitute from entering the real property used for drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations until the owners, lessees and managers abate all such activity and that the court order that the property remain closed until proof of such compliance is presented to the court;

e. that the court require the owners, lessees and managers to bring the real property used for drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations into compliance with all applicable City codes and ordinances within 30 days of the date on which the court's order is entered;

f. that the court require recovery by the City of all costs of the civil action under this section, as authorized by 50 O.S. § 17;

g. that the court require payment of the City's costs for the labor and materials and administrative costs required to abate the public nuisance per se or to carry out the order of the court;

h. that the court require removal of structures, improvements, fixtures and personal property located on the real property that are used in whole or in part for or in furtherance of drug-related criminal activity, prostitution-related criminal activity or open lot disturbance violations; and

i. any other relief the court determines to be appropriate, just or proper.

(d) Nothing in the division shall be construed to prohibit the filing of any criminal charges or of any other civil action or actions, including but not limited to forfeiture proceedings, as may be allowed by law.

## PROSTITUTION ORDINANCE

### § 30-151 – Definitions

The following words, terms and phrases, when used in this article, shall have the meanings ascribed to them in this section, except where the context clearly indicates a different meaning:

(1) *Lewdness* means:

a. Any lascivious, lustful or licentious conduct;

b. the giving or receiving of the body for indiscriminate sexual intercourse, fellatio, cunnilingus, masturbation, anal intercourse, or lascivious, lustful or licentious conduct with any person not his or her spouse; or

c. any act in furtherance of such conduct or any appointment or engagement for prostitution.

(2) *Prostitution* means:

a. the giving or receiving of the body for sexual intercourse, fellatio, cunnilingus, masturbation, anal intercourse or lewdness with any person not his or her spouse, in exchange for money or any other thing of value; or

b. the making of any appointment or engagement for sexual intercourse, fellatio, cunnilingus, masturbation, anal intercourse or lewdness with any person not his or her spouse, in exchange for money or any other thing of value.

(3) *Anal intercourse* means contact between human beings of the genital organs of one and the anus of another.

(4) *Cunnilingus* means any act of oral stimulation of the vulva or clitoris.

(5) *Fellatio* mans any act of oral stimulation of the penis.

(6) *Masturbation* means stimulation of the genital organ by manual or other body contact exclusive of sexual intercourse.

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| THE CITY OF OKLAHOMA CITY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC, d.b.a THE PLAZA INN, MICHAEL WILEY and STEVE KETTER,<br><br>Defendants. | ) Case No. CV-2023-1094 |

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

AFFIDAVIT OF MASTER SERGEANT CHRIS BOWEN

Affiant, Chris Bowen, states upon penalty of perjury as follows:

1. I am a master sergeant in the Oklahoma City Police Department (OCPD), and have been employed by the OCPD since 1998.

2. I am the nuisance coordinator for the OCPD, reporting to the Police Major for Special Projects, who is the designee for nuisance abatement of the City Manager for the City of Oklahoma City and the City's Chief of Police.

3. I am actively investigating the real property and motel business involved in this proceeding, referred to as the Plaza Inn, located at 3200 South Interstate Highway 35 Service Road, also known as 3200 South Prospect Avenue, in Oklahoma City, Oklahoma. The matters stated in this affidavit are

EXHIBIT 18

based on my personal knowledge and observations, except where indicated otherwise in this affidavit.

4. References to OCPD crime incident numbers reflect my review of crime incident reports which are on file with the Records Unit of the Oklahoma City Police Department. These reports are records of a public agency setting forth its regularly conducted and regularly recorded activities or matters observed pursuant to duty imposed by law and as to which there was a duty to report. These reports are often combined with "investigative" reports containing witness statements and other hearsay information, but my reliance upon such reporting is limited to dispatch records and direct observations of incidents personally observed by OCPD officers in the field.

5. Crime incident reports are a record concerning matters about which the OCPD officer had knowledge at the time the record was made, and these reports were made when the matter was fresh in the officer's memory, and officers are required in their reports to reflect that knowledge correctly.

6. By letter dated October 16, 2018, the City notified Defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified four incidents to exemplify the nuisance. On February 1, 2018, a man was stabbed in the back on the north side of the property (OCPD 2018-008438). On June 7, 2018, a cab driver was assaulted with a knife (OCPD 2018-0044533). On July 17, 2018, police

responded to a gun fight in the parking lot (OCPD 2018-0056886). On October 8, 2018, police responded to a report of more gunshots and recovered five spent bullet casings in the parking lot (OCPD 2018-0081308).

7. On October 29, 2018, I met with defendants Michael Wiley and Steve Ketter at the Plaza Inn. I told them that based on my observations, people were congregating at the motel without paying for a room and creating a culture of disregard for public order. I also advised them that prostitutes were soliciting at the motel in plain sight and juvenile prostitutes had also been found at the motel. Defendants were strongly encouraged to hire a qualified security company to restore order.

8. By letter dated October 31, 2018, the City notified Defendants Plaza Hotels, Michael Wiley and Steve Ketter, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified an arrest of six juveniles engaged in the business of prostitution in rented room 162 (OCPD2018-0081617).

9. On January 10, 2019, police responded to a shooting in the parking lot, and recovered a shell casing (OCPD 2019-0005715). On January 28, 2019, police responded to a car-jacking robbery in the parking lot (OCPD 2019-0007941).

10. On February 5, 2019, I met with defendants Michael Wiley and Steve Ketter at the Plaza Inn. I told them that I was going to write citations

under City ordinance if violent acts kept occurring with no security guards in place to deter them. I issued Citation 174766062, submitted as Summary Judgment Exhibit 19, and Citation 1747666071, submitted as Summary Judgment Exhibit 5. Both defendants paid fines and took convictions on no-contest pleas.

11. On June 7, 2019, police responded to a shooting of a person outside of room 238 (OCPD 2019-0045205). I again wrote citations under the City's nuisance abatement ordinance against defendants Wiley and Ketter due to a violent act occurring with no security guards in place to deter it. I met with defendants and again stressed the importance of having armed security to deter and document criminal behavior on the Plaza Inn Property. Mr. Wiley stated that the front desk clerk is responsible to constantly monitor security cameras in order to prevent violence. I issued Citation 174766255, submitted as Summary Judgment Exhibit 20, and Citation 174765512, submitted as Summary Judgment Exhibit 6. Both defendants paid fines and took convictions on no-contest pleas.

12. By letter dated July 9, 2019, the City notified Defendant, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance," citing the June 7, 2019, shooting. I hand delivered the notice at the Plaza Inn Property. While on the property, I met with the motel clerk on duty. I asked if the clerk had been informed of the statements made by Mr. Wiley. She

denied knowing anything about the meeting and stated that she did not have time to watch the cameras all the time. Later that day Mr. Wiley called me and angrily stated that they were "doing the best they can" and had "cleaned up the place a lot." He stated that they had interviewed a couple of potential security guards. I asked him if he considered his unarmed security guard, named Josh, capable of doing the job, and Mr. Wiley answered "no."

13. By letter dated October 8, 2019, the City of Oklahoma City notified defendants, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another incident to exemplify the nuisance. On September 21, 2019, Oklahoma City Police Officers drove into the Plaza Inn parking lot and observed a crown gathered around a car. The individuals scattered when they saw police. The driver, a convicted felon, had methamphetamine and a firearm in plain view. Defendants were advised in the notice to stop Controlled Dangerous Substance criminal activity on the premises.

14. By letter dated November 4, 2020, the City of Oklahoma City notified defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another incident to exemplify the nuisance. On November 1, 2020, two men stabbed each other in the parking lot of the property (OCPD 2020-0083718).

15. By letter dated March, 17, 2022, the City of Oklahoma City notified defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified several incidents to exemplify the nuisance. On November 8, 2021, while police officers were on the Plaza Inn Property investigating another crime, they heard gunshots on the property, and discovered a motel patron who admitted he fired the shots and then threw away the firearm (OCPD 2021-0084978). On March 7, 2022, officers responded to a shooting call and located a victim with a gunshot wound, along with two shell casings and a live round on the ground (OCPD 2022-0015769). On March 15, 2022, officers responded to another shooting and located a victim who had been shot in the face (OCPD 2022-0017786). Defendants were advised to have enough armed security guards to help stop violent acts, and to install video cameras to monitor all areas around the property.

16. By letter dated May 25, 2022, the City of Oklahoma City notified defendant Plaza Hotels, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another violent incident on May 20, 2022, in which the victim was shot in the back, to again exemplify the nuisance to be abated (OCPD 2022-0035730).

17. By letter dated July 6, 2022, the City of Oklahoma City notified all defendants, in writing, that the Plaza Inn Property "is being used in such a

manner as to be a public nuisance." City identified another violent incident on July, 1, 2022, in which the victim was struck in the face and knocked unconscious and had items removed from his pocket while he was unconscious, to again exemplify the nuisance to be abated (OCPD 2022-0046586).

18. By letter dated October 18, 2022, the City of Oklahoma City notified Defendant, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified another violent incident on October 10, 2022, in which a murder victim was found lying on an outside walkway outside room 221 on the second floor of the motel. Video surveillance recording shows a suspect walk up to the victim and kill him by firing multiple shots with a firearm. (OCPD 2022-0073584). The notice specifies that the defendants must employ armed security guards on the premises at all times, and not in conjunction with other properties in the vicinity.

19. On October 20, 2022, I delivered the nuisance notice dated October 18, 2022, and then spoke with personnel from two other motels in the vicinity of the Plaza Inn Property who had jointly hired a company called Blackhawk Security to patrol sporadically during the times of 6:00 p.m. to 6:00 a.m. I also observed people congregating in the exterior portions of the Plaza Inn Property. After I delivered the nuisance notices, both defendants Ketter and Wiley called me. They acknowledged that they had received the notice, and

Mr. Wiley blamed the motel next door (Best Way Inn) for their problems. I reminded him that he could cure the problem with on-site security. Mr. Wiley advised me that he had contacted Blackhawk Security to obtain a quote for 24-hour security services for seven days a week.

20. On February 3, 2023, I and two city attorneys visually inspected the Plaza Inn Property, due to the continuing large number of calls for police service, to see if security guards were on site. No security guards were on site.

21. By letter dated April 12, 2023, the City of Oklahoma City notified Defendant, in writing, that the Plaza Inn Property "is being used in such a manner as to be a public nuisance." City identified new violent occurrences that exemplified the ongoing nuisance. On April 10, 2023, police responded to shots fired into a room at the motel (OCPD 2023-0024741). Later that day, police responded to another shots-fired call, and located no victims, but found a pool of blood and two shell casings in the parking lot. Surveillance video showed that multiple people had been fighting in the breezeway of the motel prior to the shooting (2023-0024981). On April 11, 2023, officers responded to a stabbing and located a victim whose arm had been sliced with a machete (OCPD 2023-0025049).

22. On April 12, 2023, I served the notice to Steve Ketter and admonished him to hire CLEET-certified security to remain on the Plaza Inn Property at all times of the day and night, and not to roam to protect multiple

properties. As I was heading to the Plaza Inn to serve the notice, I received a call from Michael Wiley. Mr. Wiley tried to negotiate a security schedule of 10:00 p.m. to 7:00 a.m. I told Mr. Wiley that I had no authority to negotiate and instead would visit the property on April 28, 2023, to see if the security guards had been hired full time. When I arrived at the Plaza Inn to serve the notice, I asked the motel clerks on duty if the Blackhawk Security was effective based on their own observations. They stated that when they call Blackhawk Security, they are told that the security guards will arrive in an hour.

23. On April 16, 2023, Mr. Wiley called me to tell me that he had four guards work the night shift at the Plaza Inn Property. On April 26, I called Mr. Wiley to find out if he had complied with the nuisance notice by hiring 24-hour security. Mr. Wiley said that he only had security on site from 10:00 p.m. to 7:00 a.m.

24. On April 28, 2023, at about 9:00 a.m., I visited the Plaza Inn Property and did not locate any security guards.

25. On May 7, 2023, at 1:41 a.m., police dispatch received a 911 call from a man who reported that he had been beaten and robbed by several people who claimed the Plaza Inn Property as their territory. Police arrived to find the victim with a bloody face (OCPD 2023-0032077). The victim was sent to the hospital. Video cameras at the Plaza Inn were not in located in the area where the crime took place.

26. On May 11, 2023, the City Manager for Oklahoma City issued a memorandum to the Municipal Counselor, authorizing the filing of an action for injunctive relief against the owners and managers of the Plaza Inn Property, pursuant to his authority granted by the Criminal Activities Public Nuisance Abatement Ordinance, particularly Municipal Code Section 35-177(c).

27. On May 16, 2023, police were called to the Plaza Inn to investigate an alleged physical assault (OCPD 2023-0034528). Video cameras were not located in the area where the assault allegedly occurred.

28. On May 18, 2023, Mr. Wiley called me to announce that he would be installing new security cameras in accordance with the nuisance notice. He also stated that he had switched security companies and had hired Great Plains Security, which he believed was CLEET certified.

29. On June 3, 2023, at 3:36 a.m., police were called to the Plaza Inn on a report that a customer of an after-hours event had been assaulted by a security guard outside the motel's event room. A group of approximately 50 people were congregated in the parking lot when police arrived. Several people were identified as security guards but none were licensed or armed. No actual security guards were located until one arrived fifteen minutes after the police. No video of the alleged assault could be provided by the motel clerk because the security cameras do not show that portion of the Plaza Inn Property (OCPD 2023-0039422).

30. On July 16, 2023, while police were on the street in connection with a traffic collision, a person approached the police officers at about 3:32 a.m. and alleged that her brother had been shot at the Plaza Inn. When police officers arrived, they were met by an armed security guard who reported to them that a gunfight had occurred a half-hour before between security guards working for an after-hours party event and someone attending the party. Nobody had called police. Shell casings were located in the parking lot. Video of the shootout was provided to police (OCPD 2023-0050735).

31. Later that day, July 16, 2023, at 11:14 a.m., police dispatch received a call from the Plaza Inn stating that someone had been shot. Upon arrival police found a man lying on the ground in a pool of blood. No security guards were working at the time. Review of surveillance video showed a man walk up to the victim and shoot him after a short discussion (OCPD 2023-0050779).

32. On August 14, 2023, at 4:37 p.m., police dispatch received a call indicating that a person had been shot at the Plaza Inn. Upon arrival police located the victim lying on the ground with a gunshot wound to the leg. No security guards were present. Upon review of the video, it was discovered that the victim, a convicted felon, had accidently shot himself (OCPD 2023-0058135).

33. On August 21, 2023, at about 12:40 in the afternoon, police dispatch received a call from a security guard at the Paza Inn reporting that a shooting situation was occurring at the motel. Police arrived and watched security video showing a man in the parking lot shooting randomly in all directions, striking two people. Several .40 caliber shell casings were located, as well as a .40 caliber firearm. On site security assisted in arresting the shooter and a companion who had been wielding a knife (OCPD 2023-0060883).

Signed under penalty of perjury in compliance with Section 426 of Title 12 of the Oklahoma Statutes in Oklahoma City, Oklahoma County, State of Oklahoma, on the 5th day of September, 2023.

MSgt. Lee C. Bowen 1165
(Signature and Commission Number)

17-4766062

7-4766062

COMPLAINT / INFORMATION
IN THE MUNICIPAL COURT OF THE CITY OF OKLAHOMA CITY,
STATE OF OKLAHOMA
THE CITY OF OKLAHOMA CITY vs.

☐ HFS ☐ TR ☒ CR ☐ JD ☐ EN ☐ JV ☐ JJ ☐ PK

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Wiley | Michael | Alan |

| ADDRESS | CITY | STATE |
|---|---|---|
| 11025 N. County Line RD | OKC | OK |

| ZIP | PHONE-HOME | WORK | EMPLOYER |
|---|---|---|---|
| 73099 | 823-6822 | | The Plaza Inn |

| SDL/SSN/I.D./OTHER | CLASS | ENDMTS | STATE | DL YR. | DATE OF BIRTH |
|---|---|---|---|---|---|
| — | — | — | — | — | 1-11-62 |

| RACE | SEX | | | VEHICLE YR., MAKE, MODEL & STYLE | COLOR |
|---|---|---|---|---|---|
| W | M | | | — | — |

| TAG YR. | ST. | TAG NO. | VIN |
|---|---|---|---|
| — | — | — | — 1-28-19 |

| INCIDENT NUMBER | ON OR ABOUT (DATE) | AT TIME |
|---|---|---|
| 19-14292 | ~~1-20-19~~ 1-28-19 | ~~2037~~ 17:30 |

| AT OR NEAR LOCATION | COUNTY |
|---|---|
| 3200 S. I-35 Service RD | 55 |

| COM MTR VEH YES | NO | HAZ MAT PLACARD | WITHIN THE CORPORATE LIMITS OF THE CITY OF OKLAHOMA CITY DID COMMIT THE FOLLOWING OFFENSE. | VIOL. CODE |
|---|---|---|---|---|
| | | ☐ | | CR 1 |

BY THE ACT OF Public Nuisance violation

OFF. #2 COMM NO.

IN VIOLATION OF MUNICIPAL CODE CH: 35 - 178(d)

☐ BWC VIDEO

JAILED: ☐ CITY/COUNTY ☐ RELEASED IN FIELD ☐ RELEASED TO CIC ☒ CHARGED OUT OF CUSTODY ☐ HOSP. RELEASE ☐ ACCIDENT INVOLVED

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

SIGNATURE OF COMPLAINANT Msgt. Bowen ☐ BWC VIDEO COMM. NO. 1165

ADDRESS OF COMPLAINANT
ADDRESS: PHONE: 297-1197
CITY: 700 Colcord Dr STATE: OKC ZIP: 73102

SUBSCRIBED AND SWORN BEFORE ME
NAME Lt. C. Nix DATE 2-19-19 TITLE OCC

NOTICE: Your release is based on your signed written promise to appear for arraignment on any traffic violation. If you fail to post bond, pay the fine or, in lieu thereof, appear for the arraignment, it will result in the suspension of your driver's license in Oklahoma or in your home state pursuant to the Nonresident Violator Compact. Further on all citations, if you fail to appear, post bond or pay the fine by the arraignment date, a warrant will be issued for your arrest, the amount of the fine will be raised to the maximum allowed by law and an additional charge of "Failure to Appear" will be filed against you.
Without admitting guilt, I promise to appear in said court at said time and place.

ARRAIGNMENT COURT DATE
DATE TBS TIME 8
SIGNATURE X Request Warrant

OFFICER NOTES / WITNESS INFORMATION / COMPANION/WARRANT CASE NO.
(PLEASE PRINT) ADDRESS & ZIP, PHONE:

W1 Vernon Moss 6-23-73
3200 S. I-35 Serv RD OKC, OK 73129
931-4911 #144

ORIGINAL

PLAINTIFF'S EXHIBIT 19

**17-4766062**

**DO NOT WRITE ABOVE THIS LINE**

ADDITIONAL WITNESS OR COMPLAINANT INFORMATION (PLEASE PRINT) ADDRESS & ZIP, PHONE

The within and foregoing Complaint on the reverse side hereof which is herein included by reference, has been examined and there is probable cause for filing this information. Municipal Counselor, Oklahoma City, Oklahoma.

#32095

LASHAWN THOMPSON
COURT CLERK

BY DEPUTY COURT CLERK
FILED
MUNICIPAL COURT
OKLAHOMA CITY, OKLAHOMA

Approved
ASSISTANT MUNICIPAL COUNSELOR

DATE 3/20/2019

APPROVED

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE UPDATED RECORD.

3/20/2019 11:04:47 A

SIGNATURE OF CLERK DATE

I have examined the facts in this case and recommend that a warrant be issued.

APPROVED
ASSISTANT MUNICIPAL COUNSELOR

NOTICE SENT

THUMB PRINT

| DATE | ENTRY |
|---|---|
| | |
| | |
| | |
| | |
| | BF G3 NC G4 NG DP DO DW DC DX DF |
| | |
| | |
| | |
| | |
| | |
| | |

ORIGINAL

CT Violation Status Maintenance

File Edit Options Help Chat

Cit # 174766062 Viol # 1

Name WILEY, MICHAEL ALAN

W, M, 11/11/1962, No DL

** Comments **

* Adult *

Docket # 174766062

Age at time of Violation 56

In Queues WEBQ

Violation | Fees | History | Receipts | Clerk Comments | Docket Comments | Prosecutor Comments | Judgment | Cnv. History

| Field | Code | Description | Date | Day | Time | |
|---|---|---|---|---|---|---|
| Status | CL | CLOSED | 3/26/2019 | Tue | 10:12 | AM |
| Alt. Status #1 | | | | | 12:00 | AM |
| Alt. Status #2 | | | | | 12:00 | AM |
| Plea | NC | NO CONTEST | 3/26/2019 | Tue | | |
| Judge | JNA | NOT ASSIGNED | | | | |

Docket Weight Override

Court Location 2 Courtroom 2

Type of Trial by Judge

Offense Level CR CRIMINAL

Conviction Date 3/26/2019

Continuances A - 0; D - 0; J - 0; P - 0; T - (

Attorney <no Attorney>

County 55 OKLAHOMA

Interpreter ☐

Review Attorney DP1 PARRIS, DUSTIN W

DL Suspension

Collect Fees Only ☐

**Bonds**

Bond Type Info

Bond Set Override

Set 0.00 Posted 0.00

**Fine/Costs**

| | |
|---|---|
| Fine | 65.00 |
| Fees | 113.00 |
| Totl | 178.00 |

Allow Full Refund ☐

**Credits**

| | |
|---|---|
| Cash | 178.00 |
| NCsh | 0.00 |
| Pend | 0.00 |
| Bal | 0.00 |

**Collections**

Collections

Send to Queue

Offense OTHER CRIMINAL VIOLATION

Exit

View | orval.jones

17-4766255

17-4766255

# COMPLAINT / INFORMATION
IN THE MUNICIPAL COURT OF THE CITY OF OKLAHOMA CITY,

STATE OF OKLAHOMA
THE CITY OF OKLAHOMA CITY vs.

☐ HFS ☐ TR ☒ CR ☐ JD ☐ EN ☐ JV ☐ JJ ☐ PK

LAST NAME: Wiley | FIRST NAME: Michael | MIDDLE NAME: Alan

ADDRESS: 11025 N. County Line Rd | CITY: OKC | STATE: OK

ZIP: 73099 | PHONE-HOME: 423-6422 | WORK: | EMPLOYER: The Plaza Inn

SDL/SSN/I.D./OTHER: — | CLASS: — | ENDMTS: — | STATE: — | DL YR.: — | DATE OF BIRTH: 11-11-62 ☐ J

RACE: W | SEX: M | HT.: 600 | WT.: 200 | VEHICLE YR., MAKE, MODEL & STYLE: — | COLOR: —

TAG YR.: — | ST.: — | TAG NO.: — | VIN: —

INCIDENT NUMBER: 19-45205 | ON OR ABOUT (DATE): 6-7-19 | AT TIME: 14:45

AT OR NEAR LOCATION: 3200 S. I-35 Service Rd | COUNTY: 55

COM MTR VEH: YES / NO | HAZ MAT PLACARD ☐ | WITHIN THE CORPORATE LIMITS OF THE CITY OF OKLAHOMA CITY DID COMMIT THE FOLLOWING OFFENSE. | VIOL. CODE: CR1

BY THE ACT OF: Public Nuisance Viol.

OFF. #2 COMM NO.

IN VIOLATION OF MUNICIPAL CODE CH: 35 - 175(a)

☐ BWC VIDEO

JAILED: ☐ CITY/COUNTY | ☐ RELEASED IN FIELD | ☐ RELEASED TO CIC | ☒ CHARGED OUT OF CUSTODY ☐ HOSP. RELEASE | ☐ ACCIDENT INVOLVED

I, the undersigned issuing officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and that the facts supporting the criminal charge stated therein are true.

SIGNATURE OF COMPLAINANT: Bowen | ☐ BWC VIDEO | COMM. NO.: 1165

ADDRESS OF COMPLAINANT
ADDRESS: 700 Colcord Ave | PHONE: 297-1197
CITY: OKC | STATE: OK | ZIP: 73102

SUBSCRIBED AND SWORN BEFORE ME
NAME: Lt. [signature] | DATE: 7-9-19 | TITLE: DCL

NOTICE: Your release is based on your signed written promise to appear for arraignment on any traffic violation. If you fail to post bond, pay the fine or, in lieu thereof appear for the arraignment it will result in the suspension of your driver's license in Oklahoma or in your home state pursuant to the Nonresident Violator Compact. Further on all citations, if you fail to appear, post bond or pay the fine by the arraignment date, a warrant will be issued for your arrest, the amount of the fine will be raised to the maximum allowed by law and an additional charge of "Failure to Appear" will be filed against you.
Without admitting guilt, I promise to appear in said court at said time and place.

ARRAIGNMENT COURT DATE
DATE: TBS | TIME: JM

SIGNATURE X Request Warrant

OFFICER NOTES / WITNESS INFORMATION / COMPANION/WARRANT CASE NO.
(PLEASE PRINT) ADDRESS & ZIP, PHONE:

ORIGINAL

PENGAD-Bayonne, N.J.
PLAINTIFF'S EXHIBIT 20

17-4766255

DO NOT WRITE ABOVE THIS LINE

ADDITIONAL WITNESS OR COMPLAINANT INFORMATION (PLEASE PRINT) ADDRESS & ZIP, PHONE

The within and foregoing Complaint on the reverse side hereof which is herein included by reference, has been examined and there is probable cause for filing this information.
Municipal Counselor, Oklahoma City, Oklahoma

Laura R. Yates
OBA #14248

Approved
ASSISTANT MUNICIPAL COUNSELOR

9/5/2019

DATE

APPROVED

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE UPDATED RECORD.

SIGNATURE OF CLERK

DATE

I have examined the facts in this case and recommend that a warrant be issued.

APPROVED
ASSISTANT MUNICIPAL COUNSELOR

THUMB PRINT

NOTICE SENT

| DATE | ENTRY |
|---|---|
| | |
| | |
| | |
| | |
| | BF G3 NC G4 NG DP DO DW DC DX DF |
| | |
| | |
| | |
| | |
| | |
| | |

ORIGINAL

CT Violation Status Maintenance

File Edit Options Help Chat

Cit # 174766255 Viol # 1 ** Comments ** Docket # 174766255

Name WILEY, MICHAEL ALAN * Adult * Age at time of Violation 56

W, M, 11/11/1962, No DL In Queues None

Violation | Fees | History | Receipts | Clerk Comments | Docket Comments | Prosecutor Comments | Judgment | Cnv. History

Status CL CLOSED Date 8/09/2019 Fri Time 05:22 PM

Alt. Status #1 Date Time 12:00 AM

Alt. Status #2 Date Time 12:00 AM

Plea Date Docket Weight Override

Judge JNA NOT ASSIGNED

Court Location 2 Courtroom 2

Type of Trial by Judge Offense Level CR CRIMINAL

Conviction Date Continuances A - 0; D - 0; J - 0; P - 0; T - (

Attorney <no Attorney>

County 55 OKLAHOMA Interpreter

Review Attorney <none>

DL Suspension

Collect Fees Only

Bonds

Bond Type Info

Bond Set Override

Set 0.00 Posted 0.00

Fine/Costs

| | |
|---|---|
| Fine | 65.00 |
| Fees | 113.00 |
| Totl | 178.00 |

Allow Full Refund

Credits

| | |
|---|---|
| Cash | 178.00 |
| NCsh | 0.00 |
| Pend | 0.00 |
| Bal | 0.00 |

Collections

Collections

Send to Queue

Offense OTHER CRIMINAL VIOLATION

Exit

View orval.jones