# Exhibit 12

* 1 0 5 5 5 6 9 7 3 6 *

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

THE CITY OF OKLAHOMA CITY,

Plaintiff,

vs.

PLAZA HOTELS, LLC, d.b.a THE PLAZA INN, MICHAEL WILEY and STEVE KETTER,

Defendants.

No.CV-2023-1094

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAY 12 2023

RICK WARREN
COURT CLERK
73

AMENDED PETITION FOR INJUNCTIVE RELIEF

COMES NOW the Plaintiff, and for its complaint alleges as follows:

1. Plaintiff, the City of Oklahoma City (hereinafter "City"), is a municipal corporation, with a police department ("OCPD"), formed pursuant to the laws of the State of Oklahoma.

2. Defendant Plaza Hotels, LLC, doing business as The Plaza Inn (hereinafter "Plaza Inn"), is the owner of real property and a hotel business located at 3200 South Interstate Highway 35 Service Road, also known as 3200 South Prospect Avenue, in Oklahoma City, Oklahoma, located in Oklahoma County, Oklahoma. The legal description of the Plaza Inn property is attached as Exhibit A hereto.

3. Defendant Michael Wiley is a resident of Canadian County. He is a member of Plaza Hotels, LLC, and a manager of Plaza Inn.

4. Defendant Steve Ketter is a resident of Canadian County. He is a member of Plaza Hotels, LLC, and a manager of Plaza Inn.

5. This cause of action arose in Oklahoma County, Oklahoma. Venue properly lies in Oklahoma County, Oklahoma.

6. By letter dated April 12, 2023, City notified Defendants, in writing, that the Plaza Inn "is being used in such a manner as to be a public nuisance." There previously had been numerous instances of people on said property being killed and injured by criminal conduct. Defendants were given ten (10) days to abate this nuisance on the property. One of those notices is attached as Exhibit B hereto. Of particular importance was the directive, "To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot by being on the property 24 hours a day and seven days a week."

7. Previous nuisance notices have been provided to the owners and managers of Plaza Inn, and all have essentially been ignored, making the Plaza Inn one of the most dangerous places in Oklahoma County for the community and the travelling public, to include extreme violence, drug distribution and prostitution activity.

8. Such illegal activity on the Plaza Inn property constitutes a public nuisance within the meaning of 50 Okla. Stat. §§ 1 and 2, and a public nuisance *per se* at common law.

9. Such illegal activity on the property constitutes a public nuisance *per se* within the meaning of the Criminal Activities Public Nuisance Abatement Ordinance, which ordinance was adopted and published by the City Council of the City pursuant to 11 Okla. Stat. § 22-121, and codified in Oklahoma City Municipal Code, 2020, §§ 35-171, *et seq.*

10. Defendants have unlawfully failed to abate the public nuisance *per se* caused by illegal activity on the property, and the City requires assistance from the Court and injunctive relief as permitted by 50 Okla. Stat. § 17.

11. On May 11, 2023, the City Manager of the City, acting pursuant to his authority as conferred by the Real Property Nuisance Abatement Ordinance, authorized the Municipal Counselor to file this action for injunctive relief on behalf of the City. The memorandum memorializing this authorization is appended as Exhibit C to this Petition for Injunctive Relief.

12. City is entitled to an order and decree from this Court, determining that the Plaza Inn is being used in such a manner as to be a public nuisance, that the owners and managers thereof have unlawfully failed to abate the nuisance, and that complete closure or mandatory restrictions on use of the property are necessary to maintain public health, welfare, decency and order, and to protect the community from harm.

13. Pursuant to the provisions of 12 Okla. Stat. § 1383, the Defendants and all persons acting in concert with them should be prohibited and restrained from operating the Plaza Inn in such manner as to allow illegal activity to occur on the property, be commanded to take sufficient steps, such as hiring of adequate security, to stop nuisance activity on the property, and be ordered to make suitable physical changes to the property, such as improving fencing or installing adequate video systems, to abate the nuisance activity.

14. Pursuant to the provisions of 50 Okla. Stat. § 17, the Court, either by and through a commissioner appointed by the Court, or otherwise, may cause the nuisance to be abated, may order Defendants to pay all costs of the action, may assess all costs of abatement and costs of the action against the property, may declare such costs a judgment lien against said property, may order and direct the property to be sold for the purpose of satisfying said judgment, and may cause the Plaza Inn property to be sold and proceeds thereof applied to the payment of the costs of abating the nuisance.

WHEREFORE, Plaintiff requests the Court to assume jurisdiction over the Defendants and the Plaza Inn property, to order the Defendants to abate the nuisance on the property, to order the Defendants to prevent illegal violence, drug distribution and prostitution activity on the property, or, in the

alternative, to close the property as a business and fence it from the public, and to award court costs, abatement costs, and such other and further relief to which the plaintiff may be entitled.

Respectfully submitted,

KENNETH JORDAN
Municipal Counselor

Orval Edwin Jones, OBA No. 10868
Assistant Municipal Counselor

701 Couch Drive
Oklahoma City, OK 73102

Telephone 405-297-2682
Orval.Jones@OKC.GOV

ATTORNEYS FOR PLAINTIFF
THE CITY OF OKLAHOMA CITY

EXHIBIT "A"

A part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian in Oklahoma County, Oklahoma, according to the Government Survey thereof and more particularly described as follows, to-wit:
Beginning at a point 40 feet East and 513 feet South of the Northwest corner of said Northeast Quarter (NE/4), said point being on the East right-of-way line of Interstate Highway No. 35; Thence South 0°00'55" East along the said East right-of-way line and parallel with the West line of said Northeast Quarter (NE/4) a distance of 132.40 feet; Thence South 1°07'50" West and along said East right-of-way line a distance of 250.05 feet; Thence South 11°16'52" East and along said right-of-way line a distance of 17.95 feet; Thence North 89°59'34" East and parallel to the North line of said Northeast Quarter (NE/4) a distance of 581.49 feet; Thence North 0°00'55' West and parallel to the West line of said Northeast Quarter (NE/4) a distance of 400.00 feet; Thence South 89°59'34" West a distance of 580 feet to the Point of Beginning.

AND

Commencing at the Northwest corner of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma, according to the Government Survey thereof;
Thence East along the North line of said Northeast Quarter (NE/4) a distance of 40 feet; Thence South and parallel to the West line of said Northeast Quarter (NE/4) a distance of 463 feet to the Point or Place of Beginning; Thence in a Southeasterly direction on the arc of a curve to the right having a radius of 50 feet, radius point of which arc referred to being located 513 feet South and 40 feet East of the Northwest corner of said Northeast Quarter (NE/4) a distance of 78.54 feet to a point that is 513 feet South and 90 feet East of the Northwest corner of said Northeast Quarter (NE/4); Thence West a distance of 50 feet; Thence North a distance of 50 feet to the Point or Place of Beginning.

LESS AND EXCEPT

A strip, piece or parcel of land lying in part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma. Said parcel of land being described by metes and bounds as follows:
Beginning at a point on the present East right-of-way line of Interstate Highway No. 35, a distance of 462.78 feet South and 42.39 feet East of the NW corner of said Northeast Quarter (NE/4); Thence Southerly along said right-of-way line a distance of 450.38 feet; Thence East a distance of 1.14 feet; Thence North 00°51'00" East a distance of 267.61 feet; Thence North 00°17'45" West a distance of 160.64 feet; Thence Northwesterly a distance of 22.55 feet to Point of Beginning.

The City of
OKLAHOMA CITY
POLICE DEPARTMENT
Wade Gourley
Chief of Police

**April 12, 2023**

[NOTICE TO PERSONS OWNING OR OCCUPYING PROPERTY]

Reference: Notice to Abate Public Nuisance on Real Property located at:
**The Plaza Inn**
**3200 S. I-35 Service Rd**
**Oklahoma City, Ok 73129**

Described as: Section 14 Township 11N Range 3W QTR: NE
UNPLTD PT Block: 000 Lot: 000
BEG 40FT E & 513FT S OF NW/C NE4 TH S132.40FT SLY250.05FT
SE17.95FT E581.49FT N400FT W530FT NW78.54FT S50FT TO BEG
EX A TR BEG 462.78FT S & 42.39FT E OF NW/C NE4 TH SLY ALONG
H/W R/W 450.38FT E1.14FT N267.61FT NLY 160.64FT NW22.55FT TO BEG

Plaza Inn/Kokomos
Plaza Hotels LLC
C/O Michael Wiley
5101 S. Choctaw Ave
El Reno, Ok 73036

To Mr. Michael Wiley:

The City of Oklahoma City has reason to believe the above-described property is being used in such a manner as to be a public nuisance as defined in Oklahoma Statutes, Title 50, Section 1, or Article VI of Chapter 35 of the Oklahoma City Municipal Code, Sections 35-171 through 35-185. The attached summary of incidents is a partial listing of criminal conduct on your property which has caused the public nuisance to exist. County records or other information indicate that you have some interest, legal or possessory, in the above-described property.

The purpose of this letter is to inform you that unless you take prompt action and remedy the nuisance situation within (10) days, the City may take legal action to abate the public nuisance that has arisen due to the manner in which the property is being used. To abate this nuisance, the hotel owners and managers must take the following steps:

- To have enough armed CLEET Certified security guards to help stop violent acts from occurring inside the courtyard areas and outside in the parking lot by being on the property 24 hours a day and seven days a week

B

- To have video cameras installed inside and outside to monitor all areas around the property
- Make sure that all video is stored and not erased for at least 10 days from each recording
- Post and enforce No Trespassing Signs all through the property

The City may seek remedies such as injunctive relief, appointment of court commissioners, mandatory abatement, and imposition of abatement liens upon the property. Abatement orders and other injunctive relief can include demolition of buildings, closure of business operations, limitations on types and time periods of allowed activities, and other restrictions, in the discretion of the District Court. In addition, the City may file misdemeanor charges against you for future violations of Oklahoma City Municipal Code, in particular Sections 35-178 and 35-197.

You are encouraged to contact **MSGT. Bowen** with the Oklahoma City Police Department, Nuisance Abatement Office, at 405-297-1187, to discuss this matter.

Respectfully,

Jason Samuel, Major
Special Operations Division

cc: Orval Edwin Jones
Assistant Municipal Counselor

# THE PLAZA INN

# 3200 S. PROSPECT

ON 4/04/2023 Case# 23-0023250 **SANTA FE Officers responded to a kidnapping call at the Plaza Inn. The Victim states she was walking from the office and passed in front of room #105. When the suspect in room #105 reached out and grabbed her arm and pulled her into the room. The suspect told the victim he was going to kill her. The victim was eventually able to get out of the room. The suspect barricaded him self in the room and the Tact Team was activated and was able to get the suspect into custody.**

ON 4/10/2023 Case# 23-0024741 **SANTA FE Officers responded to a shooting at the Plaza Inn. A suspect had walked up to room # 118 and fired shots into the room. The victim was later located hiding inside the bathroom.**

ON 4/10/2023 Case# 23-0024981 **SANTA FE Officers responded to another shooting at the Plaza Inn at 6:55pm. When officers arrived, everyone had already left. Officers found a large pool of blood and two 9mm shell casings in a parking spot on the north side of the complex. Video shows a truck leaving this spot and multiple people fighting in the breezeway. Officers were not able to locate any victims.**

ON 4/11 2023 Case# 23-0025049 **SATNA FE Officers responded to a stabbing at the Plaza Inn at 01:48am. The victim went to room #178 to confront the suspect over a domestic situation. The suspect was not checked into the Plaza Inn. He just visits some "family members" here at the Plaza Inn from time to time. The suspect had a machete and sliced the victims left arm outside in front of room #178.**

# MEMORANDUM

**The City of**
**OKLAHOMA CITY**

TO: Kenneth Jordan, Municipal Counselor

FROM: Craig Freeman, City Manager

DATE: May 11, 2023

SUBJECT: Authority for Nuisance Abatement Action Concerning Real Estate Known as The Plaza Inn

This memorandum confirms that pursuant to the authority granted to me by Oklahoma City Ordinance 23,450, as amended by Ordinance 25,000, and as codified at Oklahoma City Municipal Code Chapter 35, Article VI, Section 35-177(c), I hereby authorize the Municipal Counselor to file an abatement action against any owners and managers of the Plaza Inn and the property upon which it is located, located at 3200 South Interstate Highway 35 Service Road, due to the failure of these responsible persons to abate the public nuisance that apparently exists at this location in the nature of extreme violence, drug distribution and prostitution activity on the premises. The timing of this action shall be determined by the Municipal Counselor in his discretion based on the facts on the ground as they develop.

The Municipal Counselor and his assistants are further authorized to request all relief available from the District Court to abate the nuisance identified in the Notice to Abate Public Nuisance dated April 12, 2023, and all prior notices and police reports, including, without limitation, injunctive relief, recoupment of costs, appointment of commissioners, filing of judgment liens, and applications for contempt and all associated proceedings arising therefrom.