# Exhibit 14

*1056867814*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 13 2023

RICK WARREN
COURT CLERK
126

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

THE CITY OF OKLAHOMA CITY, )
)
Plaintiff, )
)
vs. ) Case No. CV-2023-1094
)
PLAZA HOTELS, LLC, d.b.a THE PLAZA INN, MICHAEL WILEY and STEVE KETTER, )
)
Defendants. )

CONSENT DECREE

NOW on this 13th day of October, 2023, being apprised in the premises, the Court considers this matter on the merits. Plaintiff, the City of Oklahoma City ("City"), filed a Motion for Partial Summary Adjudication on September 6, 2023, addressed to the issue of whether or not the real property involved in this proceeding (referred to as the "Plaza Inn Property") constitutes a public nuisance as a result of criminal violence on the property. City also filed a Motion for Partial Summary Adjudication on September 24, 2023, addressed to the inadequacy of the abatement measures taken by defendants to quell the violence on the property. Plaintiff and defendants appear, by counsel, plaintiff requesting and defendants consenting to entry of a final decree containing a permanent injunction to direct the abatement of the nuisance.

The Court finds that venue properly lies in Oklahoma County, Oklahoma. The Court finds that it has jurisdiction over the subject matter and personal jurisdiction over the defendants.

The Court finds that plaintiff City is a municipal corporation formed pursuant to the laws of the State of Oklahoma.

The Court further finds that Defendant Plaza Hotels, LLC, is the fee-simple owner of real property located at 3200 South Interstate Highway Service Road, also known as 3200 South Prospect Avenue, in Oklahoma City, Oklahoma, located on a tract of real estate in Oklahoma County, Oklahoma, described on Exhibit A hereto (hereinafter the "Plaza Inn Property").

The Court further finds that Defendants Steve Ketter and Michael Wiley are the controlling members of Plaza Hotels, LLC.

The Court further finds that criminal violence, and drug-related activity, on real property is defined as a public nuisance within the meaning of the Criminal Activities Public Nuisance Abatement Ordinance, Sec. 35-171 *et seq.* of the 2020 Oklahoma City Municipal Code.

The Court further finds that the Oklahoma City Chief of Police, acting through designee Police Major Jason Samuel, has declared the Plaza Inn Property a public nuisance pursuant to the Criminal Activities Public Nuisance Abatement Ordinance.

The Court further finds that the City Manager of the City, acting pursuant to his authority as conferred by the Criminal Activities Public Nuisance Abatement Ordinance, has authorized the Municipal Counselor to file this action for injunctive relief on behalf of the City, pursuant to 50 Okla. Stat. § 17.

The Court finds that, based on the evidence, the Plaza Inn Property is a public nuisance due to the violent criminal activity on the property that continues unabated.

The Court further finds that exercise of equitable jurisdiction over the operation of the Plaza Inn Property is appropriate because of the use to which the property has

been put by a large number of offenders, and that defendants should be enjoined to abate the criminal activity on the property as owners and managers of said property.

The Court further finds that twenty-two (22) additional surveillance cameras are necessary to provide adequate video coverage to deter and document criminal activity on the Plaza Inn Property, as detailed on the map attached as Exhibit B hereto.

The Court further finds that two armed licensed security guards are the minimum number needed on site to deter and prevent violent criminal conduct on the Plaza Inn Property during all times of the day and the night.

The Court further finds that the Plaza Inn must be closed down as a business unless the armed licensed security guards are on duty as of the date of the filing of this decree, and the additional security cameras are in place within fourteen (14) days of the date of the filing of this decree or the decree is modified to accommodate a new business on the property.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motions for Partial Summary Adjudication are granted, that the Court assumes jurisdiction over the Defendants and the Plaza Inn Property and their successors and assigns, and determines that criminal activity on the Plaza Inn Property is a public nuisance that the defendants shall abate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants and all persons acting in concert with them shall cause "No Trespassing" signs to remain posted in conspicuous places on the Plaza Inn Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants and all persons acting in concert with them shall within fourteen (14) days of the date of the

filing of this decree install, maintain and utilize video equipment to provide complete surveillance of the exterior of the Plaza Inn Property, including the courtyard, for evidence of criminal behavior, and shall record such surveillance and maintain the recordings for at least ten (10) days at all times, and make such recordings available to the Oklahoma City Police Department for use as evidence in criminal cases upon request.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants and all persons acting in concert with them shall hire armed security guards licensed by the Council on Law Enforcement Education and Training, and shall pay for two of these guards to be on the property at all times of the day and night, and shall instruct these guards to call the Oklahoma City Police Department when criminal activity occurs and when and fugitives from justice are discovered, to arrest criminal offenders when criminal activity occurs, and to detain criminal offenders until police are able to arrive in due course. The defendants shall keep records of the security guard schedules and the payments made to them. These records shall be made available to the Oklahoma City Police Department each Monday for the previous week.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendants and all persons acting in concert with them shall instruct the armed security guards to keep an accurate log of their presence on and their activity on the property, and a list of all persons arrested, and reports regarding all persons who evade or escape arrest in circumstances suggesting that they were committing violent acts, unlawfully carrying weapons, distributing unlawful controlled substances, or soliciting for prostitution, and

make these records available to the Oklahoma City Police Department each Monday for the previous week.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall be entitled to modify the time, place and manner of the requirement to have security guards on the property at all times by mutual agreement in writing and signed by Oklahoma City's City Manager and the authorized representatives of Plaza Hotels, LLC, and its successors in title and all persons acting in concert with them.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Plaza Inn shall immediately be closed to the public as a place of business, unless and until the foregoing security measures have been taken within 14 days of the filing of this decree, in regard to the security cameras, and upon the filing of this decree in regard to the armed security guards.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court retains jurisdiction over the defendants, their successors and assigns, and all persons acting in concert with them, and the Plaza Inn Property, for the purpose of enforcing its decree abating the nuisance on the property and modification of the terms of this decree, including the appointment after hearing of a court commissioner to supervise the security equipment and personnel, if necessary to abate the nuisance.

Defendants shall pay the costs of this action within fourteen (14) days from this date.

DISTRICT JUDGE DON ANDREWS 10/13/2023

APPROVED (next page):

CONSENT DECREE – APPROVAL PAGE

Orval Edwin Jones, OBA No. 10868
701 Couch Drive
Oklahoma City, OK 73102
Telephone 405-297-3830

ATTORNEY FOR PLAINTIFF

Doug Carel, OBA No. 16192
2200 Shadowlake Drive
Oklahoma City, OK 73159
Telephone 405-692-8918

ATTORNEY FOR DEFENDANTS

Craig Freeman
City Manager
The City of Oklahoma City

Plaza Inn, LLC
Steve Ketter, Member

Plaza Inn, LLC
Michael Wiley, Member

Steve Ketter, Defendant

Michael Wiley, Defendant

EXHIBIT "A"

A part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian in Oklahoma County, Oklahoma, according to the Government Survey thereof and more particularly described as follows, to-wit:
Beginning at a point 40 feet East and 513 feet South of the Northwest corner of said Northeast Quarter (NE/4), said point being on the East right-of-way line of Interstate Highway No. 35; Thence South 0°00'55" East along the said East right-of-way line and parallel with the West line of said Northeast Quarter (NE/4) a distance of 132.40 feet; Thence South 1°07'50" West and along said East right-of-way line a distance of 250.05 feet; Thence South 11°16'52" East and along said right-of-way line a distance of 17.95 feet; Thence North 89°59'34" East and parallel to the North line of said Northeast Quarter (NE/4) a distance of 581.49 feet; Thence North 0°00'55' West and parallel to the West line of said Northeast Quarter (NE/4) a distance of 400.00 feet; Thence South 89°59'34" West a distance of 580 feet to the Point of Beginning.

AND

Commencing at the Northwest corner of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma, according to the Government Survey thereof;
Thence East along the North line of said Northeast Quarter (NE/4) a distance of 40 feet; Thence South and parallel to the West line of said Northeast Quarter (NE/4) a distance of 463 feet to the Point or Place of Beginning; Thence in a Southeasterly direction on the arc of a curve to the right having a radius of 50 feet, radius point of which arc referred to being located 513 feet South and 40 feet East of the Northwest corner of said Northeast Quarter (NE/4) a distance of 78.54 feet to a point that is 513 feet South and 90 feet East of the Northwest corner of said Northeast Quarter (NE/4); Thence West a distance of 50 feet; Thence North a distance of 50 feet to the Point or Place of Beginning.

LESS AND EXCEPT

A strip, piece or parcel of land lying in part of the Northeast Quarter (NE/4) of Section FOURTEEN (14), Township ELEVEN (11) North, Range THREE (3) West of the Indian Meridian, in Oklahoma County, Oklahoma. Said parcel of land being described by metes and bounds as follows:
Beginning at a point on the present East right-of-way line of Interstate Highway No. 35, a distance of 462.78 feet South and 42.39 feet East of the NW corner of said Northeast Quarter (NE/4); Thence Southerly along said right-of-way line a distance of 450.38 feet; Thence East a distance of 1.14 feet; Thence North 00°51'00" East a distance of 267.61 feet; Thence North 00°17'45" West a distance of 160.64 feet; Thence Northwesterly a distance of 22.55 feet to Point of Beginning.

EXHIBIT
tabbies
A


Recommended Cameras (in yellow)
*Camera locations and coverage are approximate
1
2
3
4
5
6
7
8
9
10
Plaza Inn
3200
S Prospect Ave
S Prospect Ave
EXHIBIT
B
tabbles