# Exhibit 15

*1060683427*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

DEC 13 2024

RICK WARREN
COURT CLERK
109

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

| | | |
|---|---|---|
| THE CITY OF OKLAHOMA CITY,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC, d.b.a. THE PLAZA INN, MICHAEL WILEY, and STEVE KETTER,<br><br>Defendants. | ) | Case No. CV-2023-1094<br>Judge Don Andrews |

**JOINT MOTION TO DISSOLVE CONSENT DECREE AND PERMANENT INJUNCTION AND DISMISS ALL CLAIMS WITH PREJUDICE**

Plaintiff, the City of Oklahoma City (the "City"), and Defendants, Plaza Hotels, LLC, Michael Wiley, and Steve Ketter (collectively, "Defendants"), by and through their undersigned counsel, jointly request that the Court enter an order: (a) dissolving the Consent Decree entered in this case on October 13, 2023 (the "Consent Decree"), (b) dissolving the permanent injunction within the Consent Decree (the "Permanent Injunction"), and (c) dismissing all claims in this case with prejudice. In support of this joint motion, the parties state as follows:

1. On October 13, 2023, this Court entered the Consent Decree, which contains the Permanent Injunction, regarding the use of, and restrictions related to, certain real property located at 3200 I-35 Service Road, Oklahoma City, Oklahoma, and generally referred to as the "Plaza Inn Property."

2. On February 1, 2024, Defendants and 29th Street Realty LLC ("Purchaser"), entered into a purchase and sale agreement of the Plaza Inn Property (the "Purchase and Sale Agreement").

3. On April 17, 2024, City and Purchaser subsequently entered into an agreement (the "Agreement") that provides, among other things, that following the closing of the transactions contemplated in the Purchase and Sale Agreement, (i) so long as Purchaser does not operate a

business in the building currently existing on the Plaza Inn Property, Purchaser shall not be responsible for the security measures set forth in the Consent Decree, and (ii) Purchaser intends to cause the demolition of structures on the Plaza Inn Property (the "Demolition"), and that within 30 days following the Demolition, as evidenced by written notice from Purchaser to City, City shall work cooperatively with Purchaser and take such action deemed necessary by Purchaser in Purchaser's commercially reasonable discretion, to obtain a dismissal of the Consent Decree with prejudice.

4. On December 3, 2024, Purchaser provided written notice to City that the Demolition was complete.

5. On December 3, 2024, City confirmed receipt of the notice letter and that the structures located at the Plaza Inn Property had been, in fact, demolished.

6. Because the structures located at the Plaza Inn Property have been demolished, and Purchaser has provided City notice of the same, the Permanent Injunction and the Consent Decree are now moot and no longer needed in this case based on the Purchaser's and City's compliance with the Agreement.

7. Therefore, the parties respectfully request that the Court grant this joint motion and enter an order: (a) dissolving the Consent Decree, (b) dissolving the Permanent Injunction within the Consent Decree, and (c) dismissing all claims in this case with prejudice.

8. A proposed order is submitted herewith.

WHEREFORE, the parties respectfully request that the Court grant this joint motion and enter an order: (a) dissolving the Consent Decree, (b) dissolving the Permanent Injunction, and (c) dismissing all claims in this case with prejudice.

Respectfully submitted this 13th day of December 2024:

Orval Edwin Jones, OBA # 10868
701 Couch Drive
Oklahoma City, OK 73102
Telephone: (405) 297-3830
orval.jones@okc.gov

***Attorney for Plaintiff***

Doug Carel, OBA # 16192
2200 Shadowlake Drive
Oklahoma City, OK 73159
Telephone: (405) 692-8918
dougcarellaw@gmail.com

***Attorney for Defendants***