# Exhibit 16

Case 5:25-cv-00462-G Document 218-16 Filed 10/28/26 Page 2 of 9

# Incident Report 2021-0078900-1 (Report 1 of 1)

**Primary Officer:** Reynolds, Morgan (53191)

**Unit:** Southwest **Division, Sector, Beat:** SOUTHW,SW2,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100574686 **CFS #:** 202110-0047547 **Incident Type:** Arrest

**Incident From Date:** 10/16/2021 **Incident From Time:** 23:30 **Incident To Date:** 10/17/2021 **Incident To Time:** 00:11

**Reported On Date:** 10/17/2021 **Reported On Time:** 00:11 **Location:** 48[redacted] W Reno Ave, Oklahoma City, OK, 73127, USA

**Location Note:** 48[redacted] W RENO AVE [redacted] **Location Category:** Hotel/Motel/Etc. **Cleared Exceptionally:** Not Applicable

**Clearance Date:** 11/12/2021 **Clearance Time:** 10:14 **Handle with care?:** Not Applicable

## Offenses

### 11700 - 11A - FORCIBLE RAPE - FEL

**Offense:** 11700 - 11A - FORCIBLE RAPE - FEL **NIBRS UCR Code:** Forcible Rape **Severity:** Felony

**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** Yes **Was Criminal or Gang Activity Involved?:** No **Was Weapon/Force Involved?:** Yes

**Was Bias Motivation Involved?:** No **Offender Suspected of Using:** D - Drugs/Narcotics **Type of Weapon/ Force Involved:** 40 - Personal Weapons **Cargo Theft:** No

## Names

### Involved Person - [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY ___

Involvement

**Role:** Involved Person **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]

**Homeless?:** [redacted]

Identifying Documents

Case 5:25-cv-00462-G Document 218-16 Filed 10/28/26 Page 3 of 9

**ID Type:** [redacted]

**Issuing State:** [redacted] **ID Number:** [redacted]

**ID Type:** [redacted]

**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** [redacted] **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Eye Color:** [redacted]

**Hair Color:** [redacted] **Hair Length:** [redacted] **Build:** [redacted] **Marital Status:** [redacted] **Resident Status:** [redacted]

**Place Of Birth:** [redacted] **OCPD Bureau of Records:** [redacted]

Scars, Marks, Tattoos

[redacted]

Contact

**Address Type:** [redacted] **Location:** [redacted]

**Location Note:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

**E-Mail:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

## Interviewed Person - [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY cl

Involvement

**Role:** Interviewed Person **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted] **Homeless?:** [redacted]

Identifying Documents

**ID Type:** [redacted]

**Issuing State:** [redacted] **ID Number:** [redacted] **Expiration Date:** [redacted]

**ID Type:** [redacted]

**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** [redacted] **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted] **Weight:** [redacted]
**Eye Color:** [redacted] **Hair Color:** [redacted] **Hair Length:** [redacted] **Facial Hair:** [redacted] **Build:** [redacted] **Complexion:** [redacted]
**Marital Status:** [redacted] **Resident Status:** [redacted] **Place Of Birth:** [redacted]

**General Description / Clothing**
[redacted]

**OCPD Bureau of Records:** [redacted]

Scars, Marks, Tattoos

[redacted]

Contact

**Address Type:** [redacted] **Location:** [redacted]

**Location Note:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

## Victim - [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY cl

Involvement

**Role:** Victim **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Victim Details

**Victim Type:** Individual **Victim Was Injured:** [redacted]

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]/1982 **Homeless?:** [redacted]

Description

**Age:** [redacted] **Sex:** Female **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Eye Color:** [redacted]
**Hair Color:** [redacted] **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** [redacted] **Location:** [redacted]

**Location Note:** [redacted]

**Phone Number Type:** [redacted] **Phone Number:** [redacted]

Relationships

**Name:** [redacted] **Is:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

## Arrestee - WASHINGTON, MONTIE RAYSHAUN

Involvement

**Role:** Arrestee **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Victim Details

Identity

**Type:** Known **Last Name:** WASHINGTON **First Name:** MONTIE **Middle Name:** RAYSHAUN **DOB:** 10/31/1978

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** L994015564

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY cl

Description

**Age:** 42 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 9" **Weight:** 180

**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Short **Facial Hair:** Mustache **Build:** Heavy **Complexion:** Dark

**Resident Status:** Resident **Place Of Birth:** OKLAHOMA CITY, OK

**General Description / Clothing**
Peculiarities: MOTHER, SHARNA SUE WASHINGTON (705)444-2457

**OCPD Bureau of Records:** 245133

Scars, Marks, Tattoos

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** WS 132 OSGC

**Marking Type:** Tattoo **Marking Location:** Wrist - Right **Marking Comments:** #1

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** OSGC 132 LOWER INNER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** SCRIBBLING

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** OSGC 132 LOWER INNER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** OSGC' LOWER OUTER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** OSGC LOWER OUTER

Contact

**Address Type:** Home **Location:** 7634 NW 10th St, Oklahoma City, OK, 73127, USA **Location Note:** 7634 NW 10TH ST #1

**Phone Number Type:** Home **Phone Number:** (405) 659-7429

**Phone Number Type:** Temporary **Phone Number:** (702) 689-4543

**Phone Number Type:** Mobile **Phone Number:** (405) 659-7429

Relationships

**Name:** [redacted] **Is:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

Arrest

**Arrest Date:** 10/17/2021 **Arrest Time:** 01:30 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 4820 W Reno Ave, Oklahoma City, OK, 73127, USA

**Location Note:** 4820 W RENO AVE #226 **Arresting Officer / Employee Number:** Reynolds, Morgan (53191)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11700 - 11A - FORCIBLE RAPE - FEL

**Armed With:** Unarmed

Arrest Transport

**Transporting Officer / Employee Number:** Geerdes, Joshua (57108)

Arrest Charges

**Charge:** 113400 - 21-1114.A RAPE - FIRST DEGREE F - FEL **Severity:** Felony **Counts:** 2 **Date of Offense:** 10/17/2021

**Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Vehicles

None reported.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY cl

## Property

## Evidence - New Property **Property ID:** I000LM3I

Involvement

**Role:** Evidence **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Description

**Description**
SUSPECT CLOTHING | | |

## Evidence - New Property **Property ID:** I000LM3J

Involvement

**Role:** Evidence **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Description

**Description**
TWO WET SWABS FROM SU | | |

## Evidence - New Property **Property ID:** I000LM3K

Involvement

**Role:** Evidence **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Description

**Description**
PUBIC COMBING | | |

## Evidence - New Property **Property ID:** I000LM3L

Involvement

**Role:** Evidence **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Description

**Description**
WAIVER (ITEM 1) RAPE MARTIN 1434 | | |

## Evidence - New Property **Property ID:** I000LM3M

Involvement

**Role:** Evidence **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Description

**Description**

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2025
RELEASED BY cl

CLOTHES (ITEM 2) RAPE MARTIN 1434 | | |

## Evidence - New Property

**Property ID:** I000LM3N

Involvement

**Role:** Evidence **Offense:** 11700 - 11A - FORCIBLE RAPE - FEL

Description

**Description**
SWABS (ITEM 3) RAPE MARTIN 1434 | | |

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY cl

## Narrative by Reynolds, Morgan

***BWC ON 10-17-21 AT APPROXIMATELY 0011 HOURS I WAS DISPATCHED TO A RAPE WITH MEDICAL AT 48[redacted] W. RENO AVE [redacted].) UPON MY ARRIVAL I WAS TOLD MY VICTIM, VI [redacted], WAS IN ROOM [redacted]. I WENT TO THE THIRD FLOOR OF THE HOTEL WHERE I MET VI STANDING IN THE HALLWAY. I HAD HER COME DOWNSTAIRS WITH ME TO MY PATROL VEHICLE. VI WAS VISIBLY SHAKEN AND CRYING. VI TOLD ME A MAN SHE ONLY KNEW BY THE NAME "REPEAT" HAD RAPED HER IN ROOM [redacted]. I ADVISED OTHER OFFICERS ON SCENE OF THE SUSPECT'S DESCRIPTION AND POSSIBLE WHERABOUTS. OFFICERS LOCKED DOWN ROOM [redacted] WHERE THEY SPOKE TO IP [redacted] WHO WAS INSIDE OF THE ROOM. OFFICERS HAD IP [redacted] COME OUTSIDE AND SIT IN THE BACKSEAT OF A POLICE CAR. AFTER THE SCENE WAS SECURED I BEGAN MY INTERVIEW WITH VI [redacted]. VI STATED TONIGHT AROUND 2330 HOURS SHE CAME DOWNSTAIRS TO SMOKE A CIGARETTE OUTSIDE. VI SAID SHE WENT BACK INSIDE AND INTENDED TO GO BACK TO THE ROOM SHE WAS STAYING IN, [redacted]. VI SAID SHE HIT THE ELEVATOR BUTTON AND THE ELEVATOR WENT UP, DOWN, THEN UP AGAIN. VI SAID SHE WASN'T PAYING ATTENTION AND ASSUMED SHE WAS ON THE THIRD FLOOR. VI SAID SHE STEPPED OUT OF THE ELEVATOR AND MADE EYE CONTACT WITH "REPEAT" WHO SHE DESCRIBED TO ME AS A BLACK MALE WEARING A BLACK SHIRT WITH WHITE WRITING, LIGHT BLUE JEANS, WHITE SHOES, A DARK FLAT BILL HAT, AND ARM TATTOOS. VI SAID "REPEAT" WAS 40-50 YEARS OLD AND HAD SCRUFFY FACIAL HAIR. VI SAID SHE KNEW "REPEAT" BECAUSE HE OFTEN STAYED AT THE HOTEL. VI SAID WHEN SHE MADE EYE CONTACT WITH "REPEAT," LATER IDENTIFIED AS AR MONTIE WASHINGTON, HE ASKED HER "WHAT ARE YOU DOIN'?" VI SAID SHE TOLD AR SHE WAS TRYING TO GO BACK TO HER ROOM. VI SAID AR WAS LEANING HALFWAY OUT OF HIS DOOR AND LOOKED BACK BEHIND HIM AS IF TO CHECK IF SOMEONE WAS THERE. VI SAID AR THEN GRABBED HER FORCEFULLY BY HER WRIST AND DRUG HER INTO HIS ROOM. VI SAID AR THEN PULLED HER IMMEDIATELY INTO THE BATHROOM WHICH IS JUST INSIDE THE DOOR TO THE LEFT. VI SAID HE LEFT THE DOOR CRACKED. AR SAID "I'M GETTIN' WHAT YOU OWE ME." VI SAID AR BEGAN FONDLING HER BREASTS OUTSIDE OF HER SHIRT AND THEN PULLED HER SWEATPANTS DOWN. VI SAID SHE WAS NOT WEARING UNDERWEAR AT THE TIME. VI SAID SHE TOLD AR TO STOP SEVERAL TIMES AND HE KEPT SAYING, "YOU OWE IT TO ME." VI SAID AR PUT ONE OF HIS HANDS ON TOP OF HER HEAD AND FORCED HER HEAD DOWN ONTO THE BATHROOM COUNTER. AR THEN TOOK HIS OTHER HAND AND PUT IT AROUND HER MOUTH AND NOSE SO SHE WOULDN'T BE ABLE TO SCREAM FOR HELP. VI TOLD ME SHE WAS PUSHING AGAINST THE BATHROOM COUNTER TRYING TO GET FREE BUT WAS UNABLE TO. VI SAID AR THEN RAPED HER VAGINALLY WITH HIS PENIS FOR SEVERAL MINUTES WHICH VI DESCRIBED TO ME AS "SEEMINGLY HOURS." VI SAID AR DID NOT USE A CONDOM AND DID NOT EJACULATE. VI TOLD ME IT WAS "HARD TO BREATHE" AS SHE STRUGGLED TO TRY AND FREE HERSELF FROM AR. VI SAID THEN SOMEONE KNOCKED ON THE DOOR OF THE HOTEL ROOM AND AR STOPPED ASSAULTING HER. AR STATED, "WHO IS IT?! I HATE WHEN I DON'T GET TO FINISH WHAT I STARTED." AR TOLD VI, "PULL UP YOUR FUCKIN' PANTS." AR THEN EXITED THE BATHROOM AND OPENED THE FRONT DOOR TO A "[redacted] FEMALE" AS DESCRIBED BY VI. VI SAID SHE EXITED THE BATHROOM AND AR TOLD HER "COME OUT AND SIT IN HERE." VI SAID SHE STOOD THERE FOR A SECOND AND AR YELLED, "BITCH I TOLD YOU TO COME HERE!" VI WALKED OVER AND SAT DOWN ON A CHAIR. VI SAID AR THEN WALKED OVER TO HER AND BEGAN PULLING HER PANTS DOWN AGAIN, TELLING THE [redacted] FEMALE TO "LOOK AT HER." VI SAID SHE WAS CRYING AND TRYING TO KEEP HER PANTS UP WHEN THE [redacted] FEMALE TOLD AR SHE WANTED A "JOINT." VI SAID AR LET GO OF HER PANTS AND GRABBED A "JOINT" FOR THE [redacted] FEMALE. VI SAID AT THIS POINT SHE PULLED HER PANTS UP AND RAN OUT OF THE ROOM. VI RAN UP THE STAIRS TO HER ROOM [redacted] WHERE SHE TOLD HER FRIEND TO CALL 911. I ASKED VI IF ANYONE ELSE WAS IN THE ROOM DURING THE RAPE AND

VI STATED IP [redacted]. I ASKED VI IF IP [redacted] WITNESSED ANYTHING AND VI SAID IP [redacted] WAS ASLEEP IN THE BED THE WHOLE TIME. VI SAID IP [redacted] VI [redacted] WAS STILL WEARING THE SAME CLOTHES AS SHE WAS WHEN SHE WAS ASSAULTED AND TOLD ME SHE HAD NOT SHOWERED. I ASKED VI SEVERAL TIMES OVER THE COURSE OF A FEW HOURS IF SHE WANTED TO HAVE A SANE EXAM. VI WENT BACK AND FORTH BETWEEN WANTING TO GO AND NOT WANTING TO GO. VI TOLD ME SHE JUST WANTED TO SHOWER AND FIND A NEW HOTEL SO SHE DIDN'T HAVE TO STAY AT THAT ONE ANYMORE. VI ULTIMATELY DECIDED NOT TO GO TO THE HOSPITAL AND REFUSED EMSA ON SCENE. OFFICERS ADVISED OVER THE AIR THEY HAD AR WASHINGTON IN CUSTODY AND THEY BROUGHT HIM DOWNSTAIRS. LT. FREEMAN CAME TO THE SCENE. AR WASHINGTON APPEARED TO BE WEARING A DIFFERENT SHIRT BUT WAS POSSIBLY WEARING THE SAME JEANS. OFFICER GEERDES (2309) HAD AR IN THE BACKSEAT OF HIS PATROL VEHICLE. I RAN AR THROUGH OLETS AND HE WAS CLEAR OF WARRANTS. CSI SHOWED UP ON SCENE AND PROCESSED THE SCENE AND TOOK PHOTOS. MYSELF AND CSI FOLLOWED VI TO HER ROOM WHERE CSI COLLECTED HER CLOTHING. VI TOLD ME SHE WANTED TO GO TO BED SO I LEFT HER IN HER ROOM WITH HER FRIENDS. A SEARCH WAIVER WAS SIGNED BY IP [redacted] AND CSI PROCESSED ROOM [redacted]. OFFICER GEERDES TRANSPORTED AR TO CSI WHERE A PUBIC COMBING AND SWABBING WAS COMPLETED. CSI COLLECTED AR'S CLOTHES AND PLACED THEM IN A PAPER SACK. I TOOK CUSTODY OF THE SWABS, PUBIC COMBING, AND CLOTHING AND BOOKED THEM INTO THE OCPD PROPERTY ROOM IN BOTH THE REFRIDGERATED DROP AND LOCKER #87. CSI TOOK CUSTODY OF THE SEARCH WAIVER. OFFICER GEERDES AND I STOOD BY WHILE AR WAS FINGERPRINTED AT OCPD HEADQUARTERS. OFFICER GEERDES THEN TRANSPORTED AR TO THE OKLAHOMA COUNTY JAIL. I COMPLETED A PC AFFIDAVIT ON AR AND LT. FREEMAN (1368) AUTHORIZED THE HOLD FOR THE STATE CHARGE. SEE OTHER OFFICER'S SUPPLEMENTALS FOR FURTHER INFORMATION.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2025

RELEASED BY cl