# Exhibit 17

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2020-0030702-1

**Primary Officer:** Coker, Hannah (55763)

**Assigned District:** Unassigned **Division, Sector, Beat:** SF,SF1,D4

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100427414 **CFS #:** 202004-0063966 **Incident Type:** Arrest
**Incident From Date:** 04/26/2020 **Incident From Time:** 00:15 **Incident To Date:** 04/26/2020 **Incident To Time:** 01:51
**Reported On Date:** 04/26/2020 **Reported On Time:** 01:51 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD #212 **Location Category:** Highway/Road/Alley/Street/Sidewalk
**Cleared Exceptionally:** Not Applicable **Clearance Date:** 04/26/2020 **Clearance Time:** 07:49
**Handle with care?:** Not Applicable

## Offenses

### 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

**Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **NIBRS UCR Code:** Weapon Law Violations **Severity:** Felony
**Completion:** Completed **Location Category:** Highway/Road/Alley/Street/Sidewalk

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** Yes **Was Weapon/Force Involved?:** Yes
**Was Bias Motivation Involved?:** No **Type of Criminal Activity/Gang Involved:** P - Possessing/Concealing
**Type of Weapon/Force Involved:** 12 - Handgun **Cargo Theft:** No

### 22500 - 90Z - ALL OTHER OFFENSES - MIS

**Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS **NIBRS UCR Code:** All Other Offenses **Severity:** Misdemeanor
**Completion:** Completed **Location Category:** Highway/Road/Alley/Street/Sidewalk

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Involved Person - SHIELDS, SHIRLEY MARIE

Involvement

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**Role:** Involved Person **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Victim Details

Identity

**Type:** Known **Last Name:** SHIELDS **First Name:** SHIRLEY **Middle Name:** MARIE **DOB:** [redacted]1977 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** V080197082

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 42 **Sex:** Female **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 8" **Weight:** 130

**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Shoulder **Build:** Thin **Complexion:** Dark

**Resident Status:** Nonresident **Place Of Birth:** ORANGE, NJ **Employer:** UNEMPLOYED

**General Description / Clothing**
Peculiarities: GRAYSON, RANDOLPH (BOYFRIEND) 405-371-3540

**OCPD Bureau of Records:** 246656

Scars, Marks, Tattoos

**Marking Type:** Pierced **Marking Location:** Ears **Marking Comments:** 3 IN LEFT,2 IN RIGHT

Contact

**Address Type:** Home **Location:** 8500 E Main St, Midwest City, OK, 73110, USA **Location Note:** 8500 E MAIN ST

**Phone Number Type:** Home **Phone Number:** (405) 835-1786

**Phone Number Type:** Temporary **Phone Number:** (405) 906-0501

**Phone Number Type:** Mobile **Phone Number:** (405) 421-8813

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Person - WASHINGTON, MONTIE RAYSHAUN

Involvement

**Role:** Involved Person **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Victim Details

Identity

**Type:** Known **Last Name:** WASHINGTON **First Name:** MONTIE **Middle Name:** RAYSHAUN **DOB:** [redacted]/1978

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** L994015564

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 41 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 9" **Weight:** 180

**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Short **Facial Hair:** Mustache **Build:** Heavy **Complexion:** Dark

**Resident Status:** Resident **Place Of Birth:** OKLAHOMA CITY, OK

**General Description / Clothing**
Peculiarities: MOTHER, SHARNA SUE WASHINGTON (705)444-2457

**OCPD Bureau of Records:** 245133

Scars, Marks, Tattoos

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** WS 132 OSGC

**Marking Type:** Tattoo **Marking Location:** Wrist - Right **Marking Comments:** #1

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** OSGC 132 LOWER INNER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** SCRIBBLING

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** OSGC 132 LOWER INNER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** OSGC' LOWER OUTER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** OSGC LOWER OUTER

Contact

**Address Type:** Home **Location:** 7634 NW 10th St, Oklahoma City, OK, 73127, USA **Location Note:** 7634 NW 10TH ST #1

**Phone Number Type:** Home **Phone Number:** (405) 659-7429

**Phone Number Type:** Temporary **Phone Number:** (702) 689-4543

**Phone Number Type:** Mobile **Phone Number:** (405) 659-7429

Victim Hospitalized

**Victim Hospitalized?:** No

## Arrestee - LAMONTTA, TAYLOR

Involvement

**Role:** Arrestee **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Victim Details

Identity

**Type:** Known **Last Name:** LAMONTTA **First Name:** TAYLOR **DOB:** [redacted]/2001 **Homeless?:** Yes

Description

**Age:** 19 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Eye Color:** Brown **Hair Color:** Black **Hair Length:** Shoulder

Contact

**Address Type:** Home **Location:** TRANSIENT, Oklahoma City OK 73109 **Location Note:** TRANSIENT **Phone Number Type:** Mobile **Phone Number:** (405) 353-7220

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 04/26/2020 **Arrest Time:** 02:55 **Arrest Type:** Summoned/Cited (Not Taken Into Custody) **Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD #212 **Arresting Officer / Employee Number:** Coker, Hannah (55763)

Arrestee Details

**Arrestee Disposition:** RELEASED IN FIELD **Primary Offense For Arrest:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Armed With:** Handgun

Arrest Charges

**Charge:** 527300 - CR-SW9 SALE TO/POSSESSION OF WEAPONS BY MINORS - MIS **Severity:** Misdemeanor **Counts:** 1 **Citation #:** 185934199 **Date of Offense:** 04/26/2020 **County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant **Expunged?:** No

## Arrestee - HALEY, K'ANDRE SENTRELL

Involvement

**Role:** Arrestee **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS

Victim Details

Identity

**Type:** Known **Last Name:** HALEY **First Name:** K'ANDRE **Middle Name:** SENTRELL **DOB:** [redacted]/1996 **Homeless?:** Yes

Identifying Documents

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 23 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 11" **Weight:** 175
**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Long **Build:** Thin **Complexion:** Dark **Marital Status:** Unknown
**Resident Status:** Unknown **OCPD Bureau of Records:** 504008

Contact

**Address Type:** Home **Location:** TRANSIENT, Oklahoma City OK 73109 **Location Note:** TRANSIENT

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 04/26/2020 **Arrest Time:** 03:00 **Arrest Type:** On-View Arrest
**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA
**Location Note:** 3200 S I-35 SERVICE RD #212 **Arresting Officer / Employee Number:** Venegas, Erik (55825)
**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL
**Armed With:** Handgun

Arrest Transport

**Transporting Officer / Employee Number:** Venegas, Erik (55825)

Arrest Charges

**Charge:** 520600 - CR-PR1 INTERFERING WITH OFFICIAL PROCESS - RESISTING AN OFFICER - MIS
**Severity:** Misdemeanor **Counts:** 1 **Citation #:** 185972661 **Date of Offense:** 04/26/2020 **Charge Type:** Criminal
**County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant **Expunged?:** No

## Victim - SOCIETY/PUBLIC

Involvement

**Role:** Victim **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS
**Role:** Victim **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Victim Details

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Victim Type:** Society / Public

Contact

**Type:** Society / Public **Name:** SOCIETY/PUBLIC

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

# Vehicles

## Involved Vehicle - 2008 NISSAN TTN - PAPER

Vehicle Information

**Role:** Involved Vehicle **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Vehicle Status:** None

**Role:** Involved Vehicle **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS **Vehicle Status:** None

Vehicle Details

**Vehicle Type:** Automobiles **Year:** 2008 **Make:** Nissan **Model:** TTN **Style:** 4 Door Sedan; Truck / Pick-up 4 Door

**Color:** Silver **License Plate Number:** PAPER **VIN:** 1N6AA07D08N335054

**General Description**
comment: decalNumber: identifier: released to:

# Property

## Unknown - HANDGUN_REVOLVER **Property ID:** PRO2300737719

Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/ Vandalized

Description

**Type:** Handgun - Revolver **Value:** $50.00 **Quantity:** 1 **Serial Number:** RIA1353982

**Description**
Item # 0103250 | Description: 5 .38 ROUNDS AND 1 SPENT CASING

**Color:** BLK **Brand:** ARMSCOR **Model:** 200

Related People

**Relationship:** Suspected of Being Involved With This Property **Person:** HALEY, K'ANDRE SENTRELL

## Unknown - HANDGUN_SEMI_AUTOMATIC **Property ID:** PRO2300737720

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/ Vandalized

Description

**Type:** Handgun - Semi-Automatic **Value:** $50.00 **Quantity:** 1 **Serial Number:** AAM089017

**Description**
Item # 0103251 | Description: 1 MAGAZINE WITH 7 ROUNDS 9MM

**Color:** BLK **Brand:** TAURUS **Model:** 62C

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** LAMONTTA, TAYLOR

## Unknown - Explosives **Property ID:** PRO2300737721

Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/ Vandalized

Description

**Type:** Explosives **Value:** $5.00 **Quantity:** 6

**Description**
Item # 0103252 | Description:

**Color:** BRA **Brand:** FEDERAL

Related People

**Relationship:** Suspected of Being Involved With This Property **Person:** HALEY, K'ANDRE SENTRELL

## Unknown - Explosives **Property ID:** PRO2300737722

Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/ Vandalized

Description

**Type:** Explosives **Value:** $5.00 **Quantity:** 7

**Description**
Item # 0103253 | Description:

**Color:** BRA **Brand:** LUGER

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** LAMONTTA, TAYLOR

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - Firearms **Property ID:** I00019G6

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Firearms **Serial Number:** RIA1353982

**Description**
ARMSCOR .38 REVOLVER - RIA1353982
CARD ON FILE TO RELEASE TO K'ANDRE HALEY / NO TRIPLE III | | Authorization Code: DESTR |

**Brand:** APINTL **Model:** MODEL 200 **Caliber:** .38 S&W, .38 (S&W) Special, .38 ACP, .38 Super, Etc.

Related People

**Relationship:** Owner **Person:** HALEY, K'ANDRE SENTRELL

## Evidence - Firearms **Property ID:** I00019G7

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Firearms **Serial Number:** AAM089017

**Description**
TAURUS 9MM PISTOL - AAM089017
PROCESSED BY ATF MOBILE UNIT | | |

**Brand:** TAURUS ARMAS **Model:** G2C **Caliber:** 9MM Luger/Parabellum/9X19, 9MM Kurz/Corto/9X17 (.380ACP) 9MM Winchesater Magnum, 9MM Browning Long, 9MM Steyr, 9MM Bergman-Bayard, 9MM Makarov/9X18, 9X21, 9X23 Etc

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** LAMONTTA, TAYLOR

## Evidence - Explosives **Property ID:** I00019G8

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Explosives **Quantity:** 7

**Description**
SEVEN 9MM ROUNDS | | Authorization Code: DESTR | Original Evidence Disposition Code: DEST

**Color:** BRA **Brand:** LUGER

Related People

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Relationship:** Owner **Person:** LAMONTTA, TAYLOR

## Evidence - Explosives **Property ID:** I00019G9

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Explosives **Quantity:** 5

**Description**
5 LIVE ROUNDS 1 SPENT CASING
PROCESSED BY ATF MOBILE UNIT | | Authorization Code: HOLD |

**Color:** BRA **Brand:** FEDERAL

Related People

**Relationship:** Owner **Person:** HALEY, K'ANDRE SENTRELL

## Evidence - New Property **Property ID:** I0001B8T

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Description**
TEST FIRE | | |

# Narrative by Coker, Hannah

***Body worn camera footage available*** On 04/26/2020 at approximately 0155 hours, I was assigned to 3D36 of Santa Fe Division in Oklahoma City Police Limits. I was notified by dispatch of a disturbance at 3200 S I-35. The calling party advised dispatch, there were two black males walking around the property who showed off handguns. The two black males also stated, they were looking for a female. They were going up to every person they would see, and ask them if they had seen the female. I arrived on scene and drove through the complex and did not see anyone that matched the description of two black males with dreadlocks. As I was about to leave, dispatch notified me the two black males had gotten into a silver Nissan Titan. I waited on the west side of the hotel, because I remembered observing a silver Nissan Titan on the South side of the complex. I recalled the headlights were on the vehicle as if they were about to leave. Again, I waited on the West side of the complex for them to pull out. I parked my patrol vehicle, where they would not be able to see me. Officer Venegas #2243 arrived on scene with me, and I advised him of the situation of the call. It was at this time, the Nissan Titan passed us officers and headed Northbound on the service road of I-35. I advised Off. Venegas we needed to initiate a traffic stop on this vehicle. I followed the vehicle and initiated a traffic stop with my emergency lights, at the intersection of SE 29th and I-35. The vehicle headed west over the interstate on the bridge, and pulled over on the Southside Service Rd of I-35 of SE 29th St. I notified dispatch of my location, and Off. Venegas was out on the traffic stop with me. The passenger in the back passenger side of the vehicle got out of the vehicle and started to run West through the Mamma Lou's parking lot. Officer Venegas initiated in a foot pursuit after later identified AR K'andre Haley. I remained with the vehicle and notified dispatch it was occupied three times, and to hold the air. I held all individuals in the car at gun point until additional units arrived on scene. I asked why K'andre would run, and the rest of the occupants did not have a good reason. When other officers arrived on scene I notified them the back driver side passenger AR Taylor Lamontta had

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

a firearm. I took custody of Taylor and handed him off to Sgt. Ellis #1926. After handing him off to Sgt. Ellis, I took custody of the driver of the vehicle IP Shirley Shields. I searched her and placed her in the back of my patrol vehicle. I ran Shirley through CIU and she was clear of all felony warrants. Officer Venegas was able to take custody of K'andre. For more information over his incident of taking K'andre into custody refer to his supplemental. The front passenger was taken into custody later identified as IP Monite Washington. He was ran through CIU and was clear of any felony warrants. Both Shirley and Monite were released and allowed to leave the scene. K'andre was ran through CIU and he had an active felony warrant out of Georgia but they did not want to extradite. He was not a convicted felon, so he was charged with IWOP. Taylor was cited for Possession of firearm as a minor and released in field. K'andre was transported and booked into Oklahoma County Jail without further incident by Officer Venegas. Officer Venegas also booked in the two firearms under the above case number into Oklahoma City Police Property room. End of report H. Coker #2204

# Incident Report 2020-0030702-1

**Primary Officer:** Coker, Hannah (55763)

**Assigned District:** Unassigned **Division, Sector, Beat:** SF,SF1,D4

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100427414 **CFS #:** 202004-0063966 **Incident Type:** Arrest **Incident From Date:** 04/26/2020 **Incident From Time:** 00:15 **Incident To Date:** 04/26/2020 **Incident To Time:** 01:51 **Reported On Date:** 04/26/2020 **Reported On Time:** 01:51 **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA **Location Note:** 3200 S I-35 SERVICE RD #212 **Location Category:** Highway/Road/Alley/Street/Sidewalk **Cleared Exceptionally:** Not Applicable **Clearance Date:** 04/26/2020 **Clearance Time:** 07:49 **Handle with care?:** Not Applicable

## Offenses

### 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

**Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **NIBRS UCR Code:** Weapon Law Violations **Severity:** Felony **Completion:** Completed **Location Category:** Highway/Road/Alley/Street/Sidewalk

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** Yes **Was Weapon/Force Involved?:** Yes **Was Bias Motivation Involved?:** No **Type of Criminal Activity/Gang Involved:** P - Possessing/Concealing **Type of Weapon/Force Involved:** 12 - Handgun **Cargo Theft:** No

### 22500 - 90Z - ALL OTHER OFFENSES - MIS

**Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS **NIBRS UCR Code:** All Other Offenses **Severity:** Misdemeanor **Completion:** Completed **Location Category:** Highway/Road/Alley/Street/Sidewalk

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 ----
RELEASED BY Kh

## Names

### Involved Person - SHIELDS, SHIRLEY MARIE

Involvement

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

---

**Role:** Involved Person **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Victim Details

Identity

**Type:** Known **Last Name:** SHIELDS **First Name:** SHIRLEY **Middle Name:** MARIE **DOB:** [redacted]1977 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** V080197082

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 42 **Sex:** Female **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 8" **Weight:** 130

**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Shoulder **Build:** Thin **Complexion:** Dark

**Resident Status:** Nonresident **Place Of Birth:** ORANGE, NJ **Employer:** UNEMPLOYED

**General Description / Clothing**
Peculiarities: GRAYSON, RANDOLPH (BOYFRIEND) 405-371-3540

**OCPD Bureau of Records:** 246656

Scars, Marks, Tattoos

**Marking Type:** Pierced **Marking Location:** Ears **Marking Comments:** 3 IN LEFT,2 IN RIGHT

Contact

**Address Type:** Home **Location:** 8500 E Main St, Midwest City, OK, 73110, USA **Location Note:** 8500 E MAIN ST

**Phone Number Type:** Home **Phone Number:** (405) 835-1786

**Phone Number Type:** Temporary **Phone Number:** (405) 906-0501

**Phone Number Type:** Mobile **Phone Number:** (405) 421-8813

Victim Hospitalized

**Victim Hospitalized?:** No

---

## Involved Person - WASHINGTON, MONTIE RAYSHAUN

Involvement

**Role:** Involved Person **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Victim Details

Identity

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY Kh

**Type:** Known **Last Name:** WASHINGTON **First Name:** MONTIE **Middle Name:** RAYSHAUN **DOB:** [redacted]/1978

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** L994015564

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 41 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 9" **Weight:** 180

**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Short **Facial Hair:** Mustache **Build:** Heavy **Complexion:** Dark

**Resident Status:** Resident **Place Of Birth:** OKLAHOMA CITY, OK

**General Description / Clothing**
Peculiarities: MOTHER, SHARNA SUE WASHINGTON (705)444-2457

**OCPD Bureau of Records:** 245133

Scars, Marks, Tattoos

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** WS 132 OSGC

**Marking Type:** Tattoo **Marking Location:** Wrist - Right **Marking Comments:** #1

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** OSGC 132 LOWER INNER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** SCRIBBLING

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** OSGC 132 LOWER INNER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** OSGC' LOWER OUTER

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** OSGC LOWER OUTER

Contact

**Address Type:** Home **Location:** 7634 NW 10th St, Oklahoma City, OK, 73127, USA **Location Note:** 7634 NW 10TH ST #1

**Phone Number Type:** Home **Phone Number:** (405) 659-7429

**Phone Number Type:** Temporary **Phone Number:** (702) 689-4543

**Phone Number Type:** Mobile **Phone Number:** (405) 659-7429

Victim Hospitalized

**Victim Hospitalized?:** No

## Arrestee - LAMONTTA, TAYLOR

Involvement

**Role:** Arrestee **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

Victim Details

Identity

**Type:** Known **Last Name:** LAMONTTA **First Name:** TAYLOR **DOB:** [redacted]/2001 **Homeless?:** Yes

Description

**Age:** 19 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Eye Color:** Brown
**Hair Color:** Black **Hair Length:** Shoulder

Contact

**Address Type:** Home **Location:** TRANSIENT, Oklahoma City OK 73109 **Location Note:** TRANSIENT
**Phone Number Type:** Mobile **Phone Number:** (405) 353-7220

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 04/26/2020 **Arrest Time:** 02:55 **Arrest Type:** Summoned/Cited (Not Taken Into Custody)
**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA
**Location Note:** 3200 S I-35 SERVICE RD #212 **Arresting Officer / Employee Number:** Coker, Hannah (55763)

Arrestee Details

**Arrestee Disposition:** RELEASED IN FIELD **Primary Offense For Arrest:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL
**Armed With:** Handgun

Arrest Charges

**Charge:** 527300 - CR-SW9 SALE TO/POSSESSION OF WEAPONS BY MINORS - MIS **Severity:** Misdemeanor **Counts:** 1
**Citation #:** 185934199 **Date of Offense:** 04/26/2020 **County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant
**Expunged?:** No

## Arrestee - HALEY, K'ANDRE SENTRELL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

Involvement

**Role:** Arrestee **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS

Victim Details

Identity

**Type:** Known **Last Name:** HALEY **First Name:** K'ANDRE **Middle Name:** SENTRELL **DOB:** [redacted]1996
**Homeless?:** Yes

Identifying Documents

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 23 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 11" **Weight:** 175
**Eye Color:** Brown **Hair Color:** Black **Hair Length:** Long **Build:** Thin **Complexion:** Dark **Marital Status:** Unknown
**Resident Status:** Unknown **OCPD Bureau of Records:** 504008

Contact

**Address Type:** Home **Location:** TRANSIENT, Oklahoma City OK 73109 **Location Note:** TRANSIENT

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 04/26/2020 **Arrest Time:** 03:00 **Arrest Type:** On-View Arrest
**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 3200 S I 35 Service Rd, Oklahoma City, OK, 73129, USA
**Location Note:** 3200 S I-35 SERVICE RD #212 **Arresting Officer / Employee Number:** Venegas, Erik (55825)
**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL
**Armed With:** Handgun

Arrest Transport

**Transporting Officer / Employee Number:** Venegas, Erik (55825)

Arrest Charges

**Charge:** 520600 - CR-PR1 INTERFERING WITH OFFICIAL PROCESS - RESISTING AN OFFICER - MIS
**Severity:** Misdemeanor **Counts:** 1 **Citation #:** 185972661 **Date of Offense:** 04/26/2020 **Charge Type:** Criminal
**County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant **Expunged?:** No

## Victim - SOCIETY/PUBLIC

Involvement

**Role:** Victim **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS
**Role:** Victim **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Victim Details

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Victim Type:** Society / Public

Contact

**Type:** Society / Public **Name:** SOCIETY/PUBLIC

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

# Vehicles

## Involved Vehicle - 2008 NISSAN TTN - PAPER

Vehicle Information

**Role:** Involved Vehicle **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Vehicle Status:** None

**Role:** Involved Vehicle **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS **Vehicle Status:** None

Vehicle Details

**Vehicle Type:** Automobiles **Year:** 2008 **Make:** Nissan **Model:** TTN **Style:** 4 Door Sedan; Truck / Pick-up 4 Door

**Color:** Silver **License Plate Number:** PAPER **VIN:** 1N6AA07D08N335054

**General Description**
comment: decalNumber: identifier: released to:

# Property

## Unknown - HANDGUN_REVOLVER **Property ID:** PRO2300737719

Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/Vandalized

Description

**Type:** Handgun - Revolver **Value:** $50.00 **Quantity:** 1 **Serial Number:** RIA1353982

**Description**
Item # 0103250 | Description: 5 .38 ROUNDS AND 1 SPENT CASING

**Color:** BLK **Brand:** ARMSCOR **Model:** 200

Related People

**Relationship:** Suspected of Being Involved With This Property **Person:** HALEY, K'ANDRE SENTRELL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

## Unknown - HANDGUN_SEMI_AUTOMATIC **Property ID:** PRO2300737720

OCT 10 2026
RELEASED BY Kh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/ Vandalized

Description

**Type:** Handgun - Semi-Automatic **Value:** $50.00 **Quantity:** 1 **Serial Number:** AAM089017

**Description**
Item # 0103251 | Description: 1 MAGAZINE WITH 7 ROUNDS 9MM

**Color:** BLK **Brand:** TAURUS **Model:** 62C

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** LAMONTTA, TAYLOR

## Unknown - Explosives **Property ID:** PRO2300737721

Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/ Vandalized

Description

**Type:** Explosives **Value:** $5.00 **Quantity:** 6

**Description**
Item # 0103252 | Description:

**Color:** BRA **Brand:** FEDERAL

Related People

**Relationship:** Suspected of Being Involved With This Property **Person:** HALEY, K'ANDRE SENTRELL

## Unknown - Explosives **Property ID:** PRO2300737722

Involvement

**Role:** Unknown **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL **Property Status:** Destroyed/Damaged/ Vandalized

Description

**Type:** Explosives **Value:** $5.00 **Quantity:** 7

**Description**
Item # 0103253 | Description:

**Color:** BRA **Brand:** LUGER

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** LAMONTTA, TAYLOR

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 10 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Evidence - Firearms **Property ID:** I00019G6

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Firearms **Serial Number:** RIA1353982

**Description**
ARMSCOR .38 REVOLVER - RIA1353982
CARD ON FILE TO RELEASE TO K'ANDRE HALEY / NO TRIPLE III | | Authorization Code: DESTR |

**Brand:** APINTL **Model:** MODEL 200 **Caliber:** .38 S&W, .38 (S&W) Special, .38 ACP, .38 Super, Etc.

Related People

**Relationship:** Owner **Person:** HALEY, K'ANDRE SENTRELL

## Evidence - Firearms **Property ID:** I00019G7

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Firearms **Serial Number:** AAM089017

**Description**
TAURUS 9MM PISTOL - AAM089017
PROCESSED BY ATF MOBILE UNIT | | |

**Brand:** TAURUS ARMAS **Model:** G2C **Caliber:** 9MM Luger/Parabellum/9X19, 9MM Kurz/Corto/9X17 (.380ACP) 9MM Winchesater Magnum, 9MM Browning Long, 9MM Steyr, 9MM Bergman-Bayard, 9MM Makarov/9X18, 9X21, 9X23 Etc

Related People

**Relationship:** Property Taken or Lost / Victim **Person:** LAMONTTA, TAYLOR

## Evidence - Explosives **Property ID:** I00019G8

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY Kh

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Explosives **Quantity:** 7

**Description**
SEVEN 9MM ROUNDS | | Authorization Code: DESTR | Original Evidence Disposition Code: DEST

**Color:** BRA **Brand:** LUGER

Related People

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**Relationship:** Owner **Person:** LAMONTTA, TAYLOR

## Evidence - Explosives **Property ID:** I00019G9

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

Description

**Type:** Explosives **Quantity:** 5

**Description**
5 LIVE ROUNDS 1 SPENT CASING
PROCESSED BY ATF MOBILE UNIT | | Authorization Code: HOLD |

**Color:** BRA **Brand:** FEDERAL

Related People

**Relationship:** Owner **Person:** HALEY, K'ANDRE SENTRELL

## Evidence - New Property **Property ID:** I0001B8T

Involvement

**Role:** Evidence **Offense:** 11200 - 520 - WEAPON LAW VIOLATIONS - FEL

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
OCT 10
Kh

Description

**Description**
TEST FIRE | | |

# Narrative by Coker, Hannah

***Body worn camera footage available*** On 04/26/2020 at approximately 0155 hours, I was assigned to 3D36 of Santa Fe Division in Oklahoma City Police Limits. I was notified by dispatch of a disturbance at 3200 S I-35. The calling party advised dispatch, there were two black males walking around the property who showed off handguns. The two black males also stated, they were looking for a female. They were going up to every person they would see, and ask them if they had seen the female. I arrived on scene and drove through the complex and did not see anyone that matched the description of two black males with dreadlocks. As I was about to leave, dispatch notified me the two black males had gotten into a silver Nissan Titan. I waited on the west side of the hotel, because I remembered observing a silver Nissan Titan on the South side of the complex. I recalled the headlights were on the vehicle as if they were about to leave. Again, I waited on the West side of the complex for them to pull out. I parked my patrol vehicle, where they would not be able to see me. Officer Venegas #2243 arrived on scene with me, and I advised him of the situation of the call. It was at this time, the Nissan Titan passed us officers and headed Northbound on the service road of I-35. I advised Off. Venegas we needed to initiate a traffic stop on this vehicle. I followed the vehicle and initiated a traffic stop with my emergency lights, at the intersection of SE 29th and I-35. The vehicle headed west over the interstate on the bridge, and pulled over on the Southside Service Rd of I-35 of SE 29th St. I notified dispatch of my location, and Off. Venegas was out on the traffic stop with me. The passenger in the back passenger side of the vehicle got out of the vehicle and started to run West through the Mamma Lou's parking lot. Officer Venegas initiated in a foot pursuit after later identified AR K'andre Haley. I remained with the vehicle and notified dispatch it was occupied three times, and to hold the air. I held all individuals in the car at gun point until additional units arrived on scene. I asked why K'andre would run, and the rest of the occupants did not have a good reason. When other officers arrived on scene I notified them the back driver side passenger AR Taylor Lamontta had

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

a firearm. I took custody of Taylor and handed him off to Sgt. Ellis #1926. After handing him off to Sgt. Ellis, I took custody of the driver of the vehicle IP Shirley Shields. I searched her and placed her in the back of my patrol vehicle. I ran Shirley through CIU and she was clear of all felony warrants. Officer Venegas was able to take custody of K'andre. For more information over his incident of taking K'andre into custody refer to his supplemental. The front passenger was taken into custody later identified as IP Monite Washington. He was ran through CIU and was clear of any felony warrants. Both Shirley and Monite were released and allowed to leave the scene. K'andre was ran through CIU and he had an active felony warrant out of Georgia but they did not want to extradite. He was not a convicted felon, so he was charged with IWOP. Taylor was cited for Possession of firearm as a minor and released in field. K'andre was transported and booked into Oklahoma County Jail without further incident by Officer Venegas. Officer Venegas also booked in the two firearms under the above case number into Oklahoma City Police Property room. End of report H. Coker #2204

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY KG