# Exhibit 18

Case 5:25-cv-00462-G Document 218-18 Filed 10/28/26 Page 2 of 4

# Incident Report 2022-0026615-1 (Report 1 of 1)

**Primary Officer:** Vancuren, David (26227)

**Unit:** Unassigned **Division, Sector, Beat:** SW,SW2,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100621548 **CFS #:** 202204-0048962 **Incident Type:** Persons

**Incident From Date:** 04/15/2022 **Incident From Time:** 19:00 **Incident To Date:** 04/15/2022 **Incident To Time:** 19:40

**Reported On Date:** 04/18/2022 **Reported On Time:** 09:00 **Location:** 4820 W Reno Ave, Oklahoma City, OK, 73127, USA

**Location Note:** 4820 W RENO AVE #230 **Location Category:** Hotel/Motel/Etc. **Cleared Exceptionally:** Not Applicable

**Clearance Date:** 04/18/2022 **Clearance Time:** 10:08 **Handle with care?:** Not Applicable

## Offenses

### 14500 - 40A - PROSTITUTION - MIS

**Offense:** 14500 - 40A - PROSTITUTION - MIS **NIBRS UCR Code:** Prostitution **Severity:** Misdemeanor

**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Arrestee - GIBSON, CHAVAUN RALYNN

Involvement

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** GIBSON **First Name:** CHAVAUN **Middle Name:** RALYNN **DOB:** 07/24/1997

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** L083526610

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY a

700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 24 **Sex:** Female **Race:** American Indian or Alaska native **Ethnicity:** Not Hispanic or Latino **Height:** 5' 8"
**Weight:** 240 **Eye Color:** Brown **Hair Color:** Brown **Hair Length:** Long **Build:** Heavy
**OCPD Bureau of Records:** 504861

Contact

**Address Type:** Home **Location:** PO BOX-382, MEEKER OK 74855 **Location Note:** PO BOX-382
**Phone Number Type:** Temporary **Phone Number:** (405) 901-7513
**Phone Number Type:** Mobile **Phone Number:** (405) 500-5691

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 04/15/2022 **Arrest Time:** 19:30 **Arrest Type:** On-View Arrest
**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 4820 W Reno Ave, Oklahoma City, OK, 73127, USA
**Location Note:** 4820 W RENO AVE #230

Arrestee Details

**Arrestee Disposition:** RELEASED IN FIELD **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS
**Armed With:** Unarmed

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS
**Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 04/15/2022 **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 188200 - 21-1958 ACCESS COMPUTER SYSTEM/NETWORK W/UNLAWFUL INTENT F - FEL **Severity:** Felony
**Counts:** 1 **Date of Offense:** 04/15/2022 **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Victim - SOCIETY/PUBLIC

Involvement

**Role:** Victim **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

**Victim Type:** Society / Public

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY cl

Contact

**Type:** Society / Public **Name:** SOCIETY/PUBLIC

**Phone Number:** [redacted]

**Phone Number:** [redacted]

**Phone Number:** [redacted]

## Vehicles

**None reported.**

## Property

**None reported.**

## Narrative by Vancuren, David

Created Date: 2022-04-18 10:09:21 Created By: 26227 VICE ARREST REPORT
********************************************************************************************************************************************** On 4/15/2022 at 1746 hours I began an on-line prostitution investigation. The date was made for 4820 W Reno Ave. AR met me at the front door and escorted me to her room. Specific sex acts were agreed to for a specific amount and AR Gibson was arrested. She was released in the field and will be charged out of custody. For more information see SPV22-64. End of report. Det. VanCuren #1317 OCPD VICE Unit.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 10 2026

RELEASED BY cl