# Exhibit 19

# Incident Report 2019-0014233-1 (Report 1 of 1)

**Primary Officer:** Garrett, Mark (48761)

**Unit:** Unassigned

## Overview

### Incident Overview

**Recnum (Data conversion only):** 1138231 **Incident From Date:** 02/19/2019 **Incident From Time:** 04:06 **Reported On Date:** 02/19/2019 **Reported On Time:** 04:06 **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE **Clearance Date:** 04/11/2019 **Clearance Time:** 11:40

## Offenses

**None reported.**

## Names

### ALLISON, LAMOND DELMAR

Identity

**Type:** Known **Last Name:** ALLISON **First Name:** LAMOND **Middle Name:** DELMAR **DOB:** 09/14/1979

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** N080071476

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 39 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 11" **Weight:** 170 **Eye Color:** Brown **Hair Color:** Black **Hair Length:** Short **Facial Hair:** Mustache **Build:** Medium **Complexion:** Medium **Resident Status:** Resident **Place Of Birth:** OKLAHOMA CITY, OK

**General Description / Clothing**
Peculiarities: MOTHER, DIANA PETERS (405)651-7880

**OCPD Bureau of Records:** 354160

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2026

RELEASED BY

Scars, Marks, Tattoos

**Marking Type:** Tattoo **Marking Location:** Arm - Left **Marking Comments:** TIGER BASKETBALL

**Marking Type:** Tattoo **Marking Location:** Arm - Right **Marking Comments:** SCROLL

Contact

**Address Type:** Home **Location:** 6100 Macarthur Park Ln, Oklahoma City, OK, 73127, USA

**Location Note:** 6100 MACARTHUR PARK LANE #1606

**Phone Number Type:** Home **Phone Number:** (405) 800-6267

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 02/19/2019 **Arrest Time:** 04:10 **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA

**Location Note:** 311 S MERIDIAN AVE **Arresting Officer / Employee Number:** Garrett, Mark (48761)

Arrest Charges

**Charge:** 584000 - TR-FT2 FAILURE TO APPEAR IN COMPLIANCE WITH TRAFFIC CITATION - MIS **Severity:** Misdemeanor

**Counts:** 1 **Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 584000 - TR-FT2 FAILURE TO APPEAR IN COMPLIANCE WITH TRAFFIC CITATION - MIS **Severity:** Misdemeanor

**Counts:** 1 **Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 584000 - TR-FT2 FAILURE TO APPEAR IN COMPLIANCE WITH TRAFFIC CITATION - MIS **Severity:** Misdemeanor

**Counts:** 1 **Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 584000 - TR-FT2 FAILURE TO APPEAR IN COMPLIANCE WITH TRAFFIC CITATION - MIS **Severity:** Misdemeanor

**Counts:** 1 **Warrant or PC?:** No - Not Warrant **Expunged?:** No

[redacted]

## Vehicles

[redacted]

[redacted]

## Property

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 13 2026
RELEASED BY

None reported.

## Narrative by Garrett, Mark

Created Date: 2019-02-19 00:00:00 Created By: 001807
================================================================================ OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
================================================================================ Reported Date: 02/19/19 Time: 04:06 Case: 19-014233 (000) Page: 1 Code: Crime: WARRANTS Class: 421300 Occurrence Date: 02/19/19- Day: - Time: 04:06- Status: Closing Officer: Location: 311 S. MERIDIAN AV., OK RD: 33 ======================== INVOLVED VEHICLES ==================================== INV VEH: [redacted] Disposition: ======================= SUSPECTS/ARRESTS ===================================== ARRESTED: ALLISON LAMOND DELMAR DOB: 09/14/1979 Race: B Sex: M 6100 MACARTHUR PARK LANE, OK Apt: 1603 State: OK Zip: Phone: 405 800-6267 Adu/Juv: A POB: OKC, OK Hair: BLK Eye: BRO Hgt: 511 Wgt: 170 Bld: MED Business Name: Phone: Driver License: N080071476 Social Security: [redacted] ooking Number: =================== CRIME ANALYSIS ELEMENTS ============================ Age: 39 Build: MED ======================== NARRATIVE ============================================ SOUTHWEST TELEPHONE REPORT CHARGES: CITY WARRANTS: SPEEDING 1-10 SPA 12-7578652 NO STATE DRIVER'S LICENSE DT2 12-7578661 FAILURE TO APPEAR FT2 F27578652 NO SDL IN POSSESSION DR8 14-2958973 FAILURE TO APPEAR FT2 F47958964 ILLEGAL TAG DISPLAY TD1 14-2651029 BODY OF REPORT: BODY WORN CAMERA FOOTAGE AVAILABLE ON 2-19-19 AT APPROXIMATELY 0406HRS, I WAS ON PATROL DRIVING THROUGH THE SUPER 8 PARKING LOT LOCATED AT 311 S. MERIDIAN. THIS LOCATION IS KNOWN AS A HIGH CRIME AREA WHERE FINDING STOLEN CARS, NARCOTICS AND PROSTITUTION ACTIVITY ARE PREVELANT. I OBSERVED A [redacted] BACKED INTO A PARKING SPACE WITH A SUBJECT LEANED ALL THE WAY BACK IN THE DRIVERS SEAT. FINDING THIS SUSPICIOUS DUE TO THE AREA, I MADE CONTACT WITH THE SUBJECT IDENTIFIED AS AR-ALLISON. I ASKED THE AR WHAT HE WAS DOING THERE AND HE ADVISED HE WAS WAITING ON HIS WIFE. THE AR APPEARED VERY NERVOUS AND HIS HANDS WERE SHAKING. I NOTICED BETWEEN THE AR'S LEGS, THE TIP OF A CLEAR GLASS SMOKING PIPE STICKING OUT IN PLAIN VIEW. I OBTAINED THE AR'S INFORMATION FROM THE IDENTIFICATION CARD HE PROVIDED ME. I CONDUCTED A ROUTINE WARRANT CHECK ON THE AR THROUGH CIU. I WAS ADVISED BY CIU THE AR HAD 6 ACTIVE CITY WARRANTS FOR HIS ARREST. I HAD THE AR EXIT THE VEHICLE AND HE WAS TAKEN INTO CUSTODY WITHOUT INCIDENT. I WAS ABLE TO RETRIEVE THE GLASS SMOKING PIPE FROM THE SEAT. THE PIPE DID NOT HAVE ANY RESIDUE INSIDE OF IT NOT HAD IT BEEN USED. THE AR REQUESTED THAT I THROW IT AWAY OR BREAK IT ON THE GROUND. THE PIPE WAS SMASHED INTO THE PAVEMENT. I TRANSPORTED THE AR TO THE OKLAHOMA COUNTY JAIL WHERE HE WAS BOOKED AND PROCESSED WITHOUT INCIDENT. END OF REPORT
================================================================================ OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER
================================================================================ Reporting Officer: GARRETT, MARK Number: 001807 Date: 02/19/19 Time: 04:06 Typed by: PDET8661V Number: ET8661 Date: 02/19/19 Time: 05:11 Approving Officer: PDET8661V Number: ET8661 Date: 02/21/19 Time: 00:28

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2026

RELEASED BY