# Exhibit 20

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2019-0023884-1 (Report 1 of 3)

**Primary Officer:** Young, Jackie (42214)

**Unit:** Unassigned

## Overview

### Incident Overview

**Recnum (Data conversion only):** 1135988 **Incident From Date:** 03/25/2019 **Incident From Time:** 05:41 **Reported On Date:** 03/25/2019 **Reported On Time:** 09:15 **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE **Clearance Date:** 04/11/2019 **Clearance Time:** 11:39

## Offenses

### 137000 - 21-1456 EMBEZZLEMENT BY CLERK/SERVANT (REPEALED 11/1/02)

**Offense:** 137000 - 21-1456 EMBEZZLEMENT BY CLERK/SERVANT (REPEALED 11/1/02)

**NIBRS UCR Code:** NOT APPLICABLE **Severity:** Not Applicable

## Names

### Reporting Person - FIKES, KAREN JEAN

Involvement

**Role:** Reporting Person **Offense:** 137000 - 21-1456 EMBEZZLEMENT BY CLERK/SERVANT (REPEALED 11/1/02)

Victim Details

Identity

**Type:** Known **Last Name:** FIKES **First Name:** KAREN **Middle Name:** JEAN **DOB:** [redacted]1963 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** J080979046

Description

**Age:** 56 **Sex:** Female **Race:** White **Ethnicity:** Not Hispanic or Latino **Eye Color:** Brown **Hair Color:** Brown

**Build:** Medium

Contact

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 14 2026
RELEASED BY

**Address Type:** Home **Location:** 1116 SW 49th St, Oklahoma City, OK, 73109, USA **Location Note:** 1116 SW 49TH ST

**Phone Number Type:** Home **Phone Number:** (405) 204-2493

**Phone Number Type:** Work **Phone Number:** (405) 492-6856

**Phone Number Type:** Temporary **Phone Number:** (405) 947-8777

**Phone Number Type:** Mobile **Phone Number:** (405) 204-2493

Victim Hospitalized

**Victim Hospitalized?:** No

## Involved Person - TATUM, MELISSA DELPHIA

Involvement

**Role:** Involved Person **Offense:** 137000 - 21-1456 EMBEZZLEMENT BY CLERK/SERVANT (REPEALED 11/1/02)

Victim Details

Identity

**Type:** Known **Last Name:** TATUM **First Name:** MELISSA **Middle Name:** DELPHIA **DOB:** [redacted]1996 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** M999963634

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 22 **Sex:** Female **Race:** White **Ethnicity:** Unknown/Not reported **Eye Color:** Hazel **Hair Color:** Brown

**Hair Length:** Long **Build:** Thin **Place Of Birth:** MWC, OK **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** Home **Location:** 1320 Classen Dr, Oklahoma City, OK, 73103, USA

**Location Note:** 1320 CLASSEN DR #104

**Phone Number Type:** Home **Phone Number:** (405) 430-5151

**Phone Number Type:** Temporary **Phone Number:** (405) 401-5912

**Phone Number Type:** Mobile **Phone Number:** (405) 314-0704

**E-Mail:** GIBSONMELISSA579@GMAIL.COM

Victim Hospitalized

**Victim Hospitalized?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2025

RELEASED BY Rh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Suspect/Offender - [redacted]

Involvement

**Role:** Suspect/Offender **Offense:** 137000 - 21-1456 EMBEZZLEMENT BY CLERK/SERVANT (REPEALED 11/1/02)

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]1986 **Homeless?:** [redacted]

Identifying Documents

**ID Type:** [redacted]
**Issuing State:** [redacted] **ID Number:** [redacted]
**ID Type:** [redacted]
**Social Security Number:** [redacted]

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted] **Weight:** [redacted] **Eye Color:** [redacted]
**Hair Color:** [redacted] **Build:** [redacted] **OCPD Bureau of Records:** [redacted]

Contact

**Address Type:** [redacted] **Location:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]
**Phone Number Type:** [redacted] **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

## Victim - SUPER 8 AIRPORT

Involvement

**Role:** Victim **Offense:** 137000 - 21-1456 EMBEZZLEMENT BY CLERK/SERVANT (REPEALED 11/1/02)

Victim Details

**Victim Type:** Business

Contact

**Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE
**Type:** Business **Name:** SUPER 8 AIRPORT
**Phone Number:** (405) 492-6856

RELEASE BY RECORDS
Oklahoma City Police Dept.
Capt. Randy Wiens
Supt. Of Records
OCT 14 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Vehicles

**None reported.**

## Property

**New Property** **Property ID:** PRO2301030147

Description

**Description**
Item # 0001 | quantityEstimate: 1 | Description: ARTICLE: YCURREN
DESC: US CURRENCY (\$59)

**New Property** **Property ID:** PRO2301030148

Description

**Description**
Item # 0002 | quantityEstimate: 1 | Description: ARTICLE: YZIPDRI
DESC: VIDEO

**New Property** **Property ID:** 2815899

Involvement

**Offense:** 137000 - 21-1456 EMBEZZLEMENT BY CLERK/SERVANT (REPEALED 11/1/02)

Description

**Value:** \$0.00 **Quantity:** 1

**Description**
Surelock Case#: 1919-0023884
thumb drive w/video
| Surelock Case#: 1919-0023884
thumb drive w/video
| | |

Recovery Details

**Recovery Date:** 03/26/2019 **Recovery Time:** 08:12

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 14 2026
RELEASED BY Rh

## Narrative by Young, Jackie

Created Date: 2019-03-25 00:00:00 Created By: 001551
============================================================================ OKLAHOMA CITY POLICE DEPARTMENT CRIME REPORT
============================================================================ Reported Date: 03/25/19 Time: 09:15 Case: 19-023884 (000) Page: 1 Code: 21-1456 SS Crime: EMBZL CLERK Class:

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



120000 Occurrence Date: 03/25/19- Day: - Time: 05:41-05:47 Status: Closing Officer: Location: 311 S. MERIDIAN AV., OK RD: 33 ======================= INVOLVED PERSONS =================================== VICTIM: SUPER 8 AIRPORT 311 S. MERIDIAN AV., OK Apt: State: OK Zip: 73108 Phone: 405 492-6856 Contact: —————————————————— INV PERS-1: TATUM MELISSA DELPHIA DOB: [redacted]1996 Race: W Sex: F 1320 CLASSEN DR., OK Apt: State: OK Zip: 73106 Phone: 405 430-5151 Adu/Juv: A POB: MWC, OK Hair: BRO Eye: HAZ Hgt: 505 Wgt: 130 Bld: SLM Business Name: AEROPOSTLE PENN SQUARE MALL Phone: OKLA CITY,OK ——————————————— REPORTING PER FIKES KAREN JEAN DOB: [redacted]1953 Race: W Sex: F 1116 SW. 49TH ST., OK Apt: State: OK Zip: 73109 Phone: 405 204-2493 Adu/Juv: A POB: Hair: BRO Eye: BRO Hgt: 506 Wgt: 170 Bld: Business Name: SUPER 8 311 S. MERIDIAN AV Phone: 405 492-6856 OKLAHOMA CIT,OK 73108 ======================= SUSPECTS/ARRESTS ===================================== SUSPECT: [redacted] DOB: [redacted]1986 Race: [redacted] Sex: [redacted] Apt: State: [redacted] Zip: Phone: [redacted] Adu/Juv: [redacted] Hair: [redacted] Eye: [redacted] Hgt: [redacted] Wgt: [redacted] MED Business Name: SUPER 8 MOTEL 311 S. MERIDIAN AV., Phone: [redacted] Driver License: [redacted] Social Security: [redacted] CII: FBI: Booking Number: =================== CRIME ANALYSIS ELEMENTS =========================== Age: [redacted] Build: [redacted] ======================= PROPERTY =========================================== Item Number: 0002 Evid/Cust: E Property Type: X Cat: O Article: ZIPDRV Brand: Model: Serial: Group Serial: Descr: VIDEO Qty: 1 Value: Item Number: 0001 Evid/Cust: N Property Type: S Cat: X Article: CURREN Brand: Model: Serial: Group Serial: Descr: US CURRENCY ($59) Qty: 1 Value: ======================= NARRATIVE ========================================= **THE GIVEN NAME FOR IP-1 WAS HUGHES, MELISSA DELPHIA [redacted]. OCPD RECORDS INDICATE THE TRUE OCPD NAME TO BE TATUM, MELISSA DELPHIA [redacted]** IP-2 INFO: "MONTREL" 35 YOA, BLACK MALE, BLACK HAIR/BROWN EYES BODY OF REPORT: ON 032519 AT APPROXIMATELY 1020 HOURS, WHILE ON A SEPARATE CALL, RP FIKES REQUESTED I RESPOND WITH HER TO THE SUPER 8, LOCATED AT 311 S. MERIDIAN, REFERENCE A DISTURBANCE. ON ARRIVAL, I MADE CONTACT WITH IP HUGHES. IP HUGHES WAS IN POSSESSION OF A ROOM ACCESS CARD, WHICH SHE STATED WAS NO LONGER FUNCTIONAL. IP HUGHES STATED SHE HAD RENTED A ROOM, ROOM #113, FROM THE CLERK, SU [redacted] ON THE MORNING OF 032519. IP HUGHES STATED SHE WENT TO THE ROOM BUT LATER LEFT AND WHEN SHE RETURNED, THE KEY NO LONGER GAVE HER ACCESS. THE CURRENT CLERK ON DUTY WAS STATING THE ROOM WAS NEVER RENTED OUT. RP, THE HOTEL OWNER, CONTACTED SU [redacted] WHO ADVISED HE HAD NEVER RENTED OUT THAT ROOM. WHEN ADVISED OF THIS, IP HUGHES PROVIDED HER ACCESS CARD, WHICH WAS SCANNED AND SHOWED TO HAVE BEEN ISSUED AT AROUND 0553 HOURS FOR ROOM #113. IP HUGHES BECAME UPSET WHEN SU [redacted] CONTINUED TO STATE HE HAD NOT RENTED HER THE ROOM. IP HUGHES THEN CLAIMED SHE HAD ENTERED THE HOTEL ALONG WITH IP MONTREL. IP HUGHES STATED IP MONTREL ADVISED HER HE COULD GET HER A ROOM FOR $40. IP HUGHES STATED SHE PROVIDED IP MONTREL THE MONEY IN CASH AND HE WENT AROUND THE CORNER AWAY FROM THE FRONT DESK, PRESUMABLY GIVING THE MONEY TO SU. IP HUGHES STATED SHE WAS LATER ASKED FOR AN ADDITIONAL $20, WHICH SHE PROVIDED TO IP MONTREL. IP HUGHES STATED IP MONTREL AND SU RETURNED TO THE FRONT COUNTER WHERE SU LATER PROVIDED IP MONTREL WITH A ROOM KEY. IP HUGHES STATED SHE LEARNED FROM THE CONVERSATION BETWEEN IP MONTREL AND SU, THAT SU REGULARLY PROVIDED HIS FRIENDS WITH DISCOUNTED ROOMS AND KEPT THE MONEY FOR HIMSELF. IP HUGHES STATED SHE ADVISED SU SHE DID NOT WANT ANY PART OF HIS DECEIT AND WANTED TO RENT THE ROOM LEGITIMATELY. IP HUGHES STATED SHE AND IP MONTREL LATER WENT TO THE ROOM. IP HUGHES STATED AFTER IP MONTREL PUSHED HER FOR SEX, SHE KICKED HIM OUT OF THE ROOM AND LATER, LEFT HERSELF IN ORDER TO OBTAIN SOME BELONGINGS. IP HUGHES STATED SHE THEN RETURNED TO FIND SHE COULD NOT ACCESS HER ROOM. RP STATED THE ROOM TO BE VACANT AND APPARENTLY, UNUSED. I REVIEWED VIDEO OF THE INCIDENT. THE VIDEO, WHICH WAS WITHOUT AUDIO, SHOWED IP HUGHES AND IP MONTREL EXIT A VEHICLE AND ENTER THE LOBBY AT AROUND 0541 HOURS VIDEO TIME. VIDEO SHOWED IP HUGHES PROVIDE IP MONTREL SOME CASH AT WHICH POINT HE PROCEEDED TO THE KITCHEN, AN AREA WHICH WAS AROUND THE CORNER FROM THE FRONT DESK AND OFF-CAMERA. VIDEO THEN SHOWED IP MONTREL AND SU EMERGE FROM THE KITCHEN PRIOR TO PRECEDING TO THE FRONT DESK. AT AROUND 0547 HOURS VIDEO TIME, SU IS OBSERVED PROGRAMMING AN ACCESS CARD WHICH HE THEN PLACES ON THE COUNTER IN FRONT OF IP MONTREL. VIDEO THEN SHOWS IP MONTREL RETRIEVING THE KEY PRIOR TO HIMSELF AND IP HUGHES EXITING THE LOBBY THROUGH THE SOUTH DOOR. VIDEO NEVER SHOWS ANY FORM OF PAYMENT BEING PROVIDED TO SU FOR THE RENTAL OF THE ROOM. RP STATED THAT ALTHOUGH A KEY WAS PROGRAMMED FOR THE ROOM, THE RENTAL OF THE ROOM WAS NEVER ENTERED INTO THE SYSTEM BY SU. RP LATER PROVIDED A COPY OF THE VIDEO ON A THUMB DRIVE WHICH SGT ROUNER #1771 LATER BOOKED INTO THE OCPD PROPERTY ROOM UNDER THIS CASE NUMBER. END OF REPORT.

RELEASE BY RECORDS
Oklahoma City Police Department
Supt. Of Records
OCT 14 2026
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



=========================================================================== OKLAHOMA CITY POLICE DEPARTMENT REPORT TRAILER =========================================================================== Reporting Officer: YOUNG, JACKIE Number: 001551 Date: 03/25/19 Time: 09:15 Typed by: PDTM4373V Number: TM4373 Date: 03/27/19 Time: 01:22 Approving Officer: PDTM4373V Number: TM4373 Date: 03/27/19 Time: 03:00

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY ____