# Exhibit 21

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2019-0081924-1 (Report 1 of 1)

**Primary Officer:** Rivera, Alonzo (40281)

**Unit:** Unassigned **Division, Sector, Beat:** SW

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100372621 **CFS #:** 201910-0026093 **Incident Type:** Arrest

**Incident From Date:** 10/09/2019 **Incident From Time:** 22:00 **Incident To Date:** 10/09/2019 **Incident To Time:** 23:00

**Reported On Date:** 10/09/2019 **Reported On Time:** 23:57 **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE #202 **Location Category:** Hotel/Motel/Etc.

**Cleared Exceptionally:** Not Applicable **Clearance Date:** 10/14/2019 **Clearance Time:** 09:43

**Handle with care?:** Not Applicable

## Offenses

### 14500 - 40A - PROSTITUTION - MIS

**Offense:** 14500 - 40A - PROSTITUTION - MIS **NIBRS UCR Code:** Prostitution **Severity:** Misdemeanor

**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

### 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS

**Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS **NIBRS UCR Code:** Drug/Narcotic Violations

**Severity:** Misdemeanor **Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** Yes **Was Criminal or Gang Activity Involved?:** Yes **Was Bias Motivation Involved?:** No

**Offender Suspected of Using:** D - Drugs/Narcotics **Type of Criminal Activity/Gang Involved:** P - Possessing/Concealing

**Cargo Theft:** No

### 22500 - 90Z - ALL OTHER OFFENSES - MIS

**Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS **NIBRS UCR Code:** All Other Offenses **Severity:** Misdemeanor

**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

RELEASE BY RECORDS
Oklahoma City Police Department
Supt. Of Records
OCT 13 2026
RELEASED BY

Additional Details

**Offender is Suspected of Using?:** Yes **Was Bias Motivation Involved?:** No **Offender Suspected of Using:** C - Computer Equipment **Cargo Theft:** No

# Names

## Arrestee - GILBERT, JABREANNE IVONA

Involvement

**Role:** Arrestee **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS

**Role:** Arrestee **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** GILBERT **First Name:** JABREANNE **Middle Name:** IVONA **DOB:** 07/30/1998

**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** G083695510

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 21 **Sex:** Female **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 5" **Weight:** 165

**Eye Color:** Brown **Hair Color:** Black **Employer:** UNEMPLOYED **OCPD Bureau of Records:** 501893

Contact

**Address Type:** Home **Location:** 261 E Pebble Creek Ter, Mustang, OK, 73064, USA

**Location Note:** 261 E PEBBLE CREEK TER #113

**Phone Number Type:** Home **Phone Number:** (918) 841-4865

**Phone Number Type:** Mobile **Phone Number:** (254) 229-4639

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 10/09/2019 **Arrest Time:** 22:15 **Arrest Type:** On-View Arrest **Location:** Super 8, 311 S Meridian Ave,

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2026

RELEASED BY

Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN #202 **Arresting Officer / Employee Number:** Coffey, Jeffrey (44440) **Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS **Armed With:** Unarmed

Arrest Transport

**Transporting Officer / Employee Number:** McMillen, Chase (55800)

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS **Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 10/09/2019 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 188200 - 21-1958 ACCESS COMPUTER SYSTEM/NETWORK W/UNLAWFUL INTENT F - FEL **Severity:** Felony **Counts:** 1 **Date of Offense:** 10/09/2019 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 326600 - 63-2.402.B1 POSSESSION OF CDS M - MIS **Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 10/09/2019 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Victim - SOCIETY/PUBLIC

Involvement

**Role:** Victim **Offense:** 14500 - 40A - PROSTITUTION - MIS

**Role:** Victim **Offense:** 22500 - 90Z - ALL OTHER OFFENSES - MIS

**Role:** Victim **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS

Victim Details

**Victim Type:** Society / Public

Contact

**Type:** Society / Public **Name:** SOCIETY/PUBLIC

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

## Vehicles

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2026

RELEASED BY

**Oklahoma City PD**
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**None reported.**

## Property

### Seized - Drugs/Narcotics **Property ID:** PRO2300650182

Involvement

**Role:** Seized **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS **Property Status:** Seized

Description

**Type:** Drugs/Narcotics **Drug Type Suspected:** Amphetamines / Methamphetamines / Methcathinone

**Quant. Units:** Gram **Quantity:** 1

Recovery Details

**Recovery Date:** 10/09/2019 **Recovery Time:** 00:00

## Narrative by Rivera, Alonzo

Created Date: 2019-10-14 09:43:30 Created By: 40281 VICE ENFORCEMENT UNIT On 10/09/19 at approximately 2200 hours, members with the OCPD Vice Unit and OBN Human Trafficking Unit were conducting a prostitution investigation targeting an escort ad posted on the internet. An undercover detective met with a female later identified as AR-Gilbert, Jabreanne at the above listed location. During the meet, AR-Gilbert agreed to provide a specific sexual contact in exchange for $200.00. Members with the OCPD Vice Unit and OBN Human Trafficking Unit assisted in taking AR-Gilbert into custody, where she was placed under arrest for Offering to Engage in an Act of Prostitution and Using a Computer to Violate State Statutes. During the course of the investigation, a small amount of methamphetamine was located in AR-Gilbert's purse. She was also charged with Possession of CDS-Methamphetamine. AR-Gilbert, Jabreanne was transported and booked into the Oklahoma County Jail without incident. All evidence located during the investigation was taken into custody and kept by agents with the OBN HT Unit. Charges will be filed by the OBN HT Unit agents.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2026

RELEASED BY