# Exhibit 22

Case 5:25-cv-00462-G Document 218-22 Filed 10/28/26 Page 2 of 9

# Incident Report 2021-0067831-1 (Report 1 of 1)

**Primary Officer:** Wegner, Kenneth (45036)

**Unit:** Unassigned **Division, Sector, Beat:** SW,SW2,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100563617 **CFS #:** 202109-0023328 **Incident Type:** Other

**Incident From Date:** 09/08/2021 **Incident From Time:** 20:00 **Incident To Date:** 09/08/2021 **Incident To Time:** 22:30

**Reported On Date:** 09/08/2021 **Reported On Time:** 22:50 **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE SB **Location Category:** Hotel/Motel/Etc.

**Cleared Exceptionally:** Not Applicable **Clearance Date:** 08/17/2022 **Clearance Time:** 14:12

**Handle with care?:** Not Applicable

## Offenses

### 14500 - 40A - PROSTITUTION - MIS

**Offense:** 14500 - 40A - PROSTITUTION - MIS **NIBRS UCR Code:** Prostitution **Severity:** Misdemeanor

**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Arrestee - QIU, CHUNMEI

Involvement

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** QIU **First Name:** CHUNMEI **DOB:** 06/12/1986 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** New York **ID Number:** 815166419

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2025

RELEASED BY

Description

**Age:** 35 **Sex:** Female **Race:** Asian **Ethnicity:** Not Hispanic or Latino **Height:** 5' 3" **Weight:** 130 **Eye Color:** Brown **Hair Color:** Black **OCPD Bureau of Records:** 508733

Contact

**Address Type:** Home **Location:** 13725 HOLLLY AVE, FLUSHING NY 11355 **Location Note:** 13725 HOLLLY AVE **Phone Number Type:** Mobile **Phone Number:** (347) 822-0618

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 09/08/2021 **Arrest Time:** 20:42 **Arrest Type:** On-View Arrest **Multiple Arrestee Segments Indicator:** Not Applicable **Location:** Reno Furniture, 4200 W Reno Ave, Oklahoma City, OK, 73107, USA **Location Note:** 4200 W RENO **Arresting Officer / Employee Number:** Majors, Don (44880) **Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS **Armed With:** Unarmed

Arrest Charges

**Charge:** 108000 - 21-1029.A4 AID/ABET/PARTICIPATE IN ACT OF PROSTITUTION OR LEWDNESS M - MIS **Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 09/08/2021 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Arrestee - LIN, STEVE HONGQIAO

Involvement

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** LIN **First Name:** STEVE **Middle Name:** HONGQIAO **DOB:** 08/09/1977 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License
**Issuing State:** New York **ID Number:** 735934325
**ID Type:** Social Security Card

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2026

RELEASED BY AG

**Social Security Number:** [redacted]

Description

**Age:** 44 **Sex:** Male **Race:** Asian **Ethnicity:** Not Hispanic or Latino **Eye Color:** Brown **Hair Color:** Black
**Hair Length:** Short **Build:** Thin **Marital Status:** Married **Resident Status:** Resident **OCPD Bureau of Records:** 508723

Contact

**Address Type:** Home **Location:** 13725 HOLLY AVE, FLUSHING NY 11355 **Location Note:** 13725 HOLLY AVE
**Phone Number Type:** Mobile **Phone Number:** (735) 934-9977

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 09/08/2021 **Arrest Time:** 20:42 **Arrest Type:** On-View Arrest
**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE SB **Arresting Officer / Employee Number:** Majors, Don (44880)
**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS
**Armed With:** Unarmed

Arrest Charges

**Charge:** 108000 - 21-1029.A4 AID/ABET/PARTICIPATE IN ACT OF PROSTITUTION OR LEWDNESS M - MIS
**Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 09/08/2021 **Charge Type:** State Statue **County:** OKLAHOMA
**Warrant or PC?:** PC - Probable Cause **Expunged?:** No
**Charge:** 560300 - JD-RK1 RECKLESS DRIVING - MIS **Severity:** Misdemeanor **Counts:** 1 **Citation #:** 174644283
**Date of Offense:** 09/08/2021 **Charge Type:** Jury Division **County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant
**Expunged?:** No

## Arrestee - ZHOU, LINA

Involvement

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** ZHOU **First Name:** LINA **DOB:** 04/05/1985 **Homeless?:** No

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 13 2026
RELEASED BY

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** New York **ID Number:** 499686776

Description

**Age:** 36 **Sex:** Female **Race:** Asian **Ethnicity:** Not Hispanic or Latino **Height:** 5' 5" **Weight:** 140 **Eye Color:** Brown **Hair Color:** Black **OCPD Bureau of Records:** 508728

Contact

**Address Type:** Home **Location:** 4202 FORLEY ST, ELMHURST NY 11373 **Location Note:** 4202 FORLEY ST

**Phone Number Type:** Mobile **Phone Number:** (999) 999-9999

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 09/08/2021 **Arrest Time:** 20:00 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE SB **Arresting Officer / Employee Number:** Majors, Don (44880)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS

**Armed With:** Unarmed

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS **Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 09/08/2021 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 188200 - 21-1958 ACCESS COMPUTER SYSTEM/NETWORK W/UNLAWFUL INTENT F - FEL **Severity:** Felony **Counts:** 1 **Date of Offense:** 09/08/2021 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 190000 - 21-2001 PROCEEDS DERIVED FROM VIOL OF STATE STATUTE F - FEL **Severity:** Felony **Counts:** 1 **Date of Offense:** 09/08/2021 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Victim - SOCIETY/VICE

Involvement

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 13 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Role:** Victim **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

**Victim Type:** Society / Public

Contact

**Type:** Society / Public **Name:** SOCIETY/VICE

## Vehicles

### Involved Vehicle - [redacted]

[redacted]

## Property

### Evidence - New Property **Property ID:** I000LIVL

Involvement

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 13 2026
RELEASED BY

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Value:** $3516.00

**Description**
$ 3516.00 // ORIG ENTERED AS $3,561 FOUND IN ROOM #287- UPON VERIFICATION ACTUAL AMT IS 3516.00 DUE TO COUNTING ERROR ON FRONT OF MONEY ENVELOPE
VALUE CHANGE ON 9/14/21, BA1356 | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

## Evidence - New Property **Property ID:** I000LIVH

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Value:** $1080.00

**Description**
$1,080 FOUND IN STEVE LIN'S RIGHT FRONT POCKET | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

## Evidence - New Property **Property ID:** I000LIVG

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Value:** $892.00

**Description**
$892 RECOVERED FROM STEVE LIN'S WALLET | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

## Evidence - New Property **Property ID:** I000LIVJ

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Value:** $213.00

**Description**
$213 FOUND IN SUITCASE | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

## Evidence - New Property **Property ID:** I000LIVM

Involvement

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 13 2026
RELEASED BY

**Oklahoma City PD**
**700 Colcord Dr**
**Oklahoma City, OK, 73102**
**+1 405 297 1000**



**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Value:** $5500.00

**Description**
$5500 FROM SUITCASE RECOVERED FROM ROOM #287 | | Authorization Code: RTOA | Original Evidence Disposition Code: RTOA

## Narrative by Wegner, Kenneth

Created Date: 2021-09-09 01:14:34 Created By: 45036 VICE ENFORCEMENT UNIT On Wednesday, 09/08/2021, at approximately 2000 hours, officers with the OCPD Vice Enforcement Unit conducting an undercover prostitution investigation responded to an online prostitution advertisement. An undercover officer was instructed through text messages sent by the number associated with the ad to go to the Super 8 Motel located at 311 South Meridian Avenue in Oklahoma City and Oklahoma County, room #287. At the room, the undercover officer met with Lina Zhou, and through the course of the interaction, the officer provided Lina with $300 in OCPD evidence funds for which Lina verbally agreed to engage in intercourse. Lina was placed under arrest for offering to engage in prostitution and use of a computer to violate state statute. During the investigation, Lina allowed officers to look in her suitcase in which $3,561 believed to be proceeds derived from prostitution was located. While at the motel, surveillance officers observed a [redacted] driven by Steve Lin with Chunmei Qiu in the front passenger seat. The two appeared to be conducting surveillance on room #287, and when an officer looked at the two from the room, they proceeded to drive recklessly through the dark parking lot at a high rate of speed with pedestrians present. The erratic driving included going westbound on West Reno Avenue in the East bound lanes and straddling lane lines. A traffic stop was conducted on the vehicle, and Steve Lin was placed under arrest for reckless driving with citation #17-4644283. During a custodial inventory of the vehicle, items of evidentiary value associated with room #287 were located, further showing Steve and Chunmei were involved in aiding in prostitution by providing security through observation. Steve and Chunmei were arrested for Aiding in prostitution. All three arrested parties were transported to the Oklahoma County Jail where they were booked in. During a search incident to arrest of Steve, $1,080 was found in Steve's pocket. At the Oklahoma County jail, more money was recovered from his wallet. This money was believed to be associated with the prostitution being investigated. More money was located during a custodial inventory of a suitcase recovered from room #287. The inventory was conducted prior to its being booked into the property room. I booked the evidence recovered during this investigation into the OCPD property room under case number 2021-0067831. For further information, see reports under SPV 21-137. END OF REPORT Detective Kenneth Wegner #1695

## Narrative by Wegner, Kenneth

Created Date: 2021-09-09 01:14:34 Created By: 45036 VICE ENFORCEMENT UNIT On Wednesday, 09/08/2021, at approximately 2000 hours, officers with the OCPD Vice Enforcement Unit conducting an undercover prostitution investigation responded to an online prostitution advertisement. An undercover officer was instructed through text messages sent by the number associated with the ad to go to the Super 8 Motel located at 311 South Meridian Avenue in Oklahoma City and Oklahoma County, room #287. At the room, the undercover officer met with Lina Zhou, and through the course of the interaction, the officer provided Lina with $300 in OCPD evidence funds for which Lina verbally agreed to engage in intercourse. Lina was placed under arrest for offering to engage in prostitution and use of a computer to violate state statute. During the investigation, Lina allowed officers to look in her suitcase in which $3,561 believed to be proceeds derived from prostitution was located. While at the motel, surveillance officers observed a [redacted], driven by Steve Lin with Chunmei Qiu in the front passenger seat. The two appeared to be conducting surveillance on room #287, and when an officer looked at the two from the room, they proceeded to drive recklessly through the dark parking lot at a high rate of speed with pedestrians present. The erratic driving included going westbound on West Reno Avenue in the East bound lanes and straddling lane lines. A traffic stop was conducted on the vehicle, and Steve Lin was placed under arrest for reckless driving with citation #17-4644283. During a custodial inventory of the vehicle, items of evidentiary value associated with room #287 were located, further showing Steve and Chunmei were involved in aiding in prostitution by providing security through observation. Steve and Chunmei were arrested for Aiding in prostitution. All three arrested parties were transported to the Oklahoma County Jail where they were booked in. During a search incident to arrest of Steve, $1,080 was found in Steve's pocket. At the Oklahoma County jail, more money was

RELEASE BY RECORDS
Police Department
Supt. Of Records
2026
RELEASED BY

recovered from his wallet. This money was believed to be associated with the prostitution being investigated. More money was located during a custodial inventory of a suitcase recovered from room #287. The inventory was conducted prior to its being booked into the property room. I booked the evidence recovered during this investigation into the OCPD property room under case number 2021-0067831. For further information, see reports under SPV 21-137. END OF REPORT
Detective Kenneth Wegner #1695

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 13 2025
RELEASED BY