# Exhibit 23

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2021-0042353-1

**Primary Officer:** Bennett, Joseph (55748)

**Assigned District:** Unassigned **Division, Sector, Beat:** SW,SW2,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100538136 **CFS #:** 202106-0031783 **Incident Type:** Property

**Incident From Date:** 06/10/2021 **Incident From Time:** 23:00 **Incident To Date:** 06/11/2021 **Incident To Time:** 00:00

**Reported On Date:** 06/11/2021 **Reported On Time:** 03:35 **Location:** Super 8, 311 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 311 S MERIDIAN AVE #111 **Location Category:** Hotel/Motel/Etc.

**Cleared Exceptionally:** Not Applicable **Clearance Date:** 06/11/2021 **Clearance Time:** 07:18

**Handle with care?:** Not Applicable

## Offenses

### 13100 - 23H - ALL OTHER LARCENY - MIS

**Offense:** 13100 - 23H - ALL OTHER LARCENY - MIS **NIBRS UCR Code:** All Other Larceny **Severity:** Misdemeanor

**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Suspect/Offender - [redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 15 2026
RELEASED BY

Involvement

**Role:** Suspect/Offender **Offense:** 13100 - 23H - ALL OTHER LARCENY - MIS

Victim Details

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **DOB:** [redacted]/1982 **Homeless?:** [redacted]

Description

**Age:** [redacted] **Sex:** [redacted] **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted]" **Weight:** [redacted]

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Contact

**Address Type:** Home **Location:** [redacted] **Location Note:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

## Victim - [redacted]

Involvement

**Role:** Victim **Offense:** 13100 - 23H - ALL OTHER LARCENY - MIS

Victim Details

**Victim Type:** Individual **Victim Was Injured:** [redacted]

Identity

**Type:** Known **Last Name:** [redacted] **First Name:** [redacted] **Middle Name:** [redacted] **DOB:** [redacted]/1977

**Homeless?:** [redacted]

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** [redacted] **ID Number:** [redacted]

Description

**Age:** [redacted] **Sex:** Male **Race:** [redacted] **Ethnicity:** [redacted] **Height:** [redacted] **Weight:** [redacted]

Contact

**Address Type:** Home **Location:** [redacted]

**Location Note:** [redacted]

**Phone Number Type:** Mobile **Phone Number:** [redacted]

Victim Hospitalized

**Victim Hospitalized?:** [redacted]

# Vehicles

**None reported.**

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 15 2026

RELEASED BY

# Property

**None reported.**

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



## Narrative by Bennett, Joseph

Created Date: 2021-06-11 07:18:39 Created By: 55748 *BWC footage is not available of this incident. This was a phone report.* On 6/10/21, I was riding as 3A88. At approximately 0334 hours, I was assigned a larceny incident that occurred at the Super 8 located at 311 S Meridian Ave. This report was taken over the phone. I contacted VI [redacted] VI said he met a female outside of his hotel room, #111, at the Super 8. VI said the female asked if she could have a cigarette to which VI said yes. VI said they then started "hanging out" and he invited her in to his room at approximately 2300 hours. VI said about one hour later, he went down to the parking lot to retrieve something from his vehicle. VI said when he returned back to his hotel room, the female SU was gone and several of his valuables were missing. VI described SU as a [redacted] VI said she was approximately [redacted]. VI said she was last seen wearing [redacted] that he let her use. The [redacted]. VI said SU told him that her name was [redacted] and her date of birth was [redacted]1982. VI said that SU told him she hangs out around the Motel 6 and Biltmore Hotel on S Meridian Ave. VI said the items missing from his room were as listed and valued: 1 HP LAPTOP ($200), 2 SAMSUNG CELLPHONES ($100 TOTAL), JBL WIRELESS SPEAKER ($150), 3 CAR CHARGES ($60 TOTAL), AND A GREAT PLAINS CHECKBOOK. VI said there may be available surveillance footage through the hotel. According to VI, he does not want to press charges if she is caught unless he does not get his items back. I gave VI his case number and told him to call back if he receive any additional information regarding the incident. End of report.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 15 2026

RELEASED BY TR