# Exhibit 24

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2020-0073402-1

**Primary Officer:** Wegner, Kenneth (45036)

**Assigned District:** Unassigned **Division, Sector, Beat:** SW,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100470177 **CFS #:** 202009-0063402 **Incident Type:** Other

**Incident From Date:** 09/22/2020 **Incident From Time:** 21:30 **Incident To Date:** 09/22/2020 **Incident To Time:** 22:45

**Reported On Date:** 09/22/2020 **Reported On Time:** 22:50 **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 2200 S MERIDIAN AVE #105 **Location Category:** Hotel/Motel/Etc.

**Cleared Exceptionally:** Not Applicable **Clearance Date:** 11/18/2020 **Clearance Time:** 09:10

**Handle with care?:** Not Applicable

## Offenses

### 14500 - 40A - PROSTITUTION - MIS

**Offense:** 14500 - 40A - PROSTITUTION - MIS **NIBRS UCR Code:** Prostitution **Severity:** Misdemeanor

**Completion:** Attempted **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Arrestee - WANG, YUNE

Involvement

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** WANG **First Name:** YUNE **DOB:** [redacted]7/1977 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Texas **ID Number:** 45865911

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 22 2025
RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Description

**Age:** 43 **Sex:** Female **Race:** Asian **Ethnicity:** Not Hispanic or Latino **Height:** 5' 3" **Weight:** 130 **Eye Color:** Brown **Hair Color:** Black **Build:** Thin **OCPD Bureau of Records:** 505424

Contact

**Address Type:** Home **Location:** 9414 ROWAN LN, HOUSTON TX **Location Note:** 9414 ROWAN LN

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 09/22/2020 **Arrest Time:** 22:00 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA

**Location Note:** 2200 S MERIDIAN AVE #105 **Arresting Officer / Employee Number:** Ridner, Robin (55154)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS

**Armed With:** Unarmed

Arrest Transport

**Transporting Officer / Employee Number:** Hall, Will (54618)

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS

**Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 09/22/2020 **Charge Type:** State Statue **County:** OKLAHOMA

**Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 190000 - 21-2001 PROCEEDS DERIVED FROM VIOL OF STATE STATUTE F - FEL **Severity:** Felony **Counts:** 1

**Date of Offense:** 09/22/2020 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause

**Expunged?:** No

## Victim - SOCIETY/PUBLIC

Involvement

**Role:** Victim **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

**Victim Type:** Society / Public

Contact

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 22 2026
RELEASED BY Kh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**Type:** Society / Public **Name:** SOCIETY/PUBLIC

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

## Vehicles

**None reported.**

## Property

### Evidence - Portable Electronic Communications **Property ID:** I0001PKE

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Type:** Portable Electronic Communications **Quantity:** 1 **Serial Number:** IMEI354912096521818

**Description**
WHITE APPLE IPHONE WITH RED CASE | | Authorization Code: DESTR | Original Evidence Disposition Code: DEST

**Color:** WHI **Brand:** APPLE **Model:** IPHONE

### Evidence - Other **Property ID:** I0001PKF

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Type:** Other **Quantity:** 1

**Description**
CAN WITH FALSE BOTTOM | | Authorization Code: DESTR | Original Evidence Disposition Code: DEST

### Evidence - Documents/Personal or Business **Property ID:** I0001PKG

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Type:** Documents/Personal or Business **Quantity:** 1

**Description**

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 22 2026

RELEASED BY

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



DOCUMENT - ROOM REGISTRATION | | Authorization Code: DESTR | Original Evidence Disposition Code: DEST

## Evidence - New Property **Property ID:** I0001PKH

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Value:** $1353.00

**Description**
$ 1,353.00 // MONEY ENVELOPE CONTAINING $1,353 | | Authorization Code: DESTR |

# Narrative by Wegner, Kenneth

VICE ENFORCEMENT UNIT Detectives with the Oklahoma City Vice Enforcement Unit received information that criminal acts were being performed at 2200 South Meridian Avenue, in Oklahoma City and Oklahoma County. On Tuesday, 09/22/2020 at approximately 9:35pm, an undercover detective with the OCPD entered room #105 of the listed location and contacted the defendant, Yune Wang. The detective paid the agreed upon $180 to the defendant who agreed to perform intercourse in exchange for the money. During the undercover contact, other members of the OCPD Vice Enforcement Unit contacted and took the defendant into custody without incident. Within the room, money believed to be criminal proceeds of prostitution was located within a false bottom canister in plain view on top of a table in the northeast corner of the room. All the property taken during this investigation was booked into the Oklahoma City Police Department Property Room by me. For further information see SPV 20-116.
============================================================ END OF REPORT Detective Kenneth Wegner #1695

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 22 2026

RELEASED BY