# Exhibit 25

Oklahoma City PD
700 Concord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2021-0020467-1 (Report 1 of 1)

**Primary Officer:** Gonser, Kent (49296)

**Unit:** Unassigned **Division, Sector, Beat:** SW,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100516549 **CFS #:** 202103-0056989 **Incident Type:** Arrest
**Incident From Date:** 03/24/2021 **Incident From Time:** 21:00 **Incident To Date:** 03/24/2021 **Incident To Time:** 23:45
**Reported On Date:** 03/25/2021 **Reported On Time:** 01:10 **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 2200 S MERIDIAN AVE #327 **Location Category:** Hotel/Motel/Etc.
**Cleared Exceptionally:** Not Applicable **Clearance Date:** 03/25/2021 **Clearance Time:** 05:10
**Handle with care?:** Not Applicable

## Offenses

### 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS

**Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS **NIBRS UCR Code:** Drug/Narcotic Violations
**Severity:** Misdemeanor **Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Criminal or Gang Activity Involved?:** Yes **Was Bias Motivation Involved?:** No
**Type of Criminal Activity/Gang Involved:** D - Distributing/Selling **Cargo Theft:** No

### 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

**Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS
**NIBRS UCR Code:** Assisting or Promoting Prostitution **Severity:** Misdemeanor **Completion:** Completed
**Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** Yes **Was Bias Motivation Involved?:** No **Offender Suspected of Using:** D - Drugs/ Narcotics **Cargo Theft:** No

### 20600 - INCIDENT- TRAFFIC / ACCIDENT & OTHER

**Offense:** 20600 - INCIDENT- TRAFFIC / ACCIDENT & OTHER **NIBRS UCR Code:** Traffic - Other **Severity:** Not Applicable
**Completion:** Completed **Location Category:** Highway/Road/Alley/Street/Sidewalk

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 14 2026
RELEASED BY

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

# Names

## Arrestee - WRIGHT, MARION CLAY

Involvement

**Role:** Arrestee **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

**Role:** Arrestee **Offense:** 20600 - INCIDENT- TRAFFIC / ACCIDENT & OTHER

Victim Details

Identity

**Type:** Known **Last Name:** WRIGHT **First Name:** MARION **Middle Name:** CLAY **DOB:** 11/19/1966 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** W999395996

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 54 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 6' 0" **Weight:** 190

**Eye Color:** Brown **Hair Color:** Black **OCPD Bureau of Records:** 171823

Contact

**Address Type:** Home **Location:** 3321 NE 20th St, Oklahoma City, OK, 73121, USA **Location Note:** 3321 NE 20TH ST

**Phone Number Type:** Home **Phone Number:** (405) 532-0310

**Phone Number Type:** Mobile **Phone Number:** (405) 772-9226

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 03/24/2021 **Arrest Time:** 11:32 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA

**Location Note:** 2200 S MERIDIAN AVE #327 **Arresting Officer / Employee Number:** Lunsford, James (57126)

**Arresting Agency:** OCPD

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 14 2026
RELEASED BY

Arrestee Details

Case 5:25-cv-00462-G Document 218-25 Filed 10/28/26 Page 4 of 9

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS
**Armed With:** Unarmed

Arrest Transport

**Transporting Officer / Employee Number:** Lunsford, James (57126)

Arrest Charges

**Charge:** 108000 - 21-1029.A4 AID/ABET/PARTICIPATE IN ACT OF PROSTITUTION OR LEWDNESS M - MIS
**Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 03/24/2021 **Charge Type:** State Statue **County:** OKLAHOMA
**Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 582300 - TR-DR3 DRIVING UNDER SUSPENSION - MIS **Severity:** Misdemeanor **Counts:** 1
**Citation #:** 191081466 **Date of Offense:** 03/24/2021 **Charge Type:** Traffic **County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 583800 - TR-FS2 FAILURE TO SHOW PROOF OF INSURANCE - MIS **Severity:** Misdemeanor **Counts:** 1
**Citation #:** 191081475 **Date of Offense:** 03/24/2021 **Charge Type:** Traffic **County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant **Expunged?:** No

**Charge:** 591400 - TR-TT2 STRADDLING LANE LINES - MIS **Severity:** Misdemeanor **Counts:** 1 **Citation #:** 191081475
**Date of Offense:** 03/24/2021 **Charge Type:** Traffic **County:** OKLAHOMA **Warrant or PC?:** No - Not Warrant
**Expunged?:** No

**Charge:** 590100 - TR-ST7 DISREGARDING A SIGNAL LIGHT - MIS **Severity:** Misdemeanor **Counts:** 1
**Warrant Number:** 174339749B **Date of Offense:** 03/24/2021 **Charge Type:** Traffic **County:** OKLAHOMA
**Warrant or PC?:** Yes - Warrant **Expunged?:** No

**Charge:** 582300 - TR-DR3 DRIVING UNDER SUSPENSION - MIS **Severity:** Misdemeanor **Counts:** 1
**Warrant Number:** 174339758B **Date of Offense:** 03/24/2021 **Charge Type:** Traffic **County:** OKLAHOMA
**Warrant or PC?:** Yes - Warrant **Expunged?:** No

## Arrestee - HARRIS, VANESSA RENE

Involvement

**Role:** Arrestee **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS
**Role:** Arrestee **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS

Victim Details

Identity

**Type:** Known **Last Name:** HARRIS **First Name:** VANESSA **Middle Name:** RENE **DOB:** 09/23/1987 **Homeless?:** No

Identifying Documents

RELEASE BY RECORDS
Oklahoma City Police Department
Supt. Of Records
OCT 14 2026
RELEASED BY

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** M083886010

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 33 **Sex:** Female **Race:** White **Ethnicity:** Unknown/Not reported **Height:** 5' 3" **Weight:** 149 **Eye Color:** Brown

**Hair Color:** Brown **Build:** Thin **Resident Status:** Resident **OCPD Bureau of Records:** 506917

Contact

**Address Type:** Home **Location:** 3321 NE 20th St, Oklahoma City, OK, 73121, USA **Location Note:** 3321 NE 20TH ST

**Phone Number Type:** Home **Phone Number:** (405) 735-0326

**Phone Number Type:** Mobile **Phone Number:** (405) 735-0326

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 03/24/2021 **Arrest Time:** 23:07 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA

**Location Note:** 2200 S MERIDIAN AVE #327 **Arresting Officer / Employee Number:** Gonser, Kent (49296)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

**Armed With:** Unarmed

Arrest Transport

**Transporting Officer / Employee Number:** McNally, Michael (55942)

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS

**Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 03/24/2021 **Charge Type:** State Statue **County:** OKLAHOMA

**Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 187600 - 21-1958 ACCESS COMPUTER SYS/NETWORK W/UNLAWFUL INTENT F (COUNTERFEIT/FORG) - FEL

**Severity:** Felony **Counts:** 1 **Date of Offense:** 03/24/2021 **Charge Type:** State Statue **County:** OKLAHOMA

**Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 326700 - 63-2.402.B2 POSSESS MARIJUANA M - MIS **Severity:** Misdemeanor **Counts:** 1

**Date of Offense:** 03/24/2021 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 14 2026
RELEASED BY

**Expunged?:** No

**Charge:** 324500 - 63-2.401.A DIST OF CONTROLLED SUBSTANCE -INCL POSS W/ INTENT F - FEL **Severity:** Felony **Counts:** 1 **Date of Offense:** 03/24/2021 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Victim - SOCIETY/PUBLIC

Involvement

**Role:** Victim **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS

**Role:** Victim **Offense:** 20600 - INCIDENT- TRAFFIC / ACCIDENT & OTHER

**Role:** Victim **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

Victim Details

**Victim Type:** Society / Public

Contact

**Type:** Society / Public **Name:** SOCIETY/PUBLIC

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

# Vehicles

## Involved Vehicle - [redacted]

Vehicle Information

**Role:** Involved Vehicle **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS **Vehicle Status:** None

**Role:** Involved Vehicle **Offense:** 20600 - INCIDENT- TRAFFIC / ACCIDENT & OTHER **Vehicle Status:** None

**Role:** Involved Vehicle **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS **Vehicle Status:** None

[redacted]

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY

[redacted]

## Property

### Seized - Drugs/Narcotics **Property ID:** PRO2300983872

Involvement

**Role:** Seized **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS **Property Status:** Seized

Description

**Type:** Drugs/Narcotics **Drug Type Suspected:** Marijuana **Quant. Units:** Gram **Quantity:** 8.85

### Seized - Drugs/Narcotics **Property ID:** PRO2300983873

Involvement

**Role:** Seized **Offense:** 13700 - 35A - DRUG / NARCOTIC VIOLATIONS - MIS **Property Status:** Seized

Description

**Type:** Drugs/Narcotics **Drug Type Suspected:** Amphetamines / Methamphetamines / Methcathinone
**Quant. Units:** Gram **Quantity:** 14.1

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 14 2026
RELEASED BY

### Evidence - METHAMPHETAMINE **Property ID:** I00024V0

Involvement

**Role:** Evidence **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

Description

**Drug Type Suspected:** Amphetamines / Methamphetamines / Methcathinone **Quant. Units:** Gram **Quantity:** 14.1

**Control Number:** 65238

**Description**
METHAMPHETAMINE IN A PLASTIC BAGGIE, 14.1G TPW | | Authorization Code: HOLD |

## Evidence - MARIJUANA **Property ID:** I00024V1

Involvement

**Role:** Evidence **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

Description

**Drug Type Suspected:** Marijuana **Quant. Units:** Gram **Quantity:** 8.85 **Control Number:** 65238

**Description**
MARIJUANA IN A BAGGIE, 8.85G TPW | | Authorization Code: HOLD |

## Evidence - New Property **Property ID:** I00024V2

Involvement

**Role:** Evidence **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

Description

**Description**
OPERABLE DIGITAL SCALES | | Authorization Code: HOLD |

## Evidence - Portable Electronic Communications **Property ID:** I00024V3

Involvement

**Role:** Evidence **Offense:** 14700 - 40B - ASSISTING OR PROMOTING PROSTITUTION - MIS

Description

**Type:** Portable Electronic Communications **Quantity:** 1 **Serial Number:** [redacted]

**Description**
SAMSUNG PHONE BELONGING TO AR-HARRIS, IMEI 354232/11/713118/6 | | Authorization Code: HOLD |

**Color:** BLK **Brand:** SAMSUNG **Model:** 32GB

# Narrative by Gonser, Kent

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

Created Date: 2021-03-25 01:54:47 Created By: 49296 On 3/24/21 around 2140 hours, I responded to an online prostitution ad featuring AR-Harris. I responded to the ad via cell phone conversation. AR agreed to meet at her hotel

OCT 14 2026
RELEASED BY

room at 2200 S. Meridian Avenue in Oklahoma City, Oklahoma (Ramanda Inn). AR agreed to perform a sex act on me in exchange for $150 in OCPD evidence funds. AR was detained and gave verbal consent to search her purse where the above narcotics were located. I completed a PC affidavit against AR for the above listed charges which were authorized by Lt. Weir. AR was transported to Oklahoma County Jail. We seized AR's cell phone as evidence and she gave us permission to search it and provided us with the passcode to unlock it. The above listed evidence was seized by Detective Coffey and booked into the property room as evidence. End of report K. Gonser, 1843 OCPD VICE Unit

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY