# Exhibit 26

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2022-0014750-1 (Report 1 of 1)

**Primary Officer:** Gordon, Kathryn (49297)

**Unit:** Unassigned **Division, Sector, Beat:** SW,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100609682 **CFS #:** 202203-0008199 **Incident Type:** Other
**Incident From Date:** 03/03/2022 **Incident From Time:** 17:35 **Incident To Date:** 03/03/2022 **Incident To Time:** 20:37
**Reported On Date:** 03/03/2022 **Reported On Time:** 20:38 **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 2200 S MERIDIAN AVE #339 **Location Category:** Hotel/Motel/Etc.
**Cleared Exceptionally:** Not Applicable **Clearance Date:** 03/05/2022 **Clearance Time:** 18:35
**Handle with care?:** Not Applicable

## Offenses

### 14500 - 40A - PROSTITUTION - MIS

**Offense:** 14500 - 40A - PROSTITUTION - MIS **NIBRS UCR Code:** Prostitution **Severity:** Misdemeanor
**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Arrestee - STEPHENSON, PAUL LARANCE

Involvement

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** STEPHENSON **First Name:** PAUL **Middle Name:** LARANCE **DOB:** 05/26/1965
**Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY

**Issuing State:** Oklahoma **ID Number:** L000071776

**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 56 **Sex:** Male **Race:** Black or African American **Ethnicity:** Not Hispanic or Latino **Height:** 5' 11" **Weight:** 230

**Eye Color:** Brown **Hair Color:** Gray or Partially Gray

Contact

**Address Type:** Home **Location:** 1317 Mary Lee Ln, Edmond, OK, 73034, USA **Location Note:** 1317 MARY LEE LN #A

**Phone Number Type:** Mobile **Phone Number:** (405) 696-3614

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 03/03/2022 **Arrest Time:** 20:30 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA

**Location Note:** 2200 S MERIDIAN AVE #339

Arrestee Details

**Arrestee Disposition:** RELEASED IN FIELD **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS

**Armed With:** Unarmed

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS

**Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 03/03/2022 **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Victim - SOCIETY/VICE

Involvement

**Role:** Victim **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

**Victim Type:** Society / Public

Contact

**Type:** Society / Public **Name:** SOCIETY/VICE

## Vehicles

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY

None reported.

## Property

None reported.

## Narrative by Gordon, Kathryn

Created Date: 2022-03-05 18:36:31 Created By: 49297 VICE ENFORCEMENT UNIT Detectives with the Oklahoma City Vice Enforcement Unit posted an online advertisement for prostitution at the above location. On the above listed date and time, an undercover detective was contacted by the defendant and later directed to the hotel room where the operation was occurring. The defendant requested the above listed sex act and agreed to pay the undercover detective $150.00. During the the undercover contact, other members of the OCPD Vice Enforcement Unit contacted and took the defendant into custody without incident. For further information see SPV22-23.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY