# Exhibit 27

# Incident Report 2022-0014751-1 (Report 1 of 1)

**Primary Officer:** Gordon, Kathryn (49297)

**Unit:** Unassigned **Division, Sector, Beat:** SL

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100609681 **CFS #:** 202203-0008199 **Incident Type:** Other
**Incident From Date:** 03/03/2022 **Incident From Time:** 19:30 **Incident To Date:** 03/03/2022 **Incident To Time:** 21:00
**Reported On Date:** 03/03/2022 **Reported On Time:** 21:10 **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 2200 S MERIDIAN **Location Category:** Hotel/Motel/Etc. **Cleared Exceptionally:** Not Applicable
**Clearance Date:** 03/05/2022 **Clearance Time:** 18:36 **Handle with care?:** Not Applicable

## Offenses

### 14500 - 40A - PROSTITUTION - MIS

**Offense:** 14500 - 40A - PROSTITUTION - MIS **NIBRS UCR Code:** Prostitution **Severity:** Misdemeanor
**Completion:** Completed **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Arrestee - PFEIFF, BRIAN JAMES

Involvement

**Role:** Arrestee **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** PFEIFF **First Name:** BRIAN **Middle Name:** JAMES **DOB:** 12/10/1985 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** M080403610

**ID Type:** Social Security Card

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY

**Social Security Number:** [redacted]

Description

**Age:** 36 **Sex:** Male **Race:** White **Ethnicity:** Not Hispanic or Latino **Height:** 6' 0" **Weight:** 290

Contact

**Address Type:** Home **Location:** 1056 OAK CREEK CIR, BLANCHARD OK 73010 **Location Note:** 1056 OAK CREEK CIR
**Phone Number Type:** Mobile **Phone Number:** (918) 269-9910

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 03/03/2022 **Arrest Time:** 21:00 **Arrest Type:** On-View Arrest
**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA
**Location Note:** 2200 S MERIDIAN

Arrestee Details

**Arrestee Disposition:** RELEASED IN FIELD **Primary Offense For Arrest:** 14500 - 40A - PROSTITUTION - MIS
**Armed With:** Unarmed

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS
**Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 03/03/2022 **Warrant or PC?:** PC - Probable Cause
**Expunged?:** No

## Victim - SOCIETY/VICE

Involvement

**Role:** Victim **Offense:** 14500 - 40A - PROSTITUTION - MIS

Victim Details

**Victim Type:** Society / Public

Contact

**Type:** Society / Public **Name:** SOCIETY/VICE

# Vehicles

**None reported.**

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 14 2026

RELEASED BY

Oklahoma City PD
700 Concord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Property

## Evidence - Other **Property ID:** I000LXWE

Involvement

**Role:** Evidence **Offense:** 14500 - 40A - PROSTITUTION - MIS

Description

**Type:** Other **Quantity:** 4

**Description**
COUNTERFEIT MONEY | FOUR COUNTERFEIT BILLS | | Authorization Code: HOLD |

# Narrative by Gordon, Kathryn

VICE ENFORCEMENT UNIT Detectives with the Oklahoma City Vice Enforcement Unit posted an online advertisement for prostitution and conducted an operation at the above location. On the above listed date and time, an undercover detective with the OCPD was contacted by the defendant inquiring about the advertisement. The defendant requested the above listed sex act and agreed to pay the undercover detective $160.00. During the the undercover contact, other members of the OCPD Vice Enforcement Unit contacted and took the defendant into custody without incident. During a search incident to arrest, the defendant was found to have (4) counterfeit $20 bills on his person. These bills were booked into the Oklahoma City Police Department Property Room by Detective Gordon #1844. For further information see SPV22-24.

RELEASE BY RECORDS
Oklahoma City Police
Capt. Randy
Supt. Of Records

OCT 14

RELEASED BY