# Exhibit 28

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



# Incident Report 2022-0044043-1

**Primary Officer:** Hollis, David (28176)

**Assigned District:** Unassigned **Division, Sector, Beat:** SW,A6

## Overview

### Incident Overview

**Recnum (Data conversion only):** 100638977 **CFS #:** 202206-0059088 **Incident Type:** Other

**Incident From Date:** 06/21/2022 **Incident From Time:** 16:00 **Incident To Date:** 06/21/2022 **Incident To Time:** 16:30

**Reported On Date:** 06/21/2022 **Reported On Time:** 18:38 **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA **Location Note:** 2200 S MERIDIAN AVE #339 **Location Category:** Hotel/Motel/Etc.

**Cleared Exceptionally:** Not Applicable **Clearance Date:** 06/21/2022 **Clearance Time:** 21:18

**Handle with care?:** Not Applicable

## Offenses

### 14600 - 40C - PURCHASING PROSTITUTION - MIS

**Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS **NIBRS UCR Code:** Purchasing Prostitution

**Severity:** Misdemeanor **Completion:** Attempted **Location Category:** Hotel/Motel/Etc.

Additional Details

**Offender is Suspected of Using?:** No **Was Bias Motivation Involved?:** No **Cargo Theft:** No

## Names

### Arrestee - TOMY, STANLEY M

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 22 2026

RELEASED BY Kh

Involvement

**Role:** Arrestee **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Victim Details

Identity

**Type:** Known **Last Name:** TOMY **First Name:** STANLEY **Middle Name:** M **DOB:** [redacted]/1993 **Homeless?:** No

Identifying Documents

**ID Type:** Driver's License

**Issuing State:** Oklahoma **ID Number:** C083019258

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



**ID Type:** Social Security Card

**Social Security Number:** [redacted]

Description

**Age:** 29 **Sex:** Male **Race:** Asian **Ethnicity:** Not Hispanic or Latino **Height:** 5' 7" **Weight:** 200 **Eye Color:** Brown **Hair Color:** Black **Build:** Medium **OCPD Bureau of Records:** 511684

Contact

**Address Type:** Home **Location:** 8821 NW 119th St, Oklahoma City, OK, 73162, USA **Location Note:** 8821 NW 119TH ST **Phone Number Type:** Home **Phone Number:** (405) 474-7812

Victim Hospitalized

**Victim Hospitalized?:** No

Arrest

**Arrest Date:** 06/21/2022 **Arrest Time:** 16:15 **Arrest Type:** On-View Arrest

**Multiple Arrestee Segments Indicator:** Not Applicable **Location:** 2200 S Meridian Ave, Oklahoma City, OK, 73108, USA

**Location Note:** 2200 S MERIDIAN AVE #339 **Arresting Officer / Employee Number:** Gordon, Kathryn (49297)

**Arresting Agency:** OCPD

Arrestee Details

**Arrestee Disposition:** OKLAHOMA COUNTY JAIL **Primary Offense For Arrest:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

**Armed With:** Unarmed

Arrest Charges

**Charge:** 107700 - 21-1029.A2 SOLICIT/INDUCE/ENTICE OTHER IN ACT OF LEWDNESS (ASST PROSTITUTION) M - MIS **Severity:** Misdemeanor **Counts:** 1 **Date of Offense:** 06/21/2022 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

**Charge:** 188200 - 21-1958 ACCESS COMPUTER SYSTEM/NETWORK W/UNLAWFUL INTENT F - FEL **Severity:** Felony **Counts:** 1 **Date of Offense:** 06/21/2022 **Charge Type:** State Statue **County:** OKLAHOMA **Warrant or PC?:** PC - Probable Cause **Expunged?:** No

## Victim - SOCIETY/PUBLIC

Involvement

**Role:** Victim **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Victim Details

**Victim Type:** Society / Public

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 22 2026
RELEASED BY Kh

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Contact

**Type:** Society / Public **Name:** SOCIETY/PUBLIC

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

**Phone Number:** (405) 587-7000

## Vehicles

### 2013 TOYOTA 4RN - (FL)

Vehicle Details

**Year:** 2013 **Make:** Toyota **Model:** 4RN **Color:** Blue **State:** Florida **VIN:** JTEBU5JR6D5140761

**General Description**
comment: decalNumber: identifier: released to:

Hold Information

**Further Explanation Hold:** Vehicle Prop: MISC PAPERS, CLOTHING, CAR PART;

Impound Details

**Storage Location:** PUCKETTS WRECKER LOT **Reason:** ARREST **Tow Date:** 06/21/2022 **Tow Time:** 16:50

**Wrecker Service:** PUCKETTS 314 SW 29 ST. 632-4401 **Impounding Officer Name:** Hollis, David (28176) **Badge/ Comm #:** HOLLIS, DAVID - 1389

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 22 2026

RELEASED BY Kh

Vehicle Condition

**Check all that applies:** Keys In Vehicle

**Property In Vehicle**
MISC PAPERS, CLOTHING, CAR PART;

## Property

### Evidence - New Property **Property ID:** I000M895

Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Value:** $2884.00

**Description**
CASH, OK TO RELEASE | CASH, OK TO RELEASE | CASH, OK TO RELEASE | | | Original Evidence Disposition Code: RTO

### Evidence - Other **Property ID:** I000M88Y

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Type:** Other **Quantity:** 1

**Description**
BLACK BAG, STANLEY TOMY. OK TO RELEASE | BLACK BAG, STANLEY TOMY. OK TO RELEASE | BLACK BAG, STANLEY TOMY. OK TO RELEASE | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Color:** BLK **Brand:** TIMBUK2

## Evidence - Other **Property ID:** I000M88Z

Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Type:** Other **Quantity:** 1 **Serial Number:** 1117-1120

**Description**
BLANK CHECKBOOK,NEXXT PROPERTY, MIDFIRST BANK | BLANK CHECKBOOK,NEXXT PROPERTY, MIDFIRST BANK | BLANK CHECKBOOK,NEXXT PROPERTY, MIDFIRST BANK | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Brand:** MIDFIRST BANK

## Evidence - Other **Property ID:** I000M890

Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Type:** Other **Quantity:** 5

**Description**
5 CHECKS THAT HAVE BEEN COMPLETED AND NOT CASHED. | BLANK CHECKBOOK,NEXXT PROPERTY, MIDFIRST BANK | BLANK CHECKBOOK,NEXXT PROPERTY, MIDFIRST BANK | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

## Evidence - Other **Property ID:** I000M891

Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Type:** Other **Quantity:** 4

**Description**

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records
OCT 22 2026
RELEASED BY [signature]

MIDFIRST BLANK CHECKS, GRAY FOLDER | MIDFIRST BLANK CHECKS, GRAY FOLDER | MIDFIRST BLANK CHECKS, GRAY FOLDER | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Brand:** MIDFIRST

## Evidence - Other **Property ID:** I000M892

Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Type:** Other **Quantity:** 1

**Description**
UNCASHED CHECK TO COLDWELL BANKER, $8,005.71 | UNCASHED CHECK TO COLDWELL BANKER, $8,005.71 | UNCASHED CHECK TO COLDWELL BANKER, $8,005.71 | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

## Evidence - Computer Hardware/Software **Property ID:** I000M893

Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Type:** Computer Hardware/Software **Quantity:** 1 **Serial Number:** DMPZL1NTLMV8

**Description**
IPAD | IPAD | IPAD | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Color:** SIL **Brand:** APPLE **Model:** A2126

## Evidence - Computer Hardware/Software **Property ID:** I000M894

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 22 2026

RELEASED BY Kh

Involvement

**Role:** Evidence **Offense:** 14600 - 40C - PURCHASING PROSTITUTION - MIS

Description

**Type:** Computer Hardware/Software **Quantity:** 1 **Serial Number:** FVFGP560Q6LR

**Description**
APPLE MACBOOK | APPLE MACBOOK | APPLE MACBOOK | | Authorization Code: RTO | Original Evidence Disposition Code: RTO

**Color:** SIL **Brand:** APPLE

# Narrative by Hollis, David

Created Date: 2022-06-21 21:18:28 Created By: 28176 VICE UNIT REPORT BODY OF REPORT: Vice detectives posted an online ad for a female sex worker. This was done to perform demand reduction of male buyers. The ad received several

Oklahoma City PD
700 Colcord Dr
Oklahoma City, OK, 73102
+1 405 297 1000



responses. The male AR agreed to pay $140 to have sex with the undercover. The listed AR showed up at 2200 S. Meridian Ave, Ramada Inn to meet the female. A female approached the male in an undercover capacity. The AR was taken into custody by Vice detectives and processed. A marked unit took the AR to the Oklahoma County jail where he was booked in. The male's car was impounded. During the inventory, the listed items were found inside a black bag. The bag and contents were taken to the property room for safekeeping. The AR was notified of this and told he could get all his property during property room business hours. The car was taken to Puckett's with no holds placed on it. Detective Hollis #1389 maintained and booked all the property. For more information see SPV22-81. END OF REPORT.

RELEASE BY RECORDS
Oklahoma City Police Department
Capt. Randy Wiens
Supt. Of Records

OCT 22 2026

RELEASED BY Kh