**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NANCY R., pseudonymously,<br><br>Plaintiff,<br><br>vs.<br><br>PLAZA HOTELS, LLC;<br>STEVE KETTER;<br>MICHAEL WILEY;<br>OKC AIRPORT ES, LLC;<br>ESH STRATEGIES FRANCHISE, LLC;<br>KAJAL HOSPITALITY, LLC;<br>JALIYAN HOSPITALITY, INC.;<br>SUPER 8 WORLDWIDE, INC.;<br>CHAND & SAAJ HOSPITALITY, INC.;<br>RAMADA WORLDWIDE, INC.;<br>YASH ENTERPRISES, INC.;<br>HOWARD JOHNSON;<br>INTERNATIONAL, INC.;<br>NOOR HOTEL, LLC;<br>AMBICA, LLC;<br>OM, LLC;<br>INDRA, LLC; and<br>G6 HOSPITALITY FRANCHISING, LLC,<br><br>Defendants. | ) | 5:25-cv-00462-G |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record, enter my appearance as counsel in this case for the Defendant, Chand & Saaj Hospitality, Inc.

I certify that I am admitted to practice in this Court.

Type of Appointment: ☒ Retained ☐ CJA

☐ FPD ☐ Pro Bono ☐ Pro Se

Respectfully submitted,

SECREST, HILL & SECREST

By: s/ Grant B. Thetford

GRANT B. THETFORD, OBA #33624
7134 S. Yale Avenue, Ste. 900
Tulsa, Oklahoma 74136
918-494-5905
918-494-2847 facsimile
gthetford@secresthill.com
*Attorneys for Defendant,*
*Chand & Saaj Hospitality, Inc.*

**CERTIFICATE OF MAILING**

This is to certify that on the 7th day of November, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF Registrants:

Fletcher D. Handley, Jr.
THE HANDLEY LAW CENTER
111 S. Rock Island Ave.
PO Box 310
El Reno, OK 73036
fdh@handleylaw.com
*Attorneys for Plaintiff*

Abby Rae Herren
Eric A Moen
CHUBBUCK DUNCAN & ROBEY PC
1329 N Classen Dr
Oklahoma City, OK 73103
eamoen@chubbucklaw.com
*OKC Airport ES LLC*

Geoffrey C. Parker
HILTON PARKER, LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
gparker@hiltonparker.com
*Attorneys for Plaintiff*

Michael C. Kane
THE702FIRM INJURY ATTORNEYS
400 S. 7th St., Ste. 400
Las Vegas, NV 89101
service@the702firm.com
*Attorneys for Plaintiff*

Kaylee P. Davis-Maddy
Michael S. Linscott
DOERNER SAUNDERS DANIEL & ANDERSON
Two W. 2nd Street, Ste. 700
Tulsa, OK 74103
kmaddy@dsda.com
mlinscott@dsda.com
*Super 8 Worldwide LLC*
*Days Inn Worldwide Inc.*
*Ramada Worldwide Inc.*
*Howard Johnson International Inc.*

Patrick B. Moore
Christopher T. Byrd
Shubhra R. Mashelkar
WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL
3344 Peachtree Road NE, Ste 2400
Atlanta, GA 30326
pmoore@wwhgd.com
cbyrd@wwhgd.com
smashelkar@wwhgd.com
*ESH Strategies Franchise LLC*

David C. Senger
Hunter Siex
COFFEY, SENGER & WOODARD PLLC
4725 E. 91st St., Ste. 100
Tulsa, OK 74137
david@cswlawgroup.com
hunter@cswlawgroup.com
*Jaliyan Hospitality, LLC*

Alexander Gebert
Robert Glenn Chadwick, Jr.
FREEMAN MATHIS & GARY, LLP
7160 Dallas Parkway, Ste. 625
Plano, TX 75024
Alex.gebert@fmglaw.com
Bob.chadwick@fmglaw.com
*Raj Krupa Hotel LLC*

Charles D Neal, Jr
Jamie A. Rogers
Philard L. Rounds, Jr.
STEIDLEY & NEAL
P O Box 1165
100 E Carl Albert Parkway
McAlester, OK 74502
cdn@steidley-neal.com,
jar@steidley-neal.com
plr@steidley-neal.com
*ESH Strategies Franchise LLC*

Shubhra R. Mashelkar
Patrick B. Moore
WEINBERG WHEELER HUDGINS
GUNN & DIAL
3344 Peachtree Rd NE, Ste. 2400
Atlanta, GA 30326
smashelkar@wwhgd.com
pmoore@wwhgd.com
*ESH Strategies Franchise, LLC*

Daniel J. Thompson
Emily N. Richard
WIGGINS SEWELL & OGLETREE
210 Park Ave., Ste. 3100
Oklahoma City, OK 73102
dthompson@wsolaw.net
erichard@wsolaw.net
*G6 Hospitality Franchising, LLC*

David S. Sager
DLA PIPER, LLC
51 John F. Kennedy Pkwy, Ste. 120
Short Hills, New Jersey 07078
david.sager@us.dlapiper.com
*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.*

Mallory Biblo
DLA PIPER, LLC
1900 N. Pearl St., Ste. 2200
Dallas, TX 75201
mallory.biblo@us.dlapiper.com
*Super 8 Worldwide, Inc., Days Inns Worldwide Inc., Ramada Worldwide Inc. and Howard Johnson International, Inc.*

s/ Grant B. Thetford

025\25007