**IN THE UNITED STATES DISTRICT COURT FOR THE`**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NANCY R., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOTELS, LLC; STEVE KETTER;<br>MICHAEL A. WILEY; OKC AIRPORT ES, LLC;<br>ESH STRATEGIES FRANCHISE, LLC;<br>NATHA, LLC; JALIYAN HOSPITALITY, INC;<br>SUPER 8 WORLDWIDE, INC;<br>RAJ KRUPA HOTEL, LLC;<br>DAYS INN WORLDWIDE, INC;<br>CHAND & SAAJ HOSPITALITY, INC;<br>RAMADA WORLDWIDE, INC;<br>YASH ENTERPRISES, LLC<br>HOWARD JOHNSON INTERNATIONAL, INC;<br>NOOR HOTEL, LLC; AMBICA, LLC;<br>OM, LLC; INDRA, LLC; AND<br>G6 HOSPITALITY FRANCHISING, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-25-462-G |

**UNOPPOSED MOTION OF DEFENDANTS WILEY, KETTER, AND PLAZA HOTELS, LLC, FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Pursuant to LCvR6.3, Defendants Michael Wiley, Steve Ketter, and Plaza Hotels, LLC ("Defendants"), respectfully move for an extension of time to file pleadings responsive to Plaintiff's Second Amended Complaint, (Doc. No. 218), the deadline for which is currently November 11, 2026. Defendants request an extension of time until November 25, 2026, to file responsive pleadings. In support of this Motion, Defendants state as follows:

1. Defendants' responsive pleadings are currently due November 11, 2026. Defendants request an extension of two weeks, or until November 25, 2026, to file their responsive pleadings.

2. Plaintiff's counsel does not object to the extension requested herein.

3. Defendants have previously moved for one extension in this matter, requesting an extension of time to file Replies in support of their Motions to Dismiss the First Amended Complaint, (Doc. No. 168), which was granted. (Doc. No. 169). Defendants have not previously requested an extension of time to file pleadings responsive to Plaintiff's Second Amended Complaint.

4. Plaintiff's Second Amended Complaint adds a litany of new allegations and attaches twenty-eight exhibits, totaling 427 pages additional to the 53-page Second Amended Complaint, none of which accompanied the First Amended Complaint. Due to the breadth and complexity of the analysis and briefing required, in addition to the confluence of other deadlines, scheduled depositions, and discovery motions, the Defendants' counsel requires additional time to finalize Defendants' responsive pleadings. Defendants respectfully submit that good cause exists for the requested extension under *Tesone v. Empire Marketing Strategies*, 942 F.3d 979, 988 (10th Cir. 2019), because the need for additional time was neither foreseeable nor the result of any fault on Defendants' part, and requiring Defendants to respond within fourteen days to a Second Amended Complaint that substantially expands the allegations against them would create a substantial risk of unfairness.

5. The requested extension would not impact the scheduled trial or other deadlines.

6. This request is made in good faith and not for the purposes of delay.

7. A proposed order granting this motion is being submitted for the Court's consideration contemporaneously herewith.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court enter an Order granting Defendants Wiley, Ketter, and the Plaza Hotels, LLC, an extension of two weeks, or until November 25, 2026, to file pleadings responsive to Plaintiff's Second Amended Complaint.

Dated: November 10, 2026.

Respectfully Submitted,

s/ W. Riley Nester

Jessica L. Dark, OBA #31236
W. Riley Nester, OBA #36222
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 N. Francis Ave.
Oklahoma City, OK 73106
PH: (405) 235-1611
FX: (405) 235-2904
jdark@piercecouch.com
rnester@piercecouch.com
*Attorneys for Defendants*
*Plaza Hotels, LLC, Steve Ketter*
*and Michael Wiley*

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of November, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to all ECF registrants who have entered an appearance in this case.

s/ W. Riley Nester
W. Riley Nester