**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff,

v.

PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC AIRPORT ES, LLC; LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, LLC; JALIYAN HOSPITALITY, INC.; SUPER 8 WORLDWIDE, INC.; RAJ KRUPA HOTEL, LLC; DAYS INN WORLDWIDE, INC.; CHAND & SAAJ HOSPITALITY, INC.; RAMADA WORLDWIDE, INC.; YASH ENTERPRISES, INC.; HOWARD JOHNSON INTERNATIONAL, INC.; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; and G6 HOSPITALITY FRANCHISING, LLC,

Defendants.

Case No. 5:25-CV-00462

**DEFENDANT OKC AIRPORT ES, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

COMES NOW, Defendant, OKC Airport ES, LLC ("OAE") by and for its Answer to Plaintiff's Second Amended Complaint. OAE generally denies any allegation of negligence, wrongdoing, or claim for damages. In response to the individual allegations, statements, and conclusions of fact and law asserted in Plaintiff's Second Amended Complaint, OAE specifically states as follows:

1. Paragraph 1 of Plaintiff's Second Amended Complaint makes no allegation as to OAE and no response is required. To the extent a response is required, OAE is without sufficient

information to admit or deny the allegation and therefore denies the same and demands strict proof thereof.

2. The allegations in Paragraph 2 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

3. The allegations in Paragraph 3 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

4. The allegations in Paragraph 4 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

5. In response to the allegations in Paragraph 5 of Plaintiff's Second Amended Complaint, OAE admits only that it is a Texas limited liability company and that it owned the hotel in 2021 and 2022. OAE denies that it operated the hotel on a day-to-day basis.

6. Paragraph 6 of Plaintiff's Second Amended Complaint makes no allegation as to OAE and no response is required. To the extent a response is required, OAE admits only that ESH Strategies Franchise, LLC was the franchisor of the hotel in 2021 and 2022, and to the existence of the franchisor's brand standards for the hotel in that time frame. OAE is without sufficient information to admit or deny the remaining allegations and therefore denies the same.

7. The allegations in Paragraph 7 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

8. The allegations in Paragraph 8 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

9. The allegations in Paragraph 9 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

10. The allegations in Paragraph 10 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

11. The allegations in Paragraph 11 of Plaintiff's Second Amended Complaint do not pertain to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

12. The statements in Paragraph 12 of Plaintiff's Amended Complaint require no response. OAE denies any claim of liability, negligence, wrongdoing, or damages.

13. OAE is without sufficient information to admit or deny the allegations in Paragraph 13 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages.

14. Paragraph 14 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

15. Paragraph 15 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

16. Paragraph 16 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

17. Paragraph 17 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

18. Paragraph 18 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

19. Paragraph 19 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

20. Paragraph 20 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

21. Paragraph 21 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient

information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

22. Paragraph 22 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

23. Paragraph 23 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

24. The allegations in Paragraph 24 of Plaintiff's Second Amended Complaint are denied.

25. The allegations in Paragraph 25 of Plaintiff's Second Amended Complaint are denied.

26. Paragraph 26 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

27. Paragraph 27 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

28. Paragraph 28 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

29. The allegations in Paragraph 29 of Plaintiff's Second Amended Complaint are denied.

30. Paragraph 30 of Plaintiff's Second Amended Complaint makes no allegation as to OAE and sets forth legal conclusions only, thus no response is required. To the extent a response is required, the allegations are denied. OAE denies any claim of liability, negligence, wrongdoing, or damages.

31. The allegations in Paragraph 31 of Plaintiff's Second Amended Complaint are denied.

32. Paragraph 32 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

33. Paragraph 33 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

34. Paragraph 34 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

35. Paragraph 35 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

36. Paragraph 36 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

37. Paragraph 37 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

38. Paragraph 38 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

39. Paragraph 39 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

40. Paragraph 40 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

41. Paragraph 41 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

42. Paragraph 42 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

43. Paragraph 43 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

44. Paragraph 44 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

45. Paragraph 45 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

46. Paragraph 46 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

47. Paragraph 47 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

48. Paragraph 48 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

49. Paragraph 49 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

50. Paragraph 50 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

51. Paragraph 51 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

52. Paragraph 52 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

53. Paragraph 53 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

54. Paragraph 54 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

55. Paragraph 55 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

56. Paragraph 56 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

57. Paragraph 57 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

58. Paragraph 58 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

59. Paragraph 59 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

60. Paragraph 60 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

61. Paragraph 61 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

62. Paragraph 62 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

63. Paragraph 63 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

64. Paragraph 64 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

65. Paragraph 65 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

66. Paragraph 66 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

67. Paragraph 67 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

68. Paragraph 68 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

69. Paragraph 69 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

70. Paragraph 70 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

71. Paragraph 71 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

72. Paragraph 72 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

73. Paragraph 73 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

74. Paragraph 74 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

75. Paragraph 75 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

76. Paragraph 76 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

77. Paragraph 77 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

78. Paragraph 78 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

79. Paragraph 79 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

80. Paragraph 80 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

81. The allegations in Paragraph 81 of Plaintiff's Second Amended Complaint are denied.

82. The allegations in Paragraph 82 of Plaintiff's Second Amended Complaint are denied.

83. The allegations in Paragraph 83 of Plaintiff's Second Amended Complaint are denied.

84. The allegations in Paragraph 84 of Plaintiff's Second Amended Complaint are denied.

85. The allegations in Paragraph 85 of Plaintiff's Second Amended Complaint are denied.

86. The allegations in Paragraph 86 of Plaintiff's Second Amended Complaint are denied.

87. The allegations in Paragraph 87 of Plaintiff's Second Amended Complaint are denied.

88. The allegations in Paragraph 88 of Plaintiff's Second Amended Complaint are denied.

89. The allegations in Paragraph 89 of Plaintiff's Second Amended Complaint are denied.

90. The allegations in Paragraph 90 of Plaintiff's Second Amended Complaint are denied.

91. The allegations in Paragraph 91 of Plaintiff's Second Amended Complaint are denied.

92. The allegations in Paragraph 92 of Plaintiff's Second Amended Complaint are denied.

93. OAE is without sufficient information to admit or deny the allegations in Paragraph 93 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

94. The allegations in Paragraph 94 of Plaintiff's Second Amended Complaint are denied.

95. The allegations in Paragraph 95 of Plaintiff's Second Amended Complaint are denied.

96. The allegations in Paragraph 96 of Plaintiff's Second Amended Complaint are denied.

97. OAE is without sufficient information to admit or deny the allegations in Paragraph 97 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

98. Paragraph 98 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

99. Paragraph 99 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

100. The allegations in Paragraph 100 of Plaintiff's Second Amended Complaint are denied.

101. The allegations in Paragraph 101 of Plaintiff's Second Amended Complaint are denied.

102. The allegations in Paragraph 102 of Plaintiff's Second Amended Complaint are denied.

103. The allegations in Paragraph 103 of Plaintiff's Second Amended Complaint are denied.

104. The allegations in Paragraph 104 of Plaintiff's Second Amended Complaint are denied.

105. The allegations in Paragraph 105 of Plaintiff's Second Amended Complaint are denied.

106. OAE is without sufficient information to admit or deny the allegations in Paragraph 106 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

107. OAE is without sufficient information to admit or deny the allegations in Paragraph 107 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

108. OAE is without sufficient information to admit or deny the allegations in Paragraph 108 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

109. OAE is without sufficient information to admit or deny the allegations in Paragraph 109 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

110. OAE is without sufficient information to admit or deny the allegations in Paragraph 110 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

111. OAE is without sufficient information to admit or deny the allegations in Paragraph 111 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

112. OAE is without sufficient information to admit or deny the allegations in Paragraph 112 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

113. OAE is without sufficient information to admit or deny the allegations in Paragraph 113 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

114. OAE is without sufficient information to admit or deny the allegations in Paragraph 114 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

115. OAE is without sufficient information to admit or deny the allegations in Paragraph 115 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

116. OAE is without sufficient information to admit or deny the allegations in Paragraph 116 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

117. The allegations in Paragraph 117 of Plaintiff's Second Amended Complaint are denied. The referenced Exhibit is not attached. OAE denies any claim of liability, negligence, wrongdoing, or damages.

118. The allegations in Paragraph 118 of Plaintiff's Second Amended Complaint are denied. OAE denies any claim of liability, negligence, wrongdoing, or damages.

119. The allegations in Paragraph 119 of Plaintiff's Second Amended Complaint are denied.

120. The allegations in Paragraph 120 of Plaintiff's Second Amended Complaint are denied.

121. The allegations in Paragraph 121 of Plaintiff's Second Amended Complaint are denied.

122. The allegations in Paragraph 122 of Plaintiff's Second Amended Complaint are denied.

123. The allegations in Paragraph 123 of Plaintiff's Second Amended Complaint are denied.

124. The allegations in Paragraph 124 of Plaintiff's Second Amended Complaint are denied.

125. The allegations in Paragraph 125 of Plaintiff' Second Amended Complaint are unclear and vague. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

126. OAE is without sufficient information to admit or deny the allegations in Paragraph 126 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages.

127. OAE is without sufficient information to admit or deny the allegations in Paragraph 127 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages

128. OAE is without sufficient information to admit or deny the allegations in Paragraph 128 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages

129. OAE is without sufficient information to admit or deny the allegations in Paragraph 129 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages

130. In response to the allegations in Paragraph 130 of Plaintiff's Second Amended Complaint, OAE only admits that Plaintiff has attached documents identified as Exhibits 16 and 17, which purport to be records of the Oklahoma City Police Department. OAE is without sufficient information to admit or deny the truth of the remaining allegations in Paragraph 130, and therefore, denies the same.

131. OAE is without sufficient information to admit or deny the allegations in Paragraph 131 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages.

132. In response to the allegations in Paragraph 132 of Plaintiff's Second Amended Complaint, OAE only admits that Plaintiff has attached a document identified as Exhibit 18, which purports to be a record of the Oklahoma City Police Department. OAE is without sufficient information to admit or deny the truth of the remaining allegations in Paragraph 132, and therefore, denies the same.

133. OAE is without sufficient information to admit or deny the allegations in Paragraph 133 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages.

134. OAE is without sufficient information to admit or deny the allegations in Paragraph 134 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies any claim of liability, negligence, wrongdoing, or damages.

135. OAE is without sufficient information to admit or deny the allegations concerning the alleged criminal conduct of Nelson and his "men" in Paragraph 135 of Plaintiff's Second Amended Complaint and therefore denies the same. OAE denies the remaining allegations in Paragraph 135 of Plaintiff's Second Amended Complaint.

136. In response to the allegations in Paragraph 136 of Plaintiff's Second Amended Complaint, OAE only admits that a criminal proceeding was initiated against Nelson and that a civil lawsuit was filed against OAE. OAE denies the remaining allegations in Paragraph 136 of Plaintiff's Second Amended Complaint.

137. The allegations in Paragraph 137 of Plaintiff's Second Amendedd Complaint are denied.

138. Paragraph 138 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

139. Paragraph 139 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

140. Paragraph 140 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

141. Paragraph 141 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

142. Paragraph 142 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

143. Paragraph 143 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

144. Paragraph 144 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

145. Paragraph 145 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

146. Paragraph 146 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

147. Paragraph 147 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

148. Paragraph 148 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

149. Paragraph 149 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

150. Paragraph 150 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

151. Paragraph 151 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

152. Paragraph 152 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

153. Paragraph 153 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

154. Paragraph 154 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

155. Paragraph 155 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

156. Paragraph 156 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

157. Paragraph 157 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

158. Paragraph 158 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

159. Paragraph 159 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

160. Paragraph 160 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

161. Paragraph 161 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

162. Paragraph 162 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

163. Paragraph 163 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

164. Paragraph 164 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

165. Paragraph 165 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

166. Paragraph 166 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

167. Paragraph 167 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

168. Paragraph 168 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

169. Paragraph 169 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

170. Paragraph 170 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

171. Paragraph 171 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

172. Paragraph 172 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

173. Paragraph 173 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

174. Paragraph 174 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

175. Paragraph 175 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

176. Paragraph 176 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

177. Paragraph 177 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

178. Paragraph 178 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

179. Paragraph 179 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

180. Paragraph 180 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

181. Paragraph 181 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

182. Paragraph 182 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

183. Paragraph 183 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

184. Paragraph 184 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

185. Paragraph 185 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

186. Paragraph 186 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

187. Paragraph 187 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

188. Paragraph 188 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

189. Paragraph 189 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

190. Paragraph 190 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

191. Paragraph 191 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

192. Paragraph 192 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

193. Paragraph 193 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

194. Paragraph 194 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

195. Paragraph 195 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

196. Paragraph 196 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

197. Paragraph 197 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

198. Paragraph 198 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

199. Paragraph 191 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

200. Paragraph 200 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

201. Paragraph 201 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

202. Paragraph 202 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

203. Paragraph 203 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

204. Paragraph 204 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

205. Paragraph 205 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

206. Paragraph 206 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

207. Paragraph 207 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

208. Paragraph 208 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

209. Paragraph 209 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

210. Paragraph 210 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

211. Paragraph 211 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

212. Paragraph 212 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

213. Paragraph 213 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

214. Paragraph 214 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

215. Paragraph 215 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

216. Paragraph 216 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

217. Paragraph 217 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

218. Paragraph 218 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same

219. Paragraph 219 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

220. Paragraph 220 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

221. Paragraph 221 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

222. Paragraph 222 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

223. Paragraph 223 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

224. Paragraph 224 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

225. Paragraph 225 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

226. Paragraph 226 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

227. Paragraph 227 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

228. Paragraph 228 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

229. Paragraph 229 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

230. Paragraph 230 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

231. Paragraph 231 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

232. Paragraph 232 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

233. Paragraph 233 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

234. Paragraph 234 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

235. Paragraph 235 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

236. Paragraph 236 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

237. Paragraph 237 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

238. Paragraph 238 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

239. Paragraph 239 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

240. Paragraph 240 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

241. Paragraph 241 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

242. Paragraph 242 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

243. Paragraph 243 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

244. Paragraph 244 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

245. Paragraph 245 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

246. Paragraph 246 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

247. Paragraph 247 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

248. Paragraph 248 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

249. Paragraph 200 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

250. Paragraph 250 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

251. Paragraph 251 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

252. Paragraph 252 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

253. Paragraph 253 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

254. Paragraph 254 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

255. Paragraph 255 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

256. Paragraph 256 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

257. Paragraph 257 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

258. Paragraph 258 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

259. Paragraph 259 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

260. Paragraph 259 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

261. In response to Paragraph 261 of Plaintiff's Second Amended Complaint OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

262. In response to Paragraph 262 of Plaintiff's Second Amended Complaint OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

263. In response to Paragraph 263 of Plaintiff's Second Amended Complaint OAE is without sufficient information to admit or deny and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

264. OAE is without sufficient information to admit or deny the allegations in Paragraph 264 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

265. OAE is without sufficient information to admit or deny the allegations in Paragraph 265 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

266. OAE is without sufficient information to admit or deny the allegations in Paragraph 266 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

267. Paragraph 267 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

268. OAE is without sufficient information to admit or deny the allegations in Paragraph 268 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

269. OAE is without sufficient information to admit or deny the allegations in Paragraph 269 of Plaintiff's Second Amended Complaint and therefore denies the same and demands strict proof thereof. OAE denies any claim of liability, negligence, wrongdoing, or damages.

270. The statement in Paragraph 270 of Plaintiff's Second Amended Complaint requires no response.

271. Paragraph 271 of Plaintiff's Second Amended Complaint sets forth a legal conclusion only and no response is required. To the extent a response is required, the allegation is denied. OAE denies any claim of liability, negligence, wrongdoing, or damages.

272. The allegations in Paragraph 272 of Plaintiff's Second Amended Complaint are denied.

273. The allegations in Paragraph 273 of Plaintiff's Second Amended Complaint are denied.

274. The allegations in Paragraph 274 of Plaintiff's Second Amended Complaint are denied.

275. The allegations in Paragraph 275 of Plaintiff's Second Amended Complaint are denied.

276. The allegations in Paragraph 276 of Plaintiff's Second Amended Complaint are denied.

277. Paragraph 277 of Plaintiff's Second Amended Complaint makes no allegations as to OAE and no response is required. To the extent a response is required, OAE is without sufficient information to admit or deny the allegations and therefore denies the same.

278. The allegations in Paragraph 278 of Plaintiff's Second Amended Complaint are denied.

279. The allegations in Paragraph 279 of Plaintiff's Second Amended Complaint are denied.

280. The allegations in Paragraph 280 of Plaintiff's Second Amended Complaint are denied.

281. Paragraph 281 of Plaintiff's Second Amended Complaint sets forth a legal conclusion only and no response is required. To the extent a response is required, the allegation is denied. OAE denies any claim of liability, negligence, wrongdoing, or damages.

282. The statement in Paragraph 282 of Plaintiff's Second Amended Complaint requires no response.

283. Paragraph 283 of Plaintiff's Second Amended Complaint sets forth a legal conclusion only and no response is required. To the extent a response is required, the allegation is denied. OAE denies any claim of liability, negligence, wrongdoing, or damages.

284. The allegations in Paragraph 284 of Plaintiff's Second Amended Complaint are denied.

285. The allegations in Paragraph 285 of Plaintiff's Second Amended Complaint are denied.

286. Paragraph 286 of Plaintiff's Second Amended Complaint sets forth a legal conclusion only and no response is required. To the extent a response is required, the allegation is denied. OAE denies any claim of liability, negligence, wrongdoing, or damages.

287. Paragraph 287 of Plaintiff's Second Amended Complaint sets forth a legal conclusion only and no response is required. To the extent a response is required, the allegation is denied. OAE denies any claim of liability, negligence, wrongdoing, or damages.

## AFFIRMATIVE DEFENSES

1. Failure to state a claim upon which relief can be granted.
2. Statute of limitations.
3. Improper venue.
4. Comparative/Contributory Negligence

5. Unclean Hands

6. Absence of a statutory basis for imposing liability under the statutes asserted.

7. Lack of knowledge, including the absence of actual or constructive knowledge of the alleged trafficking, to the extent such knowledge is required by the applicable statute.

8. Lack of notice of the alleged trafficking, to the extent relevant to the claims asserted.

9. Absence of financial benefit derived from participation in a venture engaged in trafficking.

10. Failure to mitigate damages, solely to the extent Plaintiff failed to take reasonable steps to avoid additional damages after the alleged injury and such defense is legally applicable.

11. Superseding and/or intervening cause, to the extent supported by the evidence and applicable law.

12. Absence of intentional, outrageous, malicious, and/or reckless conduct sufficient to support punitive damages or other relief requiring such conduct.

13. Liability and/or criminal activity of third parties over whom OAE had no control, to the extent relevant to the elements of Plaintiff's claims and causation.

14. Failure to establish causation between OAE's alleged conduct and Plaintiff's claimed injuries or damages.

15. Plaintiff is not entitled to duplicative recovery for the same injuries or damages under multiple causes of action.

16. Plaintiff is not entitled to disgorgement of profits, restitution, or other equitable, and relief except to the extent authorized by the applicable statutes and supported by the evidence.

17. Plaintiff's recovery of attorneys' fees, costs, and pre- and post-judgment interest is limited to the amounts authorized by applicable law.

18. Any recovery of medical special damages under Oklahoma law is subject to the limitations, if any, imposed by 12 O.S. § 3009.1.

19. Any award of punitive damages is subject to applicable statutory and constitutional limits, including the Due Process Clause of the Fourteenth Amendment to the United States Constitution and Article II, § 7 of the Oklahoma Constitution.

20. OAE reserves the right to seek leave to amend its Answer and affirmative defenses pursuant to Federal Rule of Civil Procedure 15 as discovery proceeds.

Respectfully submitted,

s/Bart Jay Robey

Bart Jay Robey, OBA No. 19926
Eric A. Moen, OBA No. 31155
Ruth Ivon Hernandez, OBA No. 36662
CHUBBUCK, DUNCAN ROBEY & MOEN, P.C.
1329 N. Classen Drive
Oklahoma City, OK 73103
Phone: (405) 236-8282
bjrobey@chubbucklaw.com
eamoen@chubbucklaw.com
***Attorneys for Defendant OKC Airport ES, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th_ day of November, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

__ s/ Bart Jay Robey ______________________
Bart Jay Robey / Eric A. Moen/ R. Ivon Hernandez