**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,
Plaintiff,

v. Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC ARPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWIDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INNS WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, INC; HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; and G6 HOSPITALITY FRANCHISING, LLC,
Defendants.

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record

I am authorized to practice in this Court, and I appear in this case as counsel for Defendant, G6 Hospitality Franchising, LLC.

WIGGINS SEWELL

Daniel J. Thompson OBA No. 32129
Rylie M. Gibbs OBA No.36642
528 N.W. 12th Street
Oklahoma City, OK 73103
405/232-1211
405/235-7025 (fax)
dthompson@wigginssewell.com
rgibbs@wigginssewell.com

Attorneys for Defendant,
G6 Hospitality Franchising, LLC

**Certificate of Service**

On this 24th day of November, 2026, true and correct copy of the within and foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to the following counsel of record:

Rylie Gibbs

Daniel J. Thompson / Rylie M. Gibbs