**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,
Plaintiff,

v. Case No. 5:25-cv-0462-G

PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC ARPORT ES, LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, INC; JALIYAN HOSPITALITY, INC; SUPER 8 WORLDWIDE, INC; RAJ KRUPA HOTEL, LLC; DAYS INNS WORLDWIDE, INC; CHAND & SAAJ HOSPITALITY, INC; RAMADA WORLDWIDE, INC; YASH ENTERPRISES, INC; HOWARD JOHNSON INTERNATIONAL, INC; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; AND G6 HOSPITALITY FRANCHISING, LLC,
Defendants.

**DEFENDANT G6 HOSPITALITY FRANCHISING, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT UNDER RULE 12**

Defendant, G6 Hospitality Franchising, LLC ("G6") under LCvR6.3, files its unopposed request for extension of time to file motions or a responsive pleading under Rule 12 of the Federal Rules of Civil Procedure, showing in support as follows:

1. Plaintiff filed her First Amended Complaint in this matter on October 17, 2025. [ECF No. 115].

2. On November 19, 2025, G6 filed its Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 161], which was granted on September 30, 2026. [ECF No. 212].

3. On October 14, 2026, the Court entered an Order granting Plaintiff's Unopposed Motion for Extension of Time to file her second amended complaint, giving Plaintiff until October 28, 2026 to file her second amended complaint and giving G6 twenty-eight (28) days thereafter to answer or otherwise respond to same. [ECF No. 217].

4. Plaintiff filed her Second Amended Complaint on October 28, 2026, [ECF No 218] making G6's response due on or before November 25, 2026.

5. The requested extension is necessary to allow G6 adequate time to fully review Plaintiff's Second Amended Complaint and to prepare a thorough and appropriate response to the allegations asserted therein.

6. On November 23, 2026, G6 conferred with Plaintiff who agreed to a fourteen (14) day extension of time for G6 to file a response to Plaintiff's Second Amended Complaint.

7. Accordingly, G6 respectfully requests that the Court enter an order granting G6 Hospitality Franchising, LLC a fourteen (14) day extension of time to file a response to Plaintiff's Second Amended Complaint, making the new response deadline on or before December 9, 2026.

8. To G6's knowledge, granting this extension will not affect any other deadlines.

WIGGINS SEWELL

Rylie Gibbs

Daniel J. Thompson OBA No. 32129
Rylie M. Gibbs OBA No. 36642
528 N.W. 12th Street
Oklahoma City, OK 73103
405/232-1211
405/235-7025 (fax)
dthompson@wigginssewell.com
rgibbs@wigginssewell.com

Attorneys for Defendant,
G6 Hospitality Franchising, LLC

**Certificate of Service**

On this 24th day of November, 2026, true and correct copy of the within and foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal to counsel of record.

Rylie Gibbs

Daniel J. Thompson / Rylie M. Gibbs