**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

NANCY R., pseudonymously,

Plaintiff(s),

v.

PLAZA HOTELS, LLC, et al.

Defendant(s)

Case No. 5:25-cv-00462-G

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant (Plaintiff/Defendant), ESH Strategies Franchise, LLC (Name of Party).

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Jamie A. Rogers OBA#19927 — 11/25/2026
Signature — Date

Jamie A. Rogers OBA#19927
Print Name

Steidley & Neal, PLLC
Firm

2448 East 81st Street, Suite 5300
Address

Tulsa — Oklahoma — 74137
City — State — Zip Code

918-664-4612
Telephone

jar@stiedley-neal.com
Internet E-mail Address

Criminal Cases Only:

- ☐ Retained or USA
- ☐ CJA Appointment
- ☐ Federal Public Defender
- ☐ Pro Bono
- ☐ CJA Training Panel

*Certificate of Service*

☑ I hereby certify that on November 25, 2026, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on ______________, I filed the attached document with the Clerk of the Court and served the attached document by ______________ on the following, who are not registered participants of the ECF System:

s/ Jamie A. Rogers

s/ Attorney Name