**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| NANCY R., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>PLAZA HOTELS, LLC; STEVE KETTER; MICHAEL WILEY; OKC AIRPORT ES, LLC; LLC; ESH STRATEGIES FRANCHISE, LLC; KAJAL HOSPITALITY, LLC; JALIYAN HOSPITALITY, INC.; SUPER 8 WORLDWIDE, INC.; RAJ KRUPA HOTEL, LLC; DAYS INN WORLDWIDE, INC.; CHAND & SAAJ HOSPITALITY, INC.; RAMADA WORLDWIDE, INC.; YASH ENTERPRISES, INC.; HOWARD JOHNSON INTERNATIONAL, INC.; NOOR HOTEL, LLC; AMBICA, LLC; OM, LLC; INDRA, LLC; and G6 HOSPITALITY FRANCHISING, LLC,<br><br>Defendants. | Case No. 5:25-CV-00462 |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

COME NOW Bart Jay Robey, Eric A. Moen, and Ruth Ivon Hernandez of the Chubbuck, Duncan, Robey & Moen, P.C. law firm, and move this honorable Court to enter an Order allowing their withdrawal from the case **<u>only</u>** for party Defendant ESH Strategies Franchise, LLC. Bart Jay Robey, Eric A. Moen, and Ruth Ivon Hernandez of the Chubbuck, Duncan, Robey & Moen, P.C. law firm will **<u>remain</u>** in the case to represent current client, OKC Airport ES, LLC. In further support of this Motion to Withdraw, attorneys Robey, Moen, and Hernandez would show the Court as follows:

1. Plaintiff commenced this action in the Oklahoma County District Court on March 19, 2025, Case No. CJ-2025-1850.

2. Defendant Super 8 Worldwide, Inc., Days Inns Worldwide, Inc., Ramada Inn Worldwide, Inc., and Howard Johnson International, Inc., removed this matter to this Court by filing their Notice of Removal on April 23, 2025. [Doc. 1].

3. Bart Jay Robey, Eric A. Moen, and Ruth Ivon Hernandez entered their appearances on behalf of Defendant ESH Strategies Franchise, LLC, on July 22, 2026. [Doc. 198].

4. Defendant ESH Strategies Franchise, LLC will be represented by Jamie A. Rogers and Charles D. Neal, Jr., of Steidley & Neal, P.L.L.C., who will be entering their appearance concurrently with this motion with additional counsel to be added through the *pro hac* process.

5. There are no Scheduling Order deadlines.

6. For the Court's convenience and potential use, a draft Order Granting the relief requested is submitted contemporaneously herewith.

7. Pursuant to local CV Rule 83.5, the client has received notice and consents to the withdrawal.

WHEREFORE, premises considered, Movants pray the Court grant this Motion to Withdraw as Counsel, and enter an Order allowing their withdrawal as counsel for Defendant ESH Strategies Franchise, LLC.

Respectfully submitted,

s/Bart Jay Robey

Bart Jay Robey, OBA No. 19926
Eric A. Moen, OBA No. 31155
Ruth Ivon Hernandez, OBA No. 36662
CHUBBUCK, DUNCAN ROBEY & MOEN, P.C.
1329 N. Classen Drive
Oklahoma City, OK 73103
Phone: (405) 236-8282
bjrobey@chubbucklaw.com
eamoen@chubbucklaw.com
***Attorneys for ESH Strategies Franchise, LLC and OKC Airport ES, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of November, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Bart Jay Robey
Bart Jay Robey / Eric A. Moen/ R. Ivon Hernandez