**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **NANCY R., pseudonymously,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-25-462-G** |
| **PLAZA HOTELS, LLC et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court is a Motion for Extension of Time (Doc. No. 220) filed by Defendants Michael A. Wiley, Steve Ketter, and Plaza Hotels, LLC.

Good cause having been shown, the unopposed Motion for Extension of Time (Doc. No. 220) is GRANTED. The moving Defendants shall answer or otherwise respond to the Second Amended Complaint (Doc. No. 218) on or before December 2, 2026.

IT IS SO ORDERED this 25th day of November, 2026.

CHARLES B. GOODWIN
United States District Judge