2021050301077649 B: 14727 P: 1024
05/03/2021 01:34:49 PM Pgs: 2
Fee: $20.00 Doc Stamp: $4650.00
David B. Hooten, County Clerk
Oklahoma County - State of Oklahoma

Return To:
Kaly Hospitality LLC
~~206 Trophy Trail~~ 2200 S. Meridian Ave
~~Forney, TX 75126~~ OKC, OK 73108

# WARRANTY DEED

(OKLAHOMA STATUTORY FORM)

Doc Stamps: **4,650.00** Tax ID#: **1844-12-131-1700**
Filed/insured by: First American Title Insurance Company
File No.: **2589552-OK24 (nr)**

That **Chand & Saaj Hospitality, Inc, an Oklahoma Corporation**, (the "Grantor"), in consideration of the sum of TEN & NO/100--------Dollars and other valuable considerations, in hand paid, the receipt of which is hereby acknowledged, do(es) hereby, grant, bargain, sell and convey unto **Kaly Hospitality LLC, an Oklahoma limited liability company**, (the "Grantee"), the following described real property and premises situated in **Oklahoma** County, State of **Oklahoma**, to wit:

**Lot Eight (8), MERIDIAN 2000 SOUTH BUSINESS PARK, an Addition to Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof. LESS AND EXCEPT: The South 100 feet thereof.**

Property Address: **2200 S. Meridian Ave, Oklahoma City, OK 73108**

Together with all the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same. LESS AND EXCEPT any interest in and to oil, gas, coal, metallic ores and other minerals therein and thereunder previously reserved or conveyed of record and all rights, interests and estates of whatsoever nature incident thereto or arising thereunder, and SUBJECT TO easements, rights of way, restrictive covenants of record.

TO HAVE AND TO HOLD said described premises unto the Grantee, and to the heirs, successors and assigns, forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature.

Signed and delivered this **April 30, 2021.**

Chand & Saaj Hospitality, LLC, an Oklahoma corporation

By: [signature]
Name: Hitesh Patel
Title: Authorized Signor

DEFENDANT'S EXHIBIT 1

ACKNOWLEDGMENT - OKLAHOMA FORM

STATE OF **OKLAHOMA** }
} **ss.**
COUNTY OF **OKLAHOMA** }

This instrument was acknowledged before me on **April 30, 2021**, by **Hitesh Patel** as **Authorized Signor** of **Chand & Saaj Hospitality, LLC** an **Oklahoma corporation**.

Natalie Reid

NOTARY PUBLIC **Natalie Reid**




My Commission Expires: **11/8/2023**